---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter  **11**

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Scripps Two, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-0622957** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1722 J Street, Suite 302** <br> **Sacramento, CA 95811** <br> Number, Street, City, State & ZIP Code <br><br> **Sacramento** <br> County | **Mailing address, if different from principal place of business** <br><br> **2443 Fair Oaks Blvd., No. 368** <br> **Sacramento, CA 95825** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **2 Scripps Drive Sacramento, CA 95825** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Scripps Two, LLC**                                        Case number (*if known*) _____
             Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ___1190___

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **Scripps Two, LLC**
Name

Case number (*if known*)

| | | | |
|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | | Relationship |
| | District | When | Case number, if known |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Scripps Two, LLC**                                                              Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 12, 2025**
              MM / DD / YYYY

**X** **/s/ Jeffrey Berger**                                          **Jeffrey Berger**
Signature of authorized representative of debtor               Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ Gabriel E. Liberman**                     Date   **November 12, 2025**
Signature of attorney for debtor                             MM / DD / YYYY

**Gabriel E. Liberman**
Printed name

**Law Offices of Gabriel Liberman, APC**
Firm name

**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
Number, Street, City, State & ZIP Code

Contact phone   **916-485-1111**          Email address   **attorney@4851111.com**

**303010 CA**
Bar number and State

In re    **Scripps Two, LLC**　　　　　　　　　　　　　　　　Case No.　　　　　　　　　　
　　　　　　　　　　　　　　　Debtor(s)

# FORM 1. VOLUNTARY PETITION
## Attachment A

## RESOLUTION TO FILE CHAPTER 11 BANKRUPTCY
## *of* SCRIPPS TWO, LLC

WHEREAS, Scripps Two, LLC, a California limited liability corporation (the "Corporation") is insolvent and unable to pay its debts when due, and WHEREAS, the Corporation and its creditors would best be served by reorganization of the Corporation under Chapter 11 of the Bankruptcy Code, be it:

*RESOLVED, that the Corporation file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code.*

The undersigned hereby certifies that they are the designated party per the operating agreement duly formed pursuant to the laws of the state of California and that the foregoing is a true record of a resolution duly adopted at an board meeting and that said meeting was held in accordance with state law and the Corporation's operating agreement of the above-named Corporation and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have subscribed my name to this document on this 12th day of November in the year 2025.

Signature: /s/ Jeffrey Berger

Print Name: Jeffery Berger

Title: Managing Member

**Fill in this information to identify the case:**

Debtor name          **Scripps Two, LLC**

United States Bankruptcy Court for the:          EASTERN DISTRICT OF CALIFORNIA

Case number (if known)          _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          **November 12, 2025**          X **/s/ Jeffrey Berger**
                                                                    Signature of individual signing on behalf of debtor

                                                                    **Jeffrey Berger**
                                                                    Printed name

                                                                    **Managing Member**
                                                                    Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Scripps Two, LLC**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>**EASTERN DISTRICT OF CALIFORNIA**</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A. Scott Grivas, III DDS** 2 Scripps Drive, Suite 102 Sacramento, CA 95825 | | **Security Deposit** | | | | **$6,098.70** |
| **Active Life Healthcare, LLC** 2 Scripps Drive, Suite 202 Sacramento, CA 95825 | | **Security deposit** | | | | **$11,248.00** |
| **Anti-Aging Medical Solutions** 2 Scripps Drive, Suite 302 Sacramento, CA 95825 | | **Security Deposit** | | | | **$3,807.03** |
| **Christine Tippett** 2 Scripps Drive, Suite 306 Sacramento, CA 95825 | | **Security Deposit** | | | | **$1,857.00** |
| **City of Sacramento Utilities** 1395 35th Ave Sacramento, CA 95822 | | **Utilities** | | | | **$2,655.20** |
| **Damon Boyd D.D.S.** 2 Scripps Drive, Suite 301 Sacramento, CA 95825 | | **Security Deposit** | | | | **$4,042.50** |

