**135**
**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
Gabe@4851111.com
1545 River Park Drive, Suite 530
Sacramento, California 95815
Telephone:     (916) 485-1111
Facsimile:      (916) 485-1111

Proposed Attorney for SCRIPPS TWO, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 2025-26371-A-11 |
| **SCRIPPS TWO, LLC** | Chapter 11 |
| | DCN: GEL-1 |
| Tax ID / EIN: 92-0622957 | **EXHIBITS IN SUPPORT OF MOTION TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION; SCHEDULING DEADLINES RELATING TO A FINAL HEARING ON USE OF CASH COLLATERAL** |
| Debtor, | |
| | Date:        November 20, 2025 |
| | Time:       10:00 a.m. |
| | Location:  501 I Street, 7th Floor, |
| | Courtroom 28, Dept. A |
| | Sacramento, CA |
| | Judge:      Honorable Frederick E. Clement |

| EXHIBIT NO. | DESCRIPTION | PAGES |
|---|---|---|
| A | Interim Budget | 2 |
| B | Appraisal Report | 122 |
| C | Rent Roll | 1 |
| D | Proposed Interim Order | 6 |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

EXHIBIT PG. 2

| | | Proforma-2025 | | Proforma-2026 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Nov-1 | Dec-1 | Jan-1 | Feb-1 | Mar-1 | Apr-1 | May-1 | Jun-1 |
| **Operating Revenue** | | | | | | | | | |
| Rental Income | | $86,049 | $86,367 | $104,089 | $104,421 | $104,760 | $104,811 | $105,254 | $105,359 |
| CAM Reimbursements | | | | | | | | | |
| Rent Concession | | -$9,003 | -$9,003 | -$17,657 | -$22,057 | -$17,657 | -$27,950 | -$17,657 | -$17,657 |
| Vacancy Factor | 5% | | | -$5,204 | -$5,221 | -$5,238 | -$5,241 | -$5,263 | -$5,268 |
| **Effective Gross Revenue** | | **$77,046** | **$77,364** | **$81,228** | **$77,143** | **$81,865** | **$71,620** | **$82,334** | **$82,434** |
| | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | |
| Elevator Service | | $636 | $636 | $655 | $655 | $655 | $655 | $655 | $655 |
| Water & Sewer | | $977 | $977 | $1,007 | $1,007 | $1,007 | $1,007 | $1,007 | $1,007 |
| Electric | | $3,257 | $3,257 | $3,355 | $3,355 | $3,355 | $3,355 | $3,355 | $3,355 |
| Gas | | $105 | $105 | $108 | $108 | $108 | $108 | $108 | $108 |
| Waste | | $380 | $380 | $391 | $391 | $391 | $391 | $391 | $391 |
| G&A | | $438 | $438 | $451 | $451 | $451 | $451 | $451 | $451 |
| Repairs and Maintenance | | $583 | $583 | $600 | $600 | $600 | $600 | $600 | $600 |
| Landscaping | | $1,100 | $1,100 | $1,133 | $1,133 | $1,133 | $1,133 | $1,133 | $1,133 |
| Management Fee | 4.0% | $0 | $0 | $3,249 | $3,249 | $3,249 | $3,249 | $3,249 | $3,249 |
| Pest Control | | $201 | $201 | $207 | $207 | $207 | $207 | $207 | $207 |
| Real Estate Taxes | | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 |
| Janitorial | | $5,862 | $5,862 | $6,038 | $6,038 | $6,038 | $6,038 | $6,038 | $6,038 |
| Insurance | | $808 | $808 | $832 | $832 | $832 | $832 | $832 | $832 |
| **Total Operating Expenses** | | **$19,184** | **$19,184** | **$22,864** | **$22,864** | **$22,864** | **$22,864** | **$22,864** | **$22,864** |
| | | | | | | | | | |
| **Bankruptcy Expenses** | | | | | | | | | |
| Red Oak Capital Holdings | | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 |
| California Statewide Comm. | | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 |
| UST Quarterly Fees | | $0 | $250 | $0 | $0 | $250 | $0 | $0 | $250 |
| Professional Fees | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Bankruptcy Expenses** | | **$9,837** | **$10,087** | **$9,837** | **$9,837** | **$10,087** | **$9,837** | **$9,837** | **$10,087** |
| | *PSF* | | | | | | | | |
| **Net Operating Income** | | **$48,024** | **$48,092** | **$48,527** | **$44,442** | **$48,914** | **$38,919** | **$49,634** | **$49,484** |

EXHIBIT PG. 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

EXHIBIT PG. 4



**APPRAISAL REPORT**

Campus Commons Medical Dental Building

2 Scripps Drive, Sacramento, CA 95825

CR File Number: 19600-25

**CURTIS-ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

Campus Commons Medical Dental Building



2 Scripps Drive, Sacramento, CA 95825

EXHIBIT PG. 6

**CR** **CURTIS-ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

October 29, 2025

Scripps 2, LLC
c/o Jeff Berger
2443 Fair Oaks Blvd.
Sacramento, CA 95825
Telephone No.: (916) 708-5481
E-mail: jb@univcm.com

RE:     **APPRAISAL REPORT**
       Campus Commons Medical Dental Building
       2 Scripps Drive, Sacramento, CA 95825
       CR File # 19600-25

Dear Mr. Berger,

Per your request, we have appraised the above-referenced property. Our appraisal is intended to conform to:

- The Uniform Standards of Professional Appraisal Practice (USPAP)

Our analyses and conclusions are contained in this Appraisal Report which is intended to comply with the reporting requirements set forth in USPAP Standards Rule 2-2.

In conformance with the Scope of Work rule of USPAP, the sections below describe the Scope of Work for this assignment.

**Client** - The client for this assignment is Scripps 2, LLC c/o Jeff Berger.

**Intended User** - The intended user of this report is exclusively the Client. There are no other authorized users of this report.

**Intended Use** - The intended use of this assignment is to assist with a litigation matter.

**Purpose of this Assignment** - The purpose of this assignment is to estimate the **Fair Market Value** , as defined in the Addenda, of the ownership interest(s) in the subject property stated in the valuation table below, as of the stated effective date(s) of value.

**Effective Date of Value** - The valuation table below includes the date of value for each valuation premise included in this assignment.

EXHIBIT PG. 7

Scripps 2, LLC c/o Jeff Berger
October 29, 2025
Page 2

**Relevant Characteristics of the Subject Property** - The subject property is the Campus Commons Medical Dental Building. The property is located at 2 Scripps Drive, Sacramento, CA 95825 . It is located within the city of Sacramento, in Sacramento County, California. The subject property, which is described within this appraisal report, is a 1973 built, periodically renovated, one-building, three-story, office building property. There is on-site vehicle parking for 201 vehicles. **The owner-provided building area of the subject is a Gross Building Area (GBA) is ±36,109 square feet.** It is positioned on an Irregular shaped site, consisting of three assessor's parcels of land, with a total site area of ±84,071 square feet, or 1.93 acres *(per public records)*. The APN is 295-0384-001.

**Scope of the Appraisal**- Our analysis included an inspection of the subject property, research of general data relating to the subject locale, research of transactions in the subject market area, as well as research of other market-related influences affecting the subject property. In our analysis, we gave consideration to the applicability of each of the traditional approaches to value including the Cost, Sales Comparison, and Income approaches. The methodology and data used in our valuation of the subject property are detailed in the Valuation Section of this appraisal report

**Conditions of this Assignment -** The analyses and conclusions in this assignment are subject to the Scope of Work described above, the General Assumptions and Limiting Conditions that are contained within this appraisal report, and the following:

- **Extraordinary Assumptions**, which USPAP defines as *assignment-specific assumptions as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions*.

  1. **We have been provided with building and land sizes by the owner's representative. We assume that the building sizes are accurate. If more accurate information becomes available, we reserve the right to revise the appraisal. The use of this Extraordinary Assumption may have affected assignment results.**

- **Hypothetical Conditions,** which USPAP defines as *conditions directly related to a specific assignment, which are contrary to what is known by the appraiser to exist on the effective date of the assignment results but are used for the purpose of analysis*.
  1. **None.**

- **Special Limiting Conditions**, which are assignment-specific conditions that limit the use of the report.
  1. **None.**

- **Significant Valuation Issues**- The following are assignment-specific issues which we found to be significant in this valuation assignment.
  1. **None.**

**Nondiscrimination Statement** - This appraisal has been completed without regard to race, color, religion, national origin, sex, marital status or any other prohibited basis, and does not contain references which could be regarded as discriminatory.



Scripps 2, LLC c/o Jeff Berger
October 29, 2025
Page 3

As a result of our investigation and analysis, the table below presents our valuation opinion(s) for the subject property as of the stated effective date(s) of valuation.

**Office Building and Land (Excluding the 3,000 sf of Entitled Land for Multiple-Family Residential)**

| Valuation Premise | Interest Appraised | Effective Date of Value | FINAL Value Conclusion |
|---|---|---|---|
| Fair Market Value | Fee Simple | 10/13/2025 | 17,120,000 |

**Entitled Land of 3,000 sf for Multiple-Family Residential Development**

| Valuation Premise | Interest Appraised | Effective Date of Value | FINAL Value Conclusion |
|---|---|---|---|
| Fair Market Value | Fee Simple | 10/13/2025 | $600,000 |

Thank you for the opportunity to have been of service to you. If you have any questions regarding the material presented in this report, or if you require any further assistance, please contact us.

Sincerely,

**CURTIS-ROSENTHAL, INC.**

Randall Blaesi, ASA, SR/WA
CA #AG008581

David M. Rosenthal, MAI, FRICS
CA #AG001641

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

EXHIBIT PG. 9

# Table of Contents

**EXECUTIVE SUMMARY** ............................................................................................................**1**

**MARKET AREA ANALYSIS** ........................................................................................................**2**

**SITE DESCRIPTION** ................................................................................................................**36**

**IMPROVEMENT DESCRIPTION** ..............................................................................................**42**

**HIGHEST AND BEST USE** .......................................................................................................**49**

**VALUATION TECHNIQUES AND METHODOLOGY** ...................................................................**50**

**COST APPROACH** ..................................................................................................................**51**

**SALES COMPARISON APPROACH** ..........................................................................................**52**

**INCOME CAPITALIZATION APPROACH** ...................................................................................**60**

**RECONCILIATION** .................................................................................................................**86**

**EXPOSURE TIME** ..................................................................................................................**88**

**CERTIFICATION** ....................................................................................................................**98**

**ADDENDA** ..........................................................................................................................**100**

**CURTIS-ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

EXHIBIT PG. 10

# EXECUTIVE SUMMARY

**PROPERTY IDENTIFICATION:**          Scripps 2, LLC
                                     2 Scripps Drive
                                     Sacramento, California 95825

**FILE NUMBER:**                     19600-25

**INTENDED USER:**                   Scripps 2, LLC, c/o Jeff Berger

**LEGAL DESCRIPTION:**               Refer to Legal Description
                                     Report Heading

**CENSUS TRACT:**                    0.00

**ASSESSOR PARCEL NUMBER:**          295-0384-001

**PROPERTY TYPE:**                   Office
                                     Office Building

**LAND AREA:**
             Square Feet            84,071
             Acres                  1.93

**BUILDING AREA (Net Rentable):**    36,109

**ZONING:**                          OB-PUD

**HIGHEST AND BEST USE:**
             As If Vacant           Future Commercial /Multiple Residential
             As Improved            Existing Use

**CRITICAL DATES:**
             Date of Inspection     October 13, 2025
             Date of Value          October 13, 2025

**INTEREST APPRAISED:**              Leased Fee
                                     Fair Market Value

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## MARKET AREA ANALYSIS

The property is located within the incorporated area of the City of Sacramento, Sacramento County. Sacramento County is part of the Greater Sacramento metropolitan area and is situated in the northern portion of the Sacramento-Joaquin Valley.

The location map below shows the general location of the subject property.



**Greater Sacramento Area**

The Greater Sacramento metropolitan area consists of eight counties with Sacramento County being the largest. The County covers Approximately 994 square miles in the middle of the California Central Valley, east into Gold Country. Sacramento County extends from the low delta lands between the Sacramento River and San Joaquin River north to about ten miles beyond the State Capitol and east into the foothills of the Sierra Nevada Mountains. The southern-most portion of Sacramento County has directed access to San Francisco Bay.

**The California Central Valley**

The California Central Valley is a large, flat valley that dominates the central portion of the state of California. Bounded by the Cascade Range to the north, the Sierra Nevada to the east, the Tehachapi Mountains to the south, and the Coast Range and San Francisco Bay to the west, this valley is a vast agricultural region drained by the Sacramento and San Joaquin rivers. The northern area (north of the Mokelumne River and the Sacramento-San Joaquin River Delta) is called the Sacramento Valley; and the southern area is called San Joaquin Valley.

Nineteen counties are commonly associated with the Central Valley stretching for nearly 400 miles from north to south. The area is further subdivided into four regions: North Sacramento Valley (Shasta, Tehama, Glenn, Butte, Colusa), Sacramento Metro (Sacramento, El Dorado, Sutter, Yuba, Yolo, Placer), North San Joaquin (San Joaquin, Stanislaus, Merced), and South San Joaquin (Madera, Fresno, Kings, Tulare). Fresno is the largest city followed closely by the state capital, Sacramento. Bakersfield, Stockton, and Modesto are the other large cities in the region. About 5.7 million people live in the Central Valley today.

The Valley is renowned for its extreme flatness, in contrast to the rugged hills that are typical of most of California's terrain. It is thought to have originated as the floor of an inland sea, when sea levels were much higher than they are today.

**Quick Facts about the Central Valley**

- The Central Valley is the fastest growing region in California. Growth is projected to be particularly rapid in the North San Joaquin Valley (29%) and in the Sacramento Metropolitan Region (27%).
- Per capita income in the Central Valley is 26% lower than the state average and falling further behind. If the Central Valley were a state, it would rank 48th in per capita income.
- Residential construction has been a major force in the Central Valley economy, with the number of housing permits increasing faster than the population.
- Average per capita income in the Central Valley varies considerably by region. It is highest in the Sacramento Metropolitan Region and lowest in the South San Joaquin Valley. 7 of the 10 counties in California with the lowest per capita income were located in the Central Valley.



- The labor force is growing faster than jobs are being created. The Central Valley's unemployment rate averaged 4.2% higher than the state rate.
- Retail sales in the Central Valley have increased substantially faster than the population has grown. Retail sales in the Central Valley increased 38%, from $36.7 billion to $50.8 billion, while the population increased by approximately 10%.
- If the Central Valley were a state, it would be ranked first in agricultural production.
- Agriculture provides 20% of the jobs in the Central Valley.

**Sacramento County**

Sacramento is located in north-central California, approximately 80 miles northeast of the San Francisco Bay Area. Sacramento is the California State Capital. The Sacramento Metropolitan Statistical Area (MSA) is comprised of Sacramento, Placer, and El Dorado counties. With a combined population of more than 1.96 million, the three-county region reaches from the Central Valley to Lake Tahoe in the Sierra Nevada Mountains. The reported population for Sacramento County alone is more than 1.4 million, which is an increase of 0.8 percent over the prior year.

Sacramento County is in the middle of the California Central Valley, a large agricultural region extending from the delta lands between the Sacramento and San Joaquin rivers to the foothills of the Sierra Nevada. The southernmost portion of the county has direct access to San Francisco Bay. The county has a total area of 995 square miles, of which 966 square miles is land and 30 square miles is water. Sacramento County extends from the low delta lands between the Sacramento River and San Joaquin River north to about ten miles beyond the State Capitol and east to the foothills of the Sierra Nevada Mountains. The southernmost portion of Sacramento County has direct access to San Francisco Bay. Most of the county is at an elevation close to sea level, with some areas below sea level. Hills along the eastern boundary rise to several hundred feet. Major watercourses in the county include the American River, Sacramento River and Dry Creek, a tributary of the Sacramento River.

The City of Sacramento is the county's largest, home to more than 469,000 persons. Located at the intersection of Interstates 5 and 80, and Highways 50 and 99, Sacramento is centrally located with easy access to the San Francisco Bay Area, as well as Southern California, Oregon, Washington, and all points east. Other large cities in the Sacramento area include Citrus Heights, Elk Grove, and Folsom. Both Elk Grove and Folsom experienced rapid growth over the past many years, but this growth has slowed in the recent past.

The geography of Placer County includes the grasslands of the Gold Country, the Sierra Nevada Mountain Range, and numerous rivers, lakes, state and national parks, and ski resorts.

The economy of El Dorado County is heavily dependent on tourism and recreation. The Sierra Nevada Mountains, the north fork of the American River, and Lake Tahoe are just a few of the natural attractions.

Four basic factors influence real estate values: social, economic, governmental, and environmental. The following analysis will consider each of these factors.

**Social Factors**

Since 1890, Sacramento has had a highly developed and highly organized agriculture industry that sells its products around the country. As a result, the Sacramento area continued to prosper and even lasted through the Great Depression with stable economic growth. Following the Depression, the government opened two military bases, Mather Field, and McClellan Air Force Base, in preparation for World War II. These bases continued to be crucial military installations throughout the Cold War. In the 1950s, Sacramento's defense manufacturing industry grew substantially as Aerojet-General, and McDonnell Douglas opened production facilities in Rancho Cordova.

**Economic Factors**

The Sacramento area has a very diversified economic base. All of the key industrial sectors, trade, finance, manufacturing, construction, services, and government are represented. Large portions of the region's employment are in the government sector and the health care sector. Major employers include Sutter Health, Kaiser Permanente, Mercy Healthcare, Raley's, Inc., Intel Corporation, Hewlett-Packard Co., Intel Corp., and United Parcel Service.

Because it is the State Capital, Sacramento also benefits from a prevalence of stable government employment. The region benefits from both a significant tourism industry that impacts the services and trade sectors, and a defense industry supported by military installments and defense manufacturers.

The Sacramento region possesses a number of strengths that will be the foundation for job growth in the decade ahead:

- Sacramento is the center of state government in California – a state that will add nearly 6 million residents and nearly 600,000 college students in the next ten years. Professional service activities related to state government activities are a high-growth sector.

- The region has successfully developed a high-tech complex that continues to attract new firms and expansions.

- The region is a major distribution node on the I-80 corridor that serves Rocky Mountain and Midwest markets.

- The region serves as a retail and service center for several smaller northern California county areas.

- The region has cost advantages for call-center and back-office activities.

- Sacramento continues to provide a low-cost in-state location alternative to the Los Angeles, San Francisco, and San Diego regions. There has been a strong movement of people within California to the Sacramento region.

**Governmental Factors**

Municipalities within the Sacramento MSA are governed by city and county entities. The county governments typically consist of a county administrator or manager and a Board of Supervisors, each representing a district.  City governments vary widely within the MSA.  Some of the smaller towns use a town hall type of government in which each registered voter in the town has the opportunity to participate in the decision-making process.  Other large municipalities use the city council/mayor or city council/city manager form of government.  In the latter two systems the city council and mayor are elected.  The city manager is appointed by the city council and acts as administrator for the city.  The City of Sacramento has a mayor along with a Board of Supervisors to make decisions for the city.  The counties govern the unincorporated areas of the MSA.

All incorporated cities in the area have some form of zoning and building code controls in place, although they vary greatly in level of detail and complexity.  Many of the larger cities have a master plan dictating current and future growth pattern.  The Sacramento County Zoning Ordinance controls the unincorporated areas.  In general, most city zoning tends to cluster commercial, retail, and industrial uses along major thoroughfares or transportation facilities, with multi-family uses as a buffer between these uses and single-family residences.  The important aspect of the regulations is that the area retains tight control over land use.

**Environmental Factors**

The Sacramento area enjoys a temperate climate.  As is the norm for the central valleys of California, there are four distinct seasons, characterized by a hot, relatively dry summer and a cool winter.  The city of Sacramento experiences an average annual temperature of 60 degrees Fahrenheit, with the temperature normally dropping to an average of 37 degrees in January and reaching an average of 93 degrees in July.  In Sacramento, average annual rainfall is about 17 inches, with most of the rain occurring in the spring.

The topography of the Sacramento area is highly variable, ranging from the rich, riverside soil of the Sacramento Valley to the snow-capped Sierra peaks, which surround Lake Tahoe.  The Sacramento Valley, located in the eastern portion of the MSA, is a rich agricultural area, which is bounded by marshlands to the south and west and foothills to the east.  Most of the valley lies less than 100 feet above sea level.  To the east, the foothills grow steeper until they reach the Sierra Mountains near Lake Tahoe.  Earthquakes do not significantly affect the region and no-fault movement has been recorded in the area.  However, the area's proximity to a number of other faults has caused the loss of some soil strength and stability resulting from limited ground shaking from nearby faults.

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

**Transportation**

Air transportation is provided by two major airfields and a number of smaller municipal airports in the suburban areas.

Mass transportation is becoming a major alternate mode of transportation in the metropolitan portions of the Sacramento area. The Sacramento Regional Transit light rail and bus system and Yolo Bus are the backbone of the region's transportation system.

The Port of Sacramento is a major West Coast seaport due to its deep-water channel that links the port with the San Francisco Bay. The port is located across the Sacramento River from Downtown Sacramento. Over the last five years, activity at the port has totaled approximately 1.5 million tons of cargo per year. The port employs approximately 6,500 workers and contributes over $170 million dollars annually to the local economy.

Interstate freeways and other major highways, providing access to both in-state and out-of-state areas, traverse the Sacramento area. There are three major routes that provide access to the rest of the region: I-80 extends from San Francisco east through Sacramento and across the United States, terminating in New York City; I-5 extends from Sacramento north to Seattle and south to San Diego, connecting Sacramento with a number of other state and interstate highways. U.S. Highway 50 begins in Downtown Sacramento and extends east across the country, terminating near Washington D.C. There are also a number of state highways that traverse the Sacramento area, providing access to the remainder of the metropolitan area, the Sierra Nevada mountains, and suburban areas.

**Recreation**

Recreational opportunities are abundant in the Sacramento area because of the diverse terrain and climatic conditions that provide opportunities for a large variety of activities.

There are also a large number of cultural and historic opportunities available in the area. The culture and arts scene are popular in Sacramento and the region's population boom has produced a wide mix of arts and entertainment opportunities.

**CONCLUSION – Market Area Analysis**

The Sacramento Region has well-diversified economic base. Overall, the continued upward momentum at the statewide and national levels should have a positive effect on economic conditions in the Sacramento region. The Region will likely continue to have relatively low unemployment. There is a concentration of employment in the stable Government sector and a good climate for business.

It is the opinion of the appraisers that the preceding regional data has a positive impact on Land values relating to the subject property.



## Neighborhood Description



Map from *Realtor.com*

The subject is located within the City of Sacramento Campus Commons Planned Unit Development. Campus Commons is generally along the American River Parkway between Fair Oaks Blvd. and Howe Ave. It is surrounded by lush greenery, recreational opportunity and urban amenities. Developed by Robert C. Powell in the 1970s, Sacramento Magazine recently listed it as one of the area's ten great neighborhoods, touting it as a great place for easy living. The homeowners' association handles most of the home maintenance, as well as maintaining the lush landscaping and recreational amenities in the neighborhood. The planned development is comprised of approximately 1,160 single-family homes, a combination of both stand-alone and attached (townhome/condo). It sprawls over 680 acres with miles of paved walkways meandering throughout the neighborhood. The Commons, as it is known, is comprised of two distinct communities – The Village of Campus Commons and the Nepenthe Association. In total, it is a resort-living lifestyle with two lakes, clubhouse facilities, swimming pools, spas, tennis courts, a greenbelt, and children's play area. Convenient access to the American River, American River Parkway, and 32-mile Jedediah Smith Memorial Bike Trail, as well as the nearby Campus Commons Golf Course, make it a haven for those who thrive from being in the outdoors. Its convenience is further boosted with its proximity to downtown, Sacramento State



University, Rio Del Oro Racquet and Swim Club, and numerous upscale shopping areas, including Loehmann's Plaza, Lyon Village and The Pavilions. Nearby schools include Sierra Oaks Elementary, and Sacramento Day Country Private School. Campus Commons, CA has a population of 2,667 with an average household income of $117,211. For real estate occupancy specifics, approximately 975 residents own their home and 590 rent their home. As for the weather, the average summer high temperature is 93.20F and the yearly rainfall average is 20.09 inches.

