**4**
**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
Gabe@4851111.com
1545 River Park Drive, Suite 530
Sacramento, California 95815
Telephone:   (916) 485-1111
Facsimile:   (916) 485-1111

Proposed Attorney for SCRIPPS TWO, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>SCRIPPS TWO, LLC<br><br>TAX ID / EIN: 92-0622957<br><br>Debtor-in-Possession. | Case No. 2025-26371-A-11<br>DCN:  GEL-1<br><br>Date:       December 15, 2025<br>Time:       9:00 a.m.<br>Location:  501 I Street, 7th floor,<br>                 Courtroom 28;<br>                 Sacramento, CA<br><br>Judge:      Honorable Frederick E. Clement |

**DECLARATION OF JEFFREY BERGER IN SUPPORT OF DEBTOR'S REPLY TO ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC's OBJECTION TO DEBTOR'S MOTION TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**

I, Jeffrey Berger hereby declare as follows:

1.  I am over the age of 18 and am mentally competent and I make this declaration regarding *DEBTOR'S REPLY TO ROIOF SERIES, a Series of Red Oak Capital Fund Series, LLC's Objection to Motion To Use Cash Collateral And Grant Adequate Protection; Scheduling Deadlines Relating To A Final Hearing On Use Of Cash Collateral.*

2.  I am the managing member and majority shareholder of SCRIPPS TWO, LLC the debtor in possession (the "Debtor").

3. In my capacity as Debtor's managing member, I am familiar with Debtor's daily business, operations, and financial affairs. Except as otherwise indicated, all of the facts set forth in this Declaration are based upon my personal knowledge of Debtor's operations and finances, information learned from my review of relevant documents, and information supplied to me by other members of Debtor's management and Debtor's business and legal advisors. If called upon to testify as to the content of this Declaration, I could and would do so.

4. As part of the Cash Collateral Motion, Debtor provided its appraisal report for real property commonly known as Campus Commons Medical Dental Building located at 2 Scripps Drive, Sacramento CA 95825, and an adjacent entitled parcel of land, appended as Exhibit B with a fair market value of $17,720,000.

5. On December 8, 2025, the commercial appraisal was supplemented to adjust the fair market value of the Subject Property for the cost-to-cure the unrenovated 6,535 square foot space. The appraisal has taken into consideration deductions, based on a rate of $17,317 per month, over 12 months, lost rent revenue would be $207,799.00. Minus leasing commission fees of 5% of $51,950.00. Minus tenant improvement costs at $92.00 a square foot at 6,535 sq. ft would be $601,179. The total deduction would be $860,927. A copy of the supplemented Appraisal Report is attached hereto as **Exhibit E.**

6. With these adjustments, the Subject Property has a fair market value of $16,860,000, a reduction from the original appraisal filed with the Cash Collateral Motion as Exhibit B of $17,720,000.00, or $860,000 reduction in value.

7. Debtor also disputes Red Oaks analysis that the property taxes are delinquent for $397,411.12. As of the Petition Date, only one installment of property taxes was due for April 2025 for $41,662.15. Supplemental bills for $41,662.15 and $5,968.01 will also come due by December 10, 2025 for $56,431.43 for a total default as of December 15, 2025 of $98,093.58.

-2-

One installment for April 2026 will come due during the Cash Collateral period for $94,192.74, for a grand total of $192,286.32. See Table 1 below.

Table 1:

| | | |
|---|---|---|
| 12/10/2025 Secured Annual Bill | $143,581.90 | |
| 4/10/2026 Secured Annual Bill | $143,581.90 | |
| **less CSCDA Pace Equity** | -$190,172.80 | |
| | | $96,991.00 |
| 12/1/2025 Secured Escape Bill | $8,801.27 | |
| 12/1/2025 Secured Escape Bill | $8,801.27 | |
| **CSCDA Pace Equity** | -$17,642.54 | |
| 12/10/2025 Secured Supplemental Bill | $5,968.01 | |
| 4/10/2026 Secured Supplemental Bill | $5,968.01 | |
| | | $11,936.02 |
| 12/10/2024 Secured Supplemental Bill | $41,662.15 | |
| 4/10/2025 Secured Supplemental Bill | $41,662.15 | |
| | | $83,359.30 |
| Total Property Taxes Due | | **$192,286.32** |
| less CSCDA Pace Equity | $190,172.80 | |
| CSCDA Pace Eqity | $17,642.54 | |
| Total CSCDA Pace Eqity | **$207,815.34** | |

8. Attached hereto as **Exhibit F** are copies of the Sacramento County Property Tax Bills and provided assessment of the CSCDA Pace Equity amounts.

9. Red Oak has not filed a proof of claim and thus Debtor's schedules listed its claim at $10,961,939 on its first position lien and approximately $192,286.32 of real property taxes for a total of $11,154,225. Based on Debtor's appraised value of $16,680,000, this leaves equity of approximately $5,705,775 [$16,860,000 <u>minus</u> $11,154,225], which in turn creates an equity cushion of 34%. As such, Red Oak is adequately protected, even in the absence of post-petition payments.

Table 2:

| Creditor | Est. Claim Amount |
|---|---:|
| Property Taxes | $192,286 |
| Red Oak | $10,961,939 |
| **Total secured debts:** | **$11,154,225** |
| | |
| Valuation | $16,860,000 |
| | |
| Equity | **$5,705,775** |
| Equity % | **34%** |

10. As of the Petition Date, Debtor was holding approximately $20,414 in one depository account at CitiBank, N.A checking account number XXXXX-7621. Debtor was the sole name listed on the depository account. Debtor does not dispute that future rent deposits into the account are not subject to post-petition liens being provided in the cash collateral motion.

**Proposed Use of Cash Collateral Funds Will Increase Value to the Subject Property**

11. Debtor anticipates reinvesting the excess funds it generates from rental proceeds back into the Subject Property, between January through June 2026, $130,000 as follows:

    a. Install new HVAC system on Roof and Window

        i. Provide and install 7 units splits system (3-3.5, 3-3.00,1- 2.5) $70,000

    b. Demolition in1st floor vacant space $12,000

    c. Provide 12 window installations for $30,000

    d. Profit and overhead $18,000

A true and accurate copy of a proposal from Vent Construction Co. is attached hereto as **Exhibit G**

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of December, 2025        /s/ Jeffrey Berger
                                                                    Jeffrey Berger