**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Scripps Two, LLC　　**Case No.:** 25-26371 - A - 11
　　　　　　　　　　　　　　　　　　**Docket Control No.** CAE-1
　　　　　　　　　　　　　　　　　　**Date:** 01/05/2026
　　　　　　　　　　　　　　　　　　**Time:** 9:00 AM

**Matter:** Status Conference Re: Voluntary Petition - [1] - Chapter 11 Voluntary Petition Non-Individual filed. (Fee Paid $0.00) (Gabriel E. Liberman) (eFilingID: 7565851) [1] - Statement Regarding Ownership of Corporate Debtor/Party See page #49 of Voluntary Petition (hlus)

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Janice Busch**
**Reporter: Electronic Record**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney - Gabriel E. Liberman
**Respondent(s):**
(by zoom) Creditor's Attorney - William John Easley;
U.S. Trustee Attorney - Jason Blumberg

---

**CIVIL MINUTES**

As more fully set forth on the record,

The matter will be continued to February 23, 2026, at 9:00 a.m.

The debtor in possession is administratively compliant, except for the filing of the first Monthly Operating Report for November. Mr. Liberman will file the November Monthly Operating Report no later than January 15, 2026. The Court cautioned Mr. Liberman that the case will be monitored for the timely filing of the report, and if it is not filed on time, the case may be dismissed or converted without further notice or hearing.

Not later than February 9, 2026, if a plan has not been filed, Mr. Liberman will file a status report.