| Debtor | **Scripps Two, LLC** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Dr. Andrew LaFlamme 2 Scripps Drive, Suite 304 Sacramento, CA 95825 | | Security Deposit | | | | $3,275.25 |
| Elevator Technology, Inc. 2050 Arroyo Vista Way El Dorado Hills, CA 95762 | | Vendor debt | | | | $1,338.00 |
| Friz Diaz DDS 2 Scripps Drive, Suite 201 Sacramento, CA 95825 | | Security Deposit | | | | $5,084.04 |
| Hyper Pixel CA 2 Scripps Drive, Suite 205 Sacramento, CA 95825 | | Security Deposit | | | | $1,866.00 |
| Janine Ma-Golding 2 Scripps Drive, Suite 308 Sacramento, CA 95825 | | Security Deposit | | | | $3,562.35 |
| Law Office of Richard P. Bernstein PO BOX 1051 Carmichael, CA 95609-1051 | | Services rendered | | | | $11,352.50 |
| Natera Inc. 201 Industrial Road San Carlos, CA 94070 | | Security Deposit | | | | $4,560.00 |
| NCSRA Medical Corporation 2801 K Street Suite 410 Sacramento, CA 95816 | | Security Deposit | | | | $22,050.00 |
| Rhea DeMesa 2 Scripps Drive, Suite 203 Sacramento, CA 95825 | | Security Deposit | | | | $1,300.00 |

| Debtor | **Scripps Two, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **River Oaks Medical Group 2 Scripps Drive, Suite 208 Sacramento, CA 95825** | | **Security Deposit** | | | | **$9,451.00** |
| **Sacramento Control Systems Inc 11249 Sunco Drive Rancho Cordova, CA 95742** | | **Services rendered** | | | | **$7,064.09** |
| **SMUD P.O. Box 15830 Sacramento, CA 95852** | | **Utilities** | | | | **$5,166.14** |
| **TechSpace 1112 I Street Sacramento, CA 95815** | | **Services rendered** | | | | **$7,359.00** |
| **Turner Building Maintenence LLC 901 H St Ste 120 # 156 Sacramento, CA 95814** | | **Services rendered** | | | | **$7,050.48** |

**Fill in this information to identify the case:**

Debtor name   **Scripps Two, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................    $    **17,720,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................    $    **20,414.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................    $    **17,740,414.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **12,902,762.52**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    **79,401.87**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    **680,342.69**

4. **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b      $    **13,662,507.08**

| Fill in this information to identify the case: |
|---|

Debtor name     **Scripps Two, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

  ☐ No.  Go to Part 2.
  ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **CitiBank, N.A** | **Business Checking** | **7621** | **$20,414.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

  Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| **$20,414.00** |

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

  ■ No.  Go to Part 3.
  ☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

  ☐ No.  Go to Part 4.
  ■ Yes Fill in the information below.

11.    **Accounts receivable**

  11a. 90 days old or less:    **0.00**   -   **0.00**   = ....     **$0.00**

  face amount       doubtful or uncollectible accounts

Debtor    **Scripps Two, LLC**                        Case number *(If known)* _____
_____
Name

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| **$0.00** |

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

 ■ No.  Go to Part 5.
 ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

 ■ No.  Go to Part 6.
 ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

 ■ No.  Go to Part 7.
 ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

 ■ No.  Go to Part 8.
 ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

 ■ No.  Go to Part 9.
 ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

 ☐ No.  Go to Part 10.
 ☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Debtor    **Scripps Two, LLC**                                    Case number *(If known)* _____
          <sub>Name</sub>

| | | | | |
|---|---|---|---|---|
| 55.1. | **2 Scripps Drive, Sacramento, CA 95825 Value based off appraisal report as of 10/13/2025**<br><br>**The subject property is the Campus Commons Medical Dental Building. There are currently 15 active tenants leasing the subject property. The subject property is a 1973 built, periodically renovated, one-building, three-story, office building property. There is on-site vehicle parking for 201 vehicles. The Gross Building Area is 36,109 square feet. It is positioned on an Irregular shaped site, consisting of three assessor's parcels of land, with a total site area of 84,071 square feet, or 1.93 acres (per public records). The APN is 295-0384-001.** | Fee simple | $17,120,000.00 | Appraisal | $17,120,000.00 |
| 55.2. | **Entitled Vacant Land of 3,000 sf for Multiple-Family Residential Development adjacent to 2 Scripps Drive, Sacramento, CA 95825**<br><br>**All necessary utilities are available and connected to the site including water, natural gas, electricity, sewer, internet and telephone.**<br><br>**Valued based on appraisal report as of 10/13/2025** | Fee simple | $600,000.00 | Appraisal | $600,000.00 |