Excerpts from https://www.windermereca.com/neighborhood/campus-commons and other internet sources.

**CONCLUSION – Neighborhood Area Analysis**

The subject neighborhood is a mix of residential, commercial/retail and office uses. It is a stable area with all amenities and services available. Good access to freeways and public transportation characterizes the area as a popular place to live, allowing commutes to the entire Sacramento MSA for employment, shopping and entertainment.

It is the opinion of the appraisers that the preceding analysis of the data has a positive impact on market value relating to the subject property.

**CURTIS-ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

**LOCATION MAPS**



**NEIGHBORHOOD MAPS**





EXHIBIT PG. 22

**Aerial Photos**







**Demographics & Economy From CoStar Market Research**



## Demographic Overview

| Population (1 mi) | Avg. HH Size (1 mi) | Avg. Age (1 mi) | Med. HH Inc. (1 mi) |
|---|---|---|---|
| **18,174** | **1.8** | **42** | **$59,784** |

**DEMOGRAPHIC RADIUS RINGS**

Subject Property   1, 3, 5 Mile Radius

**DEMOGRAPHIC SUMMARY**

| Population | 1 Mile | 3 Mile | 5 Mile |
|---|---|---|---|
| 2024 Population | 18,174 | 136,918 | 408,031 |
| 2029 Population | 18,356 | 138,192 | 411,543 |
| Pop Growth 2024-2029 | 1.0% | 0.9% | 0.9% |
| 2024 Average Age | 42 | 39 | 38 |
| **Households** | | | |
| 2024 Households | 9,327 | 58,150 | 159,694 |
| 2029 Households | 9,425 | 58,715 | 161,240 |
| Household Growth 2024-2029 | 1.1% | 1.0% | 1.0% |
| Median Household Income | $59,784 | $73,486 | $66,724 |
| Average Household Size | 1.8 | 2.2 | 2.4 |
| Average HH Vehicles | 1 | 2 | 2 |
| **Housing** | | | |
| Median Home Value | $589,329 | $544,253 | $457,973 |
| Median Year Built | 1974 | 1966 | 1966 |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

EXHIBIT PG. 26

| | 1 Mile | | 3 Miles | | 5 Miles | | 15 Min. Drive | |
|---|---|---|---|---|---|---|---|---|
| 2024 Households by HH Income | 9,642 | | 58,984 | | 160,651 | | 228,252 | |
| <$25,000 | 2,198 | 22.80% | 11,050 | 18.73% | 32,730 | 20.37% | 44,776 | 19.62% |
| $25,000 - $50,000 | 1,658 | 17.20% | 9,515 | 16.13% | 28,056 | 17.46% | 40,585 | 17.78% |
| $50,000 - $75,000 | 1,755 | 18.20% | 9,654 | 16.37% | 27,104 | 16.87% | 38,806 | 17.00% |
| $75,000 - $100,000 | 1,036 | 10.74% | 6,773 | 11.48% | 19,389 | 12.07% | 28,217 | 12.36% |
| $100,000 - $125,000 | 877 | 9.10% | 6,373 | 10.80% | 16,017 | 9.97% | 23,688 | 10.38% |
| $125,000 - $150,000 | 429 | 4.45% | 3,884 | 6.58% | 10,121 | 6.30% | 15,267 | 6.69% |
| $150,000 - $200,000 | 717 | 7.44% | 4,469 | 7.58% | 11,661 | 7.26% | 16,494 | 7.23% |
| $200,000+ | 972 | 10.08% | 7,266 | 12.32% | 15,573 | 9.69% | 20,420 | 8.95% |
| 2024 Avg Household Income | $90,480 | | $101,338 | | $92,772 | | $91,848 | |
| 2024 Med Household Income | $59,359 | | $72,746 | | $66,787 | | $67,701 | |

| | 1 Mile | | 3 Miles | | 5 Miles | | 15 Min. Drive | |
|---|---|---|---|---|---|---|---|---|
| Total Specified Consumer Spending | $272.7M | | $1.9B | | $5B | | $7.1B | |
| Total Apparel | $13.3M | 4.89% | $94.3M | 4.99% | $261.4M | 5.24% | $374.9M | 5.30% |
| Women's Apparel | $5.4M | 1.98% | $37.2M | 1.97% | $100.3M | 2.01% | $142.8M | 2.02% |
| Men's Apparel | $2.8M | 1.02% | $19.5M | 1.03% | $53.6M | 1.08% | $76.5M | 1.08% |
| Girl's Apparel | $824.6K | 0.30% | $6.4M | 0.34% | $18.5M | 0.37% | $27M | 0.38% |
| Boy's Apparel | $585.7K | 0.21% | $4.7M | 0.25% | $13.8M | 0.28% | $20.2M | 0.28% |
| Infant Apparel | $659.3K | 0.24% | $4.8M | 0.25% | $13.5M | 0.27% | $19.3M | 0.27% |
| Footwear | $3.1M | 1.13% | $21.8M | 1.16% | $61.7M | 1.24% | $89.3M | 1.26% |
| | | | | | | | | |
| Total Entertainment & Hobbies | $40.6M | 14.90% | $279.5M | 14.79% | $725.6M | 14.56% | $1B | 14.49% |
| Entertainment | $5M | 1.83% | $40.1M | 2.12% | $110.6M | 2.22% | $162M | 2.29% |
| Audio & Visual Equipment/Service | $8.9M | 3.27% | $58.4M | 3.09% | $153.9M | 3.09% | $218.6M | 3.09% |
| Reading Materials | $792.6K | 0.29% | $5M | 0.26% | $12.5M | 0.25% | $17.2M | 0.24% |
| Pets, Toys, & Hobbies | $7M | 2.58% | $48.7M | 2.58% | $124.3M | 2.49% | $173.6M | 2.45% |
| Personal Items | $18.9M | 6.92% | $127.3M | 6.74% | $324.3M | 6.51% | $454.3M | 6.42% |
| | | | | | | | | |
| Total Food and Alcohol | $77.1M | 28.27% | $520.3M | 27.54% | $1.4B | 28.06% | $2B | 28.12% |
| Food At Home | $38.4M | 14.09% | $263.4M | 13.94% | $730.9M | 14.66% | $1.1B | 14.86% |
| Food Away From Home | $33M | 12.10% | $219.7M | 11.63% | $574.1M | 11.52% | $810.2M | 11.44% |
| Alcoholic Beverages | $5.7M | 2.09% | $37.2M | 1.97% | $94M | 1.89% | $129M | 1.82% |
| | | | | | | | | |
| Total Household | $45.7M | 16.75% | $318.2M | 16.85% | $803.3M | 16.11% | $1.1B | 15.93% |
| House Maintenance & Repair | $7.2M | 2.65% | $55.3M | 2.93% | $141M | 2.83% | $201.4M | 2.84% |
| Household Equip & Furnishings | $17.6M | 6.44% | $119.4M | 6.32% | $308M | 6.18% | $433.4M | 6.12% |
| Household Operations | $14.8M | 5.42% | $101.9M | 5.39% | $255.4M | 5.12% | $356.5M | 5.04% |
| Housing Costs | $6.1M | 2.24% | $41.5M | 2.20% | $99M | 1.99% | $136.2M | 1.92% |

| | 1 Mile | | 3 Miles | | 5 Miles | | 15 Min. Drive | |
|---|---|---|---|---|---|---|---|---|
| **Total Transportation/Maint.** | **$63.8M** | **23.40%** | **$456.8M** | **24.18%** | **$1.2B** | **24.92%** | **$1.8B** | **25.23%** |
| Vehicle Purchases | $26.9M | 9.85% | $206M | 10.91% | $577.5M | 11.58% | $839.6M | 11.86% |
| Gasoline | $17.2M | 6.31% | $119.2M | 6.31% | $328.2M | 6.58% | $472.6M | 6.68% |
| Vehicle Expenses | $1.9M | 0.69% | $12.9M | 0.68% | $31M | 0.62% | $42.9M | 0.61% |
| Transportation | $9M | 3.30% | $59.1M | 3.13% | $147.8M | 2.96% | $206.5M | 2.92% |
| Automotive Repair & Maintenance | $8.9M | 3.25% | $59.5M | 3.15% | $157.8M | 3.16% | $224.5M | 3.17% |
| | | | | | | | | |
| **Total Health Care** | **$13.1M** | **4.82%** | **$88.2M** | **4.67%** | **$229.9M** | **4.61%** | **$326M** | **4.60%** |
| Medical Services | $8M | 2.92% | $54M | 2.86% | $139.2M | 2.79% | $197M | 2.78% |
| Prescription Drugs | $3.7M | 1.36% | $24.5M | 1.29% | $65.1M | 1.31% | $92.5M | 1.31% |
| Medical Supplies | $1.5M | 0.54% | $9.7M | 0.51% | $25.6M | 0.51% | $36.5M | 0.52% |
| | | | | | | | | |
| **Total Education/Day Care** | **$19M** | **6.98%** | **$131.9M** | **6.98%** | **$323.8M** | **6.49%** | **$448.1M** | **6.33%** |
| Education | $11.6M | 4.24% | $80.3M | 4.25% | $198.3M | 3.98% | $274.2M | 3.87% |
| Fees & Admissions | $7.5M | 2.74% | $51.5M | 2.73% | $125.6M | 2.52% | $173.9M | 2.46% |

## Sacramento Economic Summary

**Sacramento Office**

Recent announcements tied to the Aggie Square development will bring Cytvia and the Alice Waters Institute to the Sacramento area in what could be the first of many new companies taking occupancy to align with the expertise at UC Davis. According to UC Davis, "Aggie Square is expected to generate about $500M in regional economic output and support 3,200 jobs annually when all phases are fully built out. At completion, the project – encompassing life sciences labs, housing, offices, academic space and community amenities – is expected to provide an economic impact of $1.9B."

The Railyard in Downtown Sacramento is among the nation's largest urban infill developments. Plans call for it to ultimately include up to 500,000 SF of retail space, 30 acres of greenspace, up to 5 million SF of innovation space, upwards of 10,000 housing units and a 3,700-seat concert venue. Kaiser has also built a medical campus at the Railyards that will employ over 3,000.

Historically, tech tenants from San Francisco and the Bay Area have been reluctant to relocate to Sacramento, leaving the synergies brought by the Bay Area's proximity to venture capital, engineering school, and innovative culture behind. Recently, there have been a growing number of indicators that this trend might be changing, with decentralized workforces forcing employers into hub-and-spoke models to keep in contact with their talent base.

**SACRAMENTO EMPLOYMENT BY INDUSTRY IN THOUSANDS**

| Industry | CURRENT JOBS | | CURRENT GROWTH | | 10 YR HISTORICAL | | 5 YR FORECAST | |
|---|---|---|---|---|---|---|---|---|
| | Jobs | LQ | Market | US | Market | US | Market | US |
| Manufacturing | 39 | 0.5 | -2.37% | -0.78% | 0.78% | 0.30% | 0.34% | 0.14% |
| Trade, Transportation and Utilities | 167 | 0.8 | 0.07% | 0.46% | 1.28% | 0.81% | 0.41% | 0.24% |
| Retail Trade | 98 | 0.9 | 0.62% | 0.46% | 0.03% | 0.00% | 0.36% | 0.17% |
| Financial Activities | 46 | 0.7 | -1.35% | 0.72% | -1.07% | 1.26% | 0.13% | 0.30% |
| Government | 262 | 1.6 | -0.59% | 0.29% | 1.32% | 0.65% | 0.52% | 0.23% |
| Natural Resources, Mining and Construction | 76 | 1.2 | -1.42% | 0.32% | 3.90% | 2.00% | 0.73% | 0.59% |
| Education and Health Services | 212 | 1.1 | 4.60% | 3.04% | 4.08% | 2.19% | 1.03% | 0.56% |
| Professional and Business Services | 131 | 0.8 | -2.07% | -0.21% | 0.80% | 1.27% | 0.59% | 0.62% |
| Information | 9 | 0.5 | -1.30% | -0.10% | -4.16% | 0.60% | 0.14% | 0.32% |
| Leisure and Hospitality | 113 | 1.0 | -0.17% | 1.06% | 1.57% | 1.11% | 1.15% | 0.83% |
| Other Services | 39 | 0.9 | -1.09% | 1.09% | 2.16% | 0.72% | 0.68% | 0.22% |
| **Total Employment** | **1,096** | **1.0** | **0.15%** | **0.76%** | **1.73%** | **1.14%** | **0.67%** | **0.43%** |

Source: Oxford Economics
LQ = Location Quotient

**CURTIS-ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

## Sacramento Economic Summary



**JOB GROWTH (YOY)**



Source: Oxford Economics

**UNEMPLOYMENT RATE (%)**



EXHIBIT PG. 30

## Sacramento Economic Summary



**NET EMPLOYMENT CHANGE (YOY)**



**MEDIAN HOUSEHOLD INCOME**



EXHIBIT PG. 31

## Sacramento Economic Summary

**Sacramento Office**

**POPULATION GROWTH (YOY %)**



**NET POPULATION CHANGE (YOY)**



## Sacramento Economic Summary

**Sacramento Office**

**DEMOGRAPHIC TRENDS**

| Demographic Category | Current Level | | 12 Month Change | | 10 Year Change | | 5 Year Forecast | |
|---|---|---|---|---|---|---|---|---|
| | Metro | US | Metro | US | Metro | US | Metro | US |
| Population | 2,474,895 | 341,954,969 | 0.4% | 0.5% | 0.8% | 0.6% | 0.3% | 0.3% |
| Households | 906,506 | 133,791,563 | 0.7% | 0.7% | 1.0% | 1.0% | 0.6% | 0.6% |
| Median Household Income | $103,863 | $83,326 | 4.3% | 3.2% | 5.2% | 4.2% | 3.6% | 3.5% |
| Labor Force | 1,196,774 | 170,739,094 | 2.0% | 1.3% | 1.1% | 0.8% | 0.2% | 0.2% |
| Unemployment | 4.9% | 4.3% | 0% | 0.1% | -0.1% | -0.1% | - | - |

Source: Oxford Economics

**POPULATION GROWTH**



**LABOR FORCE GROWTH**



**INCOME GROWTH**



Source: Oxford Economics

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

EXHIBIT PG. 33

## COSTAR MARKET RESEARCH-PROPERTY MARKET & SUBMARKET OVERVIEW

### Campus Commons Submarket Summary

**Campus Commons Office**

The Campus Commons office submarket has a vacancy rate of 8.7% as of the fourth quarter of 2025. Over the past year, the submarket's vacancy rate has changed by -3.3%, a result of -9,400 SF of net delivered space and 52,000 SF of net absorption.

Campus Commons's vacancy rate of 8.7% compares to the submarket's five-year average of 10.1% and the 10-year average of 11.5%.

The Campus Commons office submarket has roughly 250,000 SF of space listed as available, for an availability rate of 13.5%. As of the fourth quarter of 2025, there is no office space under construction in Campus Commons. Nothing has been under construction

in the submarket for the past 10 years.

Campus Commons contains 1.8 million SF of inventory, compared to 113 million SF of inventory metro wide.

Average rents in Campus Commons are roughly $28.00/SF, compared to the wider Sacramento market average of $28.00/SF.

Rents have changed by 1.3% year over year in Campus Commons, compared to a change of 0.7% metro wide. Annual rent growth of 1.3% in Campus Commons compares to the submarket's five-year average of 1.6% and its 10-year average of 2.6%.

**NET ABSORPTION, NET DELIVERIES & VACANCY**



## Sacramento Market Summary

**Sacramento Office**

The office market in Sacramento has been relatively stable, if underwhelming. Vacancy has increased only marginally year over year to 11.3% during the fourth quarter after net absorption tallied 150,000 SF coupled with 660,000 SF of net completions. However, roughly 20% fewer leases are being signed on a quarter-over-quarter basis compared with the period between 2015 and 2019, and the average lease size over the past two years has stabilized at almost 15% below the last cycle's trend.

The amount of sublet space has fallen by almost 50% since mid-2024 to 840,000 SF. However, occupiers have generally not taken advantage of the nearly 20% delta in sublet asking rents versus direct asking rents. The reduction in space has more typically been a result of landlords removing uncompetitive sublet space from the leasing market or rolling it into direct availability, instead of an increase in leasing activity for these spaces.

As part of its 2019 specific plan, the state government has been moving agencies from leased office space into state-owned buildings. In mid-2024, four of these state-owned buildings were delivered fully occupied for a total of 1.2 million SF. The net effect of these projects will ultimately lead to a drop in leasing activity throughout the region as departments relocate to less space in the new

buildings, leaving their former buildings with elevated vacancy.

Roughly 190,000 SF is in the construction pipeline after two buildings and 570,000 SF were completed in East Sacramento at the innovation district Aggie Square in 2025. Almost 200,000 SF is available at Aggie Square, while little is available in the construction pipeline.

Rent growth has measured 0.7% during the past 12 months compared to 0.8% nationally. The long-term average for annual rent growth in Sacramento has been 1.5%, and rents have grown 6.7% in the past five years. New leases come with considerable concession packages, including one month of free rent per year of the term and a tenant improvement package as high as $80/SF for first-generation space.

There have been pockets of leasing activity in the Downtown, North Natomas, and Campus Commons Submarkets. Market participants have noted an uptick in leasing tours, although leasing volume remains far below the average during the last cycle. Occupiers will continue to scrutinize their needs closely, and the metro's office vacancy will likely run above 11% through 2026, although government occupancy should prevent it from reaching a new peak.

**NET ABSORPTION, NET DELIVERIES & VACANCY**



## Sacramento Economic Summary

**Sacramento Office**





## Vacancy Analytics

2 Scripps Dr

### SACRAMENTO VACANCY OVERVIEW

Tenants with more modest space requirements have made up the bulk of the leasing market, particularly as government occupancy toward owned properties has removed their activity from leasing volume. The overall effect has been a reduction in average lease size and leaner demand.

Small leases have dominated office leasing. Leases under 5,000 SF have accounted for almost 50% of leasing volume in the past four quarters, the highest proportion of the past five years. Overall new leasing volume over the past four quarters has fallen by almost 40% compared with the average between 2015 and 2019, and market participants anticipate that the leasing environment will not reverse course anytime soon. Office users continue to respond to stable attendance and slowing employment growth in office-using sectors by shrinking their footprints.

Unlike most CBD submarkets in California, Downtown Sacramento's office inventory is heavily owned. Nearly 50% of the office stock is owned, most often by the state government. Among the state's primary downtown submarkets, Downtown Sacramento's vacancy rate below 10% is the only one below 15%. However, this has not insulated the submarket from a leaner demand environment that has emerged in recent years. When Sutter Health signed a lease for 113,000 on J Street earlier this year as the health care provider expands across the region, no other leases were signed above 20,000 SF through the first three quarters of 2025, and only a few were above 10,000 SF. During the last cycle between 2015 and 2019, quarterly leasing volume in Downtown Sacramento averaged 150,000 SF. Since 2022, it has averaged under 100,000 SF. While the lack of government leases has often stifled significant upside

in volume, most of the occupiers here have been smaller tenants, averaging 20% smaller leases compared to the last cycle.

Tenant interest has been concentrated in the market's highest-quality properties, and demand has overwhelming concentrated in new inventory. Market participants note that commodity office submarkets like Highway 50 Corridor, with an abundance of 3-story, 3 Star properties with large floor plates built last century, are no longer as appealing to occupiers interested in creating a more productive and efficient environment. Vacancy has increased to over 17% there with an availability rate above 20%.

In the past year, net absorption fell by almost 1 million SF in properties built before the 1990s across Sacramento. Conversely, net absorption tallied roughly 750,000 SF in properties that have been built this decade. Submarkets with better amenitized, centrally located buildings like North Natomas, Campus Commons, and Downtown have had more luck sourcing tenants, although they have not been immune to rising vacancy due to government relocations into owned properties.

Slower job growth, smaller leases, and more occupancy-challenged buildings built before formerly state government-occupied spaces have all created an environment of leaner demand. However, limited inventory growth over the past decade and a tenant base consisting of government, healthcare, and education companies have helped the region sidestep fundamentals from completely unraveling, maintaining relative, albeit underwhelming, stability.

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

EXHIBIT PG. 37

## Vacancy Analytics



**VACANCY RATE**



**VACANCY RATE**

| | Subject | | Peers | | Campus Commons | | Sacramento | |
|---|---|---|---|---|---|---|---|---|
| | Vacancy | Trend (YOY) | Vacancy | Trend (YOY) | Vacancy | Trend (YOY) | Vacancy | Trend (YOY) |
| 2019 | 0% | -8.5% | 11.6% | -2.2% | 14.1% | -0.1% | 8.4% | -1% |
| 2020 | 2.9% | 2.9% | 14.6% | 3% | 13.5% | -0.6% | 8.9% | 0.5% |
| 2021 | 0% | -2.9% | 12.2% | -2.4% | 8.0% | -5.5% | 9.6% | 0.7% |
| 2022 | 56.1% | 56.1% | 10.6% | -1.6% | 10.4% | 2.4% | 10.3% | 0.7% |
| 2023 | 53.2% | -2.8% | 14.2% | 3.6% | 10.4% | 0% | 10.7% | 0.4% |
| 2024 | 20.9% | -32.4% | 14.2% | 0% | 9.4% | -1% | 11.0% | 0.4% |
| YTD | 20.9% | 0% | 15.6% | 1.3% | 8.7% | -0.7% | 11.3% | 0.3% |
| 2026 | Forecast > | | 15.1% | 0.9% | 9.0% | -0.4% | 11.4% | 0.4% |
| 2027 | | | 14.9% | -0.2% | 8.8% | -0.1% | 11.4% | 0% |
| 2028 | | | 15.1% | 0.2% | 8.9% | 0.1% | 11.4% | 0.1% |
| 2029 | | | 15.2% | 0% | 9.0% | 0.1% | 11.5% | 0.1% |

## Rent Analytics

**2 Scripps Dr**

### SACRAMENTO RENT TRENDS

Rent growth has measured 0.7% year over year, compared to the long-term average of 1.5%. Rents have increased 6.7% cumulatively in the past five years in Sacramento compared to 7.3% nationally.

Leasing brokers have cited rent escalations at 3% on a typical five-year term. Incentives often include five months of free rent for a five-year term and up to $80/SF for tenant improvements for new space. Two years ago, tenant improvement allocations topped out at $50/SF, but build-out costs have risen toward $100/SF, often compelling occupiers to spend money out of pocket. That has been another reason that leasing activity among larger occupiers has cooled.

The new regime of elevated concessions has created an environment in which tenants shop for concessions just as much as they do for space, lengthening their time on the market and often negotiations.

Downtown commands a sizable pricing premium over the rest of the market with its abundance of quality inventory and reputation as the most prestigious office node. Asking rents in the upper levels of the market's premium office towers can still exceed $45/SF gross. Historically, the submarket has drawn consistent demand from corporate and professional service users. However, buildings in nearby submarkets are trying to draw occupiers from adjacent areas. Distress sales in and around the CBD could fuel a drop in asking rents, as lower acquisition costs allow owners to reset rents.

Rent growth is forecast to be relatively static through 2026, following the broader trend of leaner demand and less pricing power among landlords.