Debtor    **Scripps Two, LLC**                                        Case number *(If known)* _____
          Name

56.   **Total of Part 9.**                                                                    | $17,720,000.00 |

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

Debtor　**Scripps Two, LLC**　　　　　　　　　　Case number *(If known)* _____
　　　　　Name

　**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,414.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................> | | $17,720,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $20,414.00 | + 91b. $17,720,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $17,740,414.00 |

**Fill in this information to identify the case:**

Debtor name     **Scripps Two, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | **California Statewide Communities** | Describe debtor's property that is subject to a lien | $1,858,513.70 | $17,120,000.00 |
|---|---|---|---|---|

Creditor's Name

**2 Scripps Drive, Sacramento, CA 95825 Value based off appraisal report as of 10/13/2025**

**The subject property is the Campus Commons Medical Dental Building. There are currently 15 active tenants leasing the subject property. The subject**

**Development Authority
2033 North Main Street, Suite 700
Walnut Creek, CA 94596**

Creditor's mailing address

**Describe the lien**
**Collateral loan**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Contingent

☐ Unliquidated

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

**1. Sacramento County Property Tax**
**2. California Statewide Communities**
**3. Red Oak Capital Holdings, LLC**

| 2.2 | **Red Oak Capital Holdings, LLC** | Describe debtor's property that is subject to a lien | $10,961,939.82 | $17,120,000.00 |
|---|---|---|---|---|

Debtor    **Scripps Two, LLC**    Case number (if known) _____

_____
Name

Creditor's Name
_____

2 Scripps Drive, Sacramento, CA 95825
Value based off appraisal report as of
10/13/2025

The subject property is the Campus
Commons Medical Dental Building. There are
currently 15 active tenants leasing the
subject property. The subject

**Attn: A Manager**
**2523 Prospect Drive**
**Upland, CA 91784**
_____
Creditor's mailing address

Describe the lien
**First Deed of Trust**
_____
Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/30/2022**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**
_____

| | | | |
|---|---|---|---|
| 2.3 | **Sacramento County Property Tax** | $82,309.00 | $17,120,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
2 Scripps Drive, Sacramento, CA 95825
Value based off appraisal report as of
10/13/2025

The subject property is the Campus
Commons Medical Dental Building. There are
currently 15 active tenants leasing the
subject property. The subject

**700 H Street**
**Sacramento, CA 95814**
_____
Creditor's mailing address

Describe the lien
**Property Taxes**
_____
Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/10/23-04/10/2024**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**
_____

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $12,902,762.52 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Debtor    **Scripps Two, LLC**                                    Case number (if known) _____
         Name

assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Red Oak Capital Holdings, LLC**<br>**Attn: A Manager**<br>**625 Kenmoor Ave SE 200**<br>**Grand Rapids, MI 49546** | Line __2.2__ | |
| **Red Oak Income Opportunity Fund, LLC**<br>**Attn: A Manager**<br>**1920 Main Street, Suite 1000**<br>**Irvine, CA 92614** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name    **Scripps Two, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,098.70** | **$6,098.70** |
|---|---|---|---|---|

**A. Scott Grivas, III DDS**
**2 Scripps Drive, Suite 102**
**Sacramento, CA 95825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2 | Priority creditor's name and mailing address | | **$11,248.00** | **$11,248.00** |
|---|---|---|---|---|

**Active Life Healthcare, LLC**
**2 Scripps Drive, Suite 202**
**Sacramento, CA 95825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security deposit**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor      **Scripps Two, LLC**                                      Case number (if known) _____

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,807.03 | $3,807.03 |
|-----|--------|--------|--------|--------|

**Anti-Aging Medical Solutions**
**2 Scripps Drive, Suite 302**
**Sacramento, CA 95825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|--------|--------|--------|--------|

**California Dept of Tax and Fee**
**Admin**
**PO Box 942879**
**Sacramento, CA 94279-0055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_8_)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,857.00 | $1,857.00 |
|-----|--------|--------|--------|--------|

**Christine Tippett**
**2 Scripps Drive, Suite 306**
**Sacramento, CA 95825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,042.50 | $4,042.50 |
|-----|--------|--------|--------|--------|

**Damon Boyd D.D.S.**
**2 Scripps Drive, Suite 301**
**Sacramento, CA 95825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