### GROSS ASKING RENT PER SQUARE FOOT



Legend: Subject (Direct) · Peers (Market) · Campus Commons (Market) · Sacramento (Market)

## Sacramento Construction

**Sacramento Office**

The majority of new speculative inventory is being built at Aggie Square. Located on the UC Davis Medical Campus in East Sacramento, the location will consist of three buildings totaling 800,000 SF. Two of the buildings, totaling 570,000 SF, were completed in mid-2025, with nearly 200,000 SF available during the fourth quarter. Just two blocks from the UC Davis Hospital expansion site, the project is being developed as a public-private partnership between Wexford Scientific and UC Davis, aimed at biotech innovation and entrepreneurship. Aggie Square is situated within an amenity-rich area that is expected to include more housing in the coming years. The third building at Aggie Square is on hold until more spaces are leased in the recently deliveried buildings. That has left 190,000 SF in the construction pipeline, of which almost no space is available.

Also in East Sacramento, work finished up in 2025 on the 48X Complex, a 270,000-SF ambulatory care center

that cost nearly $600 million. Medical office properties, in addition to the construction of new government buildings, are likely to be among the top development projects in Sacramento moving forward in the near term.

At the end of 2024, a 275,000-SF expansion for CalSTRS was completed in West Sacramento. The pension had been marketing several floors at its former headquarters next door, and the California State Auditor leased two floors and 50,000 SF there during 25Q3. The state agency is paying around $37/SF and received $100/SF in TI allowance, in what will be a lateral move from Downtown.

With the majority of speculative development in the past, this should prevent further supply-side pressure to vacancy through 2026 since most construction projects will likely be built-to-suit.

**DELIVERIES & DEMOLITIONS**



## Investment Trends

**2 Scripps Dr**

**SACRAMENTO INVESTMENT TRENDS**

Over the past five years, Sacramento has seen an almost equal share of purchases and dispostions from institutional buyers and REIT capital sources, accounting for roughly 25% of volume. During the past four quarters, however, institutional parties were involved on 15% of volume on the buy side and over 35% on the selling side. Annual sales volume has tallied $613 million during the past 12 months, and sales volume during 25Q3 increased 20% year over year.

A private party purchased the Hewlett Packard Campus in Roseville for $13.6 million, or about $44/SF. The 308,000-SF property was not occupied at the time of the sale. The buyers were attract to the property's value-add potential after Mechanics Bank initiated foreclosure proceedings in 2023 when the previous owner defaulted

on a loan exceeding $21 million.

Buzz Oates purchased the 4-Star 400 Capitol Mall for $117 million, or about $233/SF. It is one of the premier office buildings in the market and was 90% occupied at the time of sale. The deal was one of the first leased investments of this size to sell in Sacramento since 2020.

Distress sales are likely to continue rippling across the Sacramento region as owners with occupancy-challenged buildings face few options amid a leaner demand environment. That could lead to rents being reset in pockets of the region to improve occupancy or provide an opening for users to purchase and occupy buildings at a discount.

**SALES VOLUME & MARKET SALE PRICE PER SF**



## Investment Trends

**2 Scripps Dr**

**CAMPUS COMMONS INVESTMENT TRENDS**

Over the past year, 5 office properties traded in Campus Commons, accounting for 110,000 SF of inventory turnover. Office sales volume in Campus Commons has totaled $39.0 million over the past year. Average annual sales volume over the past five years is $20.1 million and $23.8 million over the past 10 years.

Estimated office market pricing in Campus Commons is $178/SF compared to the market average of $184/SF. Average market pricing for Campus Commons is estimated at $179/SF for 3 Star assets, and $176/SF for 1 & 2 Star buildings. The estimated cap rate for Campus Commons office is 9.2%, compared to the metro average of 9.5%.

**SALES VOLUME & MARKET SALE PRICE PER SF**



CR CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Sales Pricing

**2 Scripps Dr**

**MARKET PRICE PER SF**



**UNITED STATES SALE PRICE PER SF DISTRIBUTION PAST 12 MONTHS**



**SACRAMENTO SALE PRICE PER SF DISTRIBUTION PAST 12 MONTHS**



**PRICE PER SF SUMMARY OF SALES IN PAST YEAR**

| Geography | Transactions | Low | Bottom 25% | Median | Average | Top 25% | High |
|---|---|---|---|---|---|---|---|
| United States | 23,849 | $0.01 | $49 | $162 | $196 | $494 | $7,562 |
| Sacramento | 221 | $5.77 | $78 | $204 | $147 | $415 | $773 |
| Sacramento County | 120 | $5.77 | $65 | $182 | $144 | $381 | $664 |
| Campus Commons | 5 | $89 | $192 | $308 | $291 | $322 | $327 |
| Selected Sale Comps | 7 | $70 | $85 | $117 | $119 | $156 | $176 |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

EXHIBIT PG. 43

## Cap Rates

2 Scripps Dr

**MARKET CAP RATE**



- Sacramento Office
- United States Office

**UNITED STATES CAP RATE DISTRIBUTION PAST 12 MONTHS**



**SACRAMENTO CAP RATE DISTRIBUTION PAST 12 MONTHS**



**CAP RATE SUMMARY OF SALES IN PAST YEAR**

| Geography | Transactions | Low | Bottom 25% | Median | Average | Top 25% | High |
|---|---|---|---|---|---|---|---|
| United States | 1,732 | 1.0% | 5.4% | 7.5% | 7.6% | 10.2% | 24.0% |
| Sacramento | 15 | 2.7% | 4.2% | 7.0% | 6.8% | 9.1% | 9.7% |
| Sacramento County | 11 | 2.7% | 3.6% | 7.0% | 6.6% | 9.1% | 9.7% |
| Campus Commons | 0 | - | - | - | - | - | - |
| Selected Sale Comps | 2 | 6.4% | N/A | 7.9% | 7.9% | N/A | 9.5% |

**Overall Market Forecast**

CoStar forecasts a good economic outlook for the subject area over the next several years. The subject area has a long history of stable to improving economic conditions.



# SITE DESCRIPTION

| | |
|---|---|
| Address | 2 Scripps Drive, Sacramento, CA 95825 |
| Assessor Parcel No. | 295-0384-001 |
| Legal Description | Please refer to the property detail report on the following page. |
| Site Area | 84,071 square feet, 1.93 acres |
| Site Shape | Irregular |
| Topography | Level |
| Improvements | Campus Commons Medical Dental Building |
| Vehicular Access | Ingress/egress to the subject property is provided via Scripps Drive, University Avenue and Howe Avenue, city maintained streets with full infrastructure improvements. |

CURTIS-ROSENTHAL, Inc.
REAL ESTATE APPRAISAL & CONSULTING

# Property Detail Report

## 2 Scripps Dr, Sacramento, CA 95825-6207
APN: 295-0384-001-0000

Sacramento County Data as of: 10/08/2025

## Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | Scripps Two LLC | | Auction |
| Vesting: | A Limited Liability Company | | PACE Lien |
| Mailing Address: | 2443 Fair Oaks Blvd, Sacramento, CA 95825-7684 | Occupancy: | Absentee Owner |

## Location Information

| | | | | | |
|---|---|---|---|---|---|
| Legal Description: | M Campus Commons Unit No 1 Exc Por To City For R/W In 670628/42... | | | County: | Sacramento, CA |
| APN: | 295-0384-001-0000 | Alternate APN: | | Census Tract / Block: | 005404 / 4006 |
| Munic / Twnshp: | Sacramento, City Of | Twnshp-Rng-Sec: | | Legal Lot / Block: | M / |
| Subdivision: | Campus Commons 01 | Tract #: | | Legal Book / Page: | 78 / 3 |
| Neighborhood: | Arden Arcade | School District: | San Juan Unified School District | | |
| Elementary School: | Sierra Oaks K-8 | Middle School: | Sierra Oaks K-8 | High School: | Encina Preparatory... |
| Latitude: | 38.5727 | Longitude: | -121.41208 | | |

## Last Transfer / Conveyance - Current Owner

| | | | | | |
|---|---|---|---|---|---|
| Transfer / Rec Date: | 11/17/2022 / 11/30/2022 | Price: | $3,575,000 | Transfer Doc #: | 20221130.1167 |
| Buyer Name: | Scripps Two LLC | Seller Name: | Morvai I LLC | Deed Type: | Grant Deed |

## Last Market Sale

| | | | | | |
|---|---|---|---|---|---|
| Sale / Rec Date: | 03/30/2017 / 04/07/2017 | Sale Price / Type: | $7,400,000 / Full Value | Deed Type: | Grant Deed |
| Multi / Split Sale: | | Price / Sq. Ft.: | $207 | New Construction: | |
| 1st Mtg Amt / Type: | $3,900,000 / Conventional | 1st Mtg Rate / Type: | 4.16 / Estimated | 1st Mtg Doc #: | 20170407.930 |
| 2nd Mtg Amt / Type: | | 2nd Mtg Rate / Type: | $4 / | Sale Doc #: | 20170407.929 |
| Seller Name: | 2 Scripps DR LLC | | | | |
| Lender: | Tri Counties Bank | | | Title Company: | Chicago Title Co |

## Prior Sale Information

| | | | | | |
|---|---|---|---|---|---|
| Sale / Rec Date: | 12/18/2013 / 02/14/2014 | Sale Price / Type: | $5,100,000 / Full Value | Prior Deed Type: | Grant Deed |
| 1st Mtg Amt / Type: | $3,600,000 / Conventional | 1st Mtg Rate / Type: | / Adj | Prior Sale Doc #: | 20140214.634 |
| Prior Lender: | Tri Counties Bank | | | | |

## Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Gross Living Area: | 35,712 Sq. Ft. | Total Rooms: | 0 | Year Built / Eff: | 1973 |
| Living Area: | 35,712 Sq. Ft. | Bedrooms: | | Stories: | |
| Total Adj. Area: | | Baths (F / H): | | Parking Type: | |
| Above Grade: | | Pool: | | Garage #: | |
| Basement Area: | | Fireplace: | | Garage Area: | |
| Style: | | Cooling: | | Porch Type: | |
| Foundation: | | Heating: | | Patio Type: | |
| Quality: | Good | Exterior Wall: | | Roof Type: | |
| Condition: | | Construction Type: | | Roof Material: | |

## Site Information

| | | | | | |
|---|---|---|---|---|---|
| Land Use: | Medical Building | Lot Area: | 84,070 Sq. Ft. | Zoning: | OB-PUD |
| State Use: | | Lot Width / Depth: | | # of Buildings: | 1 |
| County Use: | Cgc00a - Office, Me... | Usable Lot: | | Res / Comm Units: | |
| Site Influence: | | Acres: | 1.93 | Water / Sewer Type: | |
| Flood Zone Code: | X | Flood Map #: | 06067C0183H | Flood Map Date: | 08/16/2012 |
| Community Name: | City Of Sacramento | Flood Panel #: | 0183H | Inside SFHA: | False |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

| | |
|---|---|
| Zoning | The property is zoned OB-PUD, Office Business Low-Rise Mixed-Use Zone within the Campus Commons Planned Unit Development and the Citywide Multi-Unit Dwelling Design Review Area. |
| | There is an entitled 9-unit apartment project on a 3,000 sf parcel of land that will be valued separately from the office building. |
| | Parking: The subject has 201 parking spaces. The subject is considered to be a conforming use. |
| Zoning Compliance | Use: The current use as an office building is allowed as a conforming use. |
| | *Based on the forgoing, the improvements appear to be a conforming use.* |
| Utilities | All necessary utilities are available and connected to the site including water, natural gas, electricity, sewer, internet and telephone. |
| Flood Zone | Zone: X, Panel Number: 06067C0183H, dated 08/16/2012. Zone "X" is identified as an area moderate or minimal flood hazard. Flood insurance is available in participating communities but is not required by regulation in this zone |
| Earthquake Zone | Properties in California are subject to some degree of earthquake risk. The subject is not known to be located in a Special Study Zone for seismic activity. **We are not seismic engineers and we are not qualified to determine earthquake hazards. Our appraisal assumes that the subject is not adversely impacted by atypical earthquake risk.** *We recommend obtaining a geologic study to determine any potential earthquake hazard that might impact the subject site* |
| Soil Conditions | No soil report has been provided to us. Our on-site inspection of the subject property revealed no obvious evidence of adverse geologic or soil conditions on the subject site. **We are not geologists or soil engineers and we are not qualified to detect geologic or soil related problems. Our appraisal assumes that no detrimental geologic or soil-related conditions impact the subject property.** *We recommend consulting with a qualified geologist or soil engineer to determine whether detrimental geologic or soil conditions exist on the subject site.* |
| Environmental Conditions | No environmental report has been provided to us. Our on-site inspection of the subject property revealed no obvious or apparent evidence of soil contamination or the presence of toxic or hazardous substances. **We are not environmental engineers and we are not qualified to detect environmental contamination. Our appraisal assumes the subject site is clean with no contamination.** *We recommend consulting with a qualified environmental engineer to determine whether environmental contamination exists on the subject site.* |

| Easements and Encumbrances | A preliminary title report was not provided to the appraisers. We are not aware of any easements or encumbrances impacting the subject other than those imposed by local government and quasi-government agencies for public utilities, rights-of-way, etc. ***Our appraisal assumes the subject to be free and clear of any negative easements, restrictions, and encumbrances impacting the subject site.*** |

**A Plat Map is included on the following page.**





EXHIBIT PG. 50





EXHIBIT PG. 51

## IMPROVEMENT DESCRIPTION

| Overview | |
|---|---|
| Type of Use | Campus Commons Medical Dental Building |
| Year Built | One building: 1973; periodically renovated. |
| Gross Building Area | 36,109 square feet |
| GBA Source | Per owner's representative |
| Net Rentable Area | 36,109 square feet |
| NRA Source | Per owner's representative |
| Building Area Comments | |
| #. of Buildings | One |
| #. of Stories | Three |
| # of Marked Spaces | 201 parking spaces |
| Floor Area Ratio (FAR) | 0.43 |

| Exterior Shell | |
|---|---|
| Building Structure | Steel frame & Wood frame |
| Exterior Walls | Wood Frame |
| Exterior Windows | Glass in Metal Frames |
| Roof | Built Up Composition |

| Interior Finish | |
|---|---|
| Floors | Carpet and vinyl tile |
| Ceilings | Drywall & suspended ceilings |
| Walls/Partitions | Drywall |
| Lighting | LED, Fluorescent and incandescent lighting fixtures |

| Systems | |
|---|---|
| HVAC | HVAC, zoned. |



| Plumbing | Adequate |
|---|---|
| Electrical | Adequate |
| Fire Protection | Fire sensors & smoke detectors in each suite |

## Parking

| Type | Open paved parking area, marked spaces |
|---|---|
| # of Spaces | 201 |
| Parking Ratio | 5.57 spaces per 1,000 sf |

## Site Improvements

There is a parking area with asphalt paving and miscellaneous concrete flat work.

## Appraiser Observations

| Quality | Good |
|---|---|
| Condition | Good |
| Deferred Maint. | None noted |
| Functional Utility | Conforms with typical market standards |
| General Comments | Overall, the subject is in good condition, as is, and it displays a good level of maintenance. Good functional floor plan. |

## Effective Age/Economic Life Estimate

| Effective Age | 20 | Years |
|---|---|---|
| Economic Life | 55 | Years |

| Physical | 36% |
|---|---|
| Functional | 0% |
| Economic | 0% |

**Photographs of the Subject Property**



**Front**



**Front**



**Subject**



**Subject**



**Subject**



**Subject**



EXHIBIT PG. 54

**Photographs of the Subject Property**



**Subject street view**



**Subject street view**



**Subject street view**



**Subject street view**



**Subject**



**Subject**

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

**Photographs of the Subject Property (cont'd)**



**Subject**



**Subject**



**Subject**



**Subject**



**Subject**



**Subject**

**Real Estate Taxes**

Current property tax information is shown below.

APN 295-0384-001

## Tax Information

| | | | |
|---|---|---|---|
| Assessed Year: | 2025 | Assessed Value: | $7,939,430 |
| Tax Year: | 2024 | Land Value: | $1,560,600 |
| Tax Area: | 03-161 | Improvement Value: | $6,378,830 |
| Property Tax: | $70,020.42 | Improved %: | 80.34% |
| Exemption: | | Delinquent Year: | |

According to California Proposition 13, real estate taxes in California are limited to 1.00% of assessed value plus limited amounts for bonded indebtedness. Properties are reassessed upon sale or transfer of over 50% of the ownership interest, and when significant remodeling or new construction is completed. The new assessed value would be based on the current market value of the property on the date of sale, which typically corresponds with the purchase price paid for the property, or on the date of reassessment.

Since the definition of value for this assignment assumes a sale of the property, our valuation analysis uses a property tax liability based on our appraised value estimate for the subject property as though a sale had occurred.

We assume that all property taxes are paid current.

**Ownership History**

The following table presents the current ownership and recent ownership history of the subject property.

We are not aware of any arm's length sales, listings, escrows or pending sales of the subject property during the past three years.

## Transaction History Report

**2 Scripps Dr, Sacramento, CA 95825-6207**
APN: 295-0384-001-0000

Sacramento County Data as of: 10/08/2025

**Current Owner: Scripps Two LLC**
Vesting: A Limited Liability Company
2017 - Present


🔵 Auction
⚠️ PACE Lien

| Date | Type | Amount | Borrower(s) | Lender | Buyer | Seller |
|------|------|--------|-------------|--------|-------|--------|
| 10/06/2025 | Notice Of Sale | | | | | |
| | Title: | | Orig. Date: 11/30/2022 | | Filing Date: 10/06/2025 | |
| | Trustee: First American Title Insurance Company | | Orig. Doc #: 20221130.1168 | | Doc #: 20251006.557 | |
| 05/08/2025 | Notice Of Default | $10,588,541 | | | | |
| | Title: | | Orig. Date: 11/30/2022 | | Filing Date: 05/08/2025 | |
| | Trustee: First American Title Insurance Company | | Orig. Doc #: 20221130.1168 | | Doc #: 20250508.586 | |
| 01/03/2023 | Assignment | | | | Scripps Two LLC | |
| | Orig. Date: 11/30/2022 | | | Previous Lender: Red Oak Capital Holdings Llc | | |
| | Orig. Doc #: 20221130.1168 | | | Doc #: 20230103.456 | | |
| 11/30/2022 | Deed Transfer | $3,575,000 | | | Scripps Two LLC | Morvai I LLC |
| | Sale Date: 11/17/2022 | | Doc Type: Deed Transfer | | Doc #: 20221130.1167 | |
| | Title: Chicago Title Company | | | | | |
| 11/30/2022 | Trust Deed/Mortgage | $9,000,000 | Scripps Two LLC | Red Oak Capital Holdings LLC | | |
| | Loan Type: | | Doc Type: Trust Deed/Mortgage | | Doc #: 20221130.1168 | |
| | Rate Type: Est | | Rate: 6.950 | | Term: | |
| 08/11/2022 | Release | | | | | |
| | Orig. Rec Date: 04/07/2017 | | Orig. Doc #: 20170407.930 | | Doc #: 20220811.500 | |
| 05/02/2017 | Release | | | | | |
| | Orig. Rec Date: 02/14/2014 | | Orig. Doc #: 20140214.635 | | Doc #: 20170502.175 | |
| 04/12/2017 | Release | | | | | |
| | Orig. Rec Date: 10/15/2015 | | Orig. Doc #: 20151015.1182 | | Doc #: 20170412.247 | |
| 04/12/2017 | Release | | | | | |
| | Orig. Rec Date: 10/15/2015 | | Orig. Doc #: 20151015.1183 | | Doc #: 20170412.246 | |
| 04/12/2017 | Release | | | | | |
| | Orig. Rec Date: 10/15/2015 | | Orig. Doc #: 20151015.1184 | | Doc #: 20170412.245 | |
| 04/07/2017 | Deed Transfer | $7,400,000 | | | Morvai I LLC / Lackner Edward 1989 Trust | 2 Scripps DR LLC |
| | Sale Date: 03/30/2017 | | Doc Type: Deed Transfer | | Doc #: 20170407.929 | |
| | Title: Chicago Title Co | | | | | |
| 04/07/2017 | Trust Deed/Mortgage | $3,900,000 | Morvai I LLC / Lackner Edward 1989 Trust | Tri Counties Bank | | |
| | Loan Type: Conventional | | Doc Type: Trust Deed/Mortgage | | Doc #: 20170407.930 | |
| | Rate Type: Estimated | | Rate: 4.160 | | Term: | |

## HIGHEST AND BEST USE

**Highest and Best Use** is defined as follows:

"*The reasonably probable and legal use of vacant land or an improved property that is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the Highest and Best Use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity.*"

An analysis of **Highest and Best Use** must consider a property **As If Vacant** and **As Currently Improved**.

### Analysis of Land, As If Vacant

*Physically Possible*: The subject site is generally level. No physical impediments were observed that would prevent the subject site from being developed to its Highest and Best Use.

*Legally Permissible*: The zoning of the subject site is for commercial use. Based on the zoning of the subject site, legally permissible uses of the site would include commercial and office use.

*Financially Feasible*: The subject's immediate neighborhood primarily consists of an area of commercial, office and residential uses. The general composition of uses in the subject area is generally consistent with the legally permissible uses as prescribed by local zoning standards. Therefore, if the subject was vacant and suitable for development, it is our opinion that the most financially feasible alternative would appear to be represented by the development of commercial and office use.

*Maximally Productive*: The maximally productive use is that use which provides the greatest return and the most profitable alternative. Physically the subject site would not specifically preclude any type of development. Legally the zoning allows for various types of uses as discussed above. From the legally permissible uses, it is our opinion that financially feasible uses would include hotel/motel. Our analysis indicates that of the financially feasible uses, the maximally productive use of the subject site would be commercial and office use. Therefore, it is our opinion that the **Highest and Best Use, As If Vacant,** of the subject site would be **commercial and office use.**

### Analysis of the Property, As Currently Improved

The analysis of the subject property, As Improved, relies on the same basic criteria outlined in the discussion of Highest and Best Use of the subject site assumed vacant. However, the current discussion focuses on whether the existing improvement program offers any contributory value.

The subject is generally functional for its intended use and is operating successfully. A review of the subject's physical traits did not suggest any specific items or modifications that would need to be completed in order to achieve the subject's Highest and Best Use. Our analysis indicates that the existing improvement program offers substantial contributory value over and above the underlying land value.

Therefore, it is our opinion that the **Highest and Best Use, As Currently Improved** of the subject property, is to **continue the existing use of the property as presently configured**.



## VALUATION TECHNIQUES AND METHODOLOGY

**Valuation Techniques**

Three approaches to value form the foundation for current appraisal theory. These approaches are Cost Approach, Sales Comparison Approach, and Income Capitalization Approach.

**Cost Approach**
This approach is based on the proposition that an informed purchaser would pay no more for a property than the cost of producing a substitute property with the same utility. It is particularly applicable when the subject property involves relatively new improvements that represent the Highest and Best Use of the land, or when relatively unique or specialized improvements are located on the site for which there exist no comparable properties in the market. The Cost Approach is not utilized in this analysis. Market participants do not typically value this type of property utilizing the Cost Approach.

**Sales Comparison Approach**
This is an appraisal procedure in which the market value estimate is predicated upon prices paid in actual market transactions and current listings. The former suggests the lower limit of value in a static or advancing market and suggests the higher limit of value in a declining market. The latter typically the high limit in any market. It is a process of analyzing sales of similar, recently sold properties in order to derive an indication of the most probable sales price of the property being appraised.
The reliability of this technique is dependent upon:
1. Availability of comparable sales data
2. Verification of the sales data, and
**3.** The degree of comparability or extent of adjustment necessary

**Income Capitalization Approach**
This approach is widely applied in appraising income-producing properties. Anticipated present and future income, as well as any future reversions, is discounted to the present value through capitalization. This approach relies upon market data to establish current economic rents and expense levels to arrive at an expected net income.

**Valuation Methodology Used in This Assignment**

Our valuation of the subject property includes the following analyses:
- **Sales Comparison Approach**
- **Income Capitalization Approach -** Direct Capitalization based on Market Rent.



# COST APPROACH

The **Cost Approach** is based on the economic principle of substitution. A cornerstone of this valuation approach is the premise that an informed buyer would not pay more for a property than the cost of acquiring a comparable vacant site and constructing an improvement program of similar utility.