Debtor **Scripps Two, LLC** _____     Case number *(if known)* _____
                    Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,275.25 | $3,275.25 |

**Dr. Andrew LaFlamme**
**2 Scripps Drive, Suite 304**
**Sacramento, CA 95825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Employment Development**
**Department**
**Bankruptcy Group, MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Franchise Tax Board**
**Bankruptcy Section**
**P.O. Box 2952 MSA - 340**
**Sacramento, CA 95812**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,084.04 | $5,084.04 |

**Friz Diaz DDS**
**2 Scripps Drive, Suite 201**
**Sacramento, CA 95825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Scripps Two, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $1,200.00 |

**Hunter Vincent, DBA Nexus Medical Legal**
**29910 Murrieta Hot Springs Rd. Ste G144**
**Murrieta, CA 92563-3818**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,866.00 | $1,866.00 |

**Hyper Pixel CA**
**2 Scripps Drive, Suite 205**
**Sacramento, CA 95825**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,562.35 | $3,562.35 |

**Janine Ma-Golding**
**2 Scripps Drive, Suite 308**
**Sacramento, CA 95825**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | Scripps Two, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.15** | Priority creditor's name and mailing address

**Natera Inc.**
**201 Industrial Road**
**San Carlos, CA 94070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,560.00     $4,560.00

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address

**NCSRA Medical Corporation**
**2801 K Street Suite 410**
**Sacramento, CA 95816**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,050.00     $22,050.00

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address

**Rhea DeMesa**
**2 Scripps Drive, Suite 203**
**Sacramento, CA 95825**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,300.00     $1,300.00

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address

**River Oaks Medical Group**
**2 Scripps Drive, Suite 208**
**Sacramento, CA 95825**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,451.00     $9,451.00

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Scripps Two, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $528.05 |
|---|---|---|---|

**Atlas Disposal Industries**
**3000 Power Inn Road**
**Sacramento, CA 95826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,655.20 |
|---|---|---|---|

**City of Sacramento Utilities**
**1395 35th Ave**
**Sacramento, CA 95822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.51 |
|---|---|---|---|

**Consolidate Communications**
**PO Box 969**
**Roseville, CA 95661-0969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,338.00 |
|---|---|---|---|

**Elevator Technology, Inc.**
**2050 Arroyo Vista Way**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.12 |
|---|---|---|---|

**Kelly Spicers Facility Solutions**
**7422 Kato Rd.**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,352.50 |
|---|---|---|---|

**Law Office of Richard P. Bernstein**
**PO BOX 1051**
**Carmichael, CA 95609-1051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635,969.76 |
|---|---|---|---|

**Melinda Walker**
**2443 Fair Oaks Blvd. No. 368**
**Sacramento, CA 95825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured Insider Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Scripps Two, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**3.8** Nonpriority creditor's name and mailing address
Myers Restaurant Supply
1599 Cleveland Ave
Santa Rosa, CA 95401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
Pest Control Center
3845 Madison Ave
North Highlands, CA 95660

Date(s) debt was incurred __2025__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$110.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
Sacramento Control Systems Inc
11249 Sunco Drive
Rancho Cordova, CA 95742

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$7,064.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services rendered__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
Sacramento County Utilities
PO Box 1804
Sacramento, CA 95812

Date(s) debt was incurred __2025__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$663.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
SMUD
P.O. Box 15830
Sacramento, CA 95852

Date(s) debt was incurred __2025__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$5,166.14**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address
TechSpace
1112 I Street
Sacramento, CA 95815

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$7,359.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
Turner Building Maintenence LLC
901 H St Ste 120 # 156
Sacramento, CA 95814

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$7,050.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **Scripps Two, LLC**                                    Case number (if known) _____
          Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 79,401.87 |
| **5b. Total claims from Part 2** | 5b. + $ | 680,342.69 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. $ | 759,744.56 |