The fundamental steps of the Cost Approach are outlined below:

1. Estimate the value of the site assumed vacant and available for development to its Highest and Best use.

2. Estimate the total reproduction or replacement costs associated with the improvement program. These costs include direct or hard costs such as building materials and labor, as well as indirect or soft costs such as financing charges, real estate taxes during construction, professional fees, carrying charges, etc. Reproduction costs are used when it is necessary to estimate the costs to exactly replicate a building in every detail. Typically, a replacement cost estimate is more appropriate and useful. The replacement cost estimate is based on the expense associated with developing a similar building of equal utility and function.

3. Estimate an appropriate level of entrepreneurial profit. This cost reflects the required return to the developer for assuming the time, coordination, and risk associated with project development. This cost is distinct from contractor's profit and overhead which is incorporated as a direct cost.

4. Add together the total construction costs (i.e.-direct costs, indirect costs, and entrepreneurial profit) associated with development.

5. Subtract any observed levels of depreciation impacting the subject property. Depreciation may stem from physical deterioration, functional obsolescence, or economic obsolescence. The total construction cost adjusted for accrued depreciation yields the Replacement or Reproduction Cost less Depreciation.

6. Add the total depreciated improvement value to the estimated land value to derive the value indicated by the Cost Approach.

The Cost Approach is not utilized in this analysis. Market participants do not typically value this type of property utilizing the Cost Approach.

| Value Conclusion – Cost Approach | |
|---|---|
| **Cost Approach Value Conclusion** | **Not Utilized** |

## SALES COMPARISON APPROACH

The **Sales Comparison Approach** is a method of valuation that compares prices paid for similar properties in an open and free marketplace.

We surveyed the market in the subject area in order to locate comparable sales of similar properties which would aid in forming an opinion of value for the subject property. Our search parameters are summarized below.

| Primary Search Parameters for Comparable Sales | |
|---|---|
| Location | Subject area and surrounding area |
| Sale Date | January 2023 to present |
| Property Type | Medical and Dental Office |
| Size | 5,000 square feet to 20,000 square feet of building area |
| **Method of Analysis** | |
| Price Per Square Foot of Building Area | Our research indicated most investors analyze comparable sales on this basis. |

**Map of Comparable Building Sales**



## *SUMMARY OF BUILDING SALES*

| Item | Property Name<br>Street Address<br>City/State<br>Assessor's Parcel No(s) | | Sale Date<br>Document No.<br>Source<br>Corner/Interior | Building Area (sf)<br>Year Built<br>Investor/Owner Occ. | Land Area (sf)<br>Zoning<br>Parking/1,000 sf<br>Site Coverage | Cash Eq. Price<br>Price Per SF<br>OAR |
|------|------|------|------|------|------|------|
| 1 | Medical-Dental Office<br>3071 Gold Canal Dr<br>Rancho Cordova   CA   95670<br>072-0460-011<br>Buyer:          In Escrow | | In Escrow 10/28/2025<br>Asking $5,058,000<br>CoStar/Public Record<br>Interior<br>Seller: | 11,136<br>2006<br>Investor | 37,897<br>OIMU<br>4.50<br>29%<br>Malli Family Revocable Trust | $5,058,000<br>$454.20<br>5.35% |
| 2 | Medical-Dental Office<br>4320 Auburn Blvd<br>Sacramento   CA   95841<br>240-0212-034<br>Buyer:          CCI Sacramento, LLC | | August 29, 2025<br>1203<br>CoStar/Public Record<br>Interior<br>Seller: | 19,559<br>1984<br>Investor | 74,487<br>GC<br>4.00<br>26%<br>Mustlo, LLC | $9,750,000<br>$498.49<br>N/A |
| 3 | Medical-Dental Office<br>9250 Big Horn Blvd<br>Elk Grove   CA   95758<br>116-0330-057<br>Buyer:          EG9250BH Partners | | May 6, 2025<br>796<br>CoStar/Public Record<br>Interior<br>Seller: | 12,695<br>2019<br>Investor | 49,222<br>MP<br>4.02<br>26%<br>9250 Big Horn Holdings Inc | $5,450,000<br>$429.30<br>N/A |
| 4 | Medical-Dental Office<br>2170 E Bidwell St<br>Folsom   CA   95630<br>072-2700-005<br>Buyer:          HHC Properties, LLC | | January 15, 2025<br>932<br>CoStar/Public Record<br>Interior<br>Seller: | 3,453<br>2005<br>Investor | 6,795<br>BP-PD<br>3.48<br>51%<br>Garg Trust | $1,500,000<br>$434.40<br>N/A |
| 5 | Medical-Dental Office<br>9309 Office Park Circle<br>Elk Grove   CA   95758<br>116-0860-043<br>Buyer:          Rajalaxmi, LLC | | September 13, 2024<br>915<br>CoStar/Public Record<br>Interior<br>Seller: | 6,937<br>2004<br>Investor | 29,272<br>MP<br>6.49<br>24%<br>Endodontic Associates | $3,250,000<br>$468.50<br>6.92% |

**Photographs of Comparable Sales from CoStar**



**Sale Number One**



**Sale Number Two**



**Sale Number Three**



**Sale Number Four**



**Sale Number Five**

**Analysis of Comparable Building Sales**

All of the comparable improved properties are located within the subject's general and broader market area. They were chosen because of their location, size, number of tenants, time of sale, utility and economic potential based on the nature of the subject property.

In analyzing the market data, we gave consideration to the features of comparison deemed most important in the subject market. These include rights conveyed, condition of sale, market conditions as the time of sale, location, highest and best use potential and other factors deemed relevant.

Below is a matrix that displays each of the adjustments deemed necessary to reach an opinion of value for the subject property. The adjustments applied are not necessarily representative of paired-data analysis and are not intended to be viewed in a precise or absolute context. Rather, they are intended to offer general insight with regard to the order of magnitude afforded each of the adjustment categories, as determined by the appraisers by virtue of our investigations into the subject marketplace.

## BUILDING SALES ADJUSTMENT MATRIX

| | SUBJECT | ONE | TWO | THREE | FOUR | FIVE |
|---|---|---|---|---|---|---|
| Sale Price | N/A | $5,058,000 | $9,750,000 | $5,450,000 | $1,500,000 | $3,250,000 |
| Building Area (sf) | 35,589 | 11,136 | 19,559 | 12,695 | 3,453 | 6,937 |
| $ psf | N/A | $454.20 | $498.49 | $429.30 | $434.40 | $468.50 |
| Rights Conveyed Investor/Owner User | Leased Fee Investor | | | | | |
| Adjusted $ psf | N/A | $454.20 | $498.49 | $429.30 | $434.40 | $468.50 |
| Financing Terms | Conventional | | | | | |
| Adjusted $ psf | N/A | $454.20 | $498.49 | $429.30 | $434.40 | $468.50 |
| Condition of Sale | Conventional | | | | | |
| Adjusted $ psf | N/A | $454.20 | $498.49 | $429.30 | $434.40 | $468.50 |
| Δ In Market Conditions | October-25 | | | | | |
| Adjusted $ psf | N/A | $454.20 | $498.49 | $429.30 | $434.40 | $468.50 |
| General Location | Sacramento Campus Commons | 5% | 2% | | | |
| Specific Location | Corner | 5% | 5% | 5% | 5% | 5% |
| Building Area (sf) | 35,589 | -5% | -2% | -5% | -7% | -7% |
| Quality | Good | | | | | |
| Conditon | Good | | | | | |
| Elevator | Yes | | | | | |
| Parking Spaces/1,000 sf | 6.16 | 5% | 5% | 5% | 6% | -1% |
| Other | N/A | | | | | |
| Subtotal of Adjustments | N/A | 10% | 10% | 5% | 4% | -3% |
| FINAL INDICATORS | N/A | $499.62 | $548.34 | $450.77 | $451.78 | $454.45 |

## Valuation Analysis

Our analysis of the comparable sales considers features of comparison that a knowledgeable buyer in the subject marketplace would consider. The adjustments applied are not based on paired-data analysis and they are not intended to be viewed in a precise or absolute context. Rather, they are intended to offer general insight with regard to the order of magnitude afforded each of the adjustment categories, based on our research in the subject marketplace.

### Market Conditions (Time)

Based on the preceding CoStar and other research, we estimate a relatively stable market since January 2024. The comparable sales do not require adjustment for time of sale.

### Discussion of Comparable Sales

**Sale No. 1 - 3071 Gold Canal Drive, Rancho Cordova, CA 95670**

This is a recent purchase of a 2006-built, Class D - Wood Frame, office building.  This building is 11,136 sf. This building was reportedly in good overall condition at the time of sale.  The transaction was reportedly all cash to the seller. The cap rate was reported at 5.35%. After adjustments, the sale indicates a value for the subject of $499.62 per square foot of building area.

**Sale No. 2 - 4320 Auburn Blvd., Sacramento, CA 95841**

This is a recent purchase of a 1984-built, Class D - Wood Frame, office building.  This building is 19,559 sf. This building was reportedly in good overall condition at the time of sale.  The transaction was reportedly all cash to the seller. After adjustments, the sale indicates a value for the subject of $548.34 per square foot of building area.

**Sale No. 3 - 9250 Big Horn Blvd., Elk Gove, CA 95758**

This is a recent purchase of a 2019-built, Class D - Wood Frame, office building.  This building is 12,695 sf. This building was reportedly in good overall condition at the time of sale.  The transaction was reportedly all cash to the seller. After adjustments, the sale indicates a value for the subject of $450.77 per square foot of building area.

**Sale No. 4 - 2170 E. Bidwell Street, Folsom, CA 95630**

This is a recent purchase of a 2005-built, Class D - Wood Frame, office building.  This building is 3,453 sf. This building was reportedly in good overall condition at the time of sale.  The transaction was reportedly all cash to the seller. After adjustments, the sale indicates a value for the subject of $451.78 per square foot of building area.

**Sale No. 5 - 9309 Office Park Circle, Elk Gove, CA 95758**

This is a recent purchase of a 2004-built, Class D - Wood Frame, office building.  This building is 6,937 sf. This building was reportedly in good overall condition at the time of sale.  The transaction was reportedly



EXHIBIT PG. 68

all cash to the seller. The cap rate was reported at 6.92%. After adjustments, the sale indicates a value for the subject of $454.45 per square foot of building area.

**Conclusion**

The subject property is located near businesses, commercial areas, shopping centers, schools and universities. It is also proximate to freeway access and employment.  The price per square foot of building area is an indicator of value used to analyze the physical aspects of the comparable sales. Differences in location, size and conditions of sale will cause variances in this measure. A summary of the analyzed data is provided below:

| BUILDING  VALUE ARRAY | | |
|---|---|---|
| **Sale Number** | **Overall Comparison** | **Adjusted $/SF** |
| **2** | **Superior** | **$548.34** |
| **5** | **Superior** | **$499.62** |
| | **SUBJECT** | |
| **3** | **Inferior** | **$454.45** |
| **1** | **Inferior** | **$451.78** |
| **6** | **Inferior** | **$450.77** |

The comparable improved sales data reported indicate an adjusted range as illustrated above. The average sale price was $480.99 per square foot of building area. The median sale price was $454.45 per square foot of building area. Based on the subject's location, quality, age of improvements and other characteristics, it is considered that the value range for the subject would reflect a more narrowed range of per unit value within the adjusted comparable range, or **$470 to $490 per square foot of building area**.

In our opinion, the subject's design, quality, condition, and location warrant the unit value to be applied to the subject property as follows:

| Building SF | x | Unit Value | = | Market Value |
|---|---|---|---|---|
| 35,589 | x | $480.00 | = | $17,082,720 |
| **Indicated Value - Sales Comparison (Rounded)** | | | **=** | **$17,080,000** |

Therefore, is our opinion that the indicated market value for the subject property based on the **Sales Comparison Approach** is concluded as follows**.**

| Value Conclusion – Sales Comparison Approach | |
|---|---|
| **Value Conclusion** | **$17,080,000** |

## INCOME CAPITALIZATION APPROACH

The **Income Capitalization Approach** considers the subject property's income potential. The two primary methods used to measure the present value of an income stream are Direct Capitalization and Discounted Cash Flow.

Direct Capitalization derives a value by capitalizing a single year's projected net income. The appraiser must first estimate the subject's Potential Gross Income based on a survey of comparable rentals. Allowances are made for projected losses in income due to vacancy and collection. The residual income is the Effective Gross Income, which is further adjusted for operating expenses to arrive at an estimated Net Operating Income. Finally, using a capitalization rate indicated by comparable sales or constructed through a Mortgage-Equity analysis, we capitalize the Net Operating Income to arrive at a value conclusion.

Discounted Cash Flow analysis is most commonly used for larger, multi-tenant properties, where existing lease terms and market lease terms must be considered over the projected investment horizon, or in properties where future income is projected to be variable.

Our research indicates that market participants for properties similar to the subject typically rely on:

- **Direct Capitalization analysis**

Therefore, this will be the basis of our valuation analysis.

**CURTIS-ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

EXHIBIT PG. 70

## Market Rent Analysis

We surveyed the subject's market area to find comparable rentals that could help us estimate the current range of market rent for space similar to the subject. Our search parameters are summarized below.

| Primary Search Parameters for Comparable Rentals | |
|---|---|
| Location | Subject area and surrounding area |
| Lease Date | Active Listings & Recent Leases |
| Type of Space | Commercial |
| **Method of Analysis** | |
| Rent Per Square Foot | Our research indicated most landlords and tenants analyze the rental market on this basis. |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

COMPARABLE RENT MAP

## Lease Comps Summary

| | Deals | Gross Asking Rent Per SF | Gross Starting Rent Per SF | 2 Scripps Dr |
|---|---|---|---|---|
| | | | | Avg. Months On Market |
| | 18 | $30.52 | - | 11 |

**LEASE COMPARABLES**



**SUMMARY STATISTICS**

| Rent | Deals | Low | Average | Median | High |
|---|---|---|---|---|---|
| Gross Asking Rent Per SF | 18 | $16.96 | $30.52 | $31.20 | $39.00 |
| Gross Starting Rent Per SF | - | - | - | - | - |
| Gross Effective Rent Per SF | - | - | - | - | - |
| Asking Rent Discount | - | - | - | - | - |
| TI Allowance | - | - | - | - | - |
| Months Free Rent | - | - | - | - | - |

| Lease Attributes | Deals | Low | Average | Median | High |
|---|---|---|---|---|---|
| Months on Market | 18 | 1 | 11 | 6 | 31 |
| Deal Size | 18 | 283 | 1,825 | 1,466 | 5,700 |
| Deal in Months | 3 | 12.0 | 24.0 | 24.0 | 36.0 |
| Floor Number | 18 | 1 | PR | 2 | 3 |

**The subject is marked by the red arrow.**



EXHIBIT PG. 72

**Comparable Rents**

| Property Name - Address | Rating | SF Leased | Floor | Sign Date | Type | Rent |
|---|---|---|---|---|---|---|
| 555 University Ave | ★★★☆☆ | 1,736 | 2nd | 10/28/2025 | New Lease | $23.40 |
| South Bldg<br>100 Howe Ave | ★★★★☆ | 1,994 | 2nd | 10/28/2025 | New Lease | $31.20/fs |
| Buildings 100-200<br>2277 Fair Oaks Blvd | ★★★★☆ | 1,573 | 1st | 10/1/2025 | New Lease | $33.00/fs |
| 1111 Howe Ave | ★★★☆☆ | 853 | 1st | 9/30/2025 | New Lease | $17.88/fs |
| North Bldg<br>100 Howe Ave | ★★★★☆ | 3,264 | 2nd | 8/25/2025 | New Lease | $31.20 |
| North Bldg<br>100 Howe Ave | ★★★★☆ | 2,059 | 2nd | 8/25/2025 | New Lease | $31.20 |
| 455 University Ave | ★★★☆☆ | 470 | 1st | 8/15/2025 | New Lease | $33.00/fs |
| 601 University Ave | ★★★☆☆ | 1,087 | 1st | 8/15/2025 | New Lease | $33.00/fs |
| 655 University Ave | ★★★★☆ | 2,461 | 2nd | 8/15/2025 | New Lease | $33.00/fs |
| Building 100 & 200<br>900 Fulton Ave | ★★★★☆ | 283 | 1st | 7/15/2025 | New Lease | $16.96 |
| Buildings 100-200<br>2277 Fair Oaks Blvd | ★★★★☆ | 1,025 | 1st | 6/24/2025 | New Lease | $33.00/fs |
| Campus Commons Medi...<br>1 Scripps Dr | ★★☆☆☆ | 1,359 | 3rd | 5/26/2025 | New Lease | $30.00/fs |
| Campus Commons<br>333 University Ave | ★★★★☆ | 567 | 2nd | 5/26/2025 | New Lease | $38.40/fs |
| Campus Commons Medi...<br>1 Scripps Dr | ★★☆☆☆ | 910 | 1st | 5/7/2025 | New Lease | $30.00/fs |
| North Bldg<br>100 Howe Ave | ★★★★☆ | 3,349 | 2nd | 4/29/2025 | New Lease | $31.20/fs |
| 87 Scripps Dr | ★★☆☆☆ | 2,975 | 2nd | 4/23/2025 | New Lease | $28.20/fs |
| Campus Commons<br>333 University Ave | ★★★★☆ | 1,185 | 2nd | 4/8/2025 | New Lease | $39.00/fs |
| North Bldg<br>100 Howe Ave | ★★★★☆ | 5,700 | 2nd | 4/3/2025 | New Lease | $30.00/fs |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Lease Comps Details



 **555 University Ave**     ★★★☆☆

Sacramento, CA 95825 - Campus Commons Submarket





### LEASE

| | |
|---|---|
| SF Leased: | **1,736 SF** |
| Sign Date: | **Oct 2025** |
| Space Use: | **Office** |
| Lease Type: | **Sublease** |
| Floor: | **2nd Floor** |
| Suite: | **294** |

### RENTS

| | |
|---|---|
| Asking Rent: | **$23.40** |

### CONCESSIONS AND BUILDOUT

| | |
|---|---|
| Buildout: | **Standard Office** |
| Buildout Status: | **Full Build-Out** |
| Space Condition: | **Excellent** |

### LEASE TERM

| | |
|---|---|
| Start Date: | **Nov 2025** |

### TIME ON MARKET

| | |
|---|---|
| Date On Market: | **Feb 2025** |
| Date Off Market: | **Oct 2025** |
| Months on Market: | **9 Months** |

### TIME VACANT

| | |
|---|---|
| Date Vacated: | **Feb 2025** |
| Date Occupied: | **Nov 2025** |
| Months Vacant: | **9 Months** |

### LEASING REP

**Kidder Mathews**
701 University Ave, Suite 220
Sacramento, CA 95825-6700
Kevin Sheehan (916) 751-3601
Tyler Boyd (916) 751-3625

### MARKET AT LEASE

| Vacancy Rates | 2025 Q4 | YOY | |
|---|---|---|---|
| Current Building | 7.2% | ▲ | 1.6% |
| Submarket 2-4 Star | 8.7% | ▼ | -3.3% |
| Market Overall | 11.3% | ▲ | 0.4% |

| Same Store Asking Rent/SF | 2025 Q4 | YOY | |
|---|---|---|---|
| Current Building | $27.97 | ▼ | -0.5% |
| Submarket 2-4 Star | $28.01 | ▲ | 1.3% |
| Market Overall | $27.67 | ▲ | 0.7% |

| Submarket Leasing Activity | 2025 Q4 | YOY | |
|---|---|---|---|
| 12 Mo. Leased SF | 84,939 | ▼ | -8.3% |
| Months On Market | 12.8 | ▼ | -2.7 |

### PROPERTY

| | | | |
|---|---|---|---|
| Property Type: | **Office** | Rentable Area: | **60,038 SF** |
| Status: | **Built 1976** | Stories: | **2** |
| Tenancy: | **Multi** | Floor Size: | **30,019 SF** |
| Class: | **C** | Vacancy at Lease: | **7.2%** |
| Parking: | **116 Surface Spaces...** | Land Acres: | **3.88** |



## Lease Comps Details



2 Scripps Dr



### 2 | 100 Howe Ave - South Bldg
Sacramento, CA 95825 - Campus Commons Submarket

★ ★ ★ ☆ ☆





**LEASE**

| | |
|---|---|
| SF Leased: | 1,994 SF |
| Sign Date: | Oct 2025 |
| Space Use: | Office |
| Lease Type: | Direct |
| Floor: | 2nd Floor |
| Suite: | 210 |

**LEASE TERM**

| | |
|---|---|
| Start Date: | Nov 2025 |

**TIME ON MARKET**

| | |
|---|---|
| Date On Market: | Dec 2023 |
| Date Off Market: | Oct 2025 |
| Months on Market: | 23 Months |

**LEASING REP**

Newmark
980 9th St, Suite 2500
Sacramento, CA 95814-2719
Kirk Lange (916) 569-2331
Todd Eschelman, SIOR (916) 569-2347
Wills Vlasek (916) 569-2327

**RENTS**

| | |
|---|---|
| Asking Rent: | $31.20/FS |

**CONCESSIONS AND BUILDOUT**

| | |
|---|---|
| Buildout: | Standard Office |
| Buildout Status: | Full Build-Out |
| Space Condition: | Average |

**TIME VACANT**

| | |
|---|---|
| Date Vacated: | Dec 2023 |
| Date Occupied: | Nov 2025 |
| Months Vacant: | 23 Months |

**PROPERTY**

| | | | |
|---|---|---|---|
| Property Type: | Office | Rentable Area: | 65,192 SF |
| Status: | Built 1981 | Stories: | 2 |
| Tenancy: | Multi | Floor Size: | 32,596 SF |
| Class: | C | Vacancy at Lease: | 9.0% |
| Parking: | 100 Surface Spaces... | Land Acres: | 5.55 |

**MARKET AT LEASE**

| Vacancy Rates | 2025 Q4 | YOY |
|---|---|---|
| Current Building | 9.0% | ▲ 5.9% |
| Submarket 2-4 Star | 8.7% | ▼ -3.3% |
| Market Overall | 11.3% | ▲ 0.4% |

| Same Store Asking Rent/SF | 2025 Q4 | YOY |
|---|---|---|
| Current Building | $27.81 | ▼ -0.2% |
| Submarket 2-4 Star | $28.01 | ▲ 1.3% |
| Market Overall | $27.67 | ▲ 0.7% |

| Submarket Leasing Activity | 2025 Q4 | YOY |
|---|---|---|
| 12 Mo. Leased SF | 84,939 | ▼ -8.3% |
| Months On Market | 12.8 | ▼ -2.7 |



EXHIBIT PG. 75

## Lease Comps Details

2 Scripps Dr

### 2277 Fair Oaks Blvd - Buildings 100-200
Sacramento, CA 95825 - Howe Ave/Fulton Ave/Watt Ave Submarket

★ ★ ★ ☆ ☆



### LEASE

| | |
|---|---|
| SF Leased: | 1,573 SF |
| Sign Date: | Oct 2025 |
| Space Use: | Office |
| Lease Type: | Direct |
| Floor: | 1st Floor |
| Suite: | 195 |

### RENTS

| | |
|---|---|
| Asking Rent: | $33.00/FS |

### LEASE TERM

| | |
|---|---|
| Start Date: | Oct 2025 |

### TIME ON MARKET

| | |
|---|---|
| Date On Market: | Feb 2025 |
| Date Off Market: | Oct 2025 |
| Months on Market: | 8 Months |

### TIME VACANT

| | |
|---|---|
| Date Vacated: | Feb 2025 |
| Date Occupied: | Oct 2025 |
| Months Vacant: | 8 Months |

### LEASING REP

**Cushman & Wakefield**
1 Capitol Mall, Suite 650
Sacramento, CA 95814-3229
Sean Mullen (916) 288-4811
Kris Kalmbach (916) 288-4421