| Fill in this information to identify the case: |
|---|

Debtor name  **Scripps Two, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Five year lease term commenced on September 30, 2024** | |
|---|---|---|---|
| | State the term remaining | **4 years** | **A. Scott Grivas, III DDS** |
| | List the contract number of any government contract | _____ | **2 Scripps Drive, Suite 102** **Sacramento, CA 95825** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Five year lease commencing on February 1, 2024** | |
|---|---|---|---|
| | State the term remaining | **4 years** | **Active Life Healthcare, LLC** |
| | List the contract number of any government contract | _____ | **2 Scripps Drive, Suite 202** **Sacramento, CA 95825** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Sixty-three month lease commenced on March 1, 2024** | |
|---|---|---|---|
| | State the term remaining | **4 years** | **Anti-Aging Medical Solutions** |
| | List the contract number of any government contract | _____ | **2 Scripps Drive, Suite 302** **Sacramento, CA 95825** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Three year lease commenced on August 1, 2024** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **Christine Tippett** |
| | List the contract number of any government contract | _____ | **2 Scripps Drive, Suite 306** **Sacramento, CA 95825** |

Debtor 1   **Scripps Two, LLC**                                Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Five year lease commenced on October 1, 2023**

State the term remaining — **3 years**

List the contract number of any government contract

**Damon Boyd D.D.S.**
**2 Scripps Drive, Suite 301**
**Sacramento, CA 95825**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Two year lease commenced on December 1, 2024**

State the term remaining — **1year**

List the contract number of any government contract

**Dr. Andrew LaFlamme**
**2 Scripps Drive, Suite 304**
**Sacramento, CA 95825**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **5 year lease commenced on October 1, 2023**

State the term remaining — **3 years**

List the contract number of any government contract

**Friz Diaz DDS**
**2 Scripps Drive, Suite 201**
**Sacramento, CA 95825**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Two year lease commenced on September 1, 2024**

State the term remaining — **1 year**

List the contract number of any government contract

**Hunter Vincent, DBA Nexus Medical Legal**
**29910 Murrieta Hot Springs Rd. Ste G144**
**Murrieta, CA 92563-3818**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Five year lease commencing 4/1/2024**

State the term remaining — **4 years**

List the contract number of any government contract

**Hyper Pixel CA**
**2 Scripps Drive, Suite 205**
**Sacramento, CA 95825**

---

Debtor 1    **Scripps Two, LLC**

First Name     Middle Name     Last Name         Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **3 year lease commenced on November 1, 2023**

     State the term remaining — **1 year**

     List the contract number of any government contract

**Janine Ma-Golding
2 Scripps Drive, Suite 308
Sacramento, CA 95825**

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Three year lease commenced on January 1, 2025**

     State the term remaining — **3 years**

     List the contract number of any government contract

**Natera Inc.
201 Industrial Road
San Carlos, CA 94070**

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest — **90 month lease commenced on August 1, 2024**

     State the term remaining — **6 years**

     List the contract number of any government contract

**NCSRA Medical Corporation
2801 K Street Suite 410
Sacramento, CA 95816**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest — **9 year lease commenced on December 1, 2023**

     State the term remaining — **7 years**

     List the contract number of any government contract

**Patrick Tsai D.D.S.
2 Scipps Drive, Suite 210
Sacramento, CA 95825**

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Two year lease commenced on September 15, 2024**

     State the term remaining — **1 year**

     List the contract number of any government contract

**Rhea DeMesa
2 Scripps Drive, Suite 203
Sacramento, CA 95825**

---

Debtor 1   **Scripps Two, LLC**
      First Name      Middle Name      Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Five year lease commencing on December 1, 2023** | |
|---|---|---|---|
| | State the term remaining | **3 years** | |
| | List the contract number of any government contract | | **River Oaks Medical Group**<br>**2 Scripps Drive, Suite 208**<br>**Sacramento, CA 95825** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Property management agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **University Capital Management**<br>**2443 Fair Oaks Blvd. No. 368**<br>**Sacramento, CA 95825** |

**Fill in this information to identify the case:**

Debtor name **Scripps Two, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 206H
# Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Jeffrey Berger** | **2443 Fair Oaks Blvd. No. 368**<br>**Sacramento, CA 95825** | **Red Oak Capital Holdings, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Ken Karmolinski** | **1941 Hamersley Lane**<br>**Lincoln, CA 95648** | **Red Oak Capital Holdings, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Melinda Walker** | **2443 Fair Oaks Blvd. No. 368**<br>**Sacramento, CA 95825** | **Red Oak Capital Holdings, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
|---|