### MARKET AT LEASE

| Vacancy Rates | 2025 Q4 | YOY |
|---|---|---|
| Current Building | 29.5% | ▲ 5.5% |
| Submarket 2-4 Star | 12.3% | ↔ 0.0% |
| Market Overall | 11.3% | ▲ 0.4% |

| Same Store Asking Rent/SF | 2025 Q4 | YOY |
|---|---|---|
| Current Building | $26.35 | ▼ -0.2% |
| Submarket 2-4 Star | $23.39 | ▲ 1.9% |
| Market Overall | $27.67 | ▲ 0.7% |

| Submarket Leasing Activity | 2025 Q4 | YOY |
|---|---|---|
| 12 Mo. Leased SF | 131,568 | ▼ -6.4% |
| Months On Market | 20.1 | ▲ 2.5 |

### PROPERTY

| | | | |
|---|---|---|---|
| Property Type: | Office | Rentable Area: | 17,000 SF |
| Status: | Built 1987 | Stories: | 2 |
| Tenancy: | Multi | Floor Size: | 8,500 SF |
| Class: | B | Vacancy at Lease: | 29.5% |
| Parking: | 82 Surface Spaces a... | Land Acres: | 3.42 |



## Lease Comps Details



**2 Scripps Dr**



### 1111 Howe Ave
Sacramento, CA 95825 - Howe Ave/Fulton Ave/Watt Ave Submarket

★ ★ ★ ☆ ☆





**TENANT**

| | |
|---|---|
| Tenant Name: | **American Immersion Theater** |
| Industry: | **Arts, Entertainment, and Recreation** |
| NAICS: | **Theater Companies and Dinner Theaters - 711110** |

**LEASE**

| | |
|---|---|
| SF Leased: | **853 SF** |
| Sign Date: | **Sep 2025** |
| Space Use: | **Office** |
| Lease Type: | **Direct** |
| Floor: | **1st Floor** |
| Suite: | **482** |

**RENTS**

| | |
|---|---|
| Asking Rent: | **$17.88/FS** |

**CONCESSIONS AND BUILDOUT**

| | |
|---|---|
| Buildout: | **Standard Office** |
| Buildout Status: | **Full Build-Out** |
| Space Condition: | **Average** |

**LEASE TERM**

| | |
|---|---|
| Start Date: | **Oct 2025** |
| Expiration Date: | **Oct 2027** |
| Lease Term: | **2 Years** |

**TIME ON MARKET**

| | |
|---|---|
| Date On Market: | **Jan 2024** |
| Date Off Market: | **Oct 2025** |
| Months on Market: | **21 Months** |

**TIME VACANT**

| | |
|---|---|
| Date Vacated: | **Jul 2024** |
| Date Occupied: | **Oct 2025** |
| Months Vacant: | **15 Months** |

**LEASING REP**

**Ethan Conrad Properties**
1300 National Dr, Suite 100
Sacramento, CA 95834-1947
Todd Newburn (916) 779-1000
Sandra E. Rodriguez (916) 779-1000

**MARKET AT LEASE**

| Vacancy Rates | 2025 Q3 | YOY |
|---|---|---|
| Current Building | 28.3% | ▼ -3.8% |
| Submarket 2-4 Star | 12.4% | ▲ 0.1% |
| Market Overall | 11.2% | ▲ 0.3% |

| Same Store Asking Rent/SF | 2025 Q3 | YOY |
|---|---|---|
| Current Building | $22.27 | ▲ 5.7% |
| Submarket 2-4 Star | $23.34 | ▲ 1.8% |
| Market Overall | $27.66 | ▲ 0.7% |

| Submarket Leasing Activity | 2025 Q3 | YOY |
|---|---|---|
| 12 Mo. Leased SF | 170,826 | ▲ 105.8% |
| Months On Market | 19.7 | ▲ 4.3 |

**PROPERTY**

| | | | |
|---|---|---|---|
| Property Type: | **Office** | Rentable Area: | **103,737 SF** |
| Status: | **Built 1975** | Stories: | **2** |
| Tenancy: | **Multi** | Floor Size: | **52,521 SF** |
| Class: | **B** | Vacancy at Lease: | **28.3%** |
| Parking: | **530 Surface Spaces...** | Land Acres: | **3.64** |

CR CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Lease Comps Details

| | 2 Scripps Dr |
|---|---|

### 100 Howe Ave - North Bldg

Sacramento, CA 95825 - Campus Commons Submarket

★ ★ ★ ☆ ☆





**LEASE**

| | |
|---|---|
| SF Leased: | 3,264 SF |
| Sign Date: | Aug 2025 |
| Space Use: | Office |
| Lease Type: | Direct |
| Floor: | 2nd Floor |
| Suite: | 260 |

**LEASE TERM**

| | |
|---|---|
| Start Date: | Sep 2025 |

**TIME ON MARKET**

| | |
|---|---|
| Date On Market: | Mar 2025 |
| Date Off Market: | Aug 2025 |
| Months on Market: | 6 Months |

**LEASING REP**

Newmark
980 9th St, Suite 2500
Sacramento, CA 95814-2719
Kirk Lange (916) 569-2331
Todd Eschelman, SIOR (916) 569-2347
Wills Vlasek (916) 569-2327

**RENTS**

| | |
|---|---|
| Asking Rent: | $31.20 |

**CONCESSIONS AND BUILDOUT**

| | |
|---|---|
| Buildout: | Standard Office |
| Buildout Status: | Full Build-Out |
| Space Condition: | Average |

**TIME VACANT**

| | |
|---|---|
| Date Vacated: | Mar 2025 |
| Date Occupied: | Sep 2025 |
| Months Vacant: | 6 Months |

**PROPERTY**

| | | | |
|---|---|---|---|
| Property Type: | Office | Rentable Area: | 65,192 SF |
| Status: | Built 1981 | Stories: | 2 |
| Tenancy: | Multi | Floor Size: | 32,596 SF |
| Class: | B | Vacancy at Lease: | 22.3% |
| Parking: | 519 Surface Spaces… | Land Acres: | 5.55 |

### MARKET AT LEASE

| Vacancy Rates | 2025 Q3 | YOY |
|---|---|---|
| Current Building | 22.3% | ▲ 6.5% |
| Submarket 2-4 Star | 8.7% | ▼ -4.4% |
| Market Overall | 11.2% | ▲ 0.3% |

| Same Store Asking Rent/SF | 2025 Q3 | YOY |
|---|---|---|
| Current Building | $28.91 | ▲ 4.4% |
| Submarket 2-4 Star | $28.01 | ▲ 1.4% |
| Market Overall | $27.66 | ▲ 0.7% |

| Submarket Leasing Activity | 2025 Q3 | YOY |
|---|---|---|
| 12 Mo. Leased SF | 103,667 | ▲ 87.5% |
| Months On Market | 14.9 | ▲ 0.3 |


CR CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Lease Comps Details

 2 Scripps Dr

 **455 University Ave**
Sacramento, CA 95825 - Campus Commons Submarket

★ ★ ★ ☆ ☆





**LEASE**

| SF Leased: | 470 SF |
| Sign Date: | Aug 2025 |
| Space Use: | Office |
| Lease Type: | Direct |
| Floor: | 1st Floor |
| Suite: | 230 |

**RENTS**

| Asking Rent: | $33.00/FS |

**LEASE TERM**

| Start Date: | Sep 2025 |

**TIME ON MARKET**

| Date On Market: | Feb 2025 |
| Date Off Market: | Sep 2025 |
| Months on Market: | 6 Months |

**TIME VACANT**

| Date Vacated: | Feb 2025 |
| Date Occupied: | Sep 2025 |
| Months Vacant: | 7 Months |

**LEASING REP**

**Kidder Mathews**
701 University Ave, Suite 220
Sacramento, CA 95825-6700
Kevin Sheehan (916) 751-3601
Tyler Boyd (916) 751-3625

**MARKET AT LEASE**

| Vacancy Rates | 2025 Q3 | YOY |
|---|---|---|
| Current Building | 1.5% | ▲ 1.5% |
| Submarket 2-4 Star | 8.7% | ▼ -4.4% |
| Market Overall | 11.2% | ▲ 0.3% |

| Same Store Asking Rent/SF | 2025 Q3 | YOY |
|---|---|---|
| Current Building | $26.57 | ▲ 0.6% |
| Submarket 2-4 Star | $28.01 | ▲ 1.4% |
| Market Overall | $27.66 | ▲ 0.7% |

| Submarket Leasing Activity | 2025 Q3 | YOY |
|---|---|---|
| 12 Mo. Leased SF | 103,667 | ▲ 87.5% |
| Months On Market | 14.9 | ▲ 0.3 |

**PROPERTY**

| Property Type: | Office | Rentable Area: | 31,796 SF |
| Status: | Built 1971 | Stories: | 1 |
| Tenancy: | Multi | Floor Size: | 31,796 SF |
| Class: | C | Vacancy at Lease: | 1.5% |
| Parking: | 110 Surface Spaces… | Land Acres: | 2.56 |

## Lease Comps Details

| | 2 Scripps Dr |
|---|---|

### 601 University Ave
Sacramento, CA 95825 - Campus Commons Submarket

★ ★ ★ ☆ ☆





**LEASE**

| | |
|---|---|
| SF Leased: | **1,087 SF** |
| Sign Date: | **Aug 2025** |
| Space Use: | **Office** |
| Lease Type: | **Direct** |
| Floor: | **1st Floor** |
| Suite: | **124** |

**RENTS**

| | |
|---|---|
| Asking Rent: | **$33.00/FS** |

**LEASE TERM**

| | |
|---|---|
| Start Date: | **Sep 2025** |

**TIME ON MARKET**

| | |
|---|---|
| Date On Market: | **Feb 2025** |
| Date Off Market: | **Sep 2025** |
| Months on Market: | **6 Months** |

**TIME VACANT**

| | |
|---|---|
| Date Occupied: | **Sep 2025** |

**LEASING REP**

**Kidder Mathews**
701 University Ave, Suite 220
Sacramento, CA 95825-6700
Kevin Sheehan (916) 751-3601
Tyler Boyd (916) 751-3625

### MARKET AT LEASE

| Vacancy Rates | 2025 Q3 | YOY |
|---|---|---|
| Current Building | 0.0% | ▼ -8.3% |
| Submarket 2-4 Star | 8.7% | ▼ -4.4% |
| Market Overall | 11.2% | ▲ 0.3% |

| Same Store Asking Rent/SF | 2025 Q3 | YOY |
|---|---|---|
| Current Building | $27.75 | ▼ -1.6% |
| Submarket 2-4 Star | $28.01 | ▲ 1.4% |
| Market Overall | $27.66 | ▲ 0.7% |

| Submarket Leasing Activity | 2025 Q3 | YOY |
|---|---|---|
| 12 Mo. Leased SF | 103,667 | ▲ 87.5% |
| Months On Market | 14.9 | ▲ 0.3 |

**PROPERTY**

| | | | |
|---|---|---|---|
| Property Type: | **Office** | Rentable Area: | **70,594 SF** |
| Status: | **Built 1978** | Stories: | **2** |
| Tenancy: | **Multi** | Floor Size: | **35,297 SF** |
| Class: | **C** | Vacancy at Lease: | **0.0%** |
| Parking: | **410 Surface Spaces...** | Land Acres: | **4.21** |



EXHIBIT PG. 80

## Lease Comps Details



### 655 University Ave

Sacramento, CA 95825 - Campus Commons Submarket

★★★☆☆





**MARKET AT LEASE**

| Vacancy Rates | 2025 Q3 | YOY |
|---|---|---|
| Current Building | 0.0% | ▼ -12.0% |
| Submarket 2-4 Star | 8.7% | ▼ -4.4% |
| Market Overall | 11.2% | ▲ 0.3% |

| Same Store Asking Rent/SF | 2025 Q3 | YOY |
|---|---|---|
| Current Building | $28.76 | ▼ -0.1% |
| Submarket 2-4 Star | $28.01 | ▲ 1.4% |
| Market Overall | $27.66 | ▲ 0.7% |

| Submarket Leasing Activity | 2025 Q3 | YOY |
|---|---|---|
| 12 Mo. Leased SF | 103,667 | ▲ 87.5% |
| Months On Market | 14.9 | ▲ 0.3 |

**LEASE**

| | |
|---|---|
| SF Leased: | 2,461 SF |
| Sign Date: | Aug 2025 |
| Space Use: | Office |
| Lease Type: | Direct |
| Floor: | 2nd Floor |
| Suite: | 205, 210 |

**LEASE TERM**

| | |
|---|---|
| Start Date: | Sep 2025 |

**TIME ON MARKET**

| | |
|---|---|
| Date On Market: | Feb 2025 |
| Date Off Market: | Sep 2025 |
| Months on Market: | 6 Months |

**LEASING REP**

Kidder Mathews
701 University Ave, Suite 220
Sacramento, CA 95825-6700
Kevin Sheehan (916) 751-3601
Tyler Boyd (916) 751-3625

**PROPERTY**

| | | | |
|---|---|---|---|
| Property Type: | Office | Rentable Area: | 45,463 SF |
| Status: | Built 1979 | Stories: | 2 |
| Tenancy: | Multi | Floor Size: | 22,731 SF |
| Class: | C | Vacancy at Lease: | 0.0% |
| Parking: | 153 Surface Spaces… | Land Acres: | 2.28 |

**RENTS**

| | |
|---|---|
| Asking Rent: | $33.00/FS |

**TIME VACANT**

| | |
|---|---|
| Date Occupied: | Sep 2025 |



## Lease Comps Details

### 900 Fulton Ave - Building 100 & 200
Sacramento, CA 95825 - Howe Ave/Fulton Ave/Watt Ave Submarket

★ ★ ★ ☆ ☆



**LEASE**

| | |
|---|---|
| SF Leased: | 283 SF |
| Sign Date: | Jul 2025 |
| Space Use: | Office |
| Lease Type: | Direct |
| Floor: | 1st Floor |
| Suite: | 130-3 |

**LEASE TERM**

| | |
|---|---|
| Start Date: | Aug 2025 |
| Expiration Date: | Aug 2026 |
| Lease Term: | 1 Year |

**TIME ON MARKET**

| | |
|---|---|
| Date On Market: | Jul 2025 |
| Date Off Market: | Jul 2025 |
| Months on Market: | 1 Months |

**LEASING REP**

**Applegate Properties**
4804 Brompton Ct
Carmichael, CA 95608
Bud Applegate (916) 802-5200

**RENTS**

| | |
|---|---|
| Asking Rent: | $16.96 |

**CONCESSIONS AND BUILDOUT**

| | |
|---|---|
| Buildout Status: | Full Build-Out |
| Space Condition: | Average |

**TIME VACANT**

| | |
|---|---|
| Date Vacated: | Jul 2025 |
| Date Occupied: | Aug 2025 |
| Months Vacant: | 25 Days |

**MARKET AT LEASE**

| Vacancy Rates | 2025 Q3 | YOY | |
|---|---|---|---|
| Current Building | 0.0% | ↔ | 0.0% |
| Submarket 2-4 Star | 12.4% | ▲ | 0.1% |
| Market Overall | 11.2% | ▲ | 0.3% |

| Same Store Asking Rent/SF | 2025 Q3 | YOY | |
|---|---|---|---|
| Current Building | $21.17 | ▼ | -0.2% |
| Submarket 2-4 Star | $23.34 | ▲ | 1.8% |
| Market Overall | $27.66 | ▲ | 0.7% |

| Submarket Leasing Activity | 2025 Q3 | YOY | |
|---|---|---|---|
| 12 Mo. Leased SF | 170,826 | ▲ | 105.8% |
| Months On Market | 19.7 | ▲ | 4.3 |

**PROPERTY**

| | | | |
|---|---|---|---|
| Property Type: | Office | Rentable Area: | 20,400 SF |
| Status: | Built 1981 | Stories: | 1 |
| Tenancy: | Multi | Floor Size: | 20,400 SF |
| Class: | C | Vacancy at Lease: | 0.0% |
| Parking: | 46 Surface Spaces a… | Land Acres: | 1.97 |

EXHIBIT PG. 82

## Lease Comps Details

2 Scripps Dr

 **1 Scripps Dr - Campus Commons Medical Plaza**     ★ ★ ☆ ☆ ☆
Sacramento, CA 95825 - Campus Commons Submarket



### LEASE

| | |
|---|---|
| SF Leased: | 910 SF |
| Sign Date: | May 2025 |
| Space Use: | Office |
| Lease Type: | Direct |
| Floor: | 1st Floor |
| Suite: | 106 |

### RENTS

| | |
|---|---|
| Asking Rent: | $30.00/FS |

### CONCESSIONS AND BUILDOUT

| | |
|---|---|
| Buildout: | Standard Office |
| Buildout Status: | Full Build-Out |



### LEASE TERM

| | |
|---|---|
| Start Date: | Jun 2025 |

### TIME ON MARKET

| | |
|---|---|
| Date On Market: | Aug 2023 |
| Date Off Market: | May 2025 |
| Months on Market: | 22 Months |

### TIME VACANT

| | |
|---|---|
| Date Vacated: | Mar 2025 |
| Date Occupied: | Jun 2025 |
| Months Vacant: | 2 Months |

### LEASING REP
**CBRE**
500 Capitol Mall, Suite 2400
Sacramento, CA 95814
Tony Whittaker (916) 492-6914
Nellie Cruz (916) 492-6915

### MARKET AT LEASE

| Vacancy Rates | 2025 Q2 | YOY | |
|---|---|---|---|
| Current Building | 0.0% | ⇔ | 0.0% |
| Submarket 1-3 Star | 7.8% | ▼ | -4.6% |
| Market Overall | 11.1% | ▲ | 0.4% |

| Same Store Asking Rent/SF | 2025 Q2 | YOY | |
|---|---|---|---|
| Current Building | $30.67 | ▲ | 2.0% |
| Submarket 1-3 Star | $27.81 | ▲ | 0.9% |
| Market Overall | $27.58 | ▲ | 0.7% |

| Submarket Leasing Activity | 2025 Q2 | YOY | |
|---|---|---|---|
| 12 Mo. Leased SF | 77,932 | ▲ | 86.7% |
| Months On Market | 13.2 | ▲ | 0.2 |

### PROPERTY

| | | | |
|---|---|---|---|
| Property Type: | Office | Rentable Area: | 25,118 SF |
| Status: | Built 1972 | Stories: | 3 |
| Tenancy: | Multi | Floor Size: | 8,373 SF |
| Class: | B | Vacancy at Lease: | 0.0% |
| Parking: | 100 Surface Spaces... | Land Acres: | 1.21 |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Lease Comps Details



 ### 333 University Ave - Campus Commons
Sacramento, CA 95825 - Campus Commons Submarket

★ ★ ★ ☆ ☆





### LEASE

| | |
|---|---|
| SF Leased: | **1,185 SF** |
| Sign Date: | **Apr 2025** |
| Space Use: | **Office** |
| Lease Type: | **Direct** |
| Floor: | **2nd Floor** |
| Suite: | **250** |

### LEASE TERM

| | |
|---|---|
| Start Date: | **May 2025** |

### TIME ON MARKET

| | |
|---|---|
| Date On Market: | **Dec 2022** |
| Date Off Market: | **Apr 2025** |
| Months on Market: | **28 Months** |

### LEASING REP

**Colliers**
301 University Ave, Suite 100
Sacramento, CA 95825
Jason Rutherford (916) 563-3059
Thomas Walcott (916) 563-3002
David Herrera (916) 821-9866
Trevor Jackson (916) 563-3048

### RENTS

| | |
|---|---|
| Asking Rent: | **$39.00/FS** |

### CONCESSIONS AND BUILDOUT

| | |
|---|---|
| Buildout: | **Standard Office** |
| Buildout Status: | **Full Build-Out** |
| Space Condition: | **Average** |

### TIME VACANT

| | |
|---|---|
| Date Vacated: | **May 2015** |
| Date Occupied: | **May 2025** |
| Months Vacant: | **120 Months** |

### MARKET AT LEASE

| Vacancy Rates | 2025 Q2 | YOY | |
|---|---|---|---|
| Current Building | 3.6% | ▼ | -7.2% |
| Submarket 2-4 Star | 7.8% | ▼ | -4.6% |
| Market Overall | 11.1% | ▲ | 0.4% |

| Same Store Asking Rent/SF | 2025 Q2 | YOY | |
|---|---|---|---|
| Current Building | $29.85 | ▼ | -0.1% |
| Submarket 2-4 Star | $27.81 | ▲ | 0.9% |
| Market Overall | $27.58 | ▲ | 0.7% |

| Submarket Leasing Activity | 2025 Q2 | YOY | |
|---|---|---|---|
| 12 Mo. Leased SF | 77,932 | ▲ | 86.7% |
| Months On Market | 13.2 | ▲ | 0.2 |

### PROPERTY

| Property Type: | **Office** | Rentable Area: | **55,150 SF** |
|---|---|---|---|
| Status: | **Built 1982** | Stories: | **2** |
| Tenancy: | **Multi** | Floor Size: | **27,575 SF** |
| Class: | **B** | Vacancy at Lease: | **3.6%** |
| Parking: | **266 Surface Spaces…** | Land Acres: | **3.33** |



**Market Rent Analysis**

In analyzing the market data, we gave consideration to the features of comparison deemed most important in the subject market, making adjustments as deemed necessary to reach a defensible opinion of value for the subject property. The comparable rentals noted in the previous table were selected based on proximity, age, condition, quality, and amenities, as well as other features that have an impact on the rental rates paid.

Our survey indicated that tenants located in the subject market area typically lease on separately metered or master metered basis. We have included comparable rentals that are similar and/or when separately metered comparables were not available, an adjustment was made to account for the variance in the rental rates that would be paid.

Following are narrative comments and other supporting data, which provide detail on nuances observed in the subject market, as well as specific traits, deemed noteworthy among the individual data items.

In completing our analysis of the market rent applicable to the subject property, the reader is advised that we have opted NOT to utilize an adjustment matrix in completing our analysis, for the following reasons:

1.　Due to the nature of the data, general qualitative comments are deemed to lend greater insight into the comparability of the data, rather than undertaking a variety of detailed numerical adjustments.

2.　The data collected and utilized in our analysis are of a directly comparable nature (e.g. in terms of location, quality/condition and age) to the subject property. In addition, the comparables are all current listings.

Consideration has been given to each of the rental items reported in this study. The rents range from $16.91/sf/year or $1.41/sf/month to $39.00/sf/year or $3.25/sf/month. Market rents illustrate the range of rents available in the market. The subject rents are generally in line with the market. The vacant unit at suite 101 is assigned a rent of $3.00/sf/month for the proforma. Due to the strong operating history of the subject, we utilize contract rents for our analysis, except as noted for suite 101.