Debtor name    **Scripps Two, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$650,966.58** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$376,072.64** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$57,455.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor  **Scripps Two, LLC**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **California Statewide Communities Development Authority** 2033 North Main Street, Suite 700 Walnut Creek, CA 94596 | 9/29/2025 | $19,916.02 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Sacramento Control Systems Inc** 11249 Sunco Drive Rancho Cordova, CA 95742 | 8/5/2025, 8/15/2025, 9/4/2025 | $20,411.02 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.3. **SMUD** P.O. Box 15830 Sacramento, CA 95852 | 8/5/2025, 9/3/2025, 10/9/2025 | $16,294.89 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.4. **Turner Maintenance** P.O. Box 5934 Auburn, CA 95604 | 8/15/2025, 9/15/2025, 10/9/2025 | $22,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Janitorial services** |
| 3.5. **Vent Construction** 5964 Lemon Valley Street Sacramento, CA 95824 | 8/1/2025, 9/17/2025, 10/18/2025, 11/11/2025 | $29,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **University Capital Management** 2443 Fair Oaks Blvd. No. 368 Sacramento, CA 95825 **Owned and managed by Jeffrey Berger** | 05/18/2025: $78.50 9/29/2025: $93.27 9/29/2025: $3,200 10/03/2025: $2,500 10/25/2025: $3,500 11/2025: $4,500 | $13,871.00 | **Buidling Management Fees** |

Debtor    **Scripps Two, LLC**                              Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Jeffrey Berger**<br>**2443 Fair Oaks Blvd. No. 368**<br>**Sacramento, CA 95825**<br>**Managing member** | **11/13/2024**<br>**-11/13/2025** | **$195,795.15** | **Management and construction compensation** |
| 4.3. **Melinda Walker**<br>**2443 Fair Oaks Blvd. No. 368**<br>**Sacramento, CA 95825**<br>**Member** | **1/7/2025:**<br>**$3,000**<br>**2/20/2025:**<br>**$45,000**<br>**3/7/2025:**<br>**$39,000**<br>**4/7/2025:**<br>**$5,000**<br>**6/2/2025:**<br>**$5,000**<br>**6/9//2025:**<br>**$5,000**<br>**7/01/2025:**<br>**$10,000**<br>**8/01/2025:**<br>**$10,000**<br>**9/04/2025:**<br>**$10,000**<br>**10/23/2025:**<br>**$7,500** | **$139,720.00** | **Repayment of loan** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Red Oak Capital Holdings, LLC**<br>**Trustee Number: 1260301** | **Non-judicial foreclosure sale** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Scripps Two, LLC** | Case number *(if known)* |
|---|---|---|

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Gabriel Liberman, APC**<br>**1545 River Park Drive., STE 530**<br>**Sacramento, CA 95815** | **Attorney Fees: $38,262.00**<br>**Filing fee: $1,738** | **10/17/2025,**<br>**11/4/2025** | **$40,000.00** |
| | Email or website address<br>**attorney@4851111.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Scripps Two, LLC**                                    Case number *(if known)*

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2 Scipps Drive, Suite 105 and 206 Sacramento, CA 95825** | **11/2022-04/2024** |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None
| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Scripps Two, LLC** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

| Debtor | **Scripps Two, LLC** | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Larry McLevich, CPA**<br>**641 Fulton Ave No 202**<br>**Sacramento, CA 95825** | **2023-2024** |
| 26a.2. | **Davendran Kumar, CPA**<br>**191 Cicero Circle**<br>**Elk Grove, CA 95758** | **2022-2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **Melinda Walker**<br>**2443 Fair Oaks Blvd. No. 368**<br>**Sacramento, CA 95825** | |
| 26c.2. | **Larry McLevich, CPA**<br>**641 Fulton Ave No 202**<br>**Sacramento, CA 95825** | |
| 26c.3. | **Davendran Kumar, CPA**<br>**191 Cicero Circle**<br>**Elk Grove, CA 95758** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Red Oak Capital Holdings, LLC**<br>**Attn: A Manager**<br>**2523 Prospect Drive**<br>**Upland, CA 91784** |
| 26d.2. | **California Statewide Communities**<br>**Development Authority**<br>**2033 North Main Street, Suite 700**<br>**Walnut Creek, CA 94596** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Scripps Two, LLC | | Case number *(if known)* | |

| | Name and address |
|---|---|
| 26d.3. | **Curt Rosenthal Inc - Appraiser**<br>**5901 Century Blvd. #1230**<br>**Los Angeles, CA 90045** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeffrey Berger | 2443 Fair Oaks Blvd. No. 368<br>Sacramento, CA 95825 | Managing member | 55% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Melinda Walker | 2443 Fair Oaks Blvd. No. 368<br>Sacramento, CA 95825 | Member | 35% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ken Karmolinski | 1941 Hamersley Lane<br>Lincoln, CA 95648 | Member | 10% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **SEE SOFA #4** | | | |

| Relationship to debtor |
|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