**Discussion of Contract Rent**

# 2 SCRIPPS DRIVE

### Rent Roll
### October 2025

| SUITE # | TENANT | Uasble SQ.FT | BOMA | LEASE RENTBL SQ FT | MONTHLY RENT | RENT PSF | LEASE START | LEASE ENDS | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 100 | Christine Tippett | 551 | 645 | 645 | $ 1,750.00 | $ 2.71 | 12/01/24 | 09/30/27 | |
| 101 | Vacant | 240 | 281 | 281 | | | | | |
| 102 | A. Scott Grivas DDS | 1,849 | 2,163 | 2,102 | $ 5,678.10 | $ 2.70 | 09/01/25 | 10/31/30 | |
| 104 | Natera, Inc | 1,325 | 1,591 | 1,591 | $ 4,400.00 | $ 2.77 | 10/01/24 | 09/30/27 | |
| 105 | Dr Hunter Vincent | 338 | 395 | 395 | $ 1,220.00 | $ 3.09 | 09/01/24 | 08/31/26 | |
| 110 | (Pending) Behavior Frontiers | 5,585 | 6,535 | 6,535 | $ 18,951.60 | $ 2.90 | | | |
| 201 | Friz Diaz DDS | 1,574 | 1,842 | 1,673 | $ 4,652.61 | $ 2.78 | 11/15/23 | 11/14/28 | |
| 202 | ActiveLife | 3,147 | 3,682 | 3,643 | $ 10,293.00 | $ 2.80 | 04/01/24 | 03/31/29 | |
| 203 | Rhea DeMesa | 366 | 428 | 428 | $ 1,300.00 | $ 3.04 | 10/01/24 | 09/30/26 | |
| 206 | HyperPixel CA | 530 | 620 | 614 | $ 1,708.00 | $ 2.75 | 04/01/24 | 03/31/29 | |
| 208 | River Oaks Medical | 2,741 | 3,207 | 3,110 | $ 8,649.00 | $ 2.78 | 03/01/24 | 02/28/29 | |
| 210 | Patrick Tsai DDS | 1,860 | 2,176 | 2,138 | $ 5,945.78 | $ 2.73 | 06/15/24 | 05/31/32 | |
| 301 | Damon Boyd | 1,734 | 2,029 | 1,978 | $ 5,241.70 | $ 2.58 | 10/01/24 | 09/30/29 | Dep on original lease |
| 302 | Anti Aging Clinic | 1,022 | 1,196 | 1,230 | $ 3,483.98 | $ 2.91 | 03/13/24 | 06/12/29 | |
| 304 | Andrew LaFlamme | 1,018 | 1,191 | 1,191 | $ 3,275.25 | $ 2.75 | 12/01/24 | 11/30/26 | |
| 308 | Janine Ma Golding DDS | 1,168 | 1,367 | 1,397 | $ 3,492.50 | $ 2.55 | 11/01/23 | 04/30/26 | |
| 310 | NCSRA | 5,746 | 6,723 | 6,638 | $ 17,922.60 | 2.67 | 09/01/24 | 02/28/32 | Rent starts 3/1/25 |
| | Parking | | | | $ 3,500.00 | | | | |
| | | 30,794 | 36,109 | 35,589 | $ 101,464.02 | | | | |

| | | | | |
|---|---|---|---|---|
| SF Occupied: | | 35,308 | 99.21% | |
| SF Vacant: | | 281 | 0.79% | |

**The subject rents are generally in line with the market. The vacant unit at suite 101 is assigned a rent of $3.00/sf/month for the proforma. Due to the strong operating history of the subject, we utilize contract rents for our analysis, except as noted for suite 101. The total annual rents would be $102,307, including suite 101 at $3.00/sf/month. Then, $102,307 / 36,109 sf = $2.83/sf/month. In the proforma, we utilize a rounded amount of $2.85/sf/month.**

**CR** **CURTIS-ROSENTHAL,** INC.
REAL ESTATE APPRAISAL & CONSULTING

## Historical Operating Statements

The operating history was available for 2024 and YTD 2025. We review the subject operating history and compare the subject to the market standard expenses. Market expense information is available from several sources.

We compare the subject to the market standard expenses from market sources and our appraisal files. The proforma balances the subject operating history and compares the subject to the market standard expenses for this analysis.

The building had substantial fire damage approximately three years ago. The building was sold to the current owner after the fire and before the repairs were completed in 2022. In 2023 and 2024 the building repairs were completed. In 2024, the building was leased to new tenants. The tenants began to move into the building in 2024. This year, 2025, is the first full year of operation with the new tenants. The proforma illustrates the operation going forward with the new tenants. Prior to the fire, the subject has a strong operating history and had experienced a lower vacancy than the market. The building is occupied by medical and dental tenants.

# Scripps Two, LLC
## Profit & Loss
## January through August 2025

| | | | |
|---|---|---|---|
| **Income:** | | | |
| Rental Income | $ 504,251.94 | | |
| **Total Income** | | | **$ 504,251.94** |
| | | | |
| **Expenses:** | | | |
| Property Management | $ 25,000.00 | | |
| Grounds: | | | |
|   Internet | $ 676.70 | | |
|   Signage | 353.44 | | |
|   Elevator | 4,002.00 | | |
|   Locks & Keys | 98.70 | | |
|   Fire Monitoring | 2,280.00 | | |
|   Janitorial | 61,192.46 | | |
|   Landscaping | 12,824.04 | | |
|   Pest Control | 883.30 | | |
|   Other | 3,200.00 | | |
| Total Grounds: | | $ 85,510.64 | |
| Repairs & Maintenance | | 2,055.67 | |
| Utilities: | | | |
|   Sewer | $ 2,461.44 | | |
|   Gas | 810.94 | | |
|   Electricity | 26,887.92 | | |
|   Waste | 4,347.16 | | |
|   Water | 5,320.10 | | |
| Total Utilities: | | $ 39,827.56 | |
| Insurance | | 4,849.50 | |
| **Total Expense** | | | **$ 132,243.37** |
| **Net Ordinary Income** | | | **$ 372,008.57** |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

EXHIBIT PG. 88

## 2024 Profit & Loss

| | Jan - Dec 24 |
|---|---|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **PROPERTY REVENUE** | |
|       Rental Income | 376,072.64 |
|     Total PROPERTY REVENUE | 376,072.64 |
|   **Total Income** | 376,072.64 |
|   **Expense** | |
|     Professional Fees | 3,500.00 |
|     Late Fee | 133.99 |
|     **OPERATING EXPENSE** | |
|       **ADMINISTRATIVE EXPENSE** | |
|         False Alarm Fines | 2,824.00 |
|         Filing Fees | 25.00 |
|         Bank Service Charges | 2,436.07 |
|         Marketing | 3,540.25 |
|         **Professional Fees** | |
|           Legal Fees | 9,495.00 |
|           Professional Fees - Other | 2,185.00 |
|         Total Professional Fees | 11,680.00 |
|         ADMINISTRATIVE EXPENSE - Other | 24.00 |
|       **Total ADMINISTRATIVE EXPENSE** | 20,529.32 |
|       **GROUNDS** | |
|         Internet | 1,572.91 |
|         Signage | 4,649.95 |
|         Elevator | 10,597.75 |
|         Locks and Keys | 436.60 |
|         Fire Monitoring | 1,485.00 |
|         Janitorial | 32,621.20 |
|         Landscaping | 13,200.00 |
|         Pest Control | 2,500.98 |
|         GROUNDS - Other | 550.00 |
|       **Total GROUNDS** | 67,614.39 |
|       **REPAIRS & MAINTENANCE** | |
|         Misc Repairs/Maintenance | 6,994.91 |
|         Electrical Repair & Maintenance | 427.65 |
|         Plumbing | 3,659.53 |
|       **Total REPAIRS & MAINTENANCE** | 11,082.09 |
|       **UTILITIES** | |
|         Sewer | 1,677.74 |
|         Gas | 1,548.30 |
|         Utility Deposit | -437.50 |
|         Electricity | 41,272.46 |
|         Waste | 4,556.84 |
|         Water | 9,322.20 |
|       **Total UTILITIES** | 57,940.04 |
|     **Total OPERATING EXPENSE** | 157,165.84 |
|     **INSURANCE & PROPERTY TAX** | |
|       Property Tax | 23,034.80 |
|       Insurance Expense | 9,930.00 |
|     **Total INSURANCE & PROPERTY TAX** | 32,964.80 |
|   **Total Expense** | 193,764.63 |
| **Net Ordinary Income** | 182,308.01 |

## Pro Forma Income and Expense Analysis

**Income:**                    The subject's potential gross income (PGI) is projected based on **Contract Rental Income.**

Expense Recoveries:            The subject is analyzed with no tenant expense reimbursements.

Vacancy:                       The market has 11.3% vacancy; the submarket vacancy is 8.7%. The subject has a strong operating history and has experienced a lower vacancy than the market. The building is occupied by medical and dental tenants. We applied an allowance of 5**%** for vacancy and collection loss.

**OPERATING EXPENSES:**

Real Estate Taxes:             In conformance with California's Proposition 13 Tax Initiative, property taxes are estimated based on the appraised value of the subject as though a sale had occurred and the current tax rate.

Direct Assessments:            From county treasurer-tax collector

Insurance:                     A rate of **$0.26** per square foot has been used in our analysis, which is in line with typical market standards.

Rent Control / SCEP Fees       $38.75 per unit for RSO and $43.32 per unit for SCEP. None for the subject-only applies to apartment properties.

Utilities:                     A rate of **$1.60** per square foot per year has been used in our analysis, which is in line with operating history and market standards. The trash removal expense is included.

Repairs and Maintenance:       A rate of **$0.50** per square foot per year has been used in our analysis, which is in line with operating history and market standards. The landscaping/parking lot cleaning is included.

Administrative:                Included in management.

Management:                    Management fees, which are accounted for as a percentage of EGI, typically range from 3% to 5%. Given the nature of the subject and the level of management duties required, we have used a management allowance of **5%**, which is consistent with industry standards.

Reserve for Replacements:      Reserve for replacements account for the eventual replacement of various building items. A rate of **$0.10** per square foot per year has been used in our analysis, which is in line with operating history and market standards.

## Capitalization Rate Analysis

Direct Capitalization is an income capitalization method where a value estimate is derived by dividing a single year's net operating income by a capitalization rate. The table below shows the sources of information that we used to determine an appropriate capitalization rate for the subject property.

| Capitalization Rate Selection | | |
|---|---|---|
| **Source** | **Cap Rate Indication** | **Comments** |
| Published Sources | 6.50% to 11.00% Average 8.72% | National investor survey conducted by PricewaterhouseCoopers, which provides a broad, general range. |
| Comparable Sales Data | Two OARs at 5.35% and 6.92% Respectively | Cap rates from comparable sales used in the Sales Comparison section of this report. |
| Supplemental Comparable Sales Data | 3.54% to 3.36% Average 5.28% | Cap rates from CoStar market data in the table below. |
| Mortgage-Equity Analysis | 5.25% | Fundamental analysis based on component assumptions shown in the following table. |
| **Cap Rate Conclusion** | **5.25%** | Greatest weight is given to the Comparable Sales and the supplemental comparable sales since these reflect direct market activity. They are supported by the Mortgage Equity analysis and the Published Sources. |

**Supplemental Comparable Sales Data**

| Property Address | Property City | Sale Price | Building SF | Price Per SF | Year Built | Sale Date | Cap Rate(%) |
|---|---|---|---|---|---|---|---|
| 2143 Hurley Way | Sacramento | $2,800,000 | 28,128 | $99.54 | 1982 | 7/9/2025 | 6.36 |
| 3609 Marconi Ave | Sacramento | $315,000 | 1,097 | $287.15 | 1952 | 12/4/2023 | 6.06 |
| 8118 Timberlake Way | Sacramento | $2,800,000 | 13,500 | $207.41 | 1980 | 5/7/2025 | 6.05 |
| 6060 Sunrise Vista Dr | Citrus Heights | $6,325,000 | 101,873 | $62.09 | 1978 | 3/9/2023 | 5.80 |
| 21 Natoma St | Folsom | $2,312,500 | 8,418 | $274.71 | 2005 | 5/1/2025 | 4.66 |
| 3629 Marconi Ave | Sacramento | $300,000 | 1,097 | $273.47 | 1977 | 8/8/2023 | 4.50 |
| 7144 Fair Oaks Blvd | Carmichael | $1,000,000 | 9,457 | $105.74 | 1964 | 6/6/2025 | 3.54 |
| | | | | | | AVERAGE | 5.28 |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

EXHIBIT PG. 91

## MORTGAGE-EQUITY ANALYSIS

**ASSUMPTIONS:**

| | | |
|---|---|---|
| 1. | Mortgage Rate: | 6.00% |
| 2. | Loan-to-Value: | 65% |
| 3. | Amortization: | 30 years |
| 4. | Equity Yield: | 5.30% (*) |
| 5. | Holding Period: | 10 years |
| 6. | Value Appreciation: | 0.50% per year |
| 7. | Income Appreciation: | 0.25% per year |

(*) All-Cash Yield Rate Plus "Leveraged Analysis" Premium.

|  |  | % (1) | | Rate (2) | | |
|---|---|---|---|---|---|---|
| A. | Mortgage: | 65.00% | x | 7.1946% | = | 4.6765% |
| B. | Equity: | 35.00% | x | 5.3000% | = | 1.8550% |
|  |  |  |  |  |  | 6.53% |

C. Less:

| Amortization: | LTV | | % Paid (3) | | SFF (4) | | |
|---|---|---|---|---|---|---|
|  | 65.00% | x | 16.3143% | x | 7.8398% | = | -0.8314% |

BASIC RATE ………………………………………………….................……… 5.70%

D. Less:

| Appreciation: | Value Appr. (5) | | SFF (4) | | |
|---|---|---|---|---|---|
|  | 5.1140% | x | 7.8398% | = | -0.4009% |

OVERALL RATE (LEVEL INCOME)……………………………………….... 5.30%

E. Divided by Changing Income Factor:

| K-Factor (6) | | |
|---|---|---|
| 1.010254 | = | 1.010 |

| **OVERALL RATE (CHANGING INCOME)** | **5.25%** |
|---|---|

1) Loan- or equity-to-value ratio

2) Required return (i.e. mortgage constant - Rm; and, equity yield - Ye)

3) Portion of loan paid off at end of holding period

4) Sinking fund factor for holding period at equity yield rate

5) Total appreciation in property value, computed as the FV of $1 assuming:
   Holding period (years):     10
   Annual growth rate:     0.50%

6) K-Factor that stabilizes income streams changing on an
   exponential-curve (constant-ratio) basis



As a result of the above analysis, it is our opinion that a **base capitalization rate of 5.25%** would be appropriate in converting the actual net operating income of the subject property into a value estimate for the subject property.



## Pro Forma Operating Statement and Direct Capitalization

| PRO FORMA (based on Contract Rent) |
|---|

| Property Name | Scripps 2, LLC |
|---|---|
| Property Address | 2 Scripps Drive |
| Building Area | 36,109    SF |

| | | PROFORMA INCOME & EXPENSE | | |
|---|---|---|---|---|
| | | | Annual Indicators | |
| | | Total $ | $/Sq. Ft. | % of EGI |
| Market Income (estimated)  36,109  SF x  $2.85  /Mo x 12 Months | | $1,234,928 | $34.20 | |
| Expense Reimbursement | | $0 | $0.00 | |
| **POTENTIAL GROSS INCOME** | | **$1,234,928** | **$34.20** | |
| *Less Vacancy/Collection Loss*                          5.0% | | *($61,746)* | *($1.71)* | |
| **EFFECTIVE GROSS INCOME** | | **$1,173,181** | **$32.49** | **100.0%** |
| **OPERATING EXPENSES** | | | | |
| Real Estate Taxes | | $69,607 | $1.93 | 5.9% |
| Special Assessments | | $267 | $0.01 | 0.0% |
| Insurance | | $9,388 | $0.26 | 0.8% |
| Janitorial | | $36,109 | $1.00 | 3.1% |
| Landscaping | | $13,360 | $0.37 | 1.1% |
| Fire Alarm | | $2,167 | $0.06 | 0.2% |
| Utilities | | $57,774 | $1.60 | 4.9% |
| Leasing Commissions | | $3,611 | $0.10 | 0.3% |
| Repairs/Maintenance | | $18,055 | $0.50 | 1.5% |
| Management | | $58,659 | $1.62 | 5.0% |
| Reserves | | $3,611 | $0.10 | 0.3% |
| **TOTAL OPERATING EXPENSES** | | **$272,607** | **$7.55** | **23.2%** |
| **NET OPERATING INCOME** | | **$900,574** | **$24.94** | **76.8%** |

| NET OPERATING INCOME | $900,574 |
|---|---|
| **OAR** | **5.25%** |
| Direct Capitalization | $17,153,790 |
| **Market Value - Income Approach (Rounded)** | **$17,150,000** |

**CR** **CURTIS-ROSENTHAL**, INC.
REAL ESTATE APPRAISAL & CONSULTING

**Income Capitalization Approach Conclusion**

Based on the data and analysis presented above, it is our opinion that the following value is indicated for the subject property according to the Income Capitalization Approach. This will be reconciled with the value indications from the other approaches in the Reconciliation section at the end of this report.

| Value Conclusion – Income Approach | |
|---|---|
| **Value Conclusion** | **$17,150,000** |

# RECONCILIATION

Our valuation analyses presented in this appraisal report concluded to the following opinions:

| Valuation Approach | Value Conclusion |
|---|---|
| Cost Approach | Not Utilized |
| Sales Comparison Approach | $17,080,000 |
| Income Capitalization Approach | $17,150,000 |

The **Cost Approach** is considered to be a strong indicator of value in recently constructed buildings, particularly when current construction costs are available and there is recent comparable land sale data that would lead to an accurate estimate of the underlying site value. This approach is weakened, however, as a building grows older because of the difficulty in accurately measuring physical depreciation. The Cost Approach can serve as a check for the other two approaches in order to assure the reasonableness of the Sales Comparison and Income Capitalization Approaches.

The **Cost Approach** is not applicable to this assignment for the following reasons:
- The age of the subject property creates obstacles with regard to accurately measuring accrued depreciation; and,
- The Sales Comparison and Income Approaches are the conventional approaches relied upon by participants in the subject's marketplace.

The **Sales Comparison Approach** can be a strong indicator of value when there is an adequate number of comparable property sales that are similar to the subject in physical, functional, economic and location characteristics. This approach is weakened when the quantity or nature of available market data is insufficient for purposes of direct comparison.

Based on the differences noted in the comparable sales data reported, primary consideration has been given to the Sales Comparison Approach in our final value estimate for the subject property.

The **Income Capitalization Approach** considers the future expectations of investors for properties such as the subject. It considers current market rental activity and rate-of-return requirements through the selection of a market-derived overall capitalization rate. This approach is most relevant when there are sufficient rental comparables from which to draw market rent conclusions and adequate market data from which to determine market cap rate requirements.

The subject would most likely appeal to an owner-user. We gave secondary consideration to the Income Capitalization Approach based on current market practice for properties such as the subject, which is an income-producing investment.

**CONCLUSION**

Our research indicates that the Income Approach should be given the primary consideration in our final determination of value, and the Sales Comparison Approach should be given secondary consideration in our final estimate of value for the subject property.

Therefore, based on the data and analysis above, the table below presents our final valuation conclusion(s) of the stated ownership interest, as of the stated date(s) of valuation.

**Office Building and Land (Excluding the 3,000 sf of Entitled Land for Multiple-Family Residential)**

| Valuation Premise | Interest Appraised | Effective Date of Value | FINAL Value Conclusion |
|---|---|---|---|
| Fair Market Value | Fee Simple | 10/13/2025 | $17,120,000 |

## EXPOSURE TIME

**Exposure Time** is defined as *"The estimated length of time the property interest being appraised would have to have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal."*

We researched the market and determined a reasonable exposure time that would have been required to sell the subject property as of the date of valuation. Our research indicates that a reasonable exposure time estimate for the subject property would have been three to six months.



## Valuation of Entitled Land of 3,000 sf

## for Multiple-Family Residential Development

The subject has development entitlements for 9 multiple-family units on 3,000 sf of land located adjacent to the east of the existing office building. Please refer to the map below.



A separate valuation of the land for the 9 multiple-family units follows.



**Photographs of the Subject Property – Entitled Land of 3,000 sf for Multiple-Family Residential Development**



**Front**



**Front**



**Subject**



**Subject**



**Subject street view**



**Subject street view**



## LAND VALUATION

The **Sales Comparison Approach** is a method of valuation that compares prices paid for similar properties in an open and free marketplace.

We surveyed the market in the subject area in order to locate comparable sales of similar properties which would aid in forming an opinion of value for the subject property. Our search parameters are summarized below.

| Primary Search Parameters for Sale Comparables | |
|---|---|
| Location | Subject property market area |
| Sale Date | 1st Quarter 2022 to Present |
| Property Type | Multiple-Family & Commercial Zoned Land |
| **Method of Analysis** | |
| Price Per Square Foot | Our research indicated most investors analyze comparable sales on this basis. |

### LAND SALES MAP





## SUMMARY OF EFFECTIVELY VACANT LAND SALES

| ITEM | STREET ADDRESS<br>CITY  STATE  ZIP<br>ASSESSOR'S PARCEL NUMBER<br>COMMENTS | SALE DATE<br>DOCUMENT NO.<br>SELLER<br>BUYER | ZONE<br>SQUARE FEET<br>ACRES<br>DWELLING UNITS | CASH EQV. PRICE<br>PRICE PER SF<br>PRICE PER UNIT<br>UNITS PER ACRE |
|---|---|---|---|---|
| 1 | 4830 J Street<br>Sacramento, CA 95819<br>008-0161-027<br>Broker: Ken Turton, Turton Commercial R.E. | Letter of Intent as of 10/24/2025<br><br>Profectus Capital, LLC<br> | C2<br>57,934<br>1.33<br>199 | $ 9,500,000<br>$ 163.98<br>$ 47,620<br>150.00 |
| 2 | 1617 aka 1629 J Street<br>Sacramento, CA 95814<br>006-0064-008<br>Broker: No Brokers Involved | January 13, 2023<br>210<br>Sacramento Turn Verein<br>4401 Broadway Investors, LLC | C2-SPD<br>22,400<br>0.51<br>77 | $ 5,000,000<br>$ 223.21<br>$ 64,821<br>150.00 |
| 3 | 301 Capitol Mall<br>Sacramento, CA 95814<br>006-0141-013<br>Broker: Ken Turton, Turton Commercial R.E. | April 2, 2024<br>901<br>Towers on Capitol Mall, LLC/CalPERS<br>Shingle Springs Band of Miwok Indians | C3-SPD<br>104,108<br>2.39<br>358 | $ 17,000,000<br>$ 163.29<br>$ 47,420<br>150.00 |
| 4 | 1511+1517 I Street<br>Sacramento, CA 95814<br>006-0061-008 & 009<br>Broker: Ken Turton, Turton Commercial R.E. | June 28, 2023<br>535<br>1515 I Street Partners, LP/Mark Friedman<br>I Street Dev. Holding Co/Sean Spear | C2-SPD<br>16,396<br>0.38<br>56 | $ 2,550,000<br>$ 155.53<br>$ 45,165<br>150.00 |
| 5 | 1705+1715 I Street<br>Sacramento, CA 95811<br>006-0065-022 & 023<br>Broker: No Brokers Involved | January 13, 2023<br>205<br>Phoenix Enterprises/Sotiris Kolokotronis<br>Sacramento Turn Verin, a CA corp. | C2-SPD<br>25,700<br>0.59<br>88 | $ 5,000,000<br>$ 194.55<br>$ 56,498<br>150.00 |
| 6 | 1330 N Street<br>Sacramento, CA 95814<br>006-0223-021<br>Broker: No Brokers Involved | July 29, 2022<br>1721<br>Capitol Area Dev, Authority/de la Vergne<br>Cyprus (Now Cypress) at N, LLC/Lebastchi | R5<br>19,272<br>0.44<br>66 | $ 2,400,000<br>$ 124.53<br>$ 36,164<br>150.00 |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## DISCUSSION OF SALE COMPARABLES

This analysis identifies the similarities and differences between subject and comparable properties. The primary elements of comparison include property rights, financing terms, conditions of sale (motivation), market conditions (sale date), and physical characteristics (e.g., zoning, utilities, site improvements, location, access, etc.).

The common quantitative adjustment process involves paired sales analysis that compares two or more market sales to derive an indication of the adjustment for a single characteristic and applies it to the applicable data. Recognizing the weaknesses inherent in a quantitative analysis, a qualitative technique can be used. The adjustments applied are not necessarily representative of paired-data analysis and are not intended to be viewed in a precise or absolute context. Rather, they are intended to offer general insight with regard to the order of magnitude afforded each of the adjustment categories, as determined by the appraiser by virtue of our investigations into the subject marketplace.

### *Market Conditions (Time)*

The appraisers referred to the market sales growth to derive an adjustment for time. The chart below shows a slight net increase in market values overall in the last 36 months. However, the sales from our sales comparison analysis shows no discernable trend. The appraisers have concluded that there is no discernable trend for those sales older than six months prior to the effective date of value. Therefore, an adjustment for time is not warranted.