Debtor      **Scripps Two, LLC**                                Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Scripps Two, LLC** _____    Case number *(if known)* _____

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 12, 2025** _____

**/s/ Jeffrey Berger** _____      **Jeffrey Berger** _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re   **Scripps Two, LLC** _____   Case No. _____

                                          Debtor(s)         Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................   $   **See attachment**

    Prior to the filing of this statement I have received ...........   $   **See attachment**

    Balance Due ......................................................   $   **See attachment**

2.  $  **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor     ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **General bankruptcy counseling.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **An attorney who is retained to represent a debtor in a bankruptcy case constitutes an appearance for all purposes in the case, including, without limitation, motions for relief from the automatic stay, motions to avoid liens, objections to claims, and reaffirmation agreements.  However, an appearance in the bankruptcy case for a party does not require the attorney to appear for that party in an adversary proceeding**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 12, 2025** _____        **/s/ Gabriel E. Liberman** _____
_Date_                                        **Gabriel E. Liberman**
                                              _Signature of Attorney_
                                              **Law Offices of Gabriel Liberman, APC**
                                              **1545 River Park Drive., STE 530**
                                              **Sacramento, CA 95815**
                                              **916-485-1111  Fax: 916-485-1111**
                                              **attorney@4851111.com**
                                              _Name of law firm_

In re   **Scripps Two, LLC**_____     Case No. _____
                                   Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
**Attachment A**

Debtor agreed to pay the Law Offices of Gabriel Liberman, APC (the "FIRM") a fee for legal services rendered in the present Chapter 11 Bankruptcy proceeding based on the following fees schedule:

Gabriel E. Liberman $425.00 per hour
Legal Assistants $150.00 per hour
plus cost.

Debtor paid a retainer of $40,000.00 to the FIRM before the filing of Debtor's Voluntary Petition Under Chapter 11. The source of these funds was the Debtor. The FIRM applied $15,253.00 of the retainer to fees and costs incurred before the filing, inclusive of the court filing fee of Debtor's Chapter 11 case. The balance of the retainer, $24,747.00, received from Debtor is on deposit in the FIRM's Attorney-Client Trust Account and will be credited against fees and costs incurred in Debtor's Chapter 11 case.

All fees and costs incurred by the FIRM after November 12, 2025 will be paid after an Application for Allowance of Attorneys Fees and Costs is approved by the bankruptcy Court as a part of Debtor's case.

# United States Bankruptcy Court
## Eastern District of California

In re  **Scripps Two, LLC** _____     Case No. _____
                                        Debtor(s)              Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Jeffrey Berger**<br>**2443 Fair Oaks Blvd. No. 368**<br>**Sacramento, CA 95825** | **Class A** | **55%** | **Membership interest** |
| **Jeffrey Berger**<br>**2443 Fair Oaks Blvd. No. 368**<br>**Sacramento, CA 95825** | **Class B** | **100%** | **Membership interest** |
| **Ken Karmolinski**<br>**1941 Hamersley Lane**<br>**Lincoln, CA 95648** | **Class A** | **10%** | **Membership interest** |
| **Melinda Walker**<br>**2443 Fair Oaks Blvd. No. 368**<br>**Sacramento, CA 95825** | **Class A** | **35%** | **Membership interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 12, 2025** _____     Signature  **/s/ Jeffrey Berger** _____
                                                                **Jeffrey Berger**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

.