**Expenditures after Sale:**

An adjustment to a sale property is required when a buyer anticipates a particular expenditure that he/she will have to expend shortly after purchasing a property; the price paid by a knowledgeable buyer considers any required expenditures. Such expenditures may include (1) the cost to demolish an existing structure when an improved site is purchased for redevelopment, (2) the cost to remediate known environmental contamination, (3) the cost to cure deferred maintenance at a building, or (4) similar costs that a buyer anticipates making upon purchase of a property.

There is no adjustment was made to sale prices of the comparable sales that had existing buildings that removal of existing buildings prior to development to a higher use, versus the comparable sales consisting of vacant land ready for development.

On the following pages is a matrix that displays each of the adjustments deemed necessary to reach an opinion of value for the subject property.

The adjustments applied are not necessarily representative of paired-data analysis and are not intended to be viewed in a precise or *absolute* context. Rather, they are intended to offer general insight with regard to the order of magnitude afforded each of the adjustment categories, as determined by the appraisers by virtue of our investigations into the subject marketplace.

**Discussion of Data Items**

*Comparable 1 at 4830 J Street, Sacramento:* This sale was reportedly to be going under contract as of the effective date of value. All factors considered; the subject unit value is above the indicated value by the comparable sale after adjustments of $180.38 per square foot of land.

*Comparable 2 at 1617 aka 1629 J Street, Sacramento:* All factors considered; the subject unit value is similar to the indicated value by the comparable sale after adjustments at $256.70 per square foot of land.

*Comparable 3 at 301 Capitol Mall, Sacramento:* All factors considered; the subject unit value is below the indicated value by the comparable sale after adjustments at $195.95 per square foot of land.

*Comparable 4 at 1511+1517 I Street, Sacramento:* All factors considered; the subject unit value is above the indicated value by the comparable sale after adjustments at $178.85 per square foot of land.

*Comparable 5 at 1705+1715 I Street, Sacramento:* All factors considered; the subject unit value is slightly below the indicated value by the comparable sale after adjustments at $223.74 per square foot of land.

*Comparable 6 at 1330 N Street, Sacramento:* All factors considered; the subject unit value is below the indicated value by the comparable sale after adjustments at $155.67 per square foot of land.



## ADJUSTMENT OF COMPARABLE LAND DATA

| | SUBJECT | One | Two | Three | Four | Five | Six |
|---|---|---|---|---|---|---|---|
| Sale Price | N/A | $9,500,000 | $5,000,000 | $17,000,000 | $2,550,000 | $5,000,000 | $2,400,000 |
| Land Size Acres | 0.07 | 1.33 | 0.51 | 2.39 | 0.38 | 0.59 | 0.44 |
| Land Size Square Feet | 3,000 | 57,934 | 22,400 | 104,108 | 16,396 | 25,700 | 19,272 |
| $ per SF | N/A | $163.98 | $223.21 | $163.29 | $155.53 | $194.55 | $124.53 |
| Rights Conveyed | Fee Simple | 0% | 0% | 0% | 0% | 0% | 0% |
| Adjusted $ psf | N/A | $163.98 | $223.21 | $163.29 | $155.53 | $194.55 | $124.53 |
| Financing Terms | Conventional | 0% | 0% | 0% | 0% | 0% | 0% |
| Condition of Sale | Conventional | 0% | 0% | 0% | 0% | 0% | 0% |
| Adjusted $ psf | N/A | $163.98 | $223.21 | $163.29 | $155.53 | $194.55 | $124.53 |
| Date | October-25 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjusted $ psf | N/A | $163.98 | $223.21 | $163.29 | $155.53 | $194.55 | $124.53 |
| General Location | Sacramento | | | | | | |
| Specific Location | Sacramento    2 Scripps Drive | | | | | | 10% |
| Site Size (sf) | 3,000 | 5% | 10% | 15% | 10% | 10% | 10% |
| Utilities (Electric,Water,Sewer,Etc.) | All Sized Utilities to Site | 10% | 10% | 10% | 10% | 10% | 10% |
| Topography | Generally Level | | | | | | |
| Shape/Utility | Triangular/Good | | | | | | |
| Zone/Entilements/ Density | OB-PUD 130 DU/Acre As Entitled Entitlements for 9 units | -5% | -5% | -5% | -5% | -5% | -5% |
| Extraordinary Development Cost | None | | | | | | |
| Access | Good | | | | | | |
| Visibility/Street Frontage | Howe Avenue, Scripps Drive & Uninversity Avenue | | | | | | |
| Subtotal of Adjustments | | 10% | 15% | 20% | 15% | 15% | 25% |
| FINAL INDICATORS | | $180.38 | $256.70 | $195.95 | $178.85 | $223.74 | $155.67 |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

EXHIBIT PG. 106

**LAND VALUE CONCLUSION.** Based on the previous discussion, the comparable sales indicate an adjusted range for the subject from approximately $155.67 to $256.70 per square foot of land as shown on the following table. The median sale price is $188.16 per square foot of land. The average sale price is $198.55 per square foot of land.

| LAND VALUE ARRAY | | |
|---|---|---|
| **Sale Number** | **Overall Comparison** | **Adjusted $/SF** |
| **2** | **Superior** | **$256.70** |
| **5** | **Superior** | **$223.74** |
| | **SUBJECT** | |
| **3** | **Slightly Inferior** | **$195.95** |
| **1** | **Inferior** | **$180.38** |
| **4** | **Inferior** | **$178.85** |
| **6** | **Inferior** | **$155.67** |

Sale One, In Escrow, suggests a value near the lower of the range at $180.38 per square foot, after adjustments. Comparable sale 2 suggests the upper end of the range of $256.70 per square foot, after adjustments. The appraisers reconciled the preceding value range near the middle tier of the adjusted range from the sales. **Given the data set observed, a unit value of $200.00 per square foot is appropriate for the subject parcel of 3,000 square feet.**

**Conclusion of Market Value**

| Property Type | Site Size (sf) | x | Unit Value | = | Market Value | Rounded |
|---|---|---|---|---|---|---|
| Land | 3,000 | x | $ 200.00 | = | $ 600,000 | **$ 600,000** |

**Entitled Land of 3,000 sf for Multiple-Family Residential Development**

| Valuation Premise | Interest Appraised | Effective Date of Value | FINAL Value Conclusion |
|---|---|---|---|
| **Fair Market Value** | **Fee Simple** | **10/13/2025** | **$600,000** |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

EXHIBIT PG. 107

# CERTIFICATION

We certify that to the best of our knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- We have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

- We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice*.

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- As of the date of this report, **David Rosenthal, MAI, FRICS** has completed the continuing education program for designated members of the Appraisal Institute.

- As of the date of this report, **Randall Blaesi, ASA, SR/WA** has completed the continuing education program for associate members of the Appraisal Institute.

- We have ample experience with the subject property type and marketplace, and we possess the requisite knowledge to perform this appraisal assignment competently.

- **Randall Blaesi, ASA, SR/WA** has made a personal inspection of the property that is the subject of this report. **David Rosenthal, MAI, FRICS** has not made a personal inspection of the property that is the subject of this report.

- **Randall Blaesi, ASA, SR/WA** have performed the selection of comparable properties, collection and verification of data and analysis. **David Rosenthal, MAI, FRICS** has reviewed and concurs with the final selection of comparable properties, final analysis and conclusion of value.  Other than those mentioned, no one provided significant real property appraisal assistance to the person(s) signing this certification.

- We have not performed a prior appraisal service, as appraisers regarding the property that is the subject of this report, within three years preceding acceptance of this assignment.



EXHIBIT PG. 108

**CURTIS-ROSENTHAL, INC.**

Randall Blaesi, ASA, SR/WA
CA #AG008581

David M. Rosenthal, MAI, FRICS
CA #AG001641

## ADDENDA

**DEFINITIONS**

**GENERAL ASSUMPTIONS AND LIMITING CONDITIONS**

**APPRAISER QUALIFICATIONS AND LICENSES**

**PARTIAL LIST OF CLIENTS**



**Definitions**

Definitions are cited from *The Dictionary of Real Estate Appraisal, 5th ed. (Chicago: Appraisal Institute),* published by the Appraisal Institute, unless otherwise noted)

**Appraisal** – "*1. The act or process of developing an opinion of value. 2. An opinion of value.*"

**"As Is" Market Value** - "*The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date.*"

**Extraordinary Assumption –** "*An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. Comment: Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis.*" (USPAP)

**Fee Simple Estate** - "*Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.*"

**Ground Lease** – "*A lease that grants the right to use and occupy land. Improvements made by the ground lessee typically revert to the ground lessor at the end of the lease term.*"

**Hypothetical Condition –** "*A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but is used for the purpose of analysis. Comment: Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.*" (USPAP)

**Leased Fee Estate** – "*A freehold (ownership interest) where the possessory interest has been granted to another party by creation of a contractual landlord-tenant relationship (i.e., a lease).*"

**Leasehold Estate** – "*The tenant's possessory interest created by a lease.*"

**Market Rent** - "*The most probable rent that a property should bring in a competitive and open market reflecting all conditions and restrictions of the lease agreement, including permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs).*"

**Fair Market Value** - The following definition of Fair Market Value is from the American Bankruptcy Institute:

" *Fair market value is often defined as the amount at which assets would change hands between a willing buyer and a willing seller, each having reasonable knowledge of the relevant facts and neither being under any compulsion to act. The exchange of assets is considered to be an arm's-length transaction between a hypothetical buyer and a hypothetical seller."*

**Prospective Opinion of Value** – "*A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not yet achieved sellout or a stabilized level of long-term occupancy.*"

**Retrospective Value Opinion** – "*A value opinion effective as of a specified historical date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion."*

**Sandwich Leasehold Estate** – "*The interest held by the original lessee when the property is subleased to another party; a type of leasehold estate.*"

**Stabilized Occupancy** – "*An expression of the expected occupancy of a property in its particular market considering current and forecasted supply and demand, assuming it is priced at market rent.*"

**General Assumptions and Limiting Conditions**

This appraisal report has been made with the following **General Assumptions**:

1. No responsibility is assumed for the legal description or for matters including legal or title considerations. Title to the property is assumed to be good and marketable unless otherwise stated.

2. The property is appraised free and clear of any or all liens or encumbrances unless otherwise stated.

3. Responsible ownership and competent property management are assumed.

4. The information furnished by others is believed to be reliable. However, no warranty is given for its accuracy.

5. All engineering is assumed to be correct. The plot plans and illustrative material in this report are included only to assist the reader in visualizing the property.

6. It is assumed that there are no hidden or apparent conditions of the property, subsoil, or structures that render it more or less valuable. No responsibility is assumed for such conditions or for arranging for engineering studies that may be required to discover them.

7. It is assumed that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless noncompliance is stated, defined, and considered in the appraisal report.

8. It is assumed that there is compliance with all applicable zoning and land use regulations and restrictions unless nonconformity has been stated, defined, and considered in the appraisal report.

9. It is assumed that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

10. It is assumed that the utilization of the land and improvements is within the boundaries or property lines of the property described and that there is no encroachment or trespass unless noted in the report.

This appraisal report has been made with the following **General Limiting Conditions**:

1. The distribution, if any, of the total valuation in this report between land and improvements, applies only under the stated program of utilization. The separate allocations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

2. Possession of this report, or a copy thereof, does not carry with it the right of publication.

3. The appraisers, by reason of this appraisal, are not required to give further consultation, testimony, or be in attendance in court with reference to the property in question, unless arrangements have been previously made.

4. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraisers, or the firm with which the appraisers are connected) shall be disseminated to the public through advertising, public relations, news, sales, or other media without the prior written consent and approval of the appraiser.

5. Any value estimates provided in the report apply to the entire property, and any proration or division of the total into fractional interests will invalidate the value estimate unless such proration or division of interests has been set forth in the report.

6. The appraisers assume that the reader or user of this report has been provided with copies of available building plans and all leases and amendments, if any, encumbering the property.

7. No survey was furnished so the appraisers relied on the assessor's plat map to ascertain the physical dimensions and acreage of the subject property. Should a survey prove these characteristics inaccurate, it may be necessary for this appraisal to be adjusted.

8. The forecasts, projections, or operating estimates contained herein are based upon current market conditions, anticipated short-term supply and demand factors, and a continued stable economy. These forecasts are, therefore, subject to changes in future conditions.

9. Complete building plans and specifications were not available for use in the preparation of this appraisal. The analysis, therefore, is subject to review of the final plans and specifications when available.

10. Any proposed improvements are assumed to have been completed unless otherwise stipulated. Any construction is assumed to conform to the building plans referenced in the report.

11. Since earthquakes are not uncommon in the area, no responsibility is assumed due to their possible effect on individual properties, unless detailed geologic reports are made available.

12. No termite inspection report was available. The appraisers personally inspected the subject property and found no significant evidence of termite damage or infestation. No guarantee that none exists, however, should be construed.

13. No consideration has been given in this appraisal to the value of property considered by the appraisers to be personal, located on the premises, or the cost of moving/relocating such personal property. Only the real estate has been considered.



EXHIBIT PG. 114

14. In this appraisal assignment, the existence of potentially hazardous materials used in the construction or maintenance of the building, such as the presence of asbestos or urea formaldehyde foam insulation, and/or the existence of toxic waste, which may or may not be present on the property, has not been considered. The appraisers are not qualified to detect such substances. We urge the client to retain an expert in the field if desired.

15. Unless otherwise stated, no responsibility is assumed for any damage sustained in connection with actual or potential deficiencies or hazards such as, but not limited to, inadequacies or defects in the structure, design, mechanical equipment or utility services associated with the improvements, air or water pollution, lead paint, noise, flooding, storms or wind, traffic and other neighborhood hazards, radon gas, asbestos, natural or artificial radiation, or hazardous materials or toxic substances of any description, whether on or off the property appraised. The appraisers are not qualified to detect hazardous waste or materials on, in or under the land or the improvements. Such a determination requires the investigation of a qualified expert in hazardous materials and assessment. In this appraisal assignment, the existence of potentially hazardous material used in the construction or maintenance of the building, such as the presence of asbestos or urea formaldehyde foam insulation, and/or existence of toxic waste, which may or may not be present on the property, has not been considered. The appraisers are not qualified to detect such substances. We urge the client to retain an expert in this field if desired.

16. The Americans with Disabilities Act (ADA) became effective January 26, 1992. We have not made a specific survey or analysis of the subject property to determine whether the physical aspects of the improvements meet the ADA accessibility guidelines. Since compliance matches each owner's financial ability with the cost-to-cure the property's potential physical characteristics, the real estate appraiser cannot comment on compliance with ADA. A brief summary of the subject's physical aspects is included in this report; however, this does not suggest ADA compliance by the current owner. Given that compliance can change with each owner's financial ability to cure non-accessibility, the value of the subject does not consider possible non-compliance. Specific study of both the owner's financial ability and the cost-to-cure any deficiencies would be needed for the Department of Justice to determine compliance.

17. The appraisers made no engineering survey of the subject property. Except as specifically stated, data relative to size and area has been taken from sources considered reliable, but no guarantee of accuracy is expressed or implied. Interested parties should retain a surveyor or other qualified professional for exact measurements of the subject property.

**SPECIAL ASSUMPTIONS AND CONDITIONS**

The applicability of *Extraordinary Assumptions, Hypothetical Conditions* or *Special Limiting Conditions* is addressed in the **Scope of Work** section of this report.

Appraiser Qualifications



**Professional Qualifications of**                    **RANDALL H. BLAESI, ASA, SR/WA**

**Curtis Rosenthal, Inc.**
**5901 W. Century Blvd., Suite 1230**
**Los Angeles, CA 90045**
**Phone: 818-617-1088**
**Email: rblaesi@curtisrosenthal.com**

<u>**PROFESSIONAL DESIGNATIONS**</u>

    **American Society of Appraisers**

      ASA Member, Accredited Senior Appraiser – Real Property (ASA No. 2912)

    **Appraisal Institute**

      Associate Member, Appraisal Institute (Member No.111508)

      Member of the Leadership Development & Advisory Council

    **International Right of Way Association**

      SR/WA, Senior Right of Way Professional, International Right of Way Association (No. 7106)

<u>**LICENSES**</u>

    **State of California, Office of Real Estate Appraisers**

      Certified General Real Estate Appraiser (No. AG008581)

<u>**EDUCATION**</u>

    **Law School**, 1974

      First Year Law School, Mc George School of Law, University of the Pacific,

      Sacramento, California

      Courses: Contracts, Torts, Criminal Law and Agency

    **Bachelor of Arts Degree**, 1971

      Santa Clara University, Santa Clara, California

      Major in Economics

<u>**EXPERIENCE**</u>

**CURTIS - ROSENTHAL, Inc.**, 2014 to present – Senior Appraiser and Litigation Consultant.  Curtis – Rosenthal, Inc., is a regional commercial real estate appraisal and consulting firm. Perform field appraisals and review appraisals for: Commercial Mortgage Lenders (Banks, Life Insurance Companies, CMBS, Pension Funds), Public Agencies (City Governments, Transit Agencies), Law Firms (Real Estate Litigation, Estate and Trust, Eminent Domain, Inverse Condemnation), Corporations (Valuation for Financial Reporting), and Accounting Firms.   Properties appraised included retail, office, industrial, apartments, condominiums, mixed-use, special purpose, and vacant land.  Areas of experience include southern and northern California, Arizona and Nevada.

**Professional Qualifications of**      **RANDALL H. BLAESI, ASA, SR/WA**

Mr. Blaesi was formerly Commercial Division Manager for the Los Angeles Office of The Property Sciences Group, Inc. Prior to that position, he was a Vice President and Senior Appraiser associated with Grubb & Ellis Landauer, LLC. Prior to that, he was a Senior Consultant in the Los Angeles office of Valuation & Information Group. Mr. Blaesi previously was a Senior Appraiser with Integra Realty Resources, Los Angeles and was a Senior Appraiser in the Pasadena office of First American Commercial Real Estate Services. Mr. Blaesi was an independent fee appraiser with offices in Sacramento and San Diego, California from 1991-2006. Appraisal and Valuation Consulting services regarding various types of real property including commercial, industrial, residential, agricultural, recreational, special purpose, easements, eminent domain, partial and full acquisition, environmental mitigation land, construction defect, fire, flood and earthquake damaged properties. Expert witness testimony in civil litigation, bankruptcy and tax court proceedings. Appraisal review and management. Business Valuation. Arbitration and mediation. Prior to that, he was a Real Estate Appraiser and Valuation Consultant with Frank Blaesi, MAI, SREA, SR/WA from 1972-1991. Appraisal and Valuation Consulting services regarding various types of real property including commercial, industrial, residential, agricultural, recreational, special purpose, easements, eminent domain, partial and full acquisition, environmental mitigation land, construction defect, fire and flood damaged properties. Expert witness testimony in civil litigation proceedings. Arbitration and mediation.

**EXPERT WITNESS**

Accepted as an expert witness in the following courts:

Federal Bankruptcy Court - California Northern and Southern Districts.

Superior Court - Los Angeles, San Diego, Sacramento, Stanislaus, San Joaquin, Placer and Nevada Counties, California

United States Tax Court, San Francisco, California.

Accepted as an expert witness in the following venues:

County Assessment Boards of Appeal – Los Angeles, Sacramento and San Diego Counties, California. Arbitration and mediation.

**INSTRUCTOR**

California State University, Sacramento, 1985, Introduction to Real Estate Appraisal - Guest Lecturer

**PROFESSIONAL AFFILIATIONS**

Society of Real Estate Appraisers, 1972-1991 (merged with the Appraisal Institute in 1991)

Appraisal Institute, 1991-present

American Society of Appraisers, 1982-present

International Right of Way Association, 1972-present

**SPEAKING ENGAGEMENTS**

Society of Real Estate Appraisers

Appraisal Institute

International Right of Way Association

American Society of Appraisers



**Current Appraiser License**



Business, Consumer Services & Housing Agency

**BUREAU OF REAL ESTATE APPRAISERS**
**REAL ESTATE APPRAISER LICENSE**

**Randall H. Blaesi**

has successfully met the requirements for a license as a residential and commercial real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified General Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:   AG 008581

Effective Date:   June 25, 2025
Date Expires:   June 24, 2027

Angela Jemmott, Bureau Chief, BREA

3082293

**Professional Qualifications of**        **DAVID M. ROSENTHAL, MAI, FRICS**

## PROFESSIONAL DESIGNATIONS

**Appraisal Institute**
MAI Member, Appraisal Institute (MAI #8024)
Member of the Regional Ethics & Counseling Panel, 1994-1997, 2000-2003

**Royal Institution of Chartered Surveyors**
Fellow of the Royal Institution of Chartered Surveyors, (FRICS #1291058)

**State of California, Bureau of Real Estate Appraisers**
Certified General Real Estate Appraiser (#AG001641)

## EDUCATION

**Master of Management Degree (MBA)**, 1980
J.L. Kellogg Graduate School of Management, Northwestern University,
Evanston, Illinois - Concentrations in Finance and Accounting

**Bachelor of Science Degree**, 1978
University of Florida, Gainesville, Florida
Major in Business Administration - concentration in Finance

## EXPERIENCE

**CURTIS - ROSENTHAL, Inc.**, 1983 to present – President & CEO
Founding principal of regional commercial real estate appraisal and consulting firm. Perform field appraisals and review appraisals for: Commercial Mortgage Lenders (Banks, Life Insurance Companies, CMBS, Pension Funds), Public Agencies (City Governments, Transit Agencies), Law Firms (Real Estate Litigation, Estate and Trust, Lease Negotiation), Corporations (Valuation for Financial Reporting), and Accounting Firms. Properties appraised include: retail, office, industrial, apartments, condominiums, mixed-use, special purpose, and vacant land. Areas of experience include southern and northern California, Arizona and Nevada.

**Security Pacific National Bank**, 1981-1982 - Corporate Loan Officer
Responsible for portfolio of loans consisting primarily of real estate companies. Projects financed included construction and renovation of income properties and development of new residential tracts.