U.S.D.O.J. - Office of the U.S. Trustee
Eastern District of CA / Sacramento
Robert T. Matsui U.S. Courthouse
501 "I" St., 7th Floor, Room 7-500
Sacramento, CA 95814


Scripps Two, LLC
2443 Fair Oaks Blvd., No. 368
Sacramento, CA 95825


A. Scott Grivas, III DDS
2 Scripps Drive, Suite 102
Sacramento, CA 95825


Active Life Healthcare, LLC
2 Scripps Drive, Suite 202
Sacramento, CA 95825


Anti-Aging Medical Solutions
2 Scripps Drive, Suite 302
Sacramento, CA 95825


Atlas Disposal Industries
3000 Power Inn Road
Sacramento, CA 95826


California Dept of Tax and Fee Admin
PO Box 942879
Sacramento, CA 94279-0055


California Statewide Communities
Development Authority
2033 North Main Street, Suite 700
Walnut Creek, CA 94596


Christine Tippett
2 Scripps Drive, Suite 306
Sacramento, CA 95825


City of Sacramento Utilities
1395 35th Ave
Sacramento, CA 95822

Consolidate Communications
PO Box 969
Roseville, CA 95661-0969


Damon Boyd D.D.S.
2 Scripps Drive, Suite 301
Sacramento, CA 95825


Dr. Andrew LaFlamme
2 Scripps Drive, Suite 304
Sacramento, CA 95825


Elevator Technology, Inc.
2050 Arroyo Vista Way
El Dorado Hills, CA 95762


Employment Development Department
Bankruptcy Group, MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Franchise Tax Board
Bankruptcy Section
P.O. Box 2952 MSA - 340
Sacramento, CA 95812


Friz Diaz DDS
2 Scripps Drive, Suite 201
Sacramento, CA 95825


Hunter Vincent, DBA Nexus Medical Legal
29910 Murrieta Hot Springs Rd. Ste G144
Murrieta, CA 92563-3818


Hyper Pixel CA
2 Scripps Drive, Suite 205
Sacramento, CA 95825


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Janine Ma-Golding
2 Scripps Drive, Suite 308
Sacramento, CA 95825

Jeffrey Berger
2443 Fair Oaks Blvd. No. 368
Sacramento, CA 95825


Kelly Spicers Facility Solutions
7422 Kato Rd.
Fremont, CA 94538


Ken Karmolinski
1941 Hamersley Lane
Lincoln, CA 95648


Law Office of Richard P. Bernstein
PO BOX 1051
Carmichael, CA 95609-1051


Melinda Walker
2443 Fair Oaks Blvd. No. 368
Sacramento, CA 95825


Myers Restaurant Supply
1599 Cleveland Ave
Santa Rosa, CA 95401


Natera Inc.
201 Industrial Road
San Carlos, CA 94070


NCSRA Medical Corporation
2801 K Street Suite 410
Sacramento, CA 95816


Patrick Tsai D.D.S.
2 Scipps Drive, Suite 210
Sacramento, CA 95825


Pest Control Center
3845 Madison Ave
North Highlands, CA 95660


Red Oak Capital Holdings, LLC
Attn: A Manager
2523 Prospect Drive
Upland, CA 91784

Red Oak Capital Holdings, LLC
Attn: A Manager
625 Kenmoor Ave SE 200
Grand Rapids, MI 49546


Red Oak Income Opportunity Fund, LLC
Attn: A Manager
1920 Main Street, Suite 1000
Irvine, CA 92614


Rhea DeMesa
2 Scripps Drive, Suite 203
Sacramento, CA 95825


River Oaks Medical Group
2 Scripps Drive, Suite 208
Sacramento, CA 95825


Sacramento Control Systems Inc
11249 Sunco Drive
Rancho Cordova, CA 95742


Sacramento County Property Tax
700 H Street
Sacramento, CA 95814


Sacramento County Utilities
PO Box 1804
Sacramento, CA 95812


SMUD
P.O. Box 15830
Sacramento, CA 95852


TechSpace
1112 I Street
Sacramento, CA 95815


Turner Building Maintenence LLC
901 H St Ste 120 # 156
Sacramento, CA 95814


University Capital Management
2443 Fair Oaks Blvd. No. 368
Sacramento, CA 95825

# United States Bankruptcy Court
### Eastern District of California

In re  **Scripps Two, LLC** _____   Case No. _____

Debtor(s)   Chapter   **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Scripps Two, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**November 12, 2025** _____   **/s/ Gabriel E. Liberman** _____
Date

**Gabriel E. Liberman**

Signature of Attorney or Litigant

Counsel for   **Scripps Two, LLC** _____

**Law Offices of Gabriel Liberman, APC**

**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
**916-485-1111 Fax:916-485-1111**
**attorney@4851111.com**