## EXPERT WITNESS

Accepted as an expert witness in the following courts:
Federal Bankruptcy Court - California Central District
Superior Court - Los Angeles County and Orange County
Municipal Court - Orange County

## INSTRUCTOR

**Loyola Marymount University**, 1987 - 2016
College of Business Administration, Finance Department - Guest Instructor

**Federal Reserve Bank of San Francisco**, 2015
Risk Connection 2015, Risks with Construction Development Lending-Guest Trainer

**University of California at Los Angeles**, 1988
UCLA Extension, Financial Institutions Management Program - Guest Instructor



EXHIBIT PG. 120

Professional Qualifications of     **DAVID M. ROSENTHAL, MAI, FRICS**  (Cont'd)

**PROFESSIONAL AFFILIATIONS**

Appraisal Institute, 1989-present
    Strategic Planning Committee, Chairman 2014
    IRS Valuation Summit, Los Angeles, Conference Co-Chair 2013; Washington D.C., Planning Committee 2(
California Bankers Association, Affiliate Member 2009-present
California Mortgage Bankers Association (CMBA), Affiliate Member, 2001-2014, 2017, 2018
    Planning Committee for Commercial Real Estate Finance Conference, 2003–2014
Entrepreneurs Organization (EO, formerly YEO/WEO), 1997 to 2007
International Council of Shopping Centers (ICSC), 2011, 2017
Los Angeles Economic Development Corporation, 2004
Los Angeles Estate Planning Council (LAEPC), 2009-present; Program Chair 2009-2010
Los Angeles Mortgage Association (LAMA), Co-Founder, Co-Chair 2000–present
Royal Institution of Chartered Surveyors, 2010-present
Society of Chief Appraisers (SCA), Planning Committee, 2009-present
Southern California Real Estate Alliance (SCREA), 1987-present; Co-Chair 1995-1996, 2003
Western Independent Bankers, Affiliate Member 2009-2011

**SPEAKING ENGAGEMENTS**

Appraisal Institute
    IRS Valuation Summit, Conference Co-Chair 2013; Moderator-Partial Interest Valuation Panel 2013, 2014
    Western Regional Conference, 1996-1999
    SF Bay Area Fall Conference, 1998
California Bankers Association, Chief Credit Officers Symposium, 2008-2010
California Bar Association, Real Property Law Section, 2011
California Mortgage Bankers Association, Commercial Real Estate Finance Conference, 2003-200
California CPA Education Foundation, 1998
CREFC Capital Markets Conference, 2014
Crittenden National Conference, 2009
ICSC/LAMA Capital Markets Conference, 2011-2012
IMN Troubled Assets Conference, 2010
Institute of Management Accountants, 1997
International Right of Way Association, IRWA/AI Joint Conference, 2002, 2008
Los Angeles Estate Planning Council, 2009
National Council of Real Estate Investment Fiduciaries (NCREIF), National Conference, 2005
Society of Chief Appraisers 2009-2015
Special Assets Management Association, 2010-2012
Western Independent Bankers, Troubled Asset Forum, 2009, 2011

**PUBLICATIONS**

California Mortgage Bankers Association Legal News
    *Valuation Clauses in Leases, Ground Leases and Purchase Options*, September 2011
California Mortgage Finance News
    *Silicon Beach, The New Frontier, September 2015*
    *Life Company Risk-Based Capital for Commercial Mortgages, September 2013*
    *Understanding the New Interagency Appraisal and Evaluation Guidelines*, May 2011
California Real Estate Journal
    *Telling the Story – A Solutions Approach to Appraisal*, September 2003
Real Estate News Television (RENTV.com)
    *Economic Update*, Regular Column 2002 to 2015
Real Estate Southern California
    *What Happened to CMBS?* September 2007
    *The ABC's of CDO's*, September 2006
    *The CMBS Market Comes of Age*, March 2006
    *Real Estate Cycles – A Long Term Perspective*, September 2005
Western Independent Bankers – Lending and Credit Digest
    *Evaluations in Compliance with the Interagency Appraisal and Evaluation Guidelines*, June 2012
    *Assessing Collateral Values*, October 2010
    *Commercial Bank Appraisal Administration*, July 2010



EXHIBIT PG. 121

**Current Appraiser License**



## Partial List of Clients Served

**COMMERCIAL BANKS**

American Continental Bank
Americas United Bank
Bank of America
Bank of Manhattan
Bank of Hemet
Bank of the Ozarks
Bank of Santa Clarita
Bank of the West
Bank One Arizona
BofI Federal Bank
Borel Private Bank & Trust Co.
Boston Private Bank & Trust Co.
Builders Bank
California Business Bank
Capital One Bank
Cathay Bank
Centennial Bank
Citigroup
Citizens Business Bank
City National Bank
City State Bank
Coast National Bank
Community Bank
CTBC Bank
Eastern International Bank
East West Bank
EverTrust Bank
Far East National Bank
Farmers and Merchants Bank
FDIC
First Commerce Bank
First Foundation Bank
First General Bank
First National Bank of Northern California
First National Bank of Southern California
First Republic Bank
Grandpoint Bank
Greater Bay Bancorp
Habib American Bank
Hanmi Bank
Heritage Oaks Bank
Independence Bank
JP Morgan Chase Bank
Key Bank
Korea Exchange Bank
La Jolla Bank
Luther Burbank Savings Bank
Macquarie Bank
Marshall & Isley Bank
Mellon First Business Bank
Mercantile National Bank

MidFirst Bank
Mission Bank
Mission Valley Bank
NARA Bank
National Bank of California
Northern Trust Bank
Pacific Alliance Bank
Pacific Capital Bancorp
Pacific City Bank
Pacific Commerce Bank
Pacific Mercantile Bank
Pacific Premier Bank
Pacific Western Bank
Philippine National Bank
Popular Community Bank
Preferred Bank
Premier Business Bank
Premier Commercial Bank
Provident Bank
Provident Savings Bank
Rabobank
Regents Bank
Royal Business Bank
Saehan Bank
Security Bank of California
Silvergate Bank
Sunwest Bank
The Private Bank of California
United Business Bank
Universal Bank
US Bancorp
US Metro Bank
Vibra Bank
Wells Fargo Bank
Wilshire Bank
Zions Bank

**CREDIT UNIONS**

Altura Credit Union
American First Credit Union
California Coast Credit Union
California Credit Union
Extensia Financial
Kinecta Federal Credit Union
LA Fireman's Credit Union
Mission Federal Credit Union
NuVision Credit Union
Orange County's Credit Union
Premier America Credit Union
Southland Credit Union

**CURTIS-ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

EXHIBIT PG. 123

## Partial List of Clients Served (cont'd)

**INSURANCE COMPANIES**

AEGON USA
Allianz Life Insurance Company
Allstate Investments, LLC
American Equity Investment Life Insurance Co.
American National Insurance Company
American United Life Insurance Company
Assurant Inc.
Chubb Group of Insurance Companies
Columbian Mutual Life Insurance Company
Genworth Financial
Golden State Mutual Life
Great West Life Insurance Company
Hartford Insurance Company
Home Life Insurance Company
IDS Life Insurance Company
ING Life Insurance Company
John Hancock Real Estate Finance
Kansas City Life Insurance Company
Lafayette Life Insurance Company
Lincoln National Life Insurance Company
MetLife Capital Financial Corporation
Nationwide Insurance Company
Principal Global Investors
Protective Life Insurance Company
Prudential Mortgage Capital
Riversource
Southern Farm Bureau Life Insurance
Stancorp Mortgage Investors, LLC
State Farm Insurance Company
Sun Life Insurance Company
SunAmerica Insurance Company
Symetra Financial
Thrivent Financial for Lutherans
Union Central Life Insurance Company
Union Labor Life Insurance Company
United Farm Family Life Insurance Company
United Olympic Life Insurance Company
United Security Insurance Company

**MULTI-FAMILY LENDERS**

ABN/AMRO Apartment Lending
Ameriprise Financial
Amerisphere Multi-Family Finance
Arbor National Mortgage
Beech Street Capital
Centerline Capital Group
CW Capital
Deutsche Bank Mortgage Capital
Mark One Capital, Inc.
PNC/ARCS Commercial Mortgage
Prudential Huntoon Paige
Walker & Dunlop

**COMMERCIAL MORTGAGE BANKERS/ BROKERS**

Alison Mortgage Company
Amherst Real Estate Capital
Balboa Financial
Barry S. Slatt Mortgage Company
Berkadia Commercial Mortgage
Bond Street Capital
Buchanan Street Partners
Burnham Capital Markets
Cohen Financial
George Elkins Mortgage Banking Company
George Smith Partners, Inc.
Grandbridge Real Estate Capital
Highland Realty Capital, Inc.
Holiday Fenoglio Fowler, LP
iCap Realty Advisors
Koss Financial Corporation
Love Funding Corporation
Marcus and Millichap Capital Corporation
Mason McDuffie Financial Corporation
Meridian Capital Group, Inc.
Newmark Realty Capital, Inc.
NorthMarq Capital, Inc.
Pacific Southwest Realty Services
Partners Realty Capital, LLC
Pathfinder Mortgage Corporation
Q10 National Mortgage Co.
Sunrise Mortgage & Investment Company
Terrix Financial Corporation
Walker and Dunlop

**PENSION FUNDS / ADVISORS**

Alcatel Lucent Asset Management Corp.
American Realty Advisors
CALPERS
California State Teachers Retirement System
Construction Laborers Pension Trust
Crosson Dannis, Inc.
Emerson International
Equitable Real Estate Investment Mgt., Inc.
Essex Property Trust
Guggenheim Trust Company, LLC
Heitman/JMB Institutional Realty Advisors
J.P. Morgan Investment Management
Olympic Realty Advisors
Principal Real Estate Investors
Standard Management Company



## Partial List of Clients Served (cont'd)

**CMBS SPECIAL SERVICERS**

C-III Asset Management, LLC
Key Bank
LNR Partners, LLC
Midland Loan Services
Helios AMC, LLC
Berkadia Commercial Mortgage
TriMont Real Estate Advisors

**CMBS LENDERS**

Barclays Capital Real Estate, Inc.
Bridger Commercial Funding
CIBC World Markets Corp.
Credit Suisse
CW Capital
Deustchebanc Mortgage Capital
JP Morgan Mortgage Capital
Key Commercial Mortgage
Morgan Stanley
Natixis Real Estate Capital, Inc.
RBS Greenwich Capital
Redwood Trust
UBS Securities, LLC

**CORPORATIONS**

Alta Hospital System
ATT Wireless Services, Inc.
Best California Gas Co.
Bridgestone Retail Operations
Brotman Hospital
California Sports, Inc.
Chevron Oil Company
Getty Oil Company
IMAX Corporation
Los Angeles Orthopedic Hospital Foundation
Mercury Air Cargo, Inc.
Mobil Oil Corporation
Neiman-Marcus Group, Inc.
Pandemic Studios
Rite Aid Corporation
Safeway Corporation
Salvation Army
Santa Monica Home Owners Corporation
Thrifty Oil Company
Wal-Mart Stores, Inc.
Whirlpool Financial Corporation

**PUBLIC AGENCIES**

California Housing Finance Association
Carson Redevelopment Agency
City of Adelanto
City of Chino
City of Colusa
City of Gardena
City of Grand Terrace
City of Inglewood
City of Los Angeles
City of Montebello
City of Norco
City of Palos Verdes
City of Pasadena
City of Rialto
City of Riverside
City of San Louis Obispo, Housing Authority
City of San Mateo
City of Santa Monica
City of Vernon
City of Whittier
City of Yukaipa
Coachella Valley Mountains Conservancy
Compton Unified School District
Consulate General of Poland
County of San Mateo
Inglewood Redevelopment Agency
Inglewood Unified School District
Los Angeles Community College District
Los Angeles Housing Department
Los Angeles Unified School District
Los Angeles World Airports (LAWA)
Metropolitan Transit Authority (MTA)
Mountains Recreation & Conservation Authority
Newport Harbor Nautical Museum
Oakland Community Housing, Inc.
Philippine Consulate
Rosamond Community Services District
San Fernando Valley Economic Development Corp.
Santa Monica College
Santa Monica-Malibu Unified School District
Simi Valley Unified School District
The Port of Long Beach
The Port of Los Angeles
US General Services Administration
US Postal Service

**CURTIS-ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

EXHIBIT PG. 125

## Partial List of Clients Served (cont'd)

**ATTORNEYS**

| | |
|---|---|
| Akin Gump Strauss Hauer & Feld, LLP | O'Melvany and Meyers |
| Allen Matkins Leck Gamble Mallory & Natsis | Orbach Huff Suarez & Henderson, LLP |
| Arter & Hadden | Parker Milliken |
| Barnes & Thornburg LLP | Pillsbury, Madison, and Sutro |
| Bird Marella | Pircher, Nichols, and Meeks |
| Booth, Mitchel & Strange, LLP | Resch Polster & Berger, LLP |
| Brownstein, Hyatt, Farber, Schreck, LLP | Robinson, Diamant, & Brill |
| Bryan Cave | Rodi, Pollock, Pettker, Christian & Pramov |
| Burhenn & Gest, LLP | Rucker and Clarkson |
| Cadden & Fuller, LLP | Shapiro, Poesell, & Close |
| Charlston, Revich, & Williams | Shiotani & Inouye |
| Chrystie and Berle | Sidley and Austin |
| Coudert Brothers, LLP | Smith and Hilbig |
| Cox, Castle, & Nicholson | Thomashow, Brown and Paiallii, LLP |
| DeCastrow, West, Chodorow, Glickfield & Nass | Tilem and Gole |
| Engstrom, Lipscomb and Lack | Troy and Gould |
| Frandzel Robins Bloom & Csato, LC | Weinstock Manion |
| Gianelli and Morris | White & Case |
| Gibson, Dunn and Crutcher, LLP | Wolf, Rifkin, Shapiro & Shulman |
| Goodson and Wachtel | Youngerman and McNutt, LLP |
| Greenberg, Glusker, Fields, Claman and Machtinger | |
| Greenberg Traurig | |
| Haight, Brown, & Bonesteel | **DEVELOPERS** |
| Hoffman, Saban and Watenmaker | |
| Holt Ney Zatcoff & Wasserman, LLP | Athena Group, LLC |
| Inman, Weisz, & Steinberg | California Landmark Development |
| Jeffer, Mangels, Butler, & Mitchell | Catellus Development Corporation |
| K&L Gates, LLP | Champion Real Estate Services |
| Kane, Ballmer & Berkman | CIM Group |
| Katten, Muchin, Zavis and Weitzman | Cloverfield Group |
| King, Holmes, Paterno & Berliner, LLP | Combined Properties |
| Levin & Seligman | Daiwa House Corporation |
| Levinson & Lieberman | First City |
| Loeb and Loeb | Goldrich and Kest Industries |
| Luce, Forward, Hamilton & Scripps LLP | Haseko, Inc. |
| Manatt, Phelps & Phillips, LLP | HB Drollinger Company |
| Marlin and Saltzman | Held Properties, Inc. |
| McDermott, Will & Emery | Jamison Services, Inc. |
| McGuire Woods | Kennedy Wilson |
| McNicholas & McNicholas, LLP | Koar Development Group, LLC |
| Mindlin and Tigerman | O&S Holdings |
| Mitchell, Silberberg, & Knupp, LLP | Regency Centers |
| Morris, Polich and Purdy, LLP | Roberts Companies |
| Munger, Tolles, & Olson | Soboroff Partners |
| Murchison & Cumming | Trammel Crowe |
| Musick, Peeler & Garrett, LLP | |
| Nixon Peabody, LLP | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

# 2 SCRIPPS DRIVE

## Rent Roll
## November 2025

| SUITE # | TENANT | Uasble SQ.FT | BOMA | LEASE RENTBL SQ.FT | MONTHLY RENT | RENT PSF | LEASE START | LEASE ENDS | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 100 | Christine Tippett | 551 | 645 | 645 | $ 1,750.00 | $ 2.71 | 12/01/24 | 09/30/27 | |
| 101 | Vacant | 240 | 281 | 281 | | | | | |
| 102 | A. Scott Grivas DDS | 1,849 | 2,163 | 2,102 | $ 5,678.10 | $ 2.70 | 09/01/25 | 10/31/30 | |
| 104 | Natera, Inc | 1,325 | 1,591 | 1,591 | $ 4,400.00 | $ 2.77 | 10/01/24 | 09/30/27 | |
| 105 | Dr Hunter Vincent | 338 | 395 | 395 | $ 1,220.00 | $ 3.09 | 09/01/24 | 08/31/26 | |
| 110 | (Pending) Behavior Frontiers | 5,585 | 6,536 | 6,536 | $ - | $ 2.65 | 01/01/26 | 12/31/32 | Potential monthly rent: 17,320.40 |
| 201 | Friz Diaz DDS | 1,574 | 1,842 | 1,673 | $ 4,792.19 | $ 2.86 | 11/15/23 | 11/14/28 | |
| 202 | ActiveLife | 3,147 | 3,682 | 3,643 | $ 10,293.00 | $ 2.80 | 04/01/24 | 03/31/29 | |
| 203 | Rhea DeMesa | 366 | 428 | 428 | $ 1,300.00 | $ 3.04 | 10/01/24 | 09/30/26 | |
| 206 | HyperPixel CA | 530 | 620 | 614 | $ 1,708.00 | $ 2.75 | 04/01/24 | 03/31/29 | |
| 208 | River Oaks Medical | 2,741 | 3,207 | 3,110 | $ 8,649.00 | $ 2.78 | 03/01/24 | 02/28/29 | |
| 210 | Patrick Tsai DDS | 1,860 | 2,176 | 2,138 | $ 5,945.78 | $ 2.73 | 06/15/24 | 05/31/32 | |
| 301 | Damon Boyd | 1,734 | 2,029 | 1,978 | $ 5,241.70 | $ 2.58 | 10/01/24 | 09/30/29 | Dep on original lease |
| 302 | Anti Aging Clinic | 1,022 | 1,196 | 1,230 | $ 3,483.98 | $ 2.91 | 03/13/24 | 06/12/29 | |
| 304 | Andrew LaFlamme | 1,018 | 1,191 | 1,191 | $ 3,275.25 | $ 2.75 | 12/01/24 | 11/30/26 | |
| 308 | Janine Ma Golding DDS | 1,168 | 1,367 | 1,397 | $ 3,562.35 | $ 2.61 | 11/01/23 | 04/30/26 | |
| 310 | NCSRA | 5,746 | 6,723 | 6,638 | $ 17,922.60 | 2.67 | 09/01/24 | 02/28/32 | Rent starts 3/1/25 |
| | | 30,794 | 36,110 | 35,590 | $ 79,221.95 | | | | |

SF Occupied:     28,773     80.85%

SF Vacant:     6,817     19.15%

EXHIBIT PG. 128

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

5

1

2

3

**9**

4

**LAW OFFICES OF GABRIEL LIBERMAN, APC**

Gabriel E. Liberman (SBN 303010)

5

Gabe@4851111.com

6

1545 River Park Drive, Suite 530

Sacramento, California 95815

7

Telephone:     (916) 485-1111

Facsimile:     (916) 485-1111

8

9

Proposed Attorney for SCRIPPS TWO, LLC

10

UNITED STATES BANKRUPTCY COURT

11

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

12

13

In re

14

**SCRIPPS TWO, LLC**

15

16

Tax ID / EIN: 92-0622957

17

Debtor,

18

19

20

21

22

23

24

Case No. 2025-26371-A-11

Chapter 11

DCN: GEL-1

**INTERIM ORDER GRANTING MOTION TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION; SCHEDULING DEADLINES RELATING TO A FINAL HEARING ON USE OF CASH COLLATERAL**

Date:          November 20, 2025

Time:          10:00 a.m.

Location:     501 I Street, 7th Floor,

                    Courtroom 28, Dept. A

                    Sacramento, CA

Judge:        Honorable Frederick E. Clement

25

SCRIPPS TWO, LLC, the Debtor and Debtor-in-Possession (the "Debtor") filed its *MOTION TO*

26

*USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION; SCHEDULING DEADLINES*

27

*RELATING TO A FINAL HEARING ON USE OF CASH COLLATERAL* [ECF Nos. ___ ] (the

28

6

"Motion"), which came on for hearing before the above-captioned Court on November 20, 2025 at 10:00 a.m. (the "Interim Hearing").  Written opposition was not required and no opposition was made at the Interim Hearing. All appearances were noted in the record of the Interim Hearing.

The Court reviewed the Motion and the other pleadings on file and heard and considered the argument of counsel. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Motion, which findings of fact and conclusions of law are incorporated herein by this reference in accordance with Fed. R. Civ. P. 52, as made applicable by Fed. R. Bankr. P. 9014. It appearing that the relief requested is necessary to preserve the Debtor's ongoing operations and necessary to avoid immediate and irreparable harm, and is in the best interests of Debtor, its estate, and its creditors; and in the light of the circumstances and the emergency nature of the relief requested; and after due deliberation and sufficient cause appearing therefor,

BASED UPON THE RECORD ESTABLISHED AT THE INTERIM HEARING BY THE DEBTOR, THE COURT HEREBY MAKES THE FOLLOWING FINDINGS OF FACT
AND CONCLUSIONS OF LAW:

**IT IS HEREBY ORDERED THAT:**

1.      Motion Granted. The Motion is GRANTED on an interim basis to the extent set forth herein.

2.      Authorization to Use Cash Collateral. Pursuant to Bankruptcy Code sections 105(a), 363(b), and 363(c)(2), the Debtor is authorized to use Cash Collateral on an interim basis in the amounts and for the purposes identified in the cash collateral budget attached hereto as **Exhibit A** (as may be amended, the "Budget") retroactive to the Petition Date of November 12, 2025 through December 31, 2025. (the "Interim Period"). All cash collateral use must be in accordance with the terms of the Budget,

subject to variances of no more than 15% per line item for disbursements and collections (the "Permitted Variance").

3.     Adequate Protection. In consideration for the use of the Cash Collateral, the Debtor shall provide the following adequate protection to Red Oak Capital Holdings, LLC and California Statewide Communities Development Authority (collectively referred hereafter as the "Secured Creditors") to secure any diminution in the value of the collateral of the Creditors:

a.     Replacement Lien. Pursuant to Bankruptcy Code sections 361, and 363(e) and except as to otherwise validly perfected and unavoidable liens existing as of the Petition Date, Debtor grants Secured Creditors a replacement security interest and lien in the prepetition and postpetition assets of the Debtor to the same extent and priority granted Secured Creditors pursuant to the Prepetition Loan Documents (the "Adequate Protection Replacement Lien"). The Adequate Protection Replacement Lien shall be automatically perfected without the need for any additional filings or notices.

For the avoidance of doubt, nothing in this Interim Order shall encumber any causes of action available under Chapter 5 of the Bankruptcy Code.

b.     Monthly Payments: Debtor shall pay the Secured Creditors starting November 2025 monthly payments as follows:

| Creditor | Monthly Adequate Protection Payment |
|---|---|
| Red Oak Capital Holdings, LLC | $5,000.00 |
| California Statewide Communities Development Authority | $4,837.00 |
| | $9,837.00 |

c.    <u>Modification of Budget:</u> As further adequate protection for any use or diminution in the value of the prepetition lender's interest in the prepetition collateral (including, without limitation, the Cash Collateral), the Debtor will comply with the Budget and shall not make any disbursements other than those set forth in the Budget, subject to the Permitted Variance. The Budget may be modified with order of the Court as necessary.

d.    <u>Financial Reporting.</u>  None.

4.    <u>Final Hearing</u>. The hearing to consider entry of an order granting the relief requested in the Motion on a final basis shall be held on _____ **at      a.m./ p.m. (PT)** (the "Final Hearing Date"); and any objections to the Motion (a "Objection") must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Bankruptcy Rules; (c) set forth the specific basis for the Objection; (d) be filed with the Clerk of this Court, together with proof of service, on or before **_____, 2025** (the "Objection Deadline"). Responses to the Objections must be filed on or before **_____, 2025**.

5.    <u>Notice</u>. The Debtor shall serve a notice of the entry of this Interim Order and notice of the Final Hearing Date, by regular mail within two days of the issuance of this Order from the Court upon (i) the U.S. Trustee, (ii) the creditors holding the 20 largest unsecured claims against the Debtor, (iii) affected creditors, (iv) the unsecured Creditor's Committee, if applicable and (v) any other party which has filed a request with this Court for notice in the Debtor's case and served such request upon the Debtor's counsel.

6.    <u>Immediate Effectiveness</u>. This Interim Order shall constitute findings of fact and conclusions of law and shall take effect immediately upon entry hereof, and there shall be no stay of effectiveness of this Interim Order.

7.    <u>Retention of Jurisdiction</u>. The Court shall retain jurisdiction over any matters

9

arising from or relating to the implementation and interpretation of this interim Order.

       8.    <u>Interim Order</u>. All provisions of this order shall be deemed interim, and the Court may disapprove any of the foregoing terms at the Final Hearing. The Court shall conduct a hearing to consider final approval of the Cash Collateral, the granting of adequate protection to Creditors and continued use of cash collateral on the Final Hearing Date.

       9.    <u>Interim Budget Restrictions</u>.  Notwithstanding the inclusion of such payments in the Budget, the Court is not approving any payments that must be approved under 11 U.S.C. §§ 330, 331, 363(b), and/or 503(c), including professional fees and insider compensation. The rights of all parties with respect to any such payments are reserved.

APPROVED AS TO FORM:


BY:   _____
       Jason Blumberg
       Trial Attorney
       United States Department of Justice
       Office of the United States Trustee




       IT IS SO ORDERED.




Dated:

                                _____
                                Honorable Frederick E. Clement
                                U.S. Bankruptcy Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A-  Approved Interim Budget**

**[To be attached]**

11