**166**

**LAW OFFICES OF GABRIEL LIBERMAN, APC**

Gabriel E. Liberman (SBN 303010)

Gabe@4851111.com

1545 River Park Drive, Suite 530

Sacramento, California 95815

Telephone:     (916) 485-1111

Facsimile:      (916) 485-1111

Attorney for SCRIPPS TWO, LLC

<div align="center">

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

</div>

| | |
|---|---|
| **In re:**<br><br>**SCRIPPS TWO, LLC**<br><br><div align="center">Debtor.</div> | Case No. 2025-26371-A-11<br>Chapter: 11<br>DCN: GEL-3<br><br>**DISCLOSURE STATEMENT DESCRIBING SCRIPPS TWO, LLC'S CHAPTER 11 PLAN**<br><br>Date:     March 17, 2026<br>Time:     9:30 a.m.<br>Place:     United States Bankruptcy Court<br>           Courtroom 13, Fifth Floor,<br>           2500 Tulare Street,<br>           Fresno, California<br><br>Judge: Honorable René Lastreto II |

Filed by:

Gabriel E. Liberman

Attorney for Debtor and Debtor in Possession

1545 River Park Drive, Suite 530

Sacramento, CA 95825

Gabe@4851111.com

**Table of Contents**

**APPENDIX** ........................................................................................................ 3

**I.    INTRODUCTION** .................................................................................... 4

    *A.    Purpose of This Document* ............................................................... 4

    **B.    *Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing*** ............................... 4

**II.   BACKGROUND AND INFORMATION** .................................................... 5

    *A.    History of the Debtor and events leading to bankruptcy* ..................... 5

    *B.    Management of the Debtor Before and During the Bankruptcy* ............... 6

    *C.    Significant Events During the Bankruptcy Case* ................................. 7

    *D.    Projected Recovery of Avoidable Transfer* ....................................... 7

    *F.    Current and Historical Financial Conditions* .................................... 10

**IV.   TREATMENT OF CLAIMS AND EQUITY INTERESTS** ....................... 11

**V.    CONFIRMATION REQUIREMENTS AND PROCEDURES** ................... 15

    *a.    Who May Vote or Object* ............................................................... 15

    *b.    What Is an Impaired Claim or Impaired Equity Interest?* ..................... 16

    *c.    Who is Not Entitled to Vote* .......................................................... 16

    *d.    Who Can Vote in More Than One Class* ........................................... 16

    *e.    Votes Necessary to Confirm the Plan* ............................................. 16

    *f.    Votes Necessary for a Class to Accept the Plan* ................................ 16

    *h.    Liquidation Analysis* .................................................................... 17

    *j.    Ability to Initially Fund the Plan* .................................................... 18

    *l.    Tax Consequences* ....................................................................... 19

    *m.    Executory Contracts and Unexpired Leases* .................................... 20

**VI.   EFFECT OF CONFIRMATION OF PLAN** .............................................. 20

## **APPENDIX**

Exhibit A:      Appraisal report for 2 Scripps Drive, Sacramento CA 95825

Exhibit B:      Rent roll as of February 2026

Exhibit C:      General Unsecured Creditor Distribution Schedule

Exhibit D:      Post-confirmation 12-month budget

Exhibit E:      Debtor's Plan of Reorganization

## I.    **INTRODUCTION**

This is the Disclosure Statement (the "Disclosure Statement") in the Chapter 11 Case of SCRIPPS TWO, LLC (the "Debtor"). Debtor is the source of the information contained in this document. This Disclosure Statement contains information about the Debtor and describes its Plan of Reorganization which is filed forthwith (hereinafter referred to as the "Plan"). A full copy of the Plan will be served with this Disclosure Statement to all Parties entitled to service. You will need to reference the Plan while reading this Disclosure Statement. ***Your rights may be affected. You should read the Plan and this Disclosure Statement carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.***

### A. *Purpose of This Document*
This Disclosure Statement describes:
1. The Debtor and significant events that have occurred during its bankruptcy case,
2. How the Plan proposes to treat claims or equity interests of the type you hold (i.e. what you will receive on your claim or equity interest if the plan is confirmed),
3. Who can vote on or object to the Plan,
4. Why the Debtor believes the Plan is feasible, and how the treatment of your claim or equity interest under the Plan compares to what you would receive on your claim or equity interest in liquidation, and
5. The effect of confirmation of the Plan.

Be sure to read the Plan as well as the Disclosure Statement. This Disclosure Statement describes the Plan, but it is the Plan itself that will, if confirmed, establish your rights.

### B. *Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing*
The Court has not yet confirmed the Plan described in this Disclosure Statement. This section describes the procedures pursuant to which the Plan will or will not be confirmed.

#### 1. Deadline for Voting to Accept or Reject the Plan
If you are entitled to vote to accept or reject the plan, vote on the enclosed ballot and return the ballot to Debtors' counsel by email to Gabe@4851111.com, or fax to (916) 437-4285. (See section V) below for a discussion of voting eligibility requirements). The last day for submitting written ballots is contained in the Order Setting Hearing on Confirmation and Establishing Deadlines.

#### 2. Deadline for Objecting to the Adequacy of Disclosure and Confirmation of the Plan
Objections to this Disclosure Statement or to the confirmation of the Plan must be filed with the Court and served upon Gabriel E. Liberman, Attorney for Debtors, by email at Gabe@4851111.com or by mail at 1545 River Park Drive, Suite 530, Sacramento, CA 95815, and to the United States Trustee at 501 I Street, Suite 7-500, Sacramento, CA 95814. Refer to the Order Setting Hearing on Confirmation and Establishing Deadlines.

3.   Identity of Person to Contact for More Information

If you want additional information about the Plan, you should contact Gabriel E. Liberman, Attorney for Debtor via email Gabe@4851111.com  or via telephone at (916) 485-1111.

4.   Disclaimer

***The Court has not yet approved this Disclosure Statement as containing adequate information to enable parties affected by the Plan to make an informed judgment about its terms.  The Court has not yet determined whether the Plan meets the legal requirements for confirmation, and the fact that the Court approves this Disclosure Statement does not constitute an endorsement of the Plan by the Court, or a recommendation that it be accepted.***

5.   Principals/Affiliates of Debtor's Business

Debtor is a California limited liability corporation formed on October 4, 2022, and is majority owned and managed by Jeffrey Berger, who has more than 50 years of experience in owning and operating commercial real estate. Minority members are Melinda Walker and Kenneth Karmolinski and will continue to operate its affairs during the bankruptcy in the same capacity on a cash basis.

## II.   **BACKGROUND AND INFORMATION**

### A.   *History of the Debtor and events leading to bankruptcy*

Debtor is a real estate holding company and holds one property. Its main asset, is commonly known as Campus Commons Medical Dental Building located at 2 Scripps Drive, Sacramento CA 95825 (the "Property"). The Property is a three-story office building built in 1973 with on-site parking for 201 vehicles and has a gross building area of 36,109 square feet and sits on a 1.93 acre lot. The Property was appraised as of October 13, 2025, with a current fair market value at $16,860,000. A true and accurate copy of the appraisal report is attached hereto as **Exhibit "A"**. The Property also has an adjacent entitled parcel of land with the same APN (the "Vacant Lot"). The Vacant Lot is 3,000 square feet and zoned for multi-purpose housing and has been pre-approved by the City of Sacramento for construction of a nine unit multi-family development.

The Property is currently 89% occupied with 16 active non-residential leases, primary to medical offices and gross monthly of $86,473.26.00. A true and accurate copy of February's rent roll is attached hereto as **Exhibit "B".**

The Debtor's managing member, Jeffrey Berger, has a long history with the Property and has previously owned it; first back in the 1980's, then sold it around 1995, then again in 2014, then sold it in 2017. In early 2022, the Property was extensively damaged in a fire, caused by a homeless person(s), causing more than $10 million in damage. The previous owners did not want to deal with rehabing the building and in November 2022, Mr. Berger purchased it a third time for $3.575 million with the goal of

restoring the Property.

*Events that Led Debtor to File Chapter 11:*

Debtor faced significant challenges with renovating the Property, where in Debtor believed the funds obtained from ROIOF Series, a series of Red Oak Capital Fund Series, LLC ("Red Oak") initial $9 million dollar loan to cover the purchase of the Property and renovation costs were insufficient. During the course of construction costs went up significantly due to rising prices of both material and labor, as well as unforeseen damage discovered. Debtor also secured a Open PACE Program loan through the California Statewide Communities Development Authority ("CSCDA"), for approximately $1.9 million to assist in the additional renovation costs, though Debtor was still financially short to complete the renovations. Approximately 6,000 square feet were unrenovated, with an estimated cost to complete of $500,000 to $600,000, as of the Petition Date.

Red Oak agreed to provide these additional funds and forebear on a foreclosing on the Property. The space has a prospective tenant, and the Debtor was pledging additional collateral to secure these funds. A third-party lender of the collateral would not consent to the pledge. Debtor offered other collateral owned by Jeff Beger for such pledge, in which that primary lender consent had already been received. Red Oak reversed its position and decided to move forward with the foreclosure sale for November 13, 2025. As a result, the Debtor filed the instant Chapter 11 Case to stay the foreclosure and protect its assets.

Debtor seeks the opportunity to use Chapter 11 reorganization in efforts to save the Property. Debtor's Plan represents its best efforts to repay creditors while setting a realistic budget and timeline to execute its plan.

**B.    *Management of the Debtor Before and During the Bankruptcy***

Debtor is a California limited liability corporation and is majority owned and managed by Jeffrey Berger and minority members of Melinda Walker and Kenneth Karmolinski. Debtor will continue to operate its affairs during the bankruptcy in the same capacity. Debtor's management company, University Capital Management, is also owned and managed by Jeffrey Berger.

| Name | Relationship to Debtor | Interest % | Annual Gross Salary |
|---|---|---|---|
| Jeffrey Berger | Managing member, majority member | 55% | $0.00 |
| Melinda Walker | Member, minority member | 35% | $0.00 |
| Kenneth Karmolinski | Member, minority member | 10% | $0.00 |
| University Capital Management | Construction and property | 0% | 4.0% management fee |

| | management | | of gross rents received, est. $3,000-3,200/month |
|---|---|---|---|

### C.    *Significant Events During the Bankruptcy Case*

**Commencement of the Chapter 11 Case**. On November 12, 2025, Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code, thereby commencing its bankruptcy case. Since the Petition Date, Debtor has been operating a debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.  No request has been made for the appointment of a trustee or examiner, and no official committees have been established in the Chapter 11 Case.

**First Day Motions**. On November 17, 2025, Debtor filed an application for an order to  Shorten time to hear the Motion for the entry of an order (i) Motion to Approve Use of Cash Collateral ("<u>Cash Collateral Motion</u>"). The court granted the order to shorten time, scheduling interim hearings on the Cash Collateral Motion for November 20, 2025 at 10:00 a.m. (ECF 11).

- **Interim approval on Cash Collateral Motion**. On November 20, 2025, Debtor appeared before the Court regarding the Cash Collateral Motion and the Court granted, on interim basis, Debtor's requests by order [ECF 20]. The Court continued the matters for approval on final basis to December 15, 2025, setting a briefing schedule.

- **Final approval on Cash Collateral Motion**. On December 15, 2025, Debtor appeared before the Court and the Cash Collateral Motion was granted on final basis, for use of Cash Collateral and Adequate Protection through June 30, 2026 [ECF 44].

**Initial Debtor Interview / Meeting of Creditors / Status Conferences**. On December 12, 2025, the United States Trustee's Office conducted Debtor's Initial Debtor Interview. Debtor's representative, Jeffrey Berger and Debtor's counsel appeared, and the matter was concluded. On December 19, 2025 the United States Trustee's Office conducted Debtor's meeting of creditors. Debtor's representative, Jeffrey Berger and Debtor's counsel appeared and the matter was concluded.

**Monthly Operating Reports and UST Quarterly Fees**. Debtor is current on its monthly operating reports and United State Trustee quarterly fees.

**Retention of Professionals** On December 10, 2025, by order of this Court [ECF 31], the Application for Authority to Employ Gabriel E. Liberman as General Bankruptcy Counsel for Debtor in Possession was approved.

### D.  *Projected Recovery of Avoidable Transfer*

Another source of recovery for the Bankruptcy Estate is Fraudulent Transfers.  A fraudulent transfer occurs when the Debtor transfers assets to another entity without adequate consideration at a

time when Debtor is insolvent. Debtor is not aware of any preference, fraudulent conveyance, or other avoidance actions.

### E. Preference Payments

A final source of recovery for a Bankruptcy Estate is Preference payments. Preference payments are when a creditor is paid before the Bankruptcy Petition is filed in a situation which makes it unfair that creditor was paid and instead warranting the recovery of those funds to distribute evenly. The Debtor does not anticipate seeking recovery of preferential payments based on the equity from the sale Property of satisfying the general unsecured creditors.

| Party | Description | Face Value | Market Value |
|---|---|---|---|
| California Statewide Communities | Preferential payment related to a secured claim. These payments were made based on ordinary payments of services, which falls outside a preference action. 11 USC 527 (c)(2) | $19,916.02 | $0.00 |
| Sacramento Control Systems, Inc. | Preferential payment to related to services rendered. These payments were made based on ordinary payments of services, which falls outside a preference action. 11 USC 527 (c)(2). | $20,411.02 | $0.00 |
| Sacramento Municipal Utility District (SMUD) | Preferential payment to related to services rendered. These payments were made based on ordinary payments of services, which falls outside a preference action. 11 USC 527 (c)(2). | $16,294.89 | $0.00 |
| Turner Maintenance | Preferential payment to related to services rendered. These payments were made based on ordinary payments of services, which falls outside a preference action. 11 USC 527 (c)(2). | $22,000.00 | $0.00 |
| Vent Construction | Preferential payment to related to services rendered. These payments were made based on ordinary payments of services, which falls outside a preference action. 11 USC 527 (c)(2). | $29,500.00 | $0.00 |
| | **INSIDER CLAIMS** | | |

| University Capital Management | Preferential payment to related to services rendered. These payments were made based on ordinary payments of services, which falls outside a preference action. 11 USC 527 (c)(2). | $13,871.00 | $0.00 |
|---|---|---|---|
| Jeffrey Berger | Preferential payments related to management and construction compensation. These payments were made based on ordinary payments of services, which falls outside a preference action. 11 USC 527 (c)(2). | $195,795.15 | $0.00 |
| Melinda Walker | Preferential payments related to payment of an insider unsecured loan. | $139,720.00 | $139,720.00 |

### F.  Claims Objections

Although Debtor does not object to any claims in this case and does not anticipate any claim objections, the Plan does provide such a procedure in the event such an issue arises.  The Plan contains the following provision:

### III.    ALLOWANCE AND DISALLOWANCE OF CLAIMS

3.01 Disputed Claim. A disputed claim is a claim that has not been allowed or disallowed, and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

3.02 Delay of Distribution on a Disputed Claim. No distribution will be made on account of a disputed claim unless such claim is allowed by a final order.

3.03 Settlement of Disputed Claims. The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure. For administrative convenience, the Debtor will have authority to settle any disputed claim that results in an Allowed Claim of less than $100,000.00 without approval of the Bankruptcy Court

3.04 Deadline to file an application to approve an Administrative Claim: is **45**

**days** from the Effective Date of Plan Confirmation. If a motion to an administrative claim is filed within the deadline but the motion is denied then the deadline of that administrative claim shall be extended 14 days after the Order denying the Application.

       3.05 Deadline to file an objection to a claim is **45 days** from the Effective Date of Plan Confirmation. If the Effective Date of the Plan lands before the deadline to file a claim, then the deadline to file an objection to the claim shall be the later of 30 days after the deadline to file claims or 45 days after the Effective Date of Plan Confirmation.

### F. Current and Historical Financial Conditions

There have been no significant changes in the assets or values of the assets since filing besides a new lease agreement.

Debtor's management company, University Capital Management ('UCM"), who is also owned and managed by Jeffrey Berger, entered into a new 36 month lease agreement with the Debtor for suite 110, with a start date of June 1, 2026 through May 31, 2029. The monthly rent payment is $8,316.00 or $3.00 a square foot. The suite is 2,772 in rentable square footage and Debtor will be financing the costs to renovate the suite. The renovation costs are estimated at $85,000 and Debtor will have sufficient surplus from rent proceeds to complete the renovations in the next 90 days.

On February 4, 2025, Red Oak retained its own appraiser and conducted a walkthrough of the Property. Debtor provided financial reports and copies of the active lease agreements to the appraiser.

### G. Insiders of the Debtors

Under 11 USC 101, an insider is defined as
(31) The term "insider" includes—
    (A) if the debtor is an individual—
        (i) relative of the debtor or of a general partner of the debtor;
        (ii) partnership in which the debtor is a general partner;
        (iii) general partner of the debtor; or
        (iv) corporation of which the debtor is a director, officer, or person in control;

Jeffrey Berger is the managing member and majority holder of 50% of the Debtor, and manages the day-to-day affairs of the Debtor. He personally guaranteed Red Oak's secured loan on the Property.

Melinda Walker is a member of the Debtor and minority holder of 35% of the Debtor has an unsecured claim for $635,969.76, related to capital contribution loans to Debtor. She also personally guaranteed Red Oak's secured loan on the Property.

Ken Karmolinski is a member of the Debtor and minority holder of 10% of the Debtor. He personally guaranteed Red Oak's secured loan on the Property.

### H. Means of Implementing the Plan

Payments and distributions under the Plan will be funded by the following:

1. Provide for payment to creditors under the plan from rental income generated from the Property.
2. Within the next 12 months, Debtor will complete the renovations to the remaining first floor suites.
3. Within 12 months of the Effective Date, Debtor will sell or refinance the Property and pay all secured and unsecured claims in full.
4. Under this Plan, Debtor retains all property of the estate.
5. Administrative claims, including attorney fees, and trustee fees, that shall be paid upon confirmation of Debtors' plan
6. Post-Confirmation Management: Debtor is a California limited liability corporation and owned and managed by Jeffrey Berger and will continue to manage its own affairs.

## IV.    TREATMENT OF CLAIMS AND EQUITY INTERESTS

4.01 <u>Unclassified Claims</u>.  Under section §1123(a)(1), administrative expense claims and priority tax claims are listed below.

4.02 <u>Administrative Expense Claims</u>.  Each holder of an administrative expense claim allowed under § 503 of the Code will be paid in full on the effective date of this Plan, in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor.

4.03 <u>Priority Tax Claims</u>.  Provided for in table below and paid in full within 60 months of the filing of this case, unless the claim holder agrees to other treatment.

4.04 <u>United States Trustees Fees</u>.  All fees required to be paid by 28 U.S.C. §1930(a)(6) (U.S. Trustee Fees) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code.  Any U.S. Trustee Fees owed on or before the effective date of this Plan will be paid on the effective date, unless the UST agrees otherwise.

4.05 <u>Summary of Estimated Amounts of Unclassified Claims</u>:

The amounts listed in this table are an estimate only.

**A. Unclassified Claims**

    *a. Administrative Claims are listed above; Professional Fees and United States Trustee Fees.*

| Type of Claim | Estimated Amount | Basis for Claim |
|---|---|---|
| Professional Fees and Expenses (subject to final fee applications and court approval)<br><br>Known fees and expenses in this class:<br><br>Fees and expenses incurred in representing the Debtor in Possession owed to the Law Offices of Gabriel E. Liberman, APC | **$25,000** *(Estimated amt.) less retainer on file.* | Balance due to professionals of Debtor. Amount is merely a rough estimate as the amount of fees between now and confirmation is a large variable.<br><br>Under this Plan, Administrative Expenses shall be paid in full on the effective date of the Plan or upon such other terms as may be agreed upon by the holder of the claim and the Debtor.<br><br>As of February 9, 2026, counsel for Debtor is holding $24,747.00 in its client-trust account. |
| Other Unpaid Administrative Expenses<br><br>None anticipated | $0 | Any other unpaid administrative priority expenses, other than expenses paid in the ordinary course during the Case. |
| Cure Payments | $0 | There are no projected payments necessary to cure monetary defaults under assumed executor contracts or unexpired leases. |
| Clerk's Office Fees | $0 | There are no projected payments necessary to cure monetary defaults under assumed executor contracts or unexpired leases. |
| U.S. Trustee Fees | $00.00 | Any unpaid UST fees at the time of confirmation shall be paid at the time of confirmation. |
| Total | **$253.00** | |

Claims and interests shall be treated as follows under this Plan:

**B. Classes of Claims and Equity Interests**

    *a. Classes of Secured Claims*

| **CLASS** | **IMPAIRMENT** | **TREATMENT** |
|---|---|---|
| <u>Class 1</u> | Impaired | The Class 1 Secured Claim of Red Oak Capital Holdings, LLC is in the estimated amount of |

| | | |
|---|---|---|
| **ROIOF Series, a series of Red Oak Capital Fund Series, LLC** | | $10,961,939.82. Claimant has not filed a proof of claim.<br><br>First payment will commence by the tenth day of the first month after the Effective Date of the confirmed plan and be paid accordingly each month thereafter as follows:<br><br>Months 1-12<br>Monthly Payment: $30,000.00<br><br>**Balloon payment**<br>Debtor shall sell or refinance the Property on or before the 12th month of the Effective Date and pay the entire claim in full.<br><br>Under this plan, the Class 1 claimant's terms of its pre-petition contractual terms of the note shall remain in full force except as modified herein. The Class 1 claimant shall retain its lien(s) encumbering Debtor's assets until the obligation is paid in full. |
| Class 2<br><br>**California Statewide Communities Development Authority** | Impaired | The Class 2 Secured Claim of California Statewide Communities Development Authority is in the estimated amount of $1,858,513.70. Claimant has not filed a proof of claim.<br><br>Months 1-12<br>Monthly Payment: $0.00<br><br>**Balloon payment**<br>Debtor shall sell or refinance the Property on or before the 12th month of the Effective Date and pay the entire claim in full.<br><br>Under this plan, the Class 2 claimant's terms of its pre-petition contractual terms of the note shall remain in full force except as modified herein. The Class 2 claimant shall retain its lien(s) encumbering Debtor's assets until the obligation is paid in full. |
| Class 3 | Impaired | The Class 3 Secured Claim of Sacramento County Property Tax Collector is in the |

| | | |
|---|---|---|
| **Sacramento County Property Tax Collector** | | estimated amount of $192,286.00. Claimant has not filed a proof of claim.<br><br>Months 1-12<br>Monthly Payment: $0.00<br><br>**Balloon payment**<br>Debtor shall sell or refinance the Property on or before the 12th month of the Effective Date and pay the entire claim in full.<br><br>Under this plan, the Class 3 claimant's terms of its pre-petition contractual terms shall remain in full force except as modified herein. The Class 3 claimant shall retain its lien(s) encumbering Debtor's assets until the obligation is paid in full. |

    *b.  Classes of Priority Unsecured Claims (11 U.S.C. § 507(a)(8))*

| **CLASS** | **DATE OF ASSESSMENT** | **TREATMENT** |
|---|---|---|
| Class 4<br><br>**Franchise Tax Board** | 2025 (Partnership Liability) | The Class 4 unsecured priority claim of the Franchise Tax Board is in the amount of $834.77. Claimant has filed a proof of claim no. 3-1.<br><br>Claim Amount: $834.77<br>Months 1-12: $72.23<br>Interest Rate: 7.00%<br><br>Interest shall accrue at the normal rate of interest charged by the Claimant under non-bankruptcy law; however, no penalties shall accrue in addition to the interest for taxes paid within this Plan.<br><br>Debtor may pay entire claim in full by lump sum before the 12 month period. |

    *c.  Classes of General Unsecured Claims*

| **CLASS** | **IMPAIRMENT** | **TREATMENT** |
|---|---|---|
| Class 5 | Impaired | The Debtor estimates that the total amount of |

| | | |
|---|---|---|
| **General unsecured claims**<br><br>Unsecured Portion of Franchise Tax Board Class 3:<br><u>$68.00</u><br><br>Schedule F Creditors:<br>Non-insiders: $45,860.38 | | general unsecured claims to be approximately $45,928.38<br><br>The Debtor shall pay $45,928.38 or 100% of allowed unsecured in one-lump sum payment on the twelve (12) month from the Effective Date of the Plan. See Distribution Table, **Exhibit "C"**. |
| <u>Class 6</u><br><br>**General unsecured insider claims** | Impaired | The Debtor estimates that the total amount of general unsecured insider claims to be approximately $635,969.76.<br><br>Debtor shall make no disbursements to insider claims until all claimants in classes 1-5 are paid in full and satisfied. |

*d.  Classes of Equity Interests*

| | | |
|---|---|---|
| <u>Class 7</u><br><br>**Equity Holders:**<br><br>1.  Jeffrey Berger<br>2.  Melinda Walker<br>3.  Ken Kamolinkski | Impaired | Equity Security Holders shall not receive a dividend until the payments contemplated by this Plan are completed. However, Equity Security Holders may receive payment for their services to the Debtor. In the event that an Equity Security Holder forgoes post-confirmation pay that pay shall accrue to the Equity Security Holder as a post-confirmation liability payable when cash flow permits or upon the sale or transfer of the Debtor. |

## V.  <u>CONFIRMATION REQUIREMENTS AND PROCEDURES</u>

To be confirmable, the Plan must meet the requirements listed in §§ 1129(a) or (b) of the Code.  These requirement include that: the Plan must be proposed in good faith; at least one impaired class of claims must accept the plan, without counting votes of insiders; the Plan must distribute to each creditor and equity interest holder at least as much as the creditor or equity interest holder would receive in a chapter 7 liquidation case, unless the creditor or equity interest holder votes to accept the Plan; and the Plan must be feasible. These requirements are not the only requirements listed in § 1129, and they are not the only requirements for confirmation.

### a.  *Who May Vote or Object*

Any party in interest may object to the confirmation of the Plan if the party believes that the requirements for confirmation are not met.

Many parties in interest, however, are not entitled to vote to accept or reject the Plan. A creditor or equity interest holder has a right to vote for or against the Plan only if that creditor or equity interest holder has a claim or equity interest that is both (l) allowed or allowed for voting purposes and (2) impaired.

In this case, the Plan Proponent sets forth in the Plan which classes are Impaired. The holders of claims in each of these classes are therefore entitled to vote to accept or reject the Plan. The Plan Proponent sets forth in the Plan which classes are unimpaired; holders of claims in each of these classes, therefore, do not have the right to vote to accept or reject the Plan.

### b.  *What Is an Impaired Claim or Impaired Equity Interest?*

As noted above, the holder of an allowed claim or equity interest has the right to vote only if it is in a class that is *impaired* under the Plan. As provided in § 1124 of the Code, a class is considered impaired if the Plan alters the legal, equitable, or contractual rights of the members of that class.

### c.  *Who is Not Entitled to Vote*

The holders of the following five types of claims and equity interests are not entitled to vote:

i.     holders of claims and equity interests that have been disallowed by an order of the Court;

ii.     holders of other claims or equity interests that are not "allowed claims" or "allowed equity interests" (as discussed above), unless they have been "allowed" for voting purposes.

iii.     holders of claims or equity interests in unimpaired classes;

iv.     holders of claims entitled to priority pursuant to §§ 507(a)(2), (a)(3), and (a)(8) of the Code; and

v.     holders of claims or equity interests in classes that do not receive or retain any value under the Plan;

vi.     administrative expenses.

### d.  *Who Can Vote in More Than One Class*

A creditor whose claim has been allowed as a secured claim and in as an unsecured claim, or who otherwise hold claims in multiple classes, is entitled to accept or reject a Plan in each capacity, and should cast one ballot for each claim.

### e.  *Votes Necessary to Confirm the Plan*

If impaired classes exist, the Court cannot confirm the Plan unless (I) at least one impaired class of creditors has accepted the Plan without counting the votes of any insiders within that class, and (2) all impaired classes have voted to accept the Plan, unless the Plan is eligible to be confirmed by "cram down" on non-accepting classes, as discussed later in Section [B.2.].

### f.  *Votes Necessary for a Class to Accept the Plan*

A class of claims accepts the Plan if both of the following occur: (1) the holders of more than one-half (1/2) of the allowed claims in the class, who vote, cast their votes to accept the Plan, and (2) the

holders of at least two-thirds (2/3) in dollar amount of the allowed claims in the class, who vote, cast their votes to accept the Plan. A class of equity interests accepts the Plan if the holders of at least two-thirds (2/3) in amount of the allowed equity interests in the class, who vote, cast their votes to accept the Plan.

### g. *Absolute Priority Rule*

The term "fair and equitable" includes a concept known as the "absolute priority rule." That holds that junior classes may take nothing under the Plan until dissenting senior classes have been paid in full, and that senior classes may not be overpaid until dissenting junior classes have been paid in full. 11 U.S.C. § 1129(b)(2). As a practical matter, this means that Interest Holders, (*i.e.* Debtor's members/stockholders) may not retain their Interests in the Debtor unless all creditors are paid in full. A party in interest may object that this Plan violates the rule. The Plan is intended to be a consensual Plan on the basis that Creditors will receive more under this Plan that through any other method including liquidation and dissolution, however if a creditor doesn't vote and the Plan is confirmed, then that creditor is deemed to have accepted the terms of the Plan.

### h. *Liquidation Analysis*

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity interest holders would receive in a hypothetical chapter 7 liquidation. Here is a summary of the amount available to the general unsecured under a hypothetical Chapter 7:

Under Chapter 7 Liquidation, the unsecured creditors would receive 100% of their allowed claim.

The Plan offers that Debtor retains all property of the estate. This is fair and equitable as unsecured creditors are receiving 100 cents on the dollar.     Further analysis is evaluated below.

### REAL PROPERTY LIQUIDATION SUMMARY

|  | Amount |
|---|---|
| **Sale of Real Property** |  |
| 2 Scripps Drive, Sacramento CA 95825 | $16,860,000 |
| Est. cost of sale 5% | $843,000 |
| Sale Proceeds | **$16,017,000** |
|  |  |
| **LESS Secured claims** |  |
| Sacramento Property Taxes | $192,286 |
| Projected 2026 Property Tax assessments | $205,125 |
| California Statewide Communities Development Authority | $1,858,514 |
| Red Oak | $10,961,939 |
| Red Oak - Additional accrued interest $37,750 x 18 | $679,500 |

| | |
|---|---:|
| Total secured debts: | **$13,897,364** |
| | |
| **Net Equity** | **$2,119,636** |
| General Unsecured claims | $44,170 |

Through a hypothetical liquidation, the Debtor estimates that the Property would sell for approximately $16,860,000 or higher based on lower vacancy rates and additional renovations completed in the remaining ground floor unit, which could add $600,000-$700,000 in additional value. The Debtor estimates 5% of the sales price for cost associated with the sale and after payments to secured creditors of an estimated $13,897,364 , the sale would generate approximately $2,119,636 in net proceeds.

### i.   *Feasibility*

The Court must find that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor, unless such liquidation or reorganization is proposed in the Plan.

In this case, Debtor is proposing to retain the Property and its managing member, Jeffrey Berger will continue, through his management company, University Capital Management ("UCM") to continue renovating suite 108, where UCM will be relocating from its current location to the property with an effective start date of June 1, 2026.  Suite 108 is 2,772 in square feet and UCM will be paying market rate at $3.00 per square feet for monthly rent of $8,316.00. Debtor will continue to market the remaining vacant suite 101, which is 3,763 square feet and unrenovated. At an estimated market rate of $3.00 per square foot, this unit would generate an additional $11,289 in additional rental income per month, but would likely not start until 6-8 months after finding a new tenant due to three to four months to renovate the space and likely rent abatement for the first 3-6 months for the new tenant, which is market rate for new long term tenants in the surrounding area.

A projected 12-month budget for the debtor is attached hereto as **Exhibit D**

### j.   *Ability to Initially Fund the Plan*

As provided in the current rent roll report, Debtor currently generates $83,355.52 in gross rental income and $3,117.74 from operating expense reimbursements from its tenants, for a total gross rental income of $86,473.26. In addition, starting in June 2026, UCM tenant will begin paying $8,316.00 per month for a total of $94,789.26.

Debtor's current expenses for operating the Property and payments to secured creditors total $59,343.00, leaving net positive income of $35,446.26. The Debtor will be using these net proceeds to continue completing renovations of suite 101, which will also increase the value of the Property.

Debtor's projected post-confirmation plan shows projected rental income of $94,789 and operating and secured debt payments totaling $64,787, with positive net proceeds of $41,383 per month

for the 12-month period.

### k. Risk Factors

The restructuring of the Debtor contemplated by the Plan involves a degree of risk, and this Disclosure Statement contains forward-looking statements that involve risks and uncertainty. The Debtor's actual results could differ materially from those anticipated in such forward-looking statements as a result of a variety of factors, including those set forth in the following risk factors and elsewhere in this Disclosure Statement. Holders of Claims should consider carefully the following factors, in addition to the other information contained in the Plan and Disclosure Statement, before submitting a vote to accept or reject the Plan. The below risk factors should not be regarded as constituting the only risks involved in connection with the Plan and its implementation.

1. Debtor may not generate the revenue it has projected. Debtor's income is derived from commercial tenants and is subject to market conditions and loss of revenue. Debtor would have to hire an unlawful detainer attorney and evict any non-paying tenants. This would increase general overhead costs and also result in loss of income. Debtor does not believe rental income would be an issue as all of Debtor's tenants are long term leaseholders with active term leases, professional businesses in the medical field and have a history of timely payments.

2. Expenses could be greater than projected. The expenses stated in the budget are projected and based on prior historical expenses and it is possible that Debtor will need to incur more expenses than those listed. For example, Debtor may need to repair or service an HVAC unit as they break down and such expenses maybe higher than projected. Unforeseen expenses would ultimately be covered by the surplus funds debtor generates each month would cover such expenses without issue.

3. Debtor's plan provides for a hard deadline to sell real property within 12 months. Selling commercial real estate in Sacramento in 2026 presents a distinct set of challenges as the market transitions from the post-pandemic "wait-and-see" period to a new normal. While the region remains more stable than volatile coastal markets like San Francisco, sellers currently face headwinds driven by high interest rates. The single biggest unique risk to Sacramento commercial real estate is its reliance on the State of California as a primary tenant and economic driver, although Debtor's Property is designated for medical offices and would not suffer this issue. High-quality assets in suburbs or essential retail (grocery-anchored) will still command strong interest. However, commoditized office space or un-stabilized assets in the downtown core face a "buyer's market," where you may need to offer seller financing or price concessions to close the deal. Debtor believes within 12 months, the Property would be 100% leased and occupied in a highly sought after location and stabilized cash flow from its long-term tenants.

### l. Tax Consequences

***Creditors Concerned with How the Plan May Affect Their Tax Liability Should Consult with Their Own Accountants, Attorneys, and/or Advisors.***

Generally, any property that a claimant receives to satisfy a debt is taxable income. However, any loss that the claimant realizes under the Plan due to the Debtors' failure to satisfy the full amount due to the creditor should be a deducible loss for the creditor if the amount of the debt was previously recorded as gross income.

### *m. Executory Contracts and Unexpired Leases*

Debtor is not aware of any other unexpired leases or executory contracts that it will be rejecting. If any are not disclosed here, it is rejected. A Proof of Claim for damages resulting from a rejection shall be filed within thirty (30) days after the entry or an order of the Court approving the rejection. Such claim shall be deemed allowed unless, thirty (30) days of service a copy of the Proof of Claim upon the Reorganized Debtor and its Counsel, an objection is filed. Each objection shall be determined by the Court as a contested matter under ("FRBP"), 9014. Any such Claim shall be added to the general unsecured class in the Plan.

(a) The Debtor assumes the following executory contracts and unexpired leases:

| Name | Address | Description | Action |
|---|---|---|---|
| A. Scott Grivas, III DDS | 2 Scripps Drive, Suite 102 | Commercial Lease | Assume |
| Active Life Healthcare, LLC | 2 Scripps Drive, Suite 202 | Commercial Lease | Assume |
| Anti-Aging Medical Solutions | 2 Scripps Drive, Suite 302 | Commercial Lease | Assume |
| Christine Tippett | 2 Scripps Drive, Suite 306 | Commercial Lease | Assume |
| Damon Boyd D.D.S. | 2 Scripps Drive, Suite 301 | Commercial Lease | Assume |
| Dr. Andrew LaFlamme | 2 Scripps Drive, Suite 304 | Commercial Lease | Assume |
| Friz Diaz DDS | 2 Scripps Drive, Suite 201 | Commercial Lease | Assume |
| Hunter Vincent, DBA Nexus Medical Legal | 2 Scripps Drive, Suite 105 | Commercial Lease | Assume |
| Hyper Pixel CA | 2 Scripps Drive, Suite 205 | Commercial Lease | Assume |
| Janine Ma-Golding | 2 Scripps Drive, Suite 308 | Commercial Lease | Assume |
| Natera Inc. | 2 Scripps Drive, Suite 104 | Commercial Lease | Assume |
| NCSRA Medical Corporation | 2 Scripps Drive, Suite 310 | Commercial Lease | Assume |
| Patrick Tsai D.D.S. | 2 Scripps Drive, Suite 210 | Commercial Lease | Assume |
| Rhea DeMesa | 2 Scripps Drive, Suite 203 | Commercial Lease | Assume |
| River Oaks Medical Group | 2 Scripps Drive, Suite 208 | Commercial Lease | Assume |
| University Capital Management | N/A | Property management agreement | Assume |

## VI.    <u>EFFECT OF CONFIRMATION OF PLAN</u>

The Plan contains the following provisions:

## EFFECT OF CONFIRMATION AND GENERAL PROVISIONS

i. <u>Definitions and Rules of Construction.</u> The definitions and rules of construction set forth in §§101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan.

ii. <u>Effective Date of Plan.</u> The Effective Date of this Plan is the fifteenth day following the date of the entry of the final order of confirmation. But if a stay of the confirmation order is in effect on that date, the Effective Date will be the first business day after that date on which no stay of the confirmation order is in effect, provided that the confirmation order has not been vacated.

iii. <u>Severability.</u> If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

iv. <u>Binding Effect</u>. The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

v. <u>Vesting of Property</u>.  On the Effective Date, all property of the estate will vest in the reorganized debtor.

vi. <u>Plan Creates New Obligations</u>.  Except as otherwise stated in the Plan, the payments promised in the Plan constitute new contractual obligations that replace those obligations to creditors that existed prior to the Effective Date.

vii. <u>Creditor Action Restrained.</u>  Creditors may not take any action to enforce either preconfirmation obligations or obligations due under the Plan, so long as the Debtor is not in material default under the Plan. If the Debtor is in material default under the Plan, affected creditors may: (i) take any action permitted under nonbankruptcy law to enforce the terms of the Plan; or (ii) move to dismiss this case or to convert this case to a chapter 7 bankruptcy case.

viii. <u>Material Default Defined</u>.  If Debtor fails to make any payment, or to perform any other obligation required under the Plan, for more than 15 days after the time specified in the Plan for such payment or other performance, any member of a class affected by the default may serve upon Debtor and Debtor's attorney (if any) a written notice of Debtor's default.  If Debtor fails within 30 days after the date of service of the notice of default either: (i) to cure the default; (ii) to obtain from the court an extension of time to cure the default; or (iii) to obtain from the court a determination that no default occurred, then Debtor is in Material Default under the Plan to all the members of the affected class.

ix. Remedies Upon Material Default.  Upon Material Default, any member of a class affected by the default: (i) may file and serve a motion to dismiss the case or to convert the case to Chapter 7; or (ii) without further order of the court has relief from stay to the extent necessary, and may pursue its lawful remedies to enforce and collect Debtor's pre-confirmation obligations.

x. Post-confirmation United States Trustee Quarterly Fees.  A quarterly fee shall be paid by Debtor to the United States Trustee, for deposit into the Treasury, for each quarter (including any fraction thereof) until the case is converted, dismissed, or closed by the entry of a final decree pursuant to 28 U.S.C. § 1930(a)(6).

xi. Chapter 11 Post-confirmation Reports and Final Decree.  Post-confirmation Reports: At the end of each calendar quarter, Debtor shall file with the Court a post-confirmation status report, the purpose of which is to explain the progress made toward full administration of the confirmed plan of reorganization. The first Report shall be filed for the portion of the calendar quarter from the date of confirmation to the end of the quarter. Subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion, or entry of a final decree closing the case. Reports shall be filed with the Court and served upon the United States Trustee not later than twenty (20) days after the expiration of the reported quarter.

The Report shall include a statement of receipts and disbursements, with the ending cash balance, for the entire 90-day period. The report shall also include information sufficiently comprehensive to enable the court to determine:

(a) whether the order confirming the plan has become final; (2) whether deposits, if any, required by the plan have been distributed; (3) whether any property proposed by the plan to be transferred has been transferred; (4) whether Debtor under the plan has assumed the business or the management of the property dealt with by the plan; (5) whether payments under the plan have commenced; (6) whether accrued fees due to the United States Trustee under 28 U.S.C. §1930(a)(6) have been paid; and (7) whether all motions, contested matters and adversary proceedings have been finally resolved.

(b) Service of Reports: A copy of each report shall be served upon the United States Trustee and other persons or entities as have requested service of such reports in writing with the Court, no later than the day upon which it is filed with the Court.

(c) Final Decree: After the estate is fully administered, Debtor shall file an application for final decree, and shall serve the application on the United States Trustee, together with a proposed final decree. The United States Trustee shall have twenty (20) days within which to object or otherwise comment upon the Court's entry of the final decree.

xii.  Discharge. Except as specifically provided in the Plan and/or the Confirmation Order, as of the Effective Date, Confirmation shall discharge the Debtor pursuant to section 1141(d)(1)(A) of the Bankruptcy Code from any and all Claims of any nature whatsoever, including any Claims and liabilities that arose prior to Confirmation, and all debts of the kind specified in sections 502(g), 502(h) or 502(i) of

the Bankruptcy Code, whether or not (a) a Proof of Claim based on such Claim was filed or deemed filed under section 501 of the Bankruptcy Code, or such Claim was listed on the Schedules of the Debtors, (b) such Claim is or was Allowed under section 502 of the Bankruptcy Code, or (c) the holder of such Claim has voted on or accepted the Plan. Except as provided for in the Plan and/or the Confirmation Order, the rights that are provided in the Plan as of the Effective Date shall be in exchange for and in complete satisfaction, settlement and discharge of all Claims against, liens on, and interests in the Debtor or any Estate Property.

Respectfully submitted,

LAW OFFICES OF GABRIEL LIBERMAN, APC

Dated: February 10, 2026

By:    /s/ Gabriel E. Liberman
       Gabriel E. Liberman
       Attorney for Debtor

Dated: February 10, 2026    By:    /s/ Jeffrey Berger
                                   Jeffrey Berger
                                   Managing Member of Debtor
                                   Plan Proponent

23

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

Appraisal report for 2 Scripps Drive, Sacramento CA 95825



**APPRAISAL REPORT**

Campus Commons Medical Dental Building

2 Scripps Drive, Sacramento, CA 95825

CR File Number: 19600-25



Campus Commons Medical Dental Building



2 Scripps Drive, Sacramento, CA 95825

**CR** **CURTIS-ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

December 8, 2025

Scripps 2, LLC
c/o Jeff Berger
2443 Fair Oaks Blvd.
Sacramento, CA 95825
Telephone No.: (916) 708-5481
E-mail: jb@univcm.com

RE:     **APPRAISAL REPORT**
        Campus Commons Medical Dental Building
        2 Scripps Drive, Sacramento, CA 95825
        CR File # 19600-25

Dear Mr. Savarino,

Per your request, we have appraised the above-referenced property. Our appraisal is intended to conform to:

- The Uniform Standards of Professional Appraisal Practice (USPAP)

Our analyses and conclusions are contained in this Appraisal Report which is intended to comply with the reporting requirements set forth in USPAP Standards Rule 2-2.

In conformance with the Scope of Work rule of USPAP, the sections below describe the Scope of Work for this assignment.

**Client** - The client for this assignment is Scripps 2, LLC c/o Jeff Berger.

**Intended User** - The intended user of this report is exclusively the Client. There are no other authorized users of this report.

**Intended Use** - The intended use of this assignment is to assist with a litigation matter.

**Purpose of this Assignment** - The purpose of this assignment is to estimate the **Fair Market Value** , as defined in the Addenda, of the ownership interest(s) in the subject property stated in the valuation table below, as of the stated effective date(s) of value.

**Effective Date of Value** - The valuation table below includes the date of value for each valuation premise included in this assignment.

Scripps 2, LLC c/o Jeff Berger
December 8, 2025
Page 2

**Relevant Characteristics of the Subject Property** - The subject property is the Campus Commons Medical Dental Building. The property is located at 2 Scripps Drive, Sacramento, CA 95825 . It is located within the city of Sacramento, in Sacramento County, California. The subject property, which is described within this appraisal report, is a 1973 built, periodically renovated, one-building, three-story, office building property. There is on-site vehicle parking for 201 vehicles. **The owner-provided building area of the subject is a Gross Building Area (GBA) is ±36,109 square feet.** It is positioned on an Irregular shaped site, consisting of three assessor's parcels of land, with a total site area of ±84,071 square feet, or 1.93 acres *(per public records)*. The APN is 295-0384-001.

**Scope of the Appraisal**- Our analysis included an inspection of the subject property, research of general data relating to the subject locale, research of transactions in the subject market area, as well as research of other market-related influences affecting the subject property. In our analysis, we gave consideration to the applicability of each of the traditional approaches to value including the Cost, Sales Comparison, and Income approaches. The methodology and data used in our valuation of the subject property are detailed in the Valuation Section of this appraisal report

**Conditions of this Assignment -** The analyses and conclusions in this assignment are subject to the Scope of Work described above, the General Assumptions and Limiting Conditions that are contained within this appraisal report, and the following:

- **Extraordinary Assumptions**, which USPAP defines as *assignment-specific assumptions as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions*.

  1. **We have been provided with building and land sizes by the owner's representative. We assume that the building sizes are accurate. If more accurate information becomes available, we reserve the right to revise the appraisal. The use of this Extraordinary Assumption may have affected assignment results.**

- **Hypothetical Conditions,** which USPAP defines as *conditions directly related to a specific assignment, which are contrary to what is known by the appraiser to exist on the effective date of the assignment results but are used for the purpose of analysis*.
  1. **None.**

- **Special Limiting Conditions**, which are assignment-specific conditions that limit the use of the report.
  1. **None.**

- **Significant Valuation Issues**- The following are assignment-specific issues which we found to be significant in this valuation assignment.
  1. **None.**

**Nondiscrimination Statement** - This appraisal has been completed without regard to race, color, religion, national origin, sex, marital status or any other prohibited basis, and does not contain references which could be regarded as discriminatory.

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

Scripps 2, LLC c/o Jeff Berger
December 8, 2025
Page 3

As a result of our investigation and analysis, the table below presents our valuation opinion(s) for the subject property as of the stated effective date(s) of valuation.

**Office Building and Land (Excluding the 3,000 sf of Entitled Land for Multiple-Family Residential)**

| Valuation Premise | Interest Appraised | Effective Date of Value | FINAL Value Conclusion |
|---|---|---|---|
| Fair Market Value | Fee Simple | 10/13/2025 | $16,260,000 |

**Entitled Land of 3,000 sf for Multiple-Family Residential Development**

| Valuation Premise | Interest Appraised | Effective Date of Value | FINAL Value Conclusion |
|---|---|---|---|
| Fair Market Value | Fee Simple | 10/13/2025 | $600,000 |

Thank you for the opportunity to have been of service to you. If you have any questions regarding the material presented in this report, or if you require any further assistance, please contact us.

Sincerely,

**CURTIS-ROSENTHAL, INC.**

Randall Blaesi, ASA, SR/WA          David M. Rosenthal, MAI, FRICS
CA #AG008581                        CA #AG001641

# Table of Contents

**EXECUTIVE SUMMARY** ...................................................................................................................1

**MARKET AREA ANALYSIS** ..............................................................................................................2

**SITE DESCRIPTION** ......................................................................................................................36

**IMPROVEMENT DESCRIPTION** ....................................................................................................42

**HIGHEST AND BEST USE** .............................................................................................................49

**VALUATION TECHNIQUES AND METHODOLOGY** ..........................................................................50

**COST APPROACH**.........................................................................................................................51

**SALES COMPARISON APPROACH** .................................................................................................52

**INCOME CAPITALIZATION APPROACH**..........................................................................................60

**RECONCILIATION** ........................................................................................................................86

**EXPOSURE TIME**..........................................................................................................................88

**CERTIFICATION** ...........................................................................................................................98

**ADDENDA** .................................................................................................................................100

# EXECUTIVE SUMMARY

**PROPERTY IDENTIFICATION:**  Scripps 2, LLC
2 Scripps Drive
Sacramento, California 95825

**FILE NUMBER:**  19600-25

**INTENDED USER:**  Scripps 2, LLC, c/o Jeff Berger

**LEGAL DESCRIPTION:**  Refer to Legal Description
Report Heading

**CENSUS TRACT:**  0.00

**ASSESSOR PARCEL NUMBER:**  295-0384-001

**PROPERTY TYPE:**  Office
Office Building

**LAND AREA:**

|  |  |
|---|---|
| Square Feet | 84,071 |
| Acres | 1.93 |

**BUILDING AREA (Net Rentable):**  36,109

**ZONING:**  OB-PUD

**HIGHEST AND BEST USE:**

|  |  |
|---|---|
| As If Vacant | Future Commercial /Multiple Residential |
| As Improved | Existing Use |

**CRITICAL DATES:**

|  |  |
|---|---|
| Date of Inspection | October 13, 2025 |
| Date of Value | October 13, 2025 |

**INTEREST APPRAISED:**  Leased Fee
Fair Market Value

**CURTIS-ROSENTHAL**, INC.
REAL ESTATE APPRAISAL & CONSULTING

31

## MARKET AREA ANALYSIS

The property is located within the incorporated area of the City of Sacramento, Sacramento County. Sacramento County is part of the Greater Sacramento metropolitan area and is situated in the northern portion of the Sacramento-Joaquin Valley.

The location map below shows the general location of the subject property.



**Greater Sacramento Area**

The Greater Sacramento metropolitan area consists of eight counties with Sacramento County being the largest.  The County covers Approximately 994 square miles in the middle of the California Central Valley, east into Gold Country.  Sacramento County extends from the low delta lands between the Sacramento River and San Joaquin River north to about ten miles beyond the State Capitol and east into the foothills of the Sierra Nevada Mountains.  The southern-most portion of Sacramento County has directed access to San Francisco Bay.

**The California Central Valley**

The California Central Valley is a large, flat valley that dominates the central portion of the state of California.  Bounded by the Cascade Range to the north, the Sierra Nevada to the east, the Tehachapi Mountains to the south, and the Coast Range and San Francisco Bay to the west, this valley is a vast agricultural region drained by the Sacramento and San Joaquin rivers.  The northern area (north of the Mokelumne River and the Sacramento-San Joaquin River Delta) is called the Sacramento Valley; and the southern area is called San Joaquin Valley.

Nineteen counties are commonly associated with the Central Valley stretching for nearly 400 miles from north to south.  The area is further subdivided into four regions: North Sacramento Valley (Shasta, Tehama, Glenn, Butte, Colusa), Sacramento Metro (Sacramento, El Dorado, Sutter, Yuba, Yolo, Placer), North San Joaquin (San Joaquin, Stanislaus, Merced), and South San Joaquin (Madera, Fresno, Kings, Tulare).  Fresno is the largest city followed closely by the state capital, Sacramento.  Bakersfield, Stockton, and Modesto are the other large cities in the region.  About 5.7 million people live in the Central Valley today.

The Valley is renowned for its extreme flatness, in contrast to the rugged hills that are typical of most of California's terrain.  It is thought to have originated as the floor of an inland sea, when sea levels were much higher than they are today.

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

**Quick Facts about the Central Valley**

- The Central Valley is the fastest growing region in California. Growth is projected to be particularly rapid in the North San Joaquin Valley (29%) and in the Sacramento Metropolitan Region (27%).
- Per capita income in the Central Valley is 26% lower than the state average and falling further behind. If the Central Valley were a state, it would rank 48th in per capita income.
- Residential construction has been a major force in the Central Valley economy, with the number of housing permits increasing faster than the population.
- Average per capita income in the Central Valley varies considerably by region. It is highest in the Sacramento Metropolitan Region and lowest in the South San Joaquin Valley. 7 of the 10 counties in California with the lowest per capita income were located in the Central Valley.



- The labor force is growing faster than jobs are being created. The Central Valley's unemployment rate averaged 4.2% higher than the state rate.
- Retail sales in the Central Valley have increased substantially faster than the population has grown. Retail sales in the Central Valley increased 38%, from $36.7 billion to $50.8 billion, while the population increased by approximately 10%.
- If the Central Valley were a state, it would be ranked first in agricultural production.
- Agriculture provides 20% of the jobs in the Central Valley.

**Sacramento County**

Sacramento is located in north-central California, approximately 80 miles northeast of the San Francisco Bay Area. Sacramento is the California State Capital. The Sacramento Metropolitan Statistical Area (MSA) is comprised of Sacramento, Placer, and El Dorado counties. With a combined population of more than 1.96 million, the three-county region reaches from the Central Valley to Lake Tahoe in the Sierra Nevada Mountains. The reported population for Sacramento County alone is more than 1.4 million, which is an increase of 0.8 percent over the prior year.

Sacramento County is in the middle of the California Central Valley, a large agricultural region extending from the delta lands between the Sacramento and San Joaquin rivers to the foothills of the Sierra Nevada. The southernmost portion of the county has direct access to San Francisco Bay. The county has a total area of 995 square miles, of which 966 square miles is land and 30 square miles is water. Sacramento County extends from the low delta lands between the Sacramento River and San Joaquin River north to about ten miles beyond the State Capitol and east to the foothills of the Sierra Nevada Mountains. The southernmost portion of Sacramento County has direct access to San Francisco Bay. Most of the county is at an elevation close to sea level, with some areas below sea level. Hills along the eastern boundary rise to several hundred feet. Major watercourses in the county include the American River, Sacramento River and Dry Creek, a tributary of the Sacramento River.

The City of Sacramento is the county's largest, home to more than 469,000 persons. Located at the intersection of Interstates 5 and 80, and Highways 50 and 99, Sacramento is centrally located with easy access to the San Francisco Bay Area, as well as Southern California, Oregon, Washington, and all points east. Other large cities in the Sacramento area include Citrus Heights, Elk Grove, and Folsom. Both Elk Grove and Folsom experienced rapid growth over the past many years, but this growth has slowed in the recent past.

The geography of Placer County includes the grasslands of the Gold Country, the Sierra Nevada Mountain Range, and numerous rivers, lakes, state and national parks, and ski resorts.

The economy of El Dorado County is heavily dependent on tourism and recreation. The Sierra Nevada Mountains, the north fork of the American River, and Lake Tahoe are just a few of the natural attractions.

Four basic factors influence real estate values: social, economic, governmental, and environmental. The following analysis will consider each of these factors.

**Social Factors**

Since 1890, Sacramento has had a highly developed and highly organized agriculture industry that sells its products around the country. As a result, the Sacramento area continued to prosper and even lasted through the Great Depression with stable economic growth. Following the Depression, the government opened two military bases, Mather Field, and McClellan Air Force Base, in preparation for World War II. These bases continued to be crucial military installations throughout the Cold War. In the 1950s, Sacramento's defense manufacturing industry grew substantially as Aerojet-General, and McDonnell Douglas opened production facilities in Rancho Cordova.

**Economic Factors**

The Sacramento area has a very diversified economic base. All of the key industrial sectors, trade, finance, manufacturing, construction, services, and government are represented. Large portions of the region's employment are in the government sector and the health care sector. Major employers include Sutter Health, Kaiser Permanente, Mercy Healthcare, Raley's, Inc., Intel Corporation, Hewlett-Packard Co., Intel Corp., and United Parcel Service.

Because it is the State Capital, Sacramento also benefits from a prevalence of stable government employment. The region benefits from both a significant tourism industry that impacts the services and trade sectors, and a defense industry supported by military installments and defense manufacturers.

The Sacramento region possesses a number of strengths that will be the foundation for job growth in the decade ahead:

- Sacramento is the center of state government in California – a state that will add nearly 6 million residents and nearly 600,000 college students in the next ten years. Professional service activities related to state government activities are a high-growth sector.

- The region has successfully developed a high-tech complex that continues to attract new firms and expansions.

- The region is a major distribution node on the I-80 corridor that serves Rocky Mountain and Midwest markets.

- The region serves as a retail and service center for several smaller northern California county areas.

- The region has cost advantages for call-center and back-office activities.

- Sacramento continues to provide a low-cost in-state location alternative to the Los Angeles, San Francisco, and San Diego regions. There has been a strong movement of people within California to the Sacramento region.

**Governmental Factors**

Municipalities within the Sacramento MSA are governed by city and county entities. The county governments typically consist of a county administrator or manager and a Board of Supervisors, each representing a district. City governments vary widely within the MSA. Some of the smaller towns use a town hall type of government in which each registered voter in the town has the opportunity to participate in the decision-making process. Other large municipalities use the city council/mayor or city council/city manager form of government. In the latter two systems the city council and mayor are elected. The city manager is appointed by the city council and acts as administrator for the city. The City of Sacramento has a mayor along with a Board of Supervisors to make decisions for the city. The counties govern the unincorporated areas of the MSA.

All incorporated cities in the area have some form of zoning and building code controls in place, although they vary greatly in level of detail and complexity. Many of the larger cities have a master plan dictating current and future growth pattern. The Sacramento County Zoning Ordinance controls the unincorporated areas. In general, most city zoning tends to cluster commercial, retail, and industrial uses along major thoroughfares or transportation facilities, with multi-family uses as a buffer between these uses and single-family residences. The important aspect of the regulations is that the area retains tight control over land use.

**Environmental Factors**

The Sacramento area enjoys a temperate climate. As is the norm for the central valleys of California, there are four distinct seasons, characterized by a hot, relatively dry summer and a cool winter. The city of Sacramento experiences an average annual temperature of 60 degrees Fahrenheit, with the temperature normally dropping to an average of 37 degrees in January and reaching an average of 93 degrees in July. In Sacramento, average annual rainfall is about 17 inches, with most of the rain occurring in the spring.

The topography of the Sacramento area is highly variable, ranging from the rich, riverside soil of the Sacramento Valley to the snow-capped Sierra peaks, which surround Lake Tahoe. The Sacramento Valley, located in the eastern portion of the MSA, is a rich agricultural area, which is bounded by marshlands to the south and west and foothills to the east. Most of the valley lies less than 100 feet above sea level. To the east, the foothills grow steeper until they reach the Sierra Mountains near Lake Tahoe. Earthquakes do not significantly affect the region and no-fault movement has been recorded in the area. However, the area's proximity to a number of other faults has caused the loss of some soil strength and stability resulting from limited ground shaking from nearby faults.

**Transportation**

Air transportation is provided by two major airfields and a number of smaller municipal airports in the suburban areas.

Mass transportation is becoming a major alternate mode of transportation in the metropolitan portions of the Sacramento area. The Sacramento Regional Transit light rail and bus system and Yolo Bus are the backbone of the region's transportation system.

The Port of Sacramento is a major West Coast seaport due to its deep-water channel that links the port with the San Francisco Bay. The port is located across the Sacramento River from Downtown Sacramento. Over the last five years, activity at the port has totaled approximately 1.5 million tons of cargo per year. The port employs approximately 6,500 workers and contributes over $170 million dollars annually to the local economy.

Interstate freeways and other major highways, providing access to both in-state and out-of-state areas, traverse the Sacramento area. There are three major routes that provide access to the rest of the region: I-80 extends from San Francisco east through Sacramento and across the United States, terminating in New York City; I-5 extends from Sacramento north to Seattle and south to San Diego, connecting Sacramento with a number of other state and interstate highways. U.S. Highway 50 begins in Downtown Sacramento and extends east across the country, terminating near Washington D.C. There are also a number of state highways that traverse the Sacramento area, providing access to the remainder of the metropolitan area, the Sierra Nevada mountains, and suburban areas.

**Recreation**

Recreational opportunities are abundant in the Sacramento area because of the diverse terrain and climatic conditions that provide opportunities for a large variety of activities.

There are also a large number of cultural and historic opportunities available in the area. The culture and arts scene are popular in Sacramento and the region's population boom has produced a wide mix of arts and entertainment opportunities.

**CONCLUSION – Market Area Analysis**

The Sacramento Region has well-diversified economic base. Overall, the continued upward momentum at the statewide and national levels should have a positive effect on economic conditions in the Sacramento region. The Region will likely continue to have relatively low unemployment. There is a concentration of employment in the stable Government sector and a good climate for business.

It is the opinion of the appraisers that the preceding regional data has a positive impact on Land values relating to the subject property.

## Neighborhood Description



Map from *Realtor.com*

The subject is located within the City of Sacramento Campus Commons Planned Unit Development. Campus Commons is generally along the American River Parkway between Fair Oaks Blvd. and Howe Ave. It is surrounded by lush greenery, recreational opportunity and urban amenities. Developed by Robert C. Powell in the 1970s, Sacramento Magazine recently listed it as one of the area's ten great neighborhoods, touting it as a great place for easy living. The homeowners' association handles most of the home maintenance, as well as maintaining the lush landscaping and recreational amenities in the neighborhood. The planned development is comprised of approximately 1,160 single-family homes, a combination of both stand-alone and attached (townhome/condo). It sprawls over 680 acres with miles of paved walkways meandering throughout the neighborhood. The Commons, as it is known, is comprised of two distinct communities – The Village of Campus Commons and the Nepenthe Association. In total, it is a resort-living lifestyle with two lakes, clubhouse facilities, swimming pools, spas, tennis courts, a greenbelt, and children's play area. Convenient access to the American River, American River Parkway, and 32-mile Jedediah Smith Memorial Bike Trail, as well as the nearby Campus Commons Golf Course, make it a haven for those who thrive from being in the outdoors. Its convenience is further boosted with its proximity to downtown, Sacramento State

University, Rio Del Oro Racquet and Swim Club, and numerous upscale shopping areas, including Loehmann's Plaza, Lyon Village and The Pavilions. Nearby schools include Sierra Oaks Elementary, and Sacramento Day Country Private School. Campus Commons, CA has a population of 2,667 with an average household income of $117,211. For real estate occupancy specifics, approximately 975 residents own their home and 590 rent their home. As for the weather, the average summer high temperature is 93.20F and the yearly rainfall average is 20.09 inches.

Excerpts from   https://www.windermereca.com/neighborhood/campus-commons   and other internet sources.

**CONCLUSION – Neighborhood Area Analysis**

The subject neighborhood is a mix of residential, commercial/retail and office uses. It is a stable area with all amenities and services available. Good access to freeways and public transportation characterizes the area as a popular place to live, allowing commutes to the entire Sacramento MSA for employment, shopping and entertainment.

It is the opinion of the appraisers that the preceding analysis of the data has a positive impact on market value relating to the subject property.

**LOCATION MAPS**



**NEIGHBORHOOD MAPS**





**Aerial Photos**







**Demographics & Economy From CoStar Market Research**

## Demographic Overview



| Population (1 mi) | Avg. HH Size (1 mi) | Avg. Age (1 mi) | Med. HH Inc. (1 mi) |
|---|---|---|---|
| **18,174** | **1.8** | **42** | **$59,784** |

**DEMOGRAPHIC RADIUS RINGS**

**DEMOGRAPHIC SUMMARY**

| Population | 1 Mile | 3 Mile | 5 Mile |
|---|---|---|---|
| 2024 Population | 18,174 | 136,918 | 408,031 |
| 2029 Population | 18,356 | 138,192 | 411,543 |
| Pop Growth 2024-2029 | 1.0% | 0.9% | 0.9% |
| 2024 Average Age | 42 | 39 | 38 |
| **Households** | | | |
| 2024 Households | 9,327 | 58,150 | 159,694 |
| 2029 Households | 9,425 | 58,715 | 161,240 |
| Household Growth 2024-2029 | 1.1% | 1.0% | 1.0% |
| Median Household Income | $59,784 | $73,486 | $66,724 |
| Average Household Size | 1.8 | 2.2 | 2.4 |
| Average HH Vehicles | 1 | 2 | 2 |
| **Housing** | | | |
| Median Home Value | $589,329 | $544,253 | $457,973 |
| Median Year Built | 1974 | 1966 | 1966 |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

| | 1 Mile | | 3 Miles | | 5 Miles | | 15 Min. Drive | |
|---|---|---|---|---|---|---|---|---|
| 2024 Households by HH Income | 9,642 | | 58,984 | | 160,651 | | 228,252 | |
| <$25,000 | 2,198 | 22.80% | 11,050 | 18.73% | 32,730 | 20.37% | 44,776 | 19.62% |
| $25,000 - $50,000 | 1,658 | 17.20% | 9,515 | 16.13% | 28,056 | 17.46% | 40,585 | 17.78% |
| $50,000 - $75,000 | 1,755 | 18.20% | 9,654 | 16.37% | 27,104 | 16.87% | 38,806 | 17.00% |
| $75,000 - $100,000 | 1,036 | 10.74% | 6,773 | 11.48% | 19,389 | 12.07% | 28,217 | 12.36% |
| $100,000 - $125,000 | 877 | 9.10% | 6,373 | 10.80% | 16,017 | 9.97% | 23,688 | 10.38% |
| $125,000 - $150,000 | 429 | 4.45% | 3,884 | 6.58% | 10,121 | 6.30% | 15,267 | 6.69% |
| $150,000 - $200,000 | 717 | 7.44% | 4,469 | 7.58% | 11,661 | 7.26% | 16,494 | 7.23% |
| $200,000+ | 972 | 10.08% | 7,266 | 12.32% | 15,573 | 9.69% | 20,420 | 8.95% |
| 2024 Avg Household Income | $90,480 | | $101,338 | | $92,772 | | $91,848 | |
| 2024 Med Household Income | $59,359 | | $72,746 | | $66,787 | | $67,701 | |

| | 1 Mile | | 3 Miles | | 5 Miles | | 15 Min. Drive | |
|---|---|---|---|---|---|---|---|---|
| Total Specified Consumer Spending | $272.7M | | $1.9B | | $5B | | $7.1B | |
| Total Apparel | $13.3M | 4.89% | $94.3M | 4.99% | $261.4M | 5.24% | $374.9M | 5.30% |
| Women's Apparel | $5.4M | 1.98% | $37.2M | 1.97% | $100.3M | 2.01% | $142.8M | 2.02% |
| Men's Apparel | $2.8M | 1.02% | $19.5M | 1.03% | $53.6M | 1.08% | $76.5M | 1.08% |
| Girl's Apparel | $824.6K | 0.30% | $6.4M | 0.34% | $18.5M | 0.37% | $27M | 0.38% |
| Boy's Apparel | $585.7K | 0.21% | $4.7M | 0.25% | $13.8M | 0.28% | $20.2M | 0.28% |
| Infant Apparel | $659.3K | 0.24% | $4.8M | 0.25% | $13.5M | 0.27% | $19.3M | 0.27% |
| Footwear | $3.1M | 1.13% | $21.8M | 1.16% | $61.7M | 1.24% | $89.3M | 1.26% |
| | | | | | | | | |
| Total Entertainment & Hobbies | $40.6M | 14.90% | $279.5M | 14.79% | $725.6M | 14.56% | $1B | 14.49% |
| Entertainment | $5M | 1.83% | $40.1M | 2.12% | $110.6M | 2.22% | $162M | 2.29% |
| Audio & Visual Equipment/Service | $8.9M | 3.27% | $58.4M | 3.09% | $153.9M | 3.09% | $218.6M | 3.09% |
| Reading Materials | $792.6K | 0.29% | $5M | 0.26% | $12.5M | 0.25% | $17.2M | 0.24% |
| Pets, Toys, & Hobbies | $7M | 2.58% | $48.7M | 2.58% | $124.3M | 2.49% | $173.6M | 2.45% |
| Personal Items | $18.9M | 6.92% | $127.3M | 6.74% | $324.3M | 6.51% | $454.3M | 6.42% |
| | | | | | | | | |
| Total Food and Alcohol | $77.1M | 28.27% | $520.3M | 27.54% | $1.4B | 28.06% | $2B | 28.12% |
| Food At Home | $38.4M | 14.09% | $263.4M | 13.94% | $730.9M | 14.66% | $1.1B | 14.86% |
| Food Away From Home | $33M | 12.10% | $219.7M | 11.63% | $574.1M | 11.52% | $810.2M | 11.44% |
| Alcoholic Beverages | $5.7M | 2.09% | $37.2M | 1.97% | $94M | 1.89% | $129M | 1.82% |
| | | | | | | | | |
| Total Household | $45.7M | 16.75% | $318.2M | 16.85% | $803.3M | 16.11% | $1.1B | 15.93% |
| House Maintenance & Repair | $7.2M | 2.65% | $55.3M | 2.93% | $141M | 2.83% | $201.4M | 2.84% |
| Household Equip & Furnishings | $17.6M | 6.44% | $119.4M | 6.32% | $308M | 6.18% | $433.4M | 6.12% |
| Household Operations | $14.8M | 5.42% | $101.9M | 5.39% | $255.4M | 5.12% | $356.5M | 5.04% |
| Housing Costs | $6.1M | 2.24% | $41.5M | 2.20% | $99M | 1.99% | $136.2M | 1.92% |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

47

| | 1 Mile | | 3 Miles | | 5 Miles | | 15 Min. Drive | |
|---|---|---|---|---|---|---|---|---|
| **Total Transportation/Maint.** | **$63.8M** | **23.40%** | **$456.8M** | **24.18%** | **$1.2B** | **24.92%** | **$1.8B** | **25.23%** |
| Vehicle Purchases | $26.9M | 9.85% | $206M | 10.91% | $577.5M | 11.58% | $839.6M | 11.86% |
| Gasoline | $17.2M | 6.31% | $119.2M | 6.31% | $328.2M | 6.58% | $472.6M | 6.68% |
| Vehicle Expenses | $1.9M | 0.69% | $12.9M | 0.68% | $31M | 0.62% | $42.9M | 0.61% |
| Transportation | $9M | 3.30% | $59.1M | 3.13% | $147.8M | 2.96% | $206.5M | 2.92% |
| Automotive Repair & Maintenance | $8.9M | 3.25% | $59.5M | 3.15% | $157.8M | 3.16% | $224.5M | 3.17% |
| | | | | | | | | |
| **Total Health Care** | **$13.1M** | **4.82%** | **$88.2M** | **4.67%** | **$229.9M** | **4.61%** | **$326M** | **4.60%** |
| Medical Services | $8M | 2.92% | $54M | 2.86% | $139.2M | 2.79% | $197M | 2.78% |
| Prescription Drugs | $3.7M | 1.36% | $24.5M | 1.29% | $65.1M | 1.31% | $92.5M | 1.31% |
| Medical Supplies | $1.5M | 0.54% | $9.7M | 0.51% | $25.6M | 0.51% | $36.5M | 0.52% |
| | | | | | | | | |
| **Total Education/Day Care** | **$19M** | **6.98%** | **$131.9M** | **6.98%** | **$323.8M** | **6.49%** | **$448.1M** | **6.33%** |
| Education | $11.6M | 4.24% | $80.3M | 4.25% | $198.3M | 3.98% | $274.2M | 3.87% |
| Fees & Admissions | $7.5M | 2.74% | $51.5M | 2.73% | $125.6M | 2.52% | $173.9M | 2.46% |

CR CURTIS-ROSENTHAL, Inc.
REAL ESTATE APPRAISAL & CONSULTING

## Sacramento Economic Summary

Sacramento Office

Recent announcements tied to the Aggie Square development will bring Cytvia and the Alice Waters Institute to the Sacramento area in what could be the first of many new companies taking occupancy to align with the expertise at UC Davis. According to UC Davis, "Aggie Square is expected to generate about $500M in regional economic output and support 3,200 jobs annually when all phases are fully built out. At completion, the project – encompassing life sciences labs, housing, offices, academic space and community amenities – is expected to provide an economic impact of $1.9B."

The Railyard in Downtown Sacramento is among the nation's largest urban infill developments. Plans call for it to ultimately include up to 500,000 SF of retail space, 30 acres of greenspace, up to 5 million SF of innovation space, upwards of 10,000 housing units and a 3,700-seat concert venue. Kaiser has also built a medical campus at the Railyards that will employ over 3,000.

Historically, tech tenants from San Francisco and the Bay Area have been reluctant to relocate to Sacramento, leaving the synergies brought by the Bay Area's proximity to venture capital, engineering school, and innovative culture behind. Recently, there have been a growing number of indicators that this trend might be changing, with decentralized workforces forcing employers into hub-and-spoke models to keep in contact with their talent base.

**SACRAMENTO EMPLOYMENT BY INDUSTRY IN THOUSANDS**

| Industry | CURRENT JOBS | | CURRENT GROWTH | | 10 YR HISTORICAL | | 5 YR FORECAST | |
|---|---|---|---|---|---|---|---|---|
| | Jobs | LQ | Market | US | Market | US | Market | US |
| Manufacturing | 39 | 0.5 | -2.37% | -0.78% | 0.78% | 0.30% | 0.34% | 0.14% |
| Trade, Transportation and Utilities | 167 | 0.8 | 0.07% | 0.46% | 1.28% | 0.81% | 0.41% | 0.24% |
| Retail Trade | 98 | 0.9 | 0.62% | 0.46% | 0.03% | 0.00% | 0.36% | 0.17% |
| Financial Activities | 46 | 0.7 | -1.35% | 0.72% | -1.07% | 1.26% | 0.13% | 0.30% |
| Government | 262 | 1.6 | -0.59% | 0.29% | 1.32% | 0.65% | 0.52% | 0.23% |
| Natural Resources, Mining and Construction | 76 | 1.2 | -1.42% | 0.32% | 3.90% | 2.00% | 0.73% | 0.59% |
| Education and Health Services | 212 | 1.1 | 4.60% | 3.04% | 4.08% | 2.19% | 1.03% | 0.56% |
| Professional and Business Services | 131 | 0.8 | -2.07% | -0.21% | 0.80% | 1.27% | 0.59% | 0.62% |
| Information | 9 | 0.5 | -1.30% | -0.10% | -4.16% | 0.60% | 0.14% | 0.32% |
| Leisure and Hospitality | 113 | 1.0 | -0.17% | 1.06% | 1.57% | 1.11% | 1.15% | 0.83% |
| Other Services | 39 | 0.9 | -1.09% | 1.09% | 2.16% | 0.72% | 0.68% | 0.22% |
| **Total Employment** | **1,096** | **1.0** | **0.15%** | **0.76%** | **1.73%** | **1.14%** | **0.67%** | **0.43%** |

Source: Oxford Economics
LQ = Location Quotient

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Sacramento Economic Summary





## Sacramento Economic Summary

**Sacramento Office**

**NET EMPLOYMENT CHANGE (YOY)**



**MEDIAN HOUSEHOLD INCOME**



Sacramento      United States

**CURTIS-ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

## Sacramento Economic Summary



Sacramento Office

**POPULATION GROWTH (YOY %)**



**NET POPULATION CHANGE (YOY)**



## Sacramento Economic Summary

**Sacramento Office**

**DEMOGRAPHIC TRENDS**

| Demographic Category | Current Level | | 12 Month Change | | 10 Year Change | | 5 Year Forecast | |
|---|---|---|---|---|---|---|---|---|
| | Metro | US | Metro | US | Metro | US | Metro | US |
| Population | 2,474,895 | 341,954,969 | 0.4% | 0.5% | 0.8% | 0.6% | 0.3% | 0.3% |
| Households | 906,506 | 133,791,563 | 0.7% | 0.7% | 1.0% | 1.0% | 0.6% | 0.6% |
| Median Household Income | $103,863 | $83,326 | 4.3% | 3.2% | 5.2% | 4.2% | 3.6% | 3.5% |
| Labor Force | 1,196,774 | 170,739,094 | 2.0% | 1.3% | 1.1% | 0.8% | 0.2% | 0.2% |
| Unemployment | 4.9% | 4.3% | 0% | 0.1% | -0.1% | -0.1% | - | - |

Source: Oxford Economics

**POPULATION GROWTH**



**LABOR FORCE GROWTH**



**INCOME GROWTH**



Source: Oxford Economics

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## COSTAR MARKET RESEARCH-PROPERTY MARKET & SUBMARKET OVERVIEW

### Campus Commons Submarket Summary

**Campus Commons Office**

The Campus Commons office submarket has a vacancy rate of 8.7% as of the fourth quarter of 2025. Over the past year, the submarket's vacancy rate has changed by -3.3%, a result of -9,400 SF of net delivered space and 52,000 SF of net absorption.

Campus Commons's vacancy rate of 8.7% compares to the submarket's five-year average of 10.1% and the 10-year average of 11.5%.

The Campus Commons office submarket has roughly 250,000 SF of space listed as available, for an availability rate of 13.5%. As of the fourth quarter of 2025, there is no office space under construction in Campus Commons. Nothing has been under construction in the submarket for the past 10 years.

Campus Commons contains 1.8 million SF of inventory, compared to 113 million SF of inventory metro wide.

Average rents in Campus Commons are roughly $28.00/SF, compared to the wider Sacramento market average of $28.00/SF.

Rents have changed by 1.3% year over year in Campus Commons, compared to a change of 0.7% metro wide. Annual rent growth of 1.3% in Campus Commons compares to the submarket's five-year average of 1.6% and its 10-year average of 2.6%.

**NET ABSORPTION, NET DELIVERIES & VACANCY**



54

## Sacramento Market Summary

**Sacramento Office**

The office market in Sacramento has been relatively stable, if underwhelming. Vacancy has increased only marginally year over year to 11.3% during the fourth quarter after net absorption tallied 150,000 SF coupled with 660,000 SF of net completions. However, roughly 20% fewer leases are being signed on a quarter-over-quarter basis compared with the period between 2015 and 2019, and the average lease size over the past two years has stabilized at almost 15% below the last cycle's trend.

The amount of sublet space has fallen by almost 50% since mid-2024 to 840,000 SF. However, occupiers have generally not taken advantage of the nearly 20% delta in sublet asking rents versus direct asking rents. The reduction in space has more typically been a result of landlords removing uncompetitive sublet space from the leasing market or rolling it into direct availability, instead of an increase in leasing activity for these spaces.

As part of its 2019 specific plan, the state government has been moving agencies from leased office space into state-owned buildings. In mid-2024, four of these state-owned buildings were delivered fully occupied for a total of 1.2 million SF. The net effect of these projects will ultimately lead to a drop in leasing activity throughout the region as departments relocate to less space in the new

buildings, leaving their former buildings with elevated vacancy.

Roughly 190,000 SF is in the construction pipeline after two buildings and 570,000 SF were completed in East Sacramento at the innovation district Aggie Square in 2025. Almost 200,000 SF is available at Aggie Square, while little is available in the construction pipeline.

Rent growth has measured 0.7% during the past 12 months compared to 0.8% nationally. The long-term average for annual rent growth in Sacramento has been 1.5%, and rents have grown 6.7% in the past five years. New leases come with considerable concession packages, including one month of free rent per year of the term and a tenant improvement package as high as $80/SF for first-generation space.

There have been pockets of leasing activity in the Downtown, North Natomas, and Campus Commons Submarkets. Market participants have noted an uptick in leasing tours, although leasing volume remains far below the average during the last cycle. Occupiers will continue to scrutinize their needs closely, and the metro's office vacancy will likely run above 11% through 2026, although government occupancy should prevent it from reaching a new peak.

**NET ABSORPTION, NET DELIVERIES & VACANCY**



Legend: Net Absorption · Net Deliveries · Vacancy · United States Vacancy

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Sacramento Economic Summary





## Vacancy Analytics

2 Scripps Dr

**SACRAMENTO VACANCY OVERVIEW**

Tenants with more modest space requirements have made up the bulk of the leasing market, particularly as government occupancy toward owned properties has removed their activity from leasing volume. The overall effect has been a reduction in average lease size and leaner demand.

Small leases have dominated office leasing. Leases under 5,000 SF have accounted for almost 50% of leasing volume in the past four quarters, the highest proportion of the past five years. Overall new leasing volume over the past four quarters has fallen by almost 40% compared with the average between 2015 and 2019, and market participants anticipate that the leasing environment will not reverse course anytime soon. Office users continue to respond to stable attendance and slowing employment growth in office-using sectors by shrinking their footprints.

Unlike most CBD submarkets in California, Downtown Sacramento's office inventory is heavily owned. Nearly 50% of the office stock is owned, most often by the state government. Among the state's primary downtown submarkets, Downtown Sacramento's vacancy rate below 10% is the only one below 15%. However, this has not insulated the submarket from a leaner demand environment that has emerged in recent years. When Sutter Health signed a lease for 113,000 on J Street earlier this year as the health care provider expands across the region, no other leases were signed above 20,000 SF through the first three quarters of 2025, and only a few were above 10,000 SF. During the last cycle between 2015 and 2019, quarterly leasing volume in Downtown Sacramento averaged 150,000 SF. Since 2022, it has averaged under 100,000 SF. While the lack of government leases has often stifled significant upside

in volume, most of the occupiers here have been smaller tenants, averaging 20% smaller leases compared to the last cycle.

Tenant interest has been concentrated in the market's highest-quality properties, and demand has overwhelming concentrated in new inventory. Market participants note that commodity office submarkets like Highway 50 Corridor, with an abundance of 3-story, 3 Star properties with large floor plates built last century, are no longer as appealing to occupiers interested in creating a more productive and efficient environment. Vacancy has increased to over 17% there with an availability rate above 20%.

In the past year, net absorption fell by almost 1 million SF in properties built before the 1990s across Sacramento. Conversely, net absorption tallied roughly 750,000 SF in properties that have been built this decade. Submarkets with better amenitized, centrally located buildings like North Natomas, Campus Commons, and Downtown have had more luck sourcing tenants, although they have not been immune to rising vacancy due to government relocations into owned properties.

Slower job growth, smaller leases, and more occupancy-challenged buildings built before formerly state government-occupied spaces have all created an environment of leaner demand. However, limited inventory growth over the past decade and a tenant base consisting of government, healthcare, and education companies have helped the region sidestep fundamentals from completely unraveling, maintaining relative, albeit underwhelming, stability.

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

57

## Vacancy Analytics

<div align="right">

**2 Scripps Dr**

</div>

**VACANCY RATE**



**VACANCY RATE**

| | Subject | | Peers | | Campus Commons | | Sacramento | |
|---|---|---|---|---|---|---|---|---|
| | Vacancy | Trend (YOY) | Vacancy | Trend (YOY) | Vacancy | Trend (YOY) | Vacancy | Trend (YOY) |
| 2019 | 0% | -8.5% | 11.6% | -2.2% | 14.1% | -0.1% | 8.4% | -1% |
| 2020 | 2.9% | 2.9% | 14.6% | 3% | 13.5% | -0.6% | 8.9% | 0.5% |
| 2021 | 0% | -2.9% | 12.2% | -2.4% | 8.0% | -5.5% | 9.6% | 0.7% |
| 2022 | 56.1% | 56.1% | 10.6% | -1.6% | 10.4% | 2.4% | 10.3% | 0.7% |
| 2023 | 53.2% | -2.8% | 14.2% | 3.6% | 10.4% | 0% | 10.7% | 0.4% |
| 2024 | 20.9% | -32.4% | 14.2% | 0% | 9.4% | -1% | 11.0% | 0.4% |
| YTD | 20.9% | 0% | 15.6% | 1.3% | 8.7% | -0.7% | 11.3% | 0.3% |
| 2026 | | | 15.1% | 0.9% | 9.0% | -0.4% | 11.4% | 0.4% |
| 2027 | Forecast > | | 14.9% | -0.2% | 8.8% | -0.1% | 11.4% | 0% |
| 2028 | | | 15.1% | 0.2% | 8.9% | 0.1% | 11.4% | 0.1% |
| 2029 | | | 15.2% | 0% | 9.0% | 0.1% | 11.5% | 0.1% |

**CURTIS·ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

## Rent Analytics

<div style="text-align: right">**2 Scripps Dr**</div>

**SACRAMENTO RENT TRENDS**

Rent growth has measured 0.7% year over year, compared to the long-term average of 1.5%. Rents have increased 6.7% cumulatively in the past five years in Sacramento compared to 7.3% nationally.

Leasing brokers have cited rent escalations at 3% on a typical five-year term. Incentives often include five months of free rent for a five-year term and up to $80/SF for tenant improvements for new space. Two years ago, tenant improvement allocations topped out at $50/SF, but build-out costs have risen toward $100/SF, often compelling occupiers to spend money out of pocket. That has been another reason that leasing activity among larger occupiers has cooled.

The new regime of elevated concessions has created an environment in which tenants shop for concessions just as much as they do for space, lengthening their time on the market and often negotiations.

Downtown commands a sizable pricing premium over the rest of the market with its abundance of quality inventory and reputation as the most prestigious office node. Asking rents in the upper levels of the market's premium office towers can still exceed $45/SF gross. Historically, the submarket has drawn consistent demand from corporate and professional service users. However, buildings in nearby submarkets are trying to draw occupiers from adjacent areas. Distress sales in and around the CBD could fuel a drop in asking rents, as lower acquisition costs allow owners to reset rents.

Rent growth is forecast to be relatively static through 2026, following the broader trend of leaner demand and less pricing power among landlords.

**GROSS ASKING RENT PER SQUARE FOOT**



Legend: Subject (Direct) — Peers (Market) — Campus Commons (Market) — Sacramento (Market)

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Sacramento Construction

**Sacramento Office**

The majority of new speculative inventory is being built at Aggie Square. Located on the UC Davis Medical Campus in East Sacramento, the location will consist of three buildings totaling 800,000 SF. Two of the buildings, totaling 570,000 SF, were completed in mid-2025, with nearly 200,000 SF available during the fourth quarter. Just two blocks from the UC Davis Hospital expansion site, the project is being developed as a public-private partnership between Wexford Scientific and UC Davis, aimed at biotech innovation and entrepreneurship. Aggie Square is situated within an amenity-rich area that is expected to include more housing in the coming years. The third building at Aggie Square is on hold until more spaces are leased in the recently delivered buildings. That has left 190,000 SF in the construction pipeline, of which almost no space is available.

Also in East Sacramento, work finished up in 2025 on the 48X Complex, a 270,000-SF ambulatory care center

that cost nearly $600 million. Medical office properties, in addition to the construction of new government buildings, are likely to be among the top development projects in Sacramento moving forward in the near term.

At the end of 2024, a 275,000-SF expansion for CalSTRS was completed in West Sacramento. The pension had been marketing several floors at its former headquarters next door, and the California State Auditor leased two floors and 50,000 SF there during 25Q3. The state agency is paying around $37/SF and received $100/SF in TI allowance, in what will be a lateral move from Downtown.

With the majority of speculative development in the past, this should prevent further supply-side pressure to vacancy through 2026 since most construction projects will likely be built-to-suit.

**DELIVERIES & DEMOLITIONS**



## Investment Trends

2 Scripps Dr

**SACRAMENTO INVESTMENT TRENDS**

Over the past five years, Sacramento has seen an almost equal share of purchases and dispostions from institutional buyers and REIT capital sources, accounting for roughly 25% of volume. During the past four quarters, however, institutional parties were involved on 15% of volume on the buy side and over 35% on the selling side. Annual sales volume has tallied $613 million during the past 12 months, and sales volume during 25Q3 increased 20% year over year.

A private party purchased the Hewlett Packard Campus in Roseville for $13.6 million, or about $44/SF. The 308,000-SF property was not occupied at the time of the sale. The buyers were attract to the property's value-add potential after Mechanics Bank initiated foreclosure proceedings in 2023 when the previous owner defaulted

on a loan exceeding $21 million.

Buzz Oates purchased the 4-Star 400 Capitol Mall for $117 million, or about $233/SF. It is one of the premier office buildings in the market and was 90% occupied at the time of sale. The deal was one of the first leased investments of this size to sell in Sacramento since 2020.

Distress sales are likely to continue rippling across the Sacramento region as owners with occupancy-challenged buildings face few options amid a leaner demand environment. That could lead to rents being reset in pockets of the region to improve occupancy or provide an opening for users to purchase and occupy buildings at a discount.

**SALES VOLUME & MARKET SALE PRICE PER SF**



## Investment Trends

**2 Scripps Dr**

**CAMPUS COMMONS INVESTMENT TRENDS**

Over the past year, 5 office properties traded in Campus Commons, accounting for 110,000 SF of inventory turnover. Office sales volume in Campus Commons has totaled $39.0 million over the past year. Average annual sales volume over the past five years is $20.1 million and $23.8 million over the past 10 years.

Estimated office market pricing in Campus Commons is $178/SF compared to the market average of $184/SF. Average market pricing for Campus Commons is estimated at $179/SF for 3 Star assets, and $176/SF for 1 & 2 Star buildings. The estimated cap rate for Campus Commons office is 9.2%, compared to the metro average of 9.5%.

**SALES VOLUME & MARKET SALE PRICE PER SF**



## Sales Pricing



**MARKET PRICE PER SF**



**UNITED STATES SALE PRICE PER SF DISTRIBUTION PAST 12 MONTHS**



**SACRAMENTO SALE PRICE PER SF DISTRIBUTION PAST 12 MONTHS**



**PRICE PER SF SUMMARY OF SALES IN PAST YEAR**

| Geography | Transactions | Low | Bottom 25% | Median | Average | Top 25% | High |
|---|---|---|---|---|---|---|---|
| United States | 23,849 | $0.01 | $49 | $162 | $196 | $494 | $7,562 |
| Sacramento | 221 | $5.77 | $78 | $204 | $147 | $415 | $773 |
| Sacramento County | 120 | $5.77 | $65 | $182 | $144 | $381 | $664 |
| Campus Commons | 5 | $89 | $192 | $308 | $291 | $322 | $327 |
| Selected Sale Comps | 7 | $70 | $85 | $117 | $119 | $156 | $176 |

## Cap Rates

| | 2 Scripps Dr |
|---|---|

**MARKET CAP RATE**



Sacramento Office    United States Office

**UNITED STATES CAP RATE DISTRIBUTION PAST 12 MONTHS**



**SACRAMENTO CAP RATE DISTRIBUTION PAST 12 MONTHS**



**CAP RATE SUMMARY OF SALES IN PAST YEAR**

| Geography | Transactions | Low | Bottom 25% | Median | Average | Top 25% | High |
|---|---|---|---|---|---|---|---|
| United States | 1,732 | 1.0% | 5.4% | 7.5% | 7.6% | 10.2% | 24.0% |
| Sacramento | 15 | 2.7% | 4.2% | 7.0% | 6.8% | 9.1% | 9.7% |
| Sacramento County | 11 | 2.7% | 3.6% | 7.0% | 6.6% | 9.1% | 9.7% |
| Campus Commons | 0 | - | - | - | - | - | - |
| Selected Sale Comps | 2 | 6.4% | N/A | 7.9% | 7.9% | N/A | 9.5% |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

**Overall Market Forecast**

CoStar forecasts a good economic outlook for the subject area over the next several years. The subject area has a long history of stable to improving economic conditions.

## SITE DESCRIPTION

| | |
|---|---|
| Address | 2 Scripps Drive, Sacramento, CA 95825 |
| Assessor Parcel No. | 295-0384-001 |
| Legal Description | Please refer to the property detail report on the following page. |
| Site Area | 84,071 square feet, 1.93 acres |
| Site Shape | Irregular |
| Topography | Level |
| Improvements | Campus Commons Medical Dental Building |
| Vehicular Access | Ingress/egress to the subject property is provided via Scripps Drive, University Avenue and Howe Avenue, city maintained streets with full infrastructure improvements. |

## Property Detail Report

**2 Scripps Dr, Sacramento, CA 95825-6207**

APN: 295-0384-001-0000

Sacramento County Data as of: 10/08/2025

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | Scripps Two LLC | Auction | |
| Vesting: | A Limited Liability Company | PACE Lien | |
| Mailing Address: | 2443 Fair Oaks Blvd, Sacramento, CA 95825-7684 | Occupancy: | Absentee Owner |

### Location Information

| | | | | | |
|---|---|---|---|---|---|
| Legal Description: | M Campus Commons Unit No 1 Exc Por To City For R/W In 670628/42... | | | County: | Sacramento, CA |
| APN: | 295-0384-001-0000 | Alternate APN: | | Census Tract / Block: | 005404 / 4006 |
| Munic / Twnshp: | Sacramento, City Of | Twnshp-Rng-Sec: | | Legal Lot / Block: | M / |
| Subdivision: | Campus Commons 01 | Tract #: | | Legal Book / Page: | 78 / 3 |
| Neighborhood: | Arden Arcade | School District: | San Juan Unified School District | | |
| Elementary School: | Sierra Oaks K-8 | Middle School: | Sierra Oaks K-8 | High School: | Encina Preparatory... |
| Latitude: | 38.5727 | Longitude: | -121.41208 | | |

### Last Transfer / Conveyance - Current Owner

| | | | | | |
|---|---|---|---|---|---|
| Transfer / Rec Date: | 11/17/2022 / 11/30/2022 | Price: | $3,575,000 | Transfer Doc #: | 20221130.1167 |
| Buyer Name: | Scripps Two LLC | Seller Name: | Morvai I LLC | Deed Type: | Grant Deed |

### Last Market Sale

| | | | | | |
|---|---|---|---|---|---|
| Sale / Rec Date: | 03/30/2017 / 04/07/2017 | Sale Price / Type: | $7,400,000 / Full Value | Deed Type: | Grant Deed |
| Multi / Split Sale: | | Price / Sq. Ft.: | $207 | New Construction: | |
| 1st Mtg Amt / Type: | $3,900,000 / Conventional | 1st Mtg Rate / Type: | 4.16 / Estimated | 1st Mtg Doc #: | 20170407.930 |
| 2nd Mtg Amt / Type: | | 2nd Mtg Rate / Type: | $4 / | Sale Doc #: | 20170407.929 |
| Seller Name: | 2 Scripps DR LLC | | | | |
| Lender: | Tri Counties Bank | | | Title Company: | Chicago Title Co |

### Prior Sale Information

| | | | | | |
|---|---|---|---|---|---|
| Sale / Rec Date: | 12/18/2013 / 02/14/2014 | Sale Price / Type: | $5,100,000 / Full Value | Prior Deed Type: | Grant Deed |
| 1st Mtg Amt / Type: | $3,600,000 / Conventional | 1st Mtg Rate / Type: | / Adj | Prior Sale Doc #: | 20140214.634 |
| Prior Lender: | Tri Counties Bank | | | | |

### Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Gross Living Area: | 35,712 Sq. Ft. | Total Rooms: | 0 | Year Built / Eff: | 1973 |
| Living Area: | 35,712 Sq. Ft. | Bedrooms: | | Stories: | |
| Total Adj. Area: | | Baths (F / H): | | Parking Type: | |
| Above Grade: | | Pool: | | Garage #: | |
| Basement Area: | | Fireplace: | | Garage Area: | |
| Style: | | Cooling: | | Porch Type: | |
| Foundation: | | Heating: | | Patio Type: | |
| Quality: | Good | Exterior Wall: | | Roof Type: | |
| Condition: | | Construction Type: | | Roof Material: | |

### Site Information

| | | | | | |
|---|---|---|---|---|---|
| Land Use: | Medical Building | Lot Area: | 84,070 Sq. Ft. | Zoning: | OB-PUD |
| State Use: | | Lot Width / Depth: | | # of Buildings: | 1 |
| County Use: | Cgc00a - Office, Me... | Usable Lot: | | Res / Comm Units: | |
| Site Influence: | | Acres: | 1.93 | Water / Sewer Type: | |
| Flood Zone Code: | X | Flood Map #: | 06067C0183H | Flood Map Date: | 08/16/2012 |
| Community Name: | City Of Sacramento | Flood Panel #: | 0183H | Inside SFHA: | False |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

| | |
|---|---|
| Zoning | The property is zoned OB-PUD, Office Business Low-Rise Mixed-Use Zone within the Campus Commons Planned Unit Development and the Citywide Multi-Unit Dwelling Design Review Area. |
| | There is an entitled 9-unit apartment project on a 3,000 sf parcel of land that will be valued separately from the office building. |
| | Parking: The subject has 201 parking spaces. The subject is considered to be a conforming use. |
| Zoning Compliance | Use: The current use as an office building is allowed as a conforming use. |
| | *Based on the forgoing, the improvements appear to be a conforming use.* |
| Utilities | All necessary utilities are available and connected to the site including water, natural gas, electricity, sewer, internet and telephone. |
| Flood Zone | Zone: X, Panel Number: 06067C0183H, dated 08/16/2012. Zone "X" is identified as an area moderate or minimal flood hazard. Flood insurance is available in participating communities but is not required by regulation in this zone |
| Earthquake Zone | Properties in California are subject to some degree of earthquake risk. The subject is not known to be located in a Special Study Zone for seismic activity. **We are not seismic engineers and we are not qualified to determine earthquake hazards. Our appraisal assumes that the subject is not adversely impacted by atypical earthquake risk.** *We recommend obtaining a geologic study to determine any potential earthquake hazard that might impact the subject site* |
| Soil Conditions | No soil report has been provided to us. Our on-site inspection of the subject property revealed no obvious evidence of adverse geologic or soil conditions on the subject site. **We are not geologists or soil engineers and we are not qualified to detect geologic or soil related problems. Our appraisal assumes that no detrimental geologic or soil-related conditions impact the subject property.** *We recommend consulting with a qualified geologist or soil engineer to determine whether detrimental geologic or soil conditions exist on the subject site.* |
| Environmental Conditions | No environmental report has been provided to us. Our on-site inspection of the subject property revealed no obvious or apparent evidence of soil contamination or the presence of toxic or hazardous substances. **We are not environmental engineers and we are not qualified to detect environmental contamination. Our appraisal assumes the subject site is clean with no contamination.** *We recommend consulting with a qualified environmental engineer to determine whether environmental contamination exists on the subject site.* |

| | |
|---|---|
| Easements and Encumbrances | A preliminary title report was not provided to the appraisers. We are not aware of any easements or encumbrances impacting the subject other than those imposed by local government and quasi-government agencies for public utilities, rights-of-way, etc. ***Our appraisal assumes the subject to be free and clear of any negative easements, restrictions, and encumbrances impacting the subject site.*** |

**A Plat Map is included on the following page.**



CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING



# IMPROVEMENT DESCRIPTION

## Overview

| | |
|---|---|
| Type of Use | Campus Commons Medical Dental Building |
| Year Built | One building: 1973; periodically renovated. |
| Gross Building Area | 36,109 square feet |
| GBA Source | Per owner's representative |
| Net Rentable Area | 36,109 square feet |
| NRA Source | Per owner's representative |
| Building Area Comments | |
| #. of Buildings | One |
| #. of Stories | Three |
| # of Marked Spaces | 201 parking spaces |
| Floor Area Ratio (FAR) | 0.43 |

## Exterior Shell

| | |
|---|---|
| Building Structure | Steel frame & Wood frame |
| Exterior Walls | Wood Frame |
| Exterior Windows | Glass in Metal Frames |
| Roof | Built Up Composition |

## Interior Finish

| | |
|---|---|
| Floors | Carpet and vinyl tile |
| Ceilings | Drywall & suspended ceilings |
| Walls/Partitions | Drywall |
| Lighting | LED, Fluorescent and incandescent lighting fixtures |

## Systems

| | |
|---|---|
| HVAC | HVAC, zoned. |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

| | |
|---|---|
| Plumbing | Adequate |
| Electrical | Adequate |
| Fire Protection | Fire sensors & smoke detectors in each suite |

## Parking

| | |
|---|---|
| Type | Open paved parking area, marked spaces |
| # of Spaces | 201 |
| Parking Ratio | 5.57 spaces per 1,000 sf |

## Site Improvements

There is a parking area with asphalt paving and miscellaneous concrete flat work.

## Appraiser Observations

| | |
|---|---|
| Quality | Good |
| Condition | Good |
| Deferred Maint. | None noted |
| Functional Utility | Conforms with typical market standards |
| General Comments | Overall, the subject is in good condition, as is, and it displays a good level of maintenance. Good functional floor plan. |

## Effective Age/Economic Life Estimate

| | | |
|---|---|---|
| Effective Age | 20 | Years |
| Economic Life | 55 | Years |

| | |
|---|---|
| Physical | 36% |
| Functional | 0% |
| Economic | 0% |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

**Photographs of the Subject Property**



**Front**



**Front**



**Subject**



**Subject**



**Subject**



**Subject**

**Photographs of the Subject Property**



**Subject street view**



**Subject street view**



**Subject street view**



**Subject street view**



**Subject**



**Subject**

**Photographs of the Subject Property (cont'd)**



**Subject**



**Subject**



**Subject**



**Subject**



**Subject**



**Subject**

**Real Estate Taxes**

Current property tax information is shown below.

APN 295-0384-001

## Tax Information

| | | | |
|---|---|---|---|
| Assessed Year: | 2025 | Assessed Value: | $7,939,430 |
| Tax Year: | 2024 | Land Value: | $1,560,600 |
| Tax Area: | 03-161 | Improvement Value: | $6,378,830 |
| Property Tax: | $70,020.42 | Improved %: | 80.34% |
| Exemption: | | Delinquent Year: | |

According to California Proposition 13, real estate taxes in California are limited to 1.00% of assessed value plus limited amounts for bonded indebtedness. Properties are reassessed upon sale or transfer of over 50% of the ownership interest, and when significant remodeling or new construction is completed. The new assessed value would be based on the current market value of the property on the date of sale, which typically corresponds with the purchase price paid for the property, or on the date of reassessment.

Since the definition of value for this assignment assumes a sale of the property, our valuation analysis uses a property tax liability based on our appraised value estimate for the subject property as though a sale had occurred.

We assume that all property taxes are paid current.

**Ownership History**

The following table presents the current ownership and recent ownership history of the subject property.

We are not aware of any arm's length sales, listings, escrows or pending sales of the subject property during the past three years.

## Transaction History Report

**2 Scripps Dr, Sacramento, CA 95825-6207**
APN: 295-0384-001-0000

Sacramento County Data as of: 10/08/2025

**Current Owner: Scripps Two LLC**
Vesting: A Limited Liability Company
2017 - Present

 Auction
⚠ PACE Lien

| Date | Type | Amount | Borrower(s) | Lender | Buyer | Seller |
|------|------|--------|-------------|--------|-------|--------|
| 10/06/2025 | Notice Of Sale | | | | Filing Date: 10/06/2025 | |
| | Title: | | Orig. Date: 11/30/2022 | | Doc #: 20251006.557 | |
| | Trustee: First American Title Insurance Company | | Orig. Doc #: 20221130.1168 | | | |
| 05/08/2025 | Notice Of Default | $10,588,541 | | | Filing Date: 05/08/2025 | |
| | Title: | | Orig. Date: 11/30/2022 | | Doc #: 20250508.586 | |
| | Trustee: First American Title Insurance Company | | Orig. Doc #: 20221130.1168 | | | |
| 01/03/2023 | Assignment | | | | Scripps Two LLC | |
| | Orig. Date: 11/30/2022 | | | Previous Lender: Red Oak Capital Holdings Llc | | |
| | Orig. Doc #: 20221130.1168 | | | Doc #: 20230103.456 | | |
| 11/30/2022 | Deed Transfer | $3,575,000 | | | Scripps Two LLC | Morvai I LLC |
| | Sale Date: 11/17/2022 | | Doc Type: Deed Transfer | | Doc #: 20221130.1167 | |
| | Title: Chicago Title Company | | | | | |
| 11/30/2022 | Trust Deed/Mortgage | $9,000,000 | Scripps Two LLC | Red Oak Capital Holdings LLC | | |
| | Loan Type: | | Doc Type: Trust Deed/Mortgage | | Doc #: 20221130.1168 | |
| | Rate Type: Est | | Rate: 6.950 | | Term: | |
| 08/11/2022 | Release | | | | | |
| | Orig. Rec Date: 04/07/2017 | | Orig. Doc #: 20170407.930 | | Doc #: 20220811.500 | |
| 05/02/2017 | Release | | | | | |
| | Orig. Rec Date: 02/14/2014 | | Orig. Doc #: 20140214.635 | | Doc #: 20170502.175 | |
| 04/12/2017 | Release | | | | | |
| | Orig. Rec Date: 10/15/2015 | | Orig. Doc #: 20151015.1182 | | Doc #: 20170412.247 | |
| 04/12/2017 | Release | | | | | |
| | Orig. Rec Date: 10/15/2015 | | Orig. Doc #: 20151015.1183 | | Doc #: 20170412.246 | |
| 04/12/2017 | Release | | | | | |
| | Orig. Rec Date: 10/15/2015 | | Orig. Doc #: 20151015.1184 | | Doc #: 20170412.245 | |
| 04/07/2017 | Deed Transfer | $7,400,000 | | | Morvai I LLC / Lackner Edward 1989 Trust | 2 Scripps DR LLC |
| | Sale Date: 03/30/2017 | | Doc Type: Deed Transfer | | Doc #: 20170407.929 | |
| | Title: Chicago Title Co | | | | | |
| 04/07/2017 | Trust Deed/Mortgage | $3,900,000 | Morvai I LLC / Lackner Edward 1989 Trust | Tri Counties Bank | | |
| | Loan Type: Conventional | | Doc Type: Trust Deed/Mortgage | | Doc #: 20170407.930 | |
| | Rate Type: Estimated | | Rate: 4.160 | | Term: | |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

# HIGHEST AND BEST USE

**Highest and Best Use** is defined as follows:

"*The reasonably probable and legal use of vacant land or an improved property that is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the Highest and Best Use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity.*"

An analysis of **Highest and Best Use** must consider a property **As If Vacant** and **As Currently Improved**.

## Analysis of Land, As If Vacant

*Physically Possible*: The subject site is generally level. No physical impediments were observed that would prevent the subject site from being developed to its Highest and Best Use.

*Legally Permissible*: The zoning of the subject site is for commercial use. Based on the zoning of the subject site, legally permissible uses of the site would include commercial and office use.

*Financially Feasible*: The subject's immediate neighborhood primarily consists of an area of commercial, office and residential uses. The general composition of uses in the subject area is generally consistent with the legally permissible uses as prescribed by local zoning standards. Therefore, if the subject was vacant and suitable for development, it is our opinion that the most financially feasible alternative would appear to be represented by the development of commercial and office use.

*Maximally Productive*: The maximally productive use is that use which provides the greatest return and the most profitable alternative. Physically the subject site would not specifically preclude any type of development. Legally the zoning allows for various types of uses as discussed above. From the legally permissible uses, it is our opinion that financially feasible uses would include hotel/motel. Our analysis indicates that of the financially feasible uses, the maximally productive use of the subject site would be commercial and office use. Therefore, it is our opinion that the **Highest and Best Use, As If Vacant,** of the subject site would be **commercial and office use.**

## Analysis of the Property, As Currently Improved

The analysis of the subject property, As Improved, relies on the same basic criteria outlined in the discussion of Highest and Best Use of the subject site assumed vacant. However, the current discussion focuses on whether the existing improvement program offers any contributory value.

The subject is generally functional for its intended use and is operating successfully. A review of the subject's physical traits did not suggest any specific items or modifications that would need to be completed in order to achieve the subject's Highest and Best Use. Our analysis indicates that the existing improvement program offers substantial contributory value over and above the underlying land value.

Therefore, it is our opinion that the **Highest and Best Use, As Currently Improved** of the subject property, is to **continue the existing use of the property as presently configured**.



# VALUATION TECHNIQUES AND METHODOLOGY

**Valuation Techniques**

Three approaches to value form the foundation for current appraisal theory. These approaches are Cost Approach, Sales Comparison Approach, and Income Capitalization Approach.

**Cost Approach**
This approach is based on the proposition that an informed purchaser would pay no more for a property than the cost of producing a substitute property with the same utility. It is particularly applicable when the subject property involves relatively new improvements that represent the Highest and Best Use of the land, or when relatively unique or specialized improvements are located on the site for which there exist no comparable properties in the market. The Cost Approach is not utilized in this analysis. Market participants do not typically value this type of property utilizing the Cost Approach.

**Sales Comparison Approach**
This is an appraisal procedure in which the market value estimate is predicated upon prices paid in actual market transactions and current listings. The former suggests the lower limit of value in a static or advancing market and suggests the higher limit of value in a declining market. The latter typically the high limit in any market. It is a process of analyzing sales of similar, recently sold properties in order to derive an indication of the most probable sales price of the property being appraised.
The reliability of this technique is dependent upon:
1. Availability of comparable sales data
2. Verification of the sales data, and
**3.** The degree of comparability or extent of adjustment necessary

**Income Capitalization Approach**
This approach is widely applied in appraising income-producing properties. Anticipated present and future income, as well as any future reversions, is discounted to the present value through capitalization. This approach relies upon market data to establish current economic rents and expense levels to arrive at an expected net income.

**Valuation Methodology Used in This Assignment**

Our valuation of the subject property includes the following analyses:
- **Sales Comparison Approach**
- **Income Capitalization Approach -** Direct Capitalization based on Market Rent.

# COST APPROACH

The **Cost Approach** is based on the economic principle of substitution. A cornerstone of this valuation approach is the premise that an informed buyer would not pay more for a property than the cost of acquiring a comparable vacant site and constructing an improvement program of similar utility.

The fundamental steps of the Cost Approach are outlined below:

1. Estimate the value of the site assumed vacant and available for development to its Highest and Best use.

2. Estimate the total reproduction or replacement costs associated with the improvement program. These costs include direct or hard costs such as building materials and labor, as well as indirect or soft costs such as financing charges, real estate taxes during construction, professional fees, carrying charges, etc. Reproduction costs are used when it is necessary to estimate the costs to exactly replicate a building in every detail. Typically, a replacement cost estimate is more appropriate and useful. The replacement cost estimate is based on the expense associated with developing a similar building of equal utility and function.

3. Estimate an appropriate level of entrepreneurial profit. This cost reflects the required return to the developer for assuming the time, coordination, and risk associated with project development. This cost is distinct from contractor's profit and overhead which is incorporated as a direct cost.

4. Add together the total construction costs (i.e.-direct costs, indirect costs, and entrepreneurial profit) associated with development.

5. Subtract any observed levels of depreciation impacting the subject property. Depreciation may stem from physical deterioration, functional obsolescence, or economic obsolescence. The total construction cost adjusted for accrued depreciation yields the Replacement or Reproduction Cost less Depreciation.

6. Add the total depreciated improvement value to the estimated land value to derive the value indicated by the Cost Approach.

The Cost Approach is not utilized in this analysis. Market participants do not typically value this type of property utilizing the Cost Approach.

| Value Conclusion – Cost Approach | |
|---|---|
| **Cost Approach Value Conclusion** | **Not Utilized** |

# SALES COMPARISON APPROACH

The **Sales Comparison Approach** is a method of valuation that compares prices paid for similar properties in an open and free marketplace.

We surveyed the market in the subject area in order to locate comparable sales of similar properties which would aid in forming an opinion of value for the subject property. Our search parameters are summarized below.

| Primary Search Parameters for Comparable Sales | |
|---|---|
| Location | Subject area and surrounding area |
| Sale Date | January 2023 to present |
| Property Type | Medical and Dental Office |
| Size | 5,000 square feet to 20,000 square feet of building area |
| **Method of Analysis** | |
| Price Per Square Foot of Building Area | Our research indicated most investors analyze comparable sales on this basis. |

**Map of Comparable Building Sales**



## SUMMARY OF BUILDING SALES

| Item | Property Name | | Sale Date | Building Area (sf) | Land Area (sf) | Cash Eq. Price |
|---|---|---|---|---|---|---|
| | Street Address | | Document No. | Year Built | Zoning | Price Per SF |
| | City/State | | Source | Investor/Owner Occ. | Parking/1,000 sf | OAR |
| | Assessor's Parcel No(s) | | Corner/Interior | | Site Coverage | |
| **1** | Medical-Dental Office | | In Escrow 10/28/2025 | 11,136 | 37,897 | **$5,058,000** |
| | 3071 Gold Canal Dr | | Asking $5,058,000 | 2006 | OIMU | **$454.20** |
| | Rancho Cordova   CA   95670 | | CoStar/Public Record | Investor | 4.50 | 5.35% |
| | 072-0460-011 | | Interior | | 29% | |
| | Buyer:   In Escrow | | | Seller: | Malli Family Revocable Trust | |
| **2** | Medical-Dental Office | | August 29, 2025 | 19,559 | 74,487 | **$9,750,000** |
| | 4320 Auburn Blvd | | 1203 | 1984 | GC | **$498.49** |
| | Sacramento   CA   95841 | | CoStar/Public Record | Investor | 4.00 | N/A |
| | 240-0212-034 | | Interior | | 26% | |
| | Buyer:   CCI Sacramento, LLC | | | Seller: | Mustlo, LLC | |
| **3** | Medical-Dental Office | | May 6, 2025 | 12,695 | 49,222 | **$5,450,000** |
| | 9250 Big Horn Blvd | | 796 | 2019 | MP | **$429.30** |
| | Elk Grove   CA   95758 | | CoStar/Public Record | Investor | 4.02 | N/A |
| | 116-0330-057 | | Interior | | 26% | |
| | Buyer:   EG9250BH Partners | | | Seller: | 9250 Big Horn Holdings Inc | |
| **4** | Medical-Dental Office | | January 15, 2025 | 3,453 | 6,795 | **$1,500,000** |
| | 2170 E Bidwell St | | 932 | 2005 | BP-PD | **$434.40** |
| | Folsom   CA   95630 | | CoStar/Public Record | Investor | 3.48 | N/A |
| | 072-2700-005 | | Interior | | 51% | |
| | Buyer:   HHC Properties, LLC | | | Seller: | Garg Trust | |
| **5** | Medical-Dental Office | | September 13, 2024 | 6,937 | 29,272 | **$3,250,000** |
| | 9309 Office Park Circle | | 915 | 2004 | MP | **$468.50** |
| | Elk Grove   CA   95758 | | CoStar/Public Record | Investor | 6.49 | 6.92% |
| | 116-0860-043 | | Interior | | 24% | |
| | Buyer:   Rajalaxmi, LLC | | | Seller: | Endodontic Associates | |

**Photographs of Comparable Sales from CoStar**



**Sale Number One**



**Sale Number Two**



**Sale Number Three**



**Sale Number Four**



**Sale Number Five**

**Analysis of Comparable Building Sales**

All of the comparable improved properties are located within the subject's general and broader market area. They were chosen because of their location, size, number of tenants, time of sale, utility and economic potential based on the nature of the subject property.

In analyzing the market data, we gave consideration to the features of comparison deemed most important in the subject market. These include rights conveyed, condition of sale, market conditions as the time of sale, location, highest and best use potential and other factors deemed relevant.

Below is a matrix that displays each of the adjustments deemed necessary to reach an opinion of value for the subject property. The adjustments applied are not necessarily representative of paired-data analysis and are not intended to be viewed in a precise or absolute context. Rather, they are intended to offer general insight with regard to the order of magnitude afforded each of the adjustment categories, as determined by the appraisers by virtue of our investigations into the subject marketplace.

## BUILDING SALES ADJUSTMENT MATRIX

| | SUBJECT | ONE | TWO | THREE | FOUR | FIVE |
|---|---|---|---|---|---|---|
| Sale Price | N/A | $5,058,000 | $9,750,000 | $5,450,000 | $1,500,000 | $3,250,000 |
| Building Area (sf) | 35,589 | 11,136 | 19,559 | 12,695 | 3,453 | 6,937 |
| $ psf | N/A | $454.20 | $498.49 | $429.30 | $434.40 | $468.50 |
| Rights Conveyed Investor/Owner User | Leased Fee Investor | | | | | |
| Adjusted $ psf | N/A | $454.20 | $498.49 | $429.30 | $434.40 | $468.50 |
| Financing Terms | Conventional | | | | | |
| Adjusted $ psf | N/A | $454.20 | $498.49 | $429.30 | $434.40 | $468.50 |
| Condition of Sale | Conventional | | | | | |
| Adjusted $ psf | N/A | $454.20 | $498.49 | $429.30 | $434.40 | $468.50 |
| Δ In Market Conditions | October-25 | | | | | |
| Adjusted $ psf | N/A | $454.20 | $498.49 | $429.30 | $434.40 | $468.50 |
| General Location | Sacramento Campus Commons | 5% | 2% | | | |
| Specific Location | Corner | 5% | 5% | 5% | 5% | 5% |
| Building Area (sf) | 35,589 | -5% | -2% | -5% | -7% | -7% |
| Quality | Good | | | | | |
| Conditon | Good | | | | | |
| Elevator | Yes | | | | | |
| Parking Spaces/1,000 sf | 6.16 | 5% | 5% | 5% | 6% | -1% |
| Other | N/A | | | | | |
| Subtotal of Adjustments | N/A | 10% | 10% | 5% | 4% | -3% |
| FINAL INDICATORS | N/A | $499.62 | $548.34 | $450.77 | $451.78 | $454.45 |

CR CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Valuation Analysis

Our analysis of the comparable sales considers features of comparison that a knowledgeable buyer in the subject marketplace would consider. The adjustments applied are not based on paired-data analysis and they are not intended to be viewed in a precise or absolute context. Rather, they are intended to offer general insight with regard to the order of magnitude afforded each of the adjustment categories, based on our research in the subject marketplace.

### Market Conditions (Time)

Based on the preceding CoStar and other research, we estimate a relatively stable market since January 2024. The comparable sales do not require adjustment for time of sale.

### Discussion of Comparable Sales

**Sale No. 1 - 3071 Gold Canal Drive, Rancho Cordova, CA 95670**

This is a recent purchase of a 2006-built, Class D - Wood Frame, office building. This building is 11,136 sf. This building was reportedly in good overall condition at the time of sale. The transaction was reportedly all cash to the seller. The cap rate was reported at 5.35%. After adjustments, the sale indicates a value for the subject of $499.62 per square foot of building area.

**Sale No. 2 - 4320 Auburn Blvd., Sacramento, CA 95841**

This is a recent purchase of a 1984-built, Class D - Wood Frame, office building. This building is 19,559 sf. This building was reportedly in good overall condition at the time of sale. The transaction was reportedly all cash to the seller. After adjustments, the sale indicates a value for the subject of $548.34 per square foot of building area.

**Sale No. 3 - 9250 Big Horn Blvd., Elk Gove, CA 95758**

This is a recent purchase of a 2019-built, Class D - Wood Frame, office building. This building is 12,695 sf. This building was reportedly in good overall condition at the time of sale. The transaction was reportedly all cash to the seller. After adjustments, the sale indicates a value for the subject of $450.77 per square foot of building area.

**Sale No. 4 - 2170 E. Bidwell Street, Folsom, CA 95630**

This is a recent purchase of a 2005-built, Class D - Wood Frame, office building. This building is 3,453 sf. This building was reportedly in good overall condition at the time of sale. The transaction was reportedly all cash to the seller. After adjustments, the sale indicates a value for the subject of $451.78 per square foot of building area.

**Sale No. 5 - 9309 Office Park Circle, Elk Gove, CA 95758**

This is a recent purchase of a 2004-built, Class D - Wood Frame, office building. This building is 6,937 sf. This building was reportedly in good overall condition at the time of sale. The transaction was reportedly



**all cash to the seller. The cap rate was reported at 6.92%. After adjustments, the sale indicates a value for the subject of $454.45 per square foot of building area.**

**Conclusion**

The subject property is located near businesses, commercial areas, shopping centers, schools and universities. It is also proximate to freeway access and employment. The price per square foot of building area is an indicator of value used to analyze the physical aspects of the comparable sales. Differences in location, size and conditions of sale will cause variances in this measure. A summary of the analyzed data is provided below:

| BUILDING VALUE ARRAY | | |
|---|---|---|
| **Sale Number** | **Overall Comparison** | **Adjusted $/SF** |
| **2** | **Superior** | **$548.34** |
| **5** | **Superior** | **$499.62** |
| | **SUBJECT** | |
| **3** | **Inferior** | **$454.45** |
| **1** | **Inferior** | **$451.78** |
| **6** | **Inferior** | **$450.77** |

The comparable improved sales data reported indicate an adjusted range as illustrated above. The average sale price was $480.99 per square foot of building area. The median sale price was $454.45 per square foot of building area. Based on the subject's location, quality, age of improvements and other characteristics, it is considered that the value range for the subject would reflect a more narrowed range of per unit value within the adjusted comparable range, or **$470 to $490 per square foot of building area**.

In our opinion, the subject's design, quality, condition, and location warrant the unit value to be applied to the subject property as follows:

| Building SF | x | Unit Value | = | Market Value |
|---|---|---|---|---|
| 35,589 | x | $480.00 | = | **$17,082,720** |
| **Indicated Value - Sales Comparison (Rounded)** | | | **=** | **$17,080,000** |

Therefore, is our opinion that the indicated market value for the subject property based on the **Sales Comparison Approach** is concluded as follows**.**

| Value Conclusion – Sales Comparison Approach | |
|---|---|
| **Value Conclusion** | **$17,080,000** |



# INCOME CAPITALIZATION APPROACH

The **Income Capitalization Approach** considers the subject property's income potential. The two primary methods used to measure the present value of an income stream are Direct Capitalization and Discounted Cash Flow.

Direct Capitalization derives a value by capitalizing a single year's projected net income. The appraiser must first estimate the subject's Potential Gross Income based on a survey of comparable rentals. Allowances are made for projected losses in income due to vacancy and collection. The residual income is the Effective Gross Income, which is further adjusted for operating expenses to arrive at an estimated Net Operating Income. Finally, using a capitalization rate indicated by comparable sales or constructed through a Mortgage-Equity analysis, we capitalize the Net Operating Income to arrive at a value conclusion.

Discounted Cash Flow analysis is most commonly used for larger, multi-tenant properties, where existing lease terms and market lease terms must be considered over the projected investment horizon, or in properties where future income is projected to be variable.

Our research indicates that market participants for properties similar to the subject typically rely on:

- **Direct Capitalization analysis**

Therefore, this will be the basis of our valuation analysis.

## Market Rent Analysis

We surveyed the subject's market area to find comparable rentals that could help us estimate the current range of market rent for space similar to the subject. Our search parameters are summarized below.

| Primary Search Parameters for Comparable Rentals | |
|---|---|
| Location | Subject area and surrounding area |
| Lease Date | Active Listings & Recent Leases |
| Type of Space | Commercial |
| Method of Analysis | |
| Rent Per Square Foot | Our research indicated most landlords and tenants analyze the rental market on this basis. |

COMPARABLE RENT MAP



## Lease Comps Summary

| | | | 2 Scripps Dr |
|---|---|---|---|
| **Deals** | **Gross Asking Rent Per SF** | **Gross Starting Rent Per SF** | **Avg. Months On Market** |
| 18 | $30.52 | - | 11 |

**LEASE COMPARABLES**

### SUMMARY STATISTICS

| Rent | Deals | Low | Average | Median | High |
|---|---|---|---|---|---|
| Gross Asking Rent Per SF | 18 | $16.96 | $30.52 | $31.20 | $39.00 |
| Gross Starting Rent Per SF | - | - | - | - | - |
| Gross Effective Rent Per SF | - | - | - | - | - |
| Asking Rent Discount | - | - | - | - | - |
| TI Allowance | - | - | - | - | - |
| Months Free Rent | - | - | - | - | - |

| Lease Attributes | Deals | Low | Average | Median | High |
|---|---|---|---|---|---|
| Months on Market | 18 | 1 | 11 | 6 | 31 |
| Deal Size | 18 | 283 | 1,825 | 1,466 | 5,700 |
| Deal in Months | 3 | 12.0 | 24.0 | 24.0 | 36.0 |
| Floor Number | 18 | 1 | PR | 2 | 3 |

**The subject is marked by the red arrow.**

CURTIS-ROSENTHAL, Inc.
REAL ESTATE APPRAISAL & CONSULTING

**Comparable Rents**

| Property Name - Address | Rating | SF Leased | Floor | Sign Date | Type | Rent |
|---|---|---|---|---|---|---|
| **555 University Ave** | ★★★☆☆ | 1,736 | 2nd | 10/28/2025 | New Lease | $23.40 |
| **South Bldg** 100 Howe Ave | ★★★★☆ | 1,994 | 2nd | 10/28/2025 | New Lease | $31.20/fs |
| **Buildings 100-200** 2277 Fair Oaks Blvd | ★★★☆☆ | 1,573 | 1st | 10/1/2025 | New Lease | $33.00/fs |
| **1111 Howe Ave** | ★★★☆☆ | 853 | 1st | 9/30/2025 | New Lease | $17.88/fs |
| **North Bldg** 100 Howe Ave | ★★★★☆ | 3,264 | 2nd | 8/25/2025 | New Lease | $31.20 |
| **North Bldg** 100 Howe Ave | ★★★★☆ | 2,059 | 2nd | 8/25/2025 | New Lease | $31.20 |
| **455 University Ave** | ★★★★☆ | 470 | 1st | 8/15/2025 | New Lease | $33.00/fs |
| **601 University Ave** | ★★★★☆ | 1,087 | 1st | 8/15/2025 | New Lease | $33.00/fs |
| **655 University Ave** | ★★★★☆ | 2,461 | 2nd | 8/15/2025 | New Lease | $33.00/fs |
| **Building 100 & 200** 900 Fulton Ave | ★★★★☆ | 283 | 1st | 7/15/2025 | New Lease | $16.96 |
| **Buildings 100-200** 2277 Fair Oaks Blvd | ★★★★☆ | 1,025 | 1st | 6/24/2025 | New Lease | $33.00/fs |
| **Campus Commons Medi...** 1 Scripps Dr | ★★☆☆☆ | 1,359 | 3rd | 5/26/2025 | New Lease | $30.00/fs |
| **Campus Commons** 333 University Ave | ★★★★☆ | 567 | 2nd | 5/26/2025 | New Lease | $38.40/fs |
| **Campus Commons Medi...** 1 Scripps Dr | ★★☆☆☆ | 910 | 1st | 5/7/2025 | New Lease | $30.00/fs |
| **North Bldg** 100 Howe Ave | ★★★★☆ | 3,349 | 2nd | 4/29/2025 | New Lease | $31.20/fs |
| **87 Scripps Dr** | ★★☆☆☆ | 2,975 | 2nd | 4/23/2025 | New Lease | $28.20/fs |
| **Campus Commons** 333 University Ave | ★★★★☆ | 1,185 | 2nd | 4/8/2025 | New Lease | $39.00/fs |
| **North Bldg** 100 Howe Ave | ★★★★☆ | 5,700 | 2nd | 4/3/2025 | New Lease | $30.00/fs |

## Lease Comps Details


**2 Scripps Dr**

 **555 University Ave**
Sacramento, CA 95825 - Campus Commons Submarket

★★★☆☆



### LEASE

| | |
|---|---|
| SF Leased: | **1,736 SF** |
| Sign Date: | **Oct 2025** |
| Space Use: | **Office** |
| Lease Type: | **Sublease** |
| Floor: | **2nd Floor** |
| Suite: | **294** |

### LEASE TERM

| | |
|---|---|
| Start Date: | **Nov 2025** |

### TIME ON MARKET

| | |
|---|---|
| Date On Market: | **Feb 2025** |
| Date Off Market: | **Oct 2025** |
| Months on Market: | **9 Months** |

### LEASING REP

**Kidder Mathews**
701 University Ave, Suite 220
Sacramento, CA 95825-6700
Kevin Sheehan (916) 751-3601
Tyler Boyd (916) 751-3625

### RENTS

| | |
|---|---|
| Asking Rent: | **$23.40** |

### CONCESSIONS AND BUILDOUT

| | |
|---|---|
| Buildout: | **Standard Office** |
| Buildout Status: | **Full Build-Out** |
| Space Condition: | **Excellent** |

### TIME VACANT

| | |
|---|---|
| Date Vacated: | **Feb 2025** |
| Date Occupied: | **Nov 2025** |
| Months Vacant: | **9 Months** |



### MARKET AT LEASE

| Vacancy Rates | 2025 Q4 | YOY | |
|---|---|---|---|
| Current Building | 7.2% | ▲ | 1.6% |
| Submarket 2-4 Star | 8.7% | ▼ | -3.3% |
| Market Overall | 11.3% | ▲ | 0.4% |

| Same Store Asking Rent/SF | 2025 Q4 | YOY | |
|---|---|---|---|
| Current Building | $27.97 | ▼ | -0.5% |
| Submarket 2-4 Star | $28.01 | ▲ | 1.3% |
| Market Overall | $27.67 | ▲ | 0.7% |

| Submarket Leasing Activity | 2025 Q4 | YOY | |
|---|---|---|---|
| 12 Mo. Leased SF | 84,939 | ▼ | -8.3% |
| Months On Market | 12.8 | ▼ | -2.7 |

### PROPERTY

| | | | |
|---|---|---|---|
| Property Type: | **Office** | Rentable Area: | **60,038 SF** |
| Status: | **Built 1976** | Stories: | **2** |
| Tenancy: | **Multi** | Floor Size: | **30,019 SF** |
| Class: | **C** | Vacancy at Lease: | **7.2%** |
| Parking: | **116 Surface Spaces…** | Land Acres: | **3.88** |



## Lease Comps Details

### 2 · 100 Howe Ave - South Bldg
Sacramento, CA 95825 - Campus Commons Submarket

★ ★ ★ ☆ ☆





**LEASE**

| | |
|---|---|
| SF Leased: | 1,994 SF |
| Sign Date: | Oct 2025 |
| Space Use: | Office |
| Lease Type: | Direct |
| Floor: | 2nd Floor |
| Suite: | 210 |

**RENTS**

| | |
|---|---|
| Asking Rent: | $31.20/FS |

**CONCESSIONS AND BUILDOUT**

| | |
|---|---|
| Buildout: | Standard Office |
| Buildout Status: | Full Build-Out |
| Space Condition: | Average |

**LEASE TERM**

| | |
|---|---|
| Start Date: | Nov 2025 |

**TIME ON MARKET**

| | |
|---|---|
| Date On Market: | Dec 2023 |
| Date Off Market: | Oct 2025 |
| Months on Market: | 23 Months |

**TIME VACANT**

| | |
|---|---|
| Date Vacated: | Dec 2023 |
| Date Occupied: | Nov 2025 |
| Months Vacant: | 23 Months |

**LEASING REP**

Newmark
980 9th St, Suite 2500
Sacramento, CA 95814-2719
Kirk Lange (916) 569-2331
Todd Eschelman, SIOR (916) 569-2347
Wills Vlasek (916) 569-2327

**MARKET AT LEASE**

| Vacancy Rates | 2025 Q4 | YOY |
|---|---|---|
| Current Building | 9.0% | ▲ 5.9% |
| Submarket 2-4 Star | 8.7% | ▼ -3.3% |
| Market Overall | 11.3% | ▲ 0.4% |

| Same Store Asking Rent/SF | 2025 Q4 | YOY |
|---|---|---|
| Current Building | $27.81 | ▼ -0.2% |
| Submarket 2-4 Star | $28.01 | ▲ 1.3% |
| Market Overall | $27.67 | ▲ 0.7% |

| Submarket Leasing Activity | 2025 Q4 | YOY |
|---|---|---|
| 12 Mo. Leased SF | 84,939 | ▼ -8.3% |
| Months On Market | 12.8 | ▼ -2.7 |

**PROPERTY**

| | | | |
|---|---|---|---|
| Property Type: | Office | Rentable Area: | 65,192 SF |
| Status: | Built 1981 | Stories: | 2 |
| Tenancy: | Multi | Floor Size: | 32,596 SF |
| Class: | C | Vacancy at Lease: | 9.0% |
| Parking: | 100 Surface Spaces... | Land Acres: | 5.55 |

CR CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Lease Comps Details

### 2277 Fair Oaks Blvd - Buildings 100-200
Sacramento, CA 95825 - Howe Ave/Fulton Ave/Watt Ave Submarket

★★★☆☆



**LEASE**

| | |
|---|---|
| SF Leased: | **1,573 SF** |
| Sign Date: | **Oct 2025** |
| Space Use: | **Office** |
| Lease Type: | **Direct** |
| Floor: | **1st Floor** |
| Suite: | **195** |

**RENTS**

| | |
|---|---|
| Asking Rent: | **$33.00/FS** |

**LEASE TERM**

| | |
|---|---|
| Start Date: | **Oct 2025** |

**TIME ON MARKET**

| | |
|---|---|
| Date On Market: | **Feb 2025** |
| Date Off Market: | **Oct 2025** |
| Months on Market: | **8 Months** |

**TIME VACANT**

| | |
|---|---|
| Date Vacated: | **Feb 2025** |
| Date Occupied: | **Oct 2025** |
| Months Vacant: | **8 Months** |

**LEASING REP**

**Cushman & Wakefield**
1 Capitol Mall, Suite 650
Sacramento, CA 95814-3229
Sean Mullen (916) 288-4811
Kris Kalmbach (916) 288-4421

**MARKET AT LEASE**

| Vacancy Rates | 2025 Q4 | YOY | |
|---|---|---|---|
| Current Building | 29.5% | ▲ | 5.5% |
| Submarket 2-4 Star | 12.3% | ↔ | 0.0% |
| Market Overall | 11.3% | ▲ | 0.4% |

| Same Store Asking Rent/SF | 2025 Q4 | YOY | |
|---|---|---|---|
| Current Building | $26.35 | ▼ | -0.2% |
| Submarket 2-4 Star | $23.39 | ▲ | 1.9% |
| Market Overall | $27.67 | ▲ | 0.7% |

| Submarket Leasing Activity | 2025 Q4 | YOY | |
|---|---|---|---|
| 12 Mo. Leased SF | 131,568 | ▼ | -6.4% |
| Months On Market | 20.1 | ▲ | 2.5 |

**PROPERTY**

| | | | |
|---|---|---|---|
| Property Type: | **Office** | Rentable Area: | **17,000 SF** |
| Status: | **Built 1987** | Stories: | **2** |
| Tenancy: | **Multi** | Floor Size: | **8,500 SF** |
| Class: | **B** | Vacancy at Lease: | **29.5%** |
| Parking: | **82 Surface Spaces a…** | Land Acres: | **3.42** |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Lease Comps Details


2 Scripps Dr


### 1111 Howe Ave
Sacramento, CA 95825 - Howe Ave/Fulton Ave/Watt Ave Submarket

★ ★ ★ ☆ ☆





**TENANT**

| | |
|---|---|
| Tenant Name: | American Immersion Theater |
| Industry: | Arts, Entertainment, and Recreation |
| NAICS: | Theater Companies and Dinner Theaters - 711110 |

**LEASE**

| | |
|---|---|
| SF Leased: | 853 SF |
| Sign Date: | Sep 2025 |
| Space Use: | Office |
| Lease Type: | Direct |
| Floor: | 1st Floor |
| Suite: | 482 |

**RENTS**

| | |
|---|---|
| Asking Rent: | $17.88/FS |

**CONCESSIONS AND BUILDOUT**

| | |
|---|---|
| Buildout: | Standard Office |
| Buildout Status: | Full Build-Out |
| Space Condition: | Average |

**LEASE TERM**

| | |
|---|---|
| Start Date: | Oct 2025 |
| Expiration Date: | Oct 2027 |
| Lease Term: | 2 Years |

**TIME ON MARKET**

| | |
|---|---|
| Date On Market: | Jan 2024 |
| Date Off Market: | Oct 2025 |
| Months on Market: | 21 Months |

**TIME VACANT**

| | |
|---|---|
| Date Vacated: | Jul 2024 |
| Date Occupied: | Oct 2025 |
| Months Vacant: | 15 Months |

### MARKET AT LEASE

| Vacancy Rates | 2025 Q3 | YOY |
|---|---|---|
| Current Building | 28.3% | ▼ -3.8% |
| Submarket 2-4 Star | 12.4% | ▲ 0.1% |
| Market Overall | 11.2% | ▲ 0.3% |

| Same Store Asking Rent/SF | 2025 Q3 | YOY |
|---|---|---|
| Current Building | $22.27 | ▲ 5.7% |
| Submarket 2-4 Star | $23.34 | ▲ 1.8% |
| Market Overall | $27.66 | ▲ 0.7% |

| Submarket Leasing Activity | 2025 Q3 | YOY |
|---|---|---|
| 12 Mo. Leased SF | 170,826 | ▲ 105.8% |
| Months On Market | 19.7 | ▲ 4.3 |

**LEASING REP**

**Ethan Conrad Properties**
1300 National Dr, Suite 100
Sacramento, CA 95834-1947
Todd Newburn (916) 779-1000
Sandra E. Rodriguez (916) 779-1000

**PROPERTY**

| | | | |
|---|---|---|---|
| Property Type: | Office | Rentable Area: | 103,737 SF |
| Status: | Built 1975 | Stories: | 2 |
| Tenancy: | Multi | Floor Size: | 52,521 SF |
| Class: | B | Vacancy at Lease: | 28.3% |
| Parking: | 530 Surface Spaces... | Land Acres: | 3.64 |



## Lease Comps Details

**2 Scripps Dr**

 ### 100 Howe Ave - North Bldg
Sacramento, CA 95825 - Campus Commons Submarket

★ ★ ★ ☆ ☆





**LEASE**

| | |
|---|---|
| SF Leased: | **3,264 SF** |
| Sign Date: | **Aug 2025** |
| Space Use: | **Office** |
| Lease Type: | **Direct** |
| Floor: | **2nd Floor** |
| Suite: | **260** |

**RENTS**

| | |
|---|---|
| Asking Rent: | **$31.20** |

**CONCESSIONS AND BUILDOUT**

| | |
|---|---|
| Buildout: | **Standard Office** |
| Buildout Status: | **Full Build-Out** |
| Space Condition: | **Average** |

**LEASE TERM**

| | |
|---|---|
| Start Date: | **Sep 2025** |

**TIME ON MARKET**

| | |
|---|---|
| Date On Market: | **Mar 2025** |
| Date Off Market: | **Aug 2025** |
| Months on Market: | **6 Months** |

**TIME VACANT**

| | |
|---|---|
| Date Vacated: | **Mar 2025** |
| Date Occupied: | **Sep 2025** |
| Months Vacant: | **6 Months** |

**MARKET AT LEASE**

| Vacancy Rates | 2025 Q3 | YOY |
|---|---|---|
| Current Building | 22.3% | ▲ 6.5% |
| Submarket 2-4 Star | 8.7% | ▼ -4.4% |
| Market Overall | 11.2% | ▲ 0.3% |

| Same Store Asking Rent/SF | 2025 Q3 | YOY |
|---|---|---|
| Current Building | $28.91 | ▲ 4.4% |
| Submarket 2-4 Star | $28.01 | ▲ 1.4% |
| Market Overall | $27.66 | ▲ 0.7% |

| Submarket Leasing Activity | 2025 Q3 | YOY |
|---|---|---|
| 12 Mo. Leased SF | 103,667 | ▲ 87.5% |
| Months On Market | 14.9 | ▲ 0.3 |

**LEASING REP**

**Newmark**
980 9th St, Suite 2500
Sacramento, CA 95814-2719
Kirk Lange (916) 569-2331
Todd Eschelman, SIOR (916) 569-2347
Wills Vlasek (916) 569-2327

**PROPERTY**

| | | | |
|---|---|---|---|
| Property Type: | **Office** | Rentable Area: | **65,192 SF** |
| Status: | **Built 1981** | Stories: | **2** |
| Tenancy: | **Multi** | Floor Size: | **32,596 SF** |
| Class: | **B** | Vacancy at Lease: | **22.3%** |
| Parking: | **519 Surface Spaces...** | Land Acres: | **5.55** |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Lease Comps Details



 **455 University Ave**
Sacramento, CA 95825 - Campus Commons Submarket

★★★☆☆





| LEASE | | RENTS | |
|---|---|---|---|
| SF Leased: | **470 SF** | Asking Rent: | **$33.00/FS** |
| Sign Date: | **Aug 2025** | | |
| Space Use: | **Office** | | |
| Lease Type: | **Direct** | | |
| Floor: | **1st Floor** | | |
| Suite: | **230** | | |

**LEASE TERM**

| | |
|---|---|
| Start Date: | **Sep 2025** |

| TIME ON MARKET | | TIME VACANT | |
|---|---|---|---|
| Date On Market: | **Feb 2025** | Date Vacated: | **Feb 2025** |
| Date Off Market: | **Sep 2025** | Date Occupied: | **Sep 2025** |
| Months on Market: | **6 Months** | Months Vacant: | **7 Months** |

**LEASING REP**

**Kidder Mathews**

701 University Ave, Suite 220
Sacramento, CA 95825-6700
Kevin Sheehan (916) 751-3601
Tyler Boyd (916) 751-3625

**MARKET AT LEASE**

| Vacancy Rates | 2025 Q3 | YOY | |
|---|---|---|---|
| Current Building | 1.5% | ▲ | 1.5% |
| Submarket 2-4 Star | 8.7% | ▼ | -4.4% |
| Market Overall | 11.2% | ▲ | 0.3% |

| Same Store Asking Rent/SF | 2025 Q3 | YOY | |
|---|---|---|---|
| Current Building | $26.57 | ▲ | 0.6% |
| Submarket 2-4 Star | $28.01 | ▲ | 1.4% |
| Market Overall | $27.66 | ▲ | 0.7% |

| Submarket Leasing Activity | 2025 Q3 | YOY | |
|---|---|---|---|
| 12 Mo. Leased SF | 103,667 | ▲ | 87.5% |
| Months On Market | 14.9 | ▲ | 0.3 |

**PROPERTY**

| Property Type: | **Office** | Rentable Area: | **31,796 SF** |
|---|---|---|---|
| Status: | **Built 1971** | Stories: | **1** |
| Tenancy: | **Multi** | Floor Size: | **31,796 SF** |
| Class: | **C** | Vacancy at Lease: | **1.5%** |
| Parking: | **110 Surface Spaces...** | Land Acres: | **2.56** |



## Lease Comps Details



**2 Scripps Dr**

### 601 University Ave
Sacramento, CA 95825 - Campus Commons Submarket

★ ★ ★ ☆ ☆





**LEASE**

| | |
|---|---|
| SF Leased: | **1,087 SF** |
| Sign Date: | **Aug 2025** |
| Space Use: | **Office** |
| Lease Type: | **Direct** |
| Floor: | **1st Floor** |
| Suite: | **124** |

**RENTS**

| | |
|---|---|
| Asking Rent: | **$33.00/FS** |

**LEASE TERM**

| | |
|---|---|
| Start Date: | **Sep 2025** |

**TIME ON MARKET**

| | |
|---|---|
| Date On Market: | **Feb 2025** |
| Date Off Market: | **Sep 2025** |
| Months on Market: | **6 Months** |

**TIME VACANT**

| | |
|---|---|
| Date Occupied: | **Sep 2025** |

**LEASING REP**

**Kidder Mathews**
701 University Ave, Suite 220
Sacramento, CA 95825-6700
Kevin Sheehan (916) 751-3601
Tyler Boyd (916) 751-3625

**MARKET AT LEASE**

| Vacancy Rates | 2025 Q3 | YOY |
|---|---|---|
| Current Building | 0.0% | ▼ -8.3% |
| Submarket 2-4 Star | 8.7% | ▼ -4.4% |
| Market Overall | 11.2% | ▲ 0.3% |

| Same Store Asking Rent/SF | 2025 Q3 | YOY |
|---|---|---|
| Current Building | $27.75 | ▼ -1.6% |
| Submarket 2-4 Star | $28.01 | ▲ 1.4% |
| Market Overall | $27.66 | ▲ 0.7% |

| Submarket Leasing Activity | 2025 Q3 | YOY |
|---|---|---|
| 12 Mo. Leased SF | 103,667 | ▲ 87.5% |
| Months On Market | 14.9 | ▲ 0.3 |

**PROPERTY**

| | | | |
|---|---|---|---|
| Property Type: | **Office** | Rentable Area: | **70,594 SF** |
| Status: | **Built 1978** | Stories: | **2** |
| Tenancy: | **Multi** | Floor Size: | **35,297 SF** |
| Class: | **C** | Vacancy at Lease: | **0.0%** |
| Parking: | **410 Surface Spaces...** | Land Acres: | **4.21** |


CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Lease Comps Details



### 655 University Ave
Sacramento, CA 95825 - Campus Commons Submarket

★ ★ ★ ☆ ☆





**LEASE**

| | |
|---|---|
| SF Leased: | **2,461 SF** |
| Sign Date: | **Aug 2025** |
| Space Use: | **Office** |
| Lease Type: | **Direct** |
| Floor: | **2nd Floor** |
| Suite: | **205, 210** |

**RENTS**

| | |
|---|---|
| Asking Rent: | **$33.00/FS** |

**LEASE TERM**

| | |
|---|---|
| Start Date: | **Sep 2025** |

**TIME ON MARKET**

| | |
|---|---|
| Date On Market: | **Feb 2025** |
| Date Off Market: | **Sep 2025** |
| Months on Market: | **6 Months** |

**TIME VACANT**

| | |
|---|---|
| Date Occupied: | **Sep 2025** |

**LEASING REP**

**Kidder Mathews**
701 University Ave, Suite 220
Sacramento, CA 95825-6700
Kevin Sheehan (916) 751-3601
Tyler Boyd (916) 751-3625

**MARKET AT LEASE**

| Vacancy Rates | 2025 Q3 | YOY |
|---|---|---|
| Current Building | 0.0% | ▼ -12.0% |
| Submarket 2-4 Star | 8.7% | ▼ -4.4% |
| Market Overall | 11.2% | ▲ 0.3% |

| Same Store Asking Rent/SF | 2025 Q3 | YOY |
|---|---|---|
| Current Building | $28.76 | ▼ -0.1% |
| Submarket 2-4 Star | $28.01 | ▲ 1.4% |
| Market Overall | $27.66 | ▲ 0.7% |

| Submarket Leasing Activity | 2025 Q3 | YOY |
|---|---|---|
| 12 Mo. Leased SF | 103,667 | ▲ 87.5% |
| Months On Market | 14.9 | ▲ 0.3 |

**PROPERTY**

| | | | |
|---|---|---|---|
| Property Type: | **Office** | Rentable Area: | **45,463 SF** |
| Status: | **Built 1979** | Stories: | **2** |
| Tenancy: | **Multi** | Floor Size: | **22,731 SF** |
| Class: | **C** | Vacancy at Lease: | **0.0%** |
| Parking: | **153 Surface Spaces…** | Land Acres: | **2.28** |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Lease Comps Details



### 900 Fulton Ave - Building 100 & 200
Sacramento, CA 95825 - Howe Ave/Fulton Ave/Watt Ave Submarket

★ ★ ★ ☆ ☆



**LEASE**

| | |
|---|---|
| SF Leased: | 283 SF |
| Sign Date: | Jul 2025 |
| Space Use: | Office |
| Lease Type: | Direct |
| Floor: | 1st Floor |
| Suite: | 130-3 |

**RENTS**

| | |
|---|---|
| Asking Rent: | $16.96 |

**CONCESSIONS AND BUILDOUT**

| | |
|---|---|
| Buildout Status: | Full Build-Out |
| Space Condition: | Average |

**LEASE TERM**

| | |
|---|---|
| Start Date: | Aug 2025 |
| Expiration Date: | Aug 2026 |
| Lease Term: | 1 Year |

**TIME ON MARKET**

| | |
|---|---|
| Date On Market: | Jul 2025 |
| Date Off Market: | Jul 2025 |
| Months on Market: | 1 Months |

**TIME VACANT**

| | |
|---|---|
| Date Vacated: | Jul 2025 |
| Date Occupied: | Aug 2025 |
| Months Vacant: | 25 Days |

**LEASING REP**

**Applegate Properties**
4804 Brompton Ct
Carmichael, CA 95608
Bud Applegate (916) 802-5200

**MARKET AT LEASE**

| Vacancy Rates | 2025 Q3 | YOY | |
|---|---|---|---|
| Current Building | 0.0% | ⟷ | 0.0% |
| Submarket 2-4 Star | 12.4% | ▲ | 0.1% |
| Market Overall | 11.2% | ▲ | 0.3% |

| Same Store Asking Rent/SF | 2025 Q3 | YOY | |
|---|---|---|---|
| Current Building | $21.17 | ▼ | -0.2% |
| Submarket 2-4 Star | $23.34 | ▲ | 1.8% |
| Market Overall | $27.66 | ▲ | 0.7% |

| Submarket Leasing Activity | 2025 Q3 | YOY | |
|---|---|---|---|
| 12 Mo. Leased SF | 170,826 | ▲ | 105.8% |
| Months On Market | 19.7 | ▲ | 4.3 |

**PROPERTY**

| | | | |
|---|---|---|---|
| Property Type: | Office | Rentable Area: | 20,400 SF |
| Status: | Built 1981 | Stories: | 1 |
| Tenancy: | Multi | Floor Size: | 20,400 SF |
| Class: | C | Vacancy at Lease: | 0.0% |
| Parking: | 46 Surface Spaces a... | Land Acres: | 1.97 |

## Lease Comps Details

| | 2 Scripps Dr |
|---|---|

 **1 Scripps Dr - Campus Commons Medical Plaza**     ★★☆☆☆
Sacramento, CA 95825 - Campus Commons Submarket



### LEASE

| | |
|---|---|
| SF Leased: | **910 SF** |
| Sign Date: | **May 2025** |
| Space Use: | **Office** |
| Lease Type: | **Direct** |
| Floor: | **1st Floor** |
| Suite: | **106** |

### RENTS

| | |
|---|---|
| Asking Rent: | **$30.00/FS** |

### CONCESSIONS AND BUILDOUT

| | |
|---|---|
| Buildout: | **Standard Office** |
| Buildout Status: | **Full Build-Out** |



### LEASE TERM

| | |
|---|---|
| Start Date: | **Jun 2025** |

### TIME ON MARKET

| | |
|---|---|
| Date On Market: | **Aug 2023** |
| Date Off Market: | **May 2025** |
| Months on Market: | **22 Months** |

### TIME VACANT

| | |
|---|---|
| Date Vacated: | **Mar 2025** |
| Date Occupied: | **Jun 2025** |
| Months Vacant: | **2 Months** |

### LEASING REP

**CBRE**
500 Capitol Mall, Suite 2400
Sacramento, CA 95814
Tony Whittaker (916) 492-6914
Nellie Cruz (916) 492-6915

### MARKET AT LEASE

| Vacancy Rates | 2025 Q2 | YOY |
|---|---|---|
| Current Building | 0.0% | ↔ 0.0% |
| Submarket 1-3 Star | 7.8% | ▼ -4.6% |
| Market Overall | 11.1% | ▲ 0.4% |

| Same Store Asking Rent/SF | 2025 Q2 | YOY |
|---|---|---|
| Current Building | $30.67 | ▲ 2.0% |
| Submarket 1-3 Star | $27.81 | ▲ 0.9% |
| Market Overall | $27.58 | ▲ 0.7% |

| Submarket Leasing Activity | 2025 Q2 | YOY |
|---|---|---|
| 12 Mo. Leased SF | 77,932 | ▲ 86.7% |
| Months On Market | 13.2 | ▲ 0.2 |

### PROPERTY

| | | | |
|---|---|---|---|
| Property Type: | **Office** | Rentable Area: | **25,118 SF** |
| Status: | **Built 1972** | Stories: | **3** |
| Tenancy: | **Multi** | Floor Size: | **8,373 SF** |
| Class: | **B** | Vacancy at Lease: | **0.0%** |
| Parking: | **100 Surface Spaces…** | Land Acres: | **1.21** |

**CURTIS-ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

## Lease Comps Details



###  333 University Ave - Campus Commons
Sacramento, CA 95825 - Campus Commons Submarket

★ ★ ★ ☆ ☆





**LEASE**

| | |
|---|---|
| SF Leased: | **1,185 SF** |
| Sign Date: | **Apr 2025** |
| Space Use: | **Office** |
| Lease Type: | **Direct** |
| Floor: | **2nd Floor** |
| Suite: | **250** |

**LEASE TERM**

| | |
|---|---|
| Start Date: | **May 2025** |

**TIME ON MARKET**

| | |
|---|---|
| Date On Market: | **Dec 2022** |
| Date Off Market: | **Apr 2025** |
| Months on Market: | **28 Months** |

**LEASING REP**

**Colliers**
301 University Ave, Suite 100
Sacramento, CA 95825
Jason Rutherford (916) 563-3059
Thomas Walcott (916) 563-3002
David Herrera (916) 821-9866
Trevor Jackson (916) 563-3048

**RENTS**

| | |
|---|---|
| Asking Rent: | **$39.00/FS** |

**CONCESSIONS AND BUILDOUT**

| | |
|---|---|
| Buildout: | **Standard Office** |
| Buildout Status: | **Full Build-Out** |
| Space Condition: | **Average** |

**TIME VACANT**

| | |
|---|---|
| Date Vacated: | **May 2015** |
| Date Occupied: | **May 2025** |
| Months Vacant: | **120 Months** |

**MARKET AT LEASE**

| Vacancy Rates | 2025 Q2 | YOY |
|---|---|---|
| Current Building | 3.6% | ▼ -7.2% |
| Submarket 2-4 Star | 7.8% | ▼ -4.6% |
| Market Overall | 11.1% | ▲ 0.4% |

| Same Store Asking Rent/SF | 2025 Q2 | YOY |
|---|---|---|
| Current Building | $29.85 | ▼ -0.1% |
| Submarket 2-4 Star | $27.81 | ▲ 0.9% |
| Market Overall | $27.58 | ▲ 0.7% |

| Submarket Leasing Activity | 2025 Q2 | YOY |
|---|---|---|
| 12 Mo. Leased SF | 77,932 | ▲ 86.7% |
| Months On Market | 13.2 | ▲ 0.2 |

**PROPERTY**

| | | | |
|---|---|---|---|
| Property Type: | **Office** | Rentable Area: | **55,150 SF** |
| Status: | **Built 1982** | Stories: | **2** |
| Tenancy: | **Multi** | Floor Size: | **27,575 SF** |
| Class: | **B** | Vacancy at Lease: | **3.6%** |
| Parking: | **266 Surface Spaces…** | Land Acres: | **3.33** |



**Market Rent Analysis**

In analyzing the market data, we gave consideration to the features of comparison deemed most important in the subject market, making adjustments as deemed necessary to reach a defensible opinion of value for the subject property. The comparable rentals noted in the previous table were selected based on proximity, age, condition, quality, and amenities, as well as other features that have an impact on the rental rates paid.

Our survey indicated that tenants located in the subject market area typically lease on separately metered or master metered basis. We have included comparable rentals that are similar and/or when separately metered comparables were not available, an adjustment was made to account for the variance in the rental rates that would be paid.

Following are narrative comments and other supporting data, which provide detail on nuances observed in the subject market, as well as specific traits, deemed noteworthy among the individual data items.

In completing our analysis of the market rent applicable to the subject property, the reader is advised that we have opted NOT to utilize an adjustment matrix in completing our analysis, for the following reasons:

1. Due to the nature of the data, general qualitative comments are deemed to lend greater insight into the comparability of the data, rather than undertaking a variety of detailed numerical adjustments.

2. The data collected and utilized in our analysis are of a directly comparable nature (e.g. in terms of location, quality/condition and age) to the subject property. In addition, the comparables are all current listings.

Consideration has been given to each of the rental items reported in this study. The rents range from $16.91/sf/year or $1.41/sf/month to $39.00/sf/year or $3.25/sf/month. Market rents illustrate the range of rents available in the market. The subject rents are generally in line with the market. The vacant unit at suite 101 is assigned a rent of $3.00/sf/month for the proforma. Due to the strong operating history of the subject, we utilize contract rents for our analysis, except as noted for suite 101.

**Discussion of Contract Rent**

# 2 SCRIPPS DRIVE

## Rent Roll
## October 2025

| SUITE # | TENANT | Uasble SQ.FT | BOMA | LEASE RENTBL SQ.FT | MONTHLY RENT | RENT PSF | LEASE START | LEASE ENDS | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 100 | Christine Tippett | 551 | 645 | 645 | $ 1,750.00 | $ 2.71 | 12/01/24 | 09/30/27 | |
| 101 | Vacant | 240 | 281 | 281 | | | | | |
| 102 | A. Scott Grivas DDS | 1,849 | 2,163 | 2,102 | $ 5,678.10 | $ 2.70 | 09/01/25 | 10/31/30 | |
| 104 | Natera, Inc | 1,325 | 1,591 | 1,591 | $ 4,400.00 | $ 2.77 | 10/01/24 | 09/30/27 | |
| 105 | Dr Hunter Vincent | 338 | 395 | 395 | $ 1,220.00 | $ 3.09 | 09/01/24 | 08/31/26 | |
| 110 | (Pending) Behavior Frontiers | 5,585 | 6,535 | 6,535 | $ 18,951.50 | $ 2.90 | | | |
| 201 | Friz Diaz DDS | 1,574 | 1,842 | 1,673 | $ 4,652.61 | $ 2.78 | 11/15/23 | 11/14/28 | |
| 202 | ActiveLife | 3,147 | 3,682 | 3,643 | $ 10,293.00 | $ 2.80 | 04/01/24 | 03/31/29 | |
| 203 | Rhea DeMesa | 366 | 428 | 428 | $ 1,300.00 | $ 3.04 | 10/01/24 | 09/30/26 | |
| 206 | HyperPixel CA | 530 | 620 | 614 | $ 1,708.00 | $ 2.75 | 04/01/24 | 03/31/29 | |
| 208 | River Oaks Medical | 2,741 | 3,207 | 3,110 | $ 8,649.00 | $ 2.78 | 03/01/24 | 02/28/29 | |
| 210 | Patrick Tsai DDS | 1,860 | 2,176 | 2,138 | $ 5,945.78 | $ 2.73 | 06/15/24 | 05/31/32 | |
| 301 | Damon Boyd | 1,734 | 2,029 | 1,978 | $ 5,241.70 | $ 2.58 | 10/01/24 | 09/30/29 | Dep on original lease |
| 302 | Anti Aging Clinic | 1,022 | 1,196 | 1,230 | $ 3,483.98 | $ 2.91 | 03/13/24 | 06/12/29 | |
| 304 | Andrew LaFlamme | 1,018 | 1,191 | 1,191 | $ 3,275.25 | $ 2.75 | 12/01/24 | 11/30/26 | |
| 308 | Janine Ma Golding DDS | 1,168 | 1,367 | 1,397 | $ 3,492.50 | $ 2.55 | 11/01/23 | 04/30/26 | |
| 310 | NCSRA | 5,746 | 6,723 | 6,638 | $ 17,922.60 | 2.67 | 09/01/24 | 02/28/32 | Rent starts 3/1/25 |
| | Parking | | | | $ 3,500.00 | | | | |
| | | 30,794 | 36,109 | 35,589 | $ 101,464.02 | | | | |

| | | | | |
|---|---|---|---|---|
| SF Occupied: | | 35,308 | 99.21% | |
| SF Vacant: | | 281 | 0.79% | |

**The subject rents are generally in line with the market. The vacant unit at suite 101 is assigned a rent of $3.00/sf/month for the proforma. Due to the strong operating history of the subject, we utilize contract rents for our analysis, except as noted for suite 101. The total annual rents would be $102,307, including suite 101 at $3.00/sf/month. Then, $102,307 / 36,109 sf = $2.83/sf/month. In the proforma, we utilize a rounded amount of $2.85/sf/month.**

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Historical Operating Statements

The operating history was available for 2024 and YTD 2025. We review the subject operating history and compare the subject to the market standard expenses. Market expense information is available from several sources.

We compare the subject to the market standard expenses from market sources and our appraisal files. The proforma balances the subject operating history and compares the subject to the market standard expenses for this analysis.

The building had substantial fire damage approximately three years ago. The building was sold to the current owner after the fire and before the repairs were completed in 2022. In 2023 and 2024 the building repairs were completed. In 2024, the building was leased to new tenants. The tenants began to move into the building in 2024. This year, 2025, is the first full year of operation with the new tenants. The proforma illustrates the operation going forward with the new tenants. Prior to the fire, the subject has a strong operating history and had experienced a lower vacancy than the market. The building is occupied by medical and dental tenants.

# Scripps Two, LLC
## Profit & Loss
## January through August 2025

Income:

| | | |
|---|---|---|
| Rental Income | $ 504,251.94 | |
| **Total Income** | | **$ 504,251.94** |

Expenses:

| | | | |
|---|---|---|---|
| Property Management | $ 25,000.00 | | |
| Grounds: | | | |
| Internet | $ 676.70 | | |
| Signage | 353.44 | | |
| Elevator | 4,002.00 | | |
| Locks & Keys | 98.70 | | |
| Fire Monitoring | 2,280.00 | | |
| Janitorial | 61,192.46 | | |
| Landscaping | 12,824.04 | | |
| Pest Control | 883.30 | | |
| Other | 3,200.00 | | |
| Total Grounds: | | $ 85,510.64 | |
| Repairs & Maintenance | | 2,055.67 | |
| Utilities: | | | |
| Sewer | $ 2,461.44 | | |
| Gas | 810.94 | | |
| Electricity | 26,887.92 | | |
| Waste | 4,347.16 | | |
| Water | 5,320.10 | | |
| Total Utilities: | | $ 39,827.56 | |
| Insurance | | 4,849.50 | |
| **Total Expense** | | | **$ 132,243.37** |
| **Net Ordinary Income** | | | **$ 372,008.57** |

CR CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

**2024 Profit & Loss**

| | | | | Jan - Dec 24 |
|---|---|---|---|---|
| Ordinary Income/Expense | | | | |
| | Income | | | |
| | | PROPERTY REVENUE | | |
| | | | Rental Income | 376,072.64 |
| | | Total PROPERTY REVENUE | | 376,072.64 |
| | Total Income | | | 376,072.64 |
| | Expense | | | |
| | | Professional Fees | | 3,500.00 |
| | | Late Fee | | 133.99 |
| | | OPERATING EXPENSE | | |
| | | | ADMINISTRATIVE EXPENSE | |
| | | | | False Alarm Fines | 2,824.00 |
| | | | Filing Fees | 25.00 |
| | | | Bank Service Charges | 2,436.07 |
| | | | Marketing | 3,540.25 |
| | | | Professional Fees | |
| | | | | Legal Fees | 9,495.00 |
| | | | | Professional Fees - Other | 2,185.00 |
| | | | Total Professional Fees | 11,680.00 |
| | | | ADMINISTRATIVE EXPENSE - Other | 24.00 |
| | | | Total ADMINISTRATIVE EXPENSE | 20,529.32 |
| | | | GROUNDS | |
| | | | | Internet | 1,572.91 |
| | | | Signage | 4,649.95 |
| | | | Elevator | 10,597.75 |
| | | | Locks and Keys | 436.60 |
| | | | Fire Monitoring | 1,485.00 |
| | | | Janitorial | 32,621.20 |
| | | | Landscaping | 13,200.00 |
| | | | Pest Control | 2,500.98 |
| | | | GROUNDS - Other | 550.00 |
| | | | Total GROUNDS | 67,614.39 |
| | | | REPAIRS & MAINTENANCE | |
| | | | | Misc Repairs/Maintenance | 6,994.91 |
| | | | Electrical Repair & Maintenance | 427.65 |
| | | | Plumbing | 3,659.53 |
| | | | Total REPAIRS & MAINTENANCE | 11,082.09 |
| | | | UTILITIES | |
| | | | | Sewer | 1,677.74 |
| | | | Gas | 1,548.30 |
| | | | Utility Deposit | -437.50 |
| | | | Electricity | 41,272.46 |
| | | | Waste | 4,556.84 |
| | | | Water | 9,322.20 |
| | | | Total UTILITIES | 57,940.04 |
| | | Total OPERATING EXPENSE | | 157,165.84 |
| | | INSURANCE & PROPERTY TAX | | |
| | | | Property Tax | 23,034.80 |
| | | | Insurance Expense | 9,930.00 |
| | | Total INSURANCE & PROPERTY TAX | | 32,964.80 |
| | Total Expense | | | 193,764.63 |
| Net Ordinary Income | | | | 182,308.01 |

## Pro Forma Income and Expense Analysis

**Income:**                        The subject's potential gross income (PGI) is projected based on **Contract Rental Income.**

Expense Recoveries:          The subject is analyzed with no tenant expense reimbursements.

Vacancy:                           The market has 11.3% vacancy; the submarket vacancy is 8.7%. The subject has a strong operating history and has experienced a lower vacancy than the market. The building is occupied by medical and dental tenants. We applied an allowance of 5**%** for vacancy and collection loss.

**OPERATING EXPENSES:**

Real Estate Taxes:           In conformance with California's Proposition 13 Tax Initiative, property taxes are estimated based on the appraised value of the subject as though a sale had occurred and the current tax rate.

Direct Assessments:          From county treasurer-tax collector

Insurance:                        A rate of **$0.26** per square foot has been used in our analysis, which is in line with typical market standards.

Rent Control / SCEP Fees    $38.75 per unit for RSO and $43.32 per unit for SCEP. None for the subject-only applies to apartment properties.

Utilities:                          A rate of **$1.60** per square foot per year has been used in our analysis, which is in line with operating history and market standards. The trash removal expense is included.

Repairs and Maintenance:    A rate of **$0.50** per square foot per year has been used in our analysis, which is in line with operating history and market standards. The landscaping/parking lot cleaning is included.

Administrative:                 Included in management.

Management:                     Management fees, which are accounted for as a percentage of EGI, typically range from 3% to 5%. Given the nature of the subject and the level of management duties required, we have used a management allowance of **5%**, which is consistent with industry standards.

Reserve for Replacements:   Reserve for replacements account for the eventual replacement of various building items. A rate of **$0.10** per square foot per year has been used in our analysis, which is in line with operating history and market standards.

## Capitalization Rate Analysis

Direct Capitalization is an income capitalization method where a value estimate is derived by dividing a single year's net operating income by a capitalization rate. The table below shows the sources of information that we used to determine an appropriate capitalization rate for the subject property.

| Capitalization Rate Selection | | |
|---|---|---|
| **Source** | **Cap Rate Indication** | **Comments** |
| Published Sources | 6.50% to 11.00% Average 8.72% | National investor survey conducted by PricewaterhouseCoopers, which provides a broad, general range. |
| Comparable Sales Data | Two OARs at 5.35% and 6.92% Respectively | Cap rates from comparable sales used in the Sales Comparison section of this report. |
| Supplemental Comparable Sales Data | 3.54% to 3.36% Average 5.28% | Cap rates from CoStar market data in the table below. |
| Mortgage-Equity Analysis | 5.25% | Fundamental analysis based on component assumptions shown in the following table. |
| **Cap Rate Conclusion** | **5.25%** | Greatest weight is given to the Comparable Sales and the supplemental comparable sales since these reflect direct market activity. They are supported by the Mortgage Equity analysis and the Published Sources. |

**Supplemental Comparable Sales Data**

| Property Address | Property City | Sale Price | Building SF | Price Per SF | Year Built | Sale Date | Cap Rate(%) |
|---|---|---|---|---|---|---|---|
| 2143 Hurley Way | Sacramento | $2,800,000 | 28,128 | $99.54 | 1982 | 7/9/2025 | 6.36 |
| 3609 Marconi Ave | Sacramento | $315,000 | 1,097 | $287.15 | 1952 | 12/4/2023 | 6.06 |
| 8118 Timberlake Way | Sacramento | $2,800,000 | 13,500 | $207.41 | 1980 | 5/7/2025 | 6.05 |
| 6060 Sunrise Vista Dr | Citrus Heights | $6,325,000 | 101,873 | $62.09 | 1978 | 3/9/2023 | 5.80 |
| 21 Natoma St | Folsom | $2,312,500 | 8,418 | $274.71 | 2005 | 5/1/2025 | 4.66 |
| 3629 Marconi Ave | Sacramento | $300,000 | 1,097 | $273.47 | 1977 | 8/8/2023 | 4.50 |
| 7144 Fair Oaks Blvd | Carmichael | $1,000,000 | 9,457 | $105.74 | 1964 | 6/6/2025 | 3.54 |
| | | | | | | AVERAGE | 5.28 |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## MORTGAGE-EQUITY ANALYSIS

**ASSUMPTIONS:**

| | | |
|---|---|---|
| 1. | Mortgage Rate: | 6.00% |
| 2. | Loan-to-Value: | 65% |
| 3. | Amortization: | 30 years |
| 4. | Equity Yield: | 5.30% (*) |
| 5. | Holding Period: | 10 years |
| 6. | Value Appreciation: | 0.50% per year |
| 7. | Income Appreciation: | 0.25% per year |

(*) All-Cash Yield Rate Plus "Leveraged Analysis" Premium.

|   |   |   | % (1) |   | Rate (2) |   |   |
|---|---|---|---|---|---|---|---|
| A. | Mortgage: | | 65.00% | x | 7.1946% | = | 4.6765% |
| B. | Equity: | | 35.00% | x | 5.3000% | = | 1.8550% |
| | | | | | | | 6.53% |

C. Less:

| Amortization: | LTV | | % Paid (3) | | SFF (4) | | |
|---|---|---|---|---|---|---|---|
| | 65.00% | x | 16.3143% | x | 7.8398% | = | -0.8314% |

BASIC RATE ……………………………………………….........………… 5.70%

D. Less:

| Appreciation: | Value Appr. (5) | | SFF (4) | | |
|---|---|---|---|---|---|
| | 5.1140% | x | 7.8398% | = | -0.4009% |

OVERALL RATE (LEVEL INCOME)…………………………………….... 5.30%

E. Divided by Changing Income Factor:

| | K-Factor (6) | | |
|---|---|---|---|
| | 1.010254 | = | 1.010 |

| **OVERALL RATE (CHANGING INCOME)** | **5.25%** |
|---|---|

1)     Loan- or equity-to-value ratio

2)     Required return (i.e. mortgage constant - Rm; and, equity yield - Ye)

3)     Portion of loan paid off at end of holding period

4)     Sinking fund factor for holding period at equity yield rate

5)     Total appreciation in property value, computed as the FV of $1 assuming:
       Holding period (years):       10
       Annual growth rate:        0.50%

6)     K-Factor that stabilizes income streams changing on an
       exponential-curve (constant-ratio) basis



As a result of the above analysis, it is our opinion that a **base capitalization rate of 5.25%** would be appropriate in converting the actual net operating income of the subject property into a value estimate for the subject property.

## Pro Forma Operating Statement and Direct Capitalization

| **PRO FORMA (based on Contract Rent)** |
|:---:|

| Property Name | Scripps 2, LLC |
|---|---|
| Property Address | 2 Scripps Drive |
| Building Area | 36,109    SF |

| | | | | | | **PROFORMA INCOME & EXPENSE** | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Annual Indicators | |
| **INCOME** | | | | | | Total $ | $/Sq. Ft. | % of EGI |
| Market Income (estimated) | 36,109 | SF x | $2.85 | /Mo x 12 Months | | $1,234,928 | $34.20 | |
| Expense Reimbursement | | | | | | $0 | $0.00 | |
| **POTENTIAL GROSS INCOME** | | | | | | **$1,234,928** | **$34.20** | |
| *Less Vacancy/Collection Loss* | | | | 5.0% | | *($61,746)* | *($1.71)* | |
| **EFFECTIVE GROSS INCOME** | | | | | | **$1,173,181** | **$32.49** | **100.0%** |
| **OPERATING EXPENSES** | | | | | | | | |
| Real Estate Taxes | | | | | | $69,607 | $1.93 | 5.9% |
| Special Assessments | | | | | | $267 | $0.01 | 0.0% |
| Insurance | | | | | | $9,388 | $0.26 | 0.8% |
| Janitorial | | | | | | $36,109 | $1.00 | 3.1% |
| Landscaping | | | | | | $13,360 | $0.37 | 1.1% |
| Fire Alarm | | | | | | $2,167 | $0.06 | 0.2% |
| Utilities | | | | | | $57,774 | $1.60 | 4.9% |
| Leasing Commissions | | | | | | $3,611 | $0.10 | 0.3% |
| Repairs/Maintenance | | | | | | $18,055 | $0.50 | 1.5% |
| Management | | | | | | $58,659 | $1.62 | 5.0% |
| Reserves | | | | | | $3,611 | $0.10 | 0.3% |
| **TOTAL OPERATING EXPENSES** | | | | | | **$272,607** | **$7.55** | **23.2%** |
| **NET OPERATING INCOME** | | | | | | **$900,574** | **$24.94** | **76.8%** |

| NET OPERATING INCOME | $900,574 |
|---|---|
| OAR | 5.25% |
| Direct Capitalization | $17,153,790 |
| **Market Value - Income Approach (Rounded)** | **$17,150,000** |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

**Income Capitalization Approach Conclusion**

Based on the data and analysis presented above, it is our opinion that the following value is indicated for the subject property according to the Income Capitalization Approach. This will be reconciled with the value indications from the other approaches in the Reconciliation section at the end of this report.

| Value Conclusion – Income Approach | |
|---|---|
| **Value Conclusion** | **$17,150,000** |

# RECONCILIATION

Our valuation analyses presented in this appraisal report concluded to the following opinions:

| Valuation Approach | Value Conclusion |
|---|---|
| Cost Approach | Not Utilized |
| Sales Comparison Approach | $17,080,000 |
| Income Capitalization Approach | $17,150,000 |

The **Cost Approach** is considered to be a strong indicator of value in recently constructed buildings, particularly when current construction costs are available and there is recent comparable land sale data that would lead to an accurate estimate of the underlying site value. This approach is weakened, however, as a building grows older because of the difficulty in accurately measuring physical depreciation. The Cost Approach can serve as a check for the other two approaches in order to assure the reasonableness of the Sales Comparison and Income Capitalization Approaches.

The **Cost Approach** is not applicable to this assignment for the following reasons:
- The age of the subject property creates obstacles with regard to accurately measuring accrued depreciation; and,
- The Sales Comparison and Income Approaches are the conventional approaches relied upon by participants in the subject's marketplace.

The **Sales Comparison Approach** can be a strong indicator of value when there is an adequate number of comparable property sales that are similar to the subject in physical, functional, economic and location characteristics. This approach is weakened when the quantity or nature of available market data is insufficient for purposes of direct comparison.

Based on the differences noted in the comparable sales data reported, primary consideration has been given to the Sales Comparison Approach in our final value estimate for the subject property.

The **Income Capitalization Approach** considers the future expectations of investors for properties such as the subject. It considers current market rental activity and rate-of-return requirements through the selection of a market-derived overall capitalization rate. This approach is most relevant when there are sufficient rental comparables from which to draw market rent conclusions and adequate market data from which to determine market cap rate requirements.

The subject would most likely appeal to an owner-user. We gave secondary consideration to the Income Capitalization Approach based on current market practice for properties such as the subject, which is an income-producing investment.

## CONCLUSION

Our research indicates that the Income Approach should be given the primary consideration in our final determination of value, and the Sales Comparison Approach should be given secondary consideration in our final estimate of value for the subject property.

Therefore, based on the data and analysis above, the table below presents our final valuation conclusion(s) of the stated ownership interest, as of the stated date(s) of valuation.

## COST-TO-CURE (LEASE UP ANALYSIS)

There is a deduction for office space with a pending lease, for 6,535 SF to be leased (Suite 110). Below is the analysis.

**Assumptions**

| | |
|---|---|
| Total SF | **36,109 SF** |
| Occupied SF | **27,769 SF** |
| Market Vacancy | **5%** |
| Space to Absorb | **6,535 SF** |
| Absorption Period | 12 Months |
| Market Rent | **$2.65 PSF** |
| Typical Term | 60 Months |

### COST-TO-CURE (LEASE UP ANALYSIS)

| Less: | | | | | | |
|---|---|---|---|---|---|---|
| Rent Loss: | $17,317 per month | x | 12 | Months (Avg) | = | $207,799 |
| Leasing Commissions: | 5% Commission | x | $1,038,993 | Total Rent | = | $51,950 |
| Loss of Reimbursements: | $0 per month | x | 12 | Months | = | $0 |
| Tenant Improvements: | $92.00 per square foot | x | 6,535 | SF | = | $601,179 |
| | | | | **TOTAL DEDUCTIONS:** | = | ($860,927) |
| | | | | **ROUNDED:** | = | ($860,000) |

**The conclusion of market value, before the COST-TO-CURE (LEASE UP ANALYSIS) is $17,120,000. The deduction for the lease-up is $860,000. The FINAL market value after lease-up is $16,260,000.**

## Conclusion

**Office Building and Land (Excluding the 3,000 sf of Entitled Land for Multiple-Family Residential)**

| Valuation Premise | Interest Appraised | Effective Date of Value | FINAL Value Conclusion |
|---|---|---|---|
| **Fair Market Value** | **Fee Simple** | **10/13/2025** | **$16,260,000** |

**CURTIS-ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

# EXPOSURE TIME

**Exposure Time** is defined as *"The estimated length of time the property interest being appraised would have to have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal."*

We researched the market and determined a reasonable exposure time that would have been required to sell the subject property as of the date of valuation. Our research indicates that a reasonable exposure time estimate for the subject property would have been three to six months.

## Valuation of Entitled Land of 3,000 sf

## for Multiple-Family Residential Development

The subject has development entitlements for 9 multiple-family units on 3,000 sf of land located adjacent to the east of the existing office building. Please refer to the map below.



A separate valuation of the land for the 9 multiple-family units follows.

**Appraisal Report: 2 Scripps Drive, Sacramento, CA 95825**      **Page 90**

**Photographs of the Subject Property – Entitled Land of 3,000 sf for Multiple-Family Residential Development**



**Front**



**Front**



**Subject**



**Subject**



**Subject street view**



**Subject street view**

CURTIS-ROSENTHAL, Inc.
REAL ESTATE APPRAISAL & CONSULTING

## LAND VALUATION

The **Sales Comparison Approach** is a method of valuation that compares prices paid for similar properties in an open and free marketplace.

We surveyed the market in the subject area in order to locate comparable sales of similar properties which would aid in forming an opinion of value for the subject property. Our search parameters are summarized below.

| Primary Search Parameters for Sale Comparables | |
|---|---|
| Location | Subject property market area |
| Sale Date | 1st Quarter 2022 to Present |
| Property Type | Multiple-Family & Commercial Zoned Land |
| **Method of Analysis** | |
| Price Per Square Foot | Our research indicated most investors analyze comparable sales on this basis. |

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## LAND SALES MAP



## SUMMARY OF EFFECTIVELY VACANT LAND SALES

| ITEM | STREET ADDRESS<br>CITY  STATE  ZIP<br>ASSESSOR'S PARCEL NUMBER<br>COMMENTS | SALE DATE<br>DOCUMENT NO.<br>SELLER<br>BUYER | ZONE<br>SQUARE FEET<br>ACRES<br>DWELLING UNITS | CASH EQV. PRICE<br>PRICE PER SF<br>PRICE PER UNIT<br>UNITS PER ACRE |
|---|---|---|---|---|
| 1 | 4830 J Street<br>Sacramento, CA 95819<br>008-0161-027<br>Broker: Ken Turton, Turton Commercial R.E. | Letter of Intent as of 10/24/2025<br><br>Profectus Capital, LLC<br> | C2<br>57,934<br>1.33<br>199 | $ 9,500,000<br>$ 163.98<br>$ 47,620<br>150.00 |
| 2 | 1617 aka 1629 J Street<br>Sacramento, CA 95814<br>006-0064-008<br>Broker: No Brokers Involved | January 13, 2023<br>210<br>Sacramento Turn Verein<br>4401 Broadway Investors, LLC | C2-SPD<br>22,400<br>0.51<br>77 | $ 5,000,000<br>$ 223.21<br>$ 64,821<br>150.00 |
| 3 | 301 Capitol Mall<br>Sacramento, CA 95814<br>006-0141-013<br>Broker: Ken Turton, Turton Commercial R.E. | April 2, 2024<br>901<br>Towers on Capitol Mall, LLC/CalPERS<br>Shingle Springs Band of Miwok Indians | C3-SPD<br>104,108<br>2.39<br>358 | $ 17,000,000<br>$ 163.29<br>$ 47,420<br>150.00 |
| 4 | 1511+1517 I Street<br>Sacramento, CA 95814<br>006-0061-008 & 009<br>Broker: Ken Turton, Turton Commercial R.E. | June 28, 2023<br>535<br>1515 I Street Partners, LP/Mark Friedman<br>I Street Dev. Holding Co/Sean Spear | C2-SPD<br>16,396<br>0.38<br>56 | $ 2,550,000<br>$ 155.53<br>$ 45,165<br>150.00 |
| 5 | 1705+1715 I Street<br>Sacramento, CA 95811<br>006-0065-022 & 023<br>Broker: Ken Turton, Turton Commercial R.E. | January 13, 2023<br>205<br>Phoenix Enterprises/Sotiris Kolokotronis<br>Sacramento Turn Verin, a CA corp. | C2-SPD<br>25,700<br>0.59<br>88 | $ 5,000,000<br>$ 194.55<br>$ 56,498<br>150.00 |
| 6 | 1330 N Street<br>Sacramento, CA 95814<br>006-0223-021<br>Broker: No Brokers Involved | July 29, 2022<br>1721<br>Capitol Area Dev, Authority/de la Vergne<br>Cyprus (Now Cypress) at N, LLC/Lebastchi | R5<br>19,272<br>0.44<br>66 | $ 2,400,000<br>$ 124.53<br>$ 36,164<br>150.00 |

CURTIS-ROSENTHAL, Inc.
REAL ESTATE APPRAISAL & CONSULTING

### DISCUSSION OF SALE COMPARABLES

This analysis identifies the similarities and differences between subject and comparable properties. The primary elements of comparison include property rights, financing terms, conditions of sale (motivation), market conditions (sale date), and physical characteristics (e.g., zoning, utilities, site improvements, location, access, etc.).

The common quantitative adjustment process involves paired sales analysis that compares two or more market sales to derive an indication of the adjustment for a single characteristic and applies it to the applicable data. Recognizing the weaknesses inherent in a quantitative analysis, a qualitative technique can be used. The adjustments applied are not necessarily representative of paired-data analysis and are not intended to be viewed in a precise or absolute context. Rather, they are intended to offer general insight with regard to the order of magnitude afforded each of the adjustment categories, as determined by the appraiser by virtue of our investigations into the subject marketplace.

### *Market Conditions (Time)*

The appraisers referred to the market sales growth to derive an adjustment for time. The chart below shows a slight net increase in market values overall in the last 36 months. However, the sales from our sales comparison analysis shows no discernable trend. The appraisers have concluded that there is no discernable trend for those sales older than six months prior to the effective date of value. Therefore, an adjustment for time is not warranted.



**Expenditures after Sale:**

An adjustment to a sale property is required when a buyer anticipates a particular expenditure that he/she will have to expend shortly after purchasing a property; the price paid by a knowledgeable buyer considers any required expenditures. Such expenditures may include (1) the cost to demolish an existing structure when an improved site is purchased for redevelopment, (2) the cost to remediate known environmental contamination, (3) the cost to cure deferred maintenance at a building, or (4) similar costs that a buyer anticipates making upon purchase of a property.

There is no adjustment was made to sale prices of the comparable sales that had existing buildings that removal of existing buildings prior to development to a higher use, versus the comparable sales consisting of vacant land ready for development.

On the following pages is a matrix that displays each of the adjustments deemed necessary to reach an opinion of value for the subject property.

The adjustments applied are not necessarily representative of paired-data analysis and are not intended to be viewed in a precise or *absolute* context. Rather, they are intended to offer general insight with regard to the order of magnitude afforded each of the adjustment categories, as determined by the appraisers by virtue of our investigations into the subject marketplace.

**Discussion of Data Items**

***Comparable 1 at 4830 J Street, Sacramento:*** This sale was reportedly to be going under contract as of the effective date of value. All factors considered; the subject unit value is above the indicated value by the comparable sale after adjustments of $180.38 per square foot of land.

***Comparable 2 at 1617 aka 1629 J Street, Sacramento:*** All factors considered; the subject unit value is similar to the indicated value by the comparable sale after adjustments at $256.70 per square foot of land.

***Comparable 3 at 301 Capitol Mall, Sacramento:*** All factors considered; the subject unit value is below the indicated value by the comparable sale after adjustments at $195.95 per square foot of land.

***Comparable 4 at 1511+1517 I Street, Sacramento:*** All factors considered; the subject unit value is above the indicated value by the comparable sale after adjustments at $178.85 per square foot of land.

***Comparable 5 at 1705+1715 I Street, Sacramento:*** All factors considered; the subject unit value is slightly below the indicated value by the comparable sale after adjustments at $223.74 per square foot of land.

***Comparable 6 at 1330 N Street, Sacramento:*** All factors considered; the subject unit value is below the indicated value by the comparable sale after adjustments at $155.67 per square foot of land.

CURTIS-ROSENTHAL, Inc.
REAL ESTATE APPRAISAL & CONSULTING

## ADJUSTMENT OF COMPARABLE LAND DATA

| | SUBJECT | One | Two | Three | Four | Five | Six |
|---|---|---|---|---|---|---|---|
| Sale Price | N/A | $9,500,000 | $5,000,000 | $17,000,000 | $2,550,000 | $5,000,000 | $2,400,000 |
| Land Size Acres | 0.07 | 1.33 | 0.51 | 2.39 | 0.38 | 0.59 | 0.44 |
| Land Size Square Feet | 3,000 | 57,934 | 22,400 | 104,108 | 16,396 | 25,700 | 19,272 |
| $ per SF | N/A | $163.98 | $223.21 | $163.29 | $155.53 | $194.55 | $124.53 |
| Rights Conveyed | Fee Simple | 0% | 0% | 0% | 0% | 0% | 0% |
| Adjusted $ psf | N/A | $163.98 | $223.21 | $163.29 | $155.53 | $194.55 | $124.53 |
| Financing Terms | Conventional | 0% | 0% | 0% | 0% | 0% | 0% |
| Condition of Sale | Conventional | 0% | 0% | 0% | 0% | 0% | 0% |
| Adjusted $ psf | N/A | $163.98 | $223.21 | $163.29 | $155.53 | $194.55 | $124.53 |
| Date | October-25 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjusted $ psf | N/A | $163.98 | $223.21 | $163.29 | $155.53 | $194.55 | $124.53 |
| General Location | Sacramento | | | | | | |
| Specific Location | Sacramento 2 Scripps Drive | | | | | | 10% |
| Site Size (sf) | 3,000 | 5% | 10% | 15% | 10% | 10% | 10% |
| Utilities (Electric,Water,Sewer,Etc.) | All Sized Utilities to Site | 10% | 10% | 10% | 10% | 10% | 10% |
| Topography | Generally Level | | | | | | |
| Shape/Utility | Triangular/Good | | | | | | |
| Zone/Entilements/ Density | OB-PUD 130 DU/Acre As Entitled Entitlements for 9 units | -5% | -5% | -5% | -5% | -5% | -5% |
| Extraordinary Development Cost | None | | | | | | |
| Access | Good | | | | | | |
| Visibility/Street Frontage | Howe Avenue, Scripps Drive & Uninversity Avenue | | | | | | |
| Subtotal of Adjustments | | 10% | 15% | 20% | 15% | 15% | 25% |
| FINAL INDICATORS | | $180.38 | $256.70 | $195.95 | $178.85 | $223.74 | $155.67 |

**CURTIS-ROSENTHAL**, Inc.
REAL ESTATE APPRAISAL & CONSULTING

**LAND VALUE CONCLUSION.** Based on the previous discussion, the comparable sales indicate an adjusted range for the subject from approximately $155.67 to $256.70 per square foot of land as shown on the following table. The median sale price is $188.16 per square foot of land. The average sale price is $198.55 per square foot of land.

| LAND VALUE ARRAY | | |
|---|---|---|
| **Sale Number** | **Overall Comparison** | **Adjusted $/SF** |
| **2** | **Superior** | **$256.70** |
| **5** | **Superior** | **$223.74** |
| | **SUBJECT** | |
| **3** | **Slightly Inferior** | **$195.95** |
| **1** | **Inferior** | **$180.38** |
| **4** | **Inferior** | **$178.85** |
| **6** | **Inferior** | **$155.67** |

Sale One, In Escrow, suggests a value near the lower of the range at $180.38 per square foot, after adjustments. Comparable sale 2 suggests the upper end of the range of $256.70 per square foot, after adjustments. The appraisers reconciled the preceding value range near the middle tier of the adjusted range from the sales. **Given the data set observed, a unit value of $200.00 per square foot is appropriate for the subject parcel of 3,000 square feet.**

**Conclusion of Market Value**

| Property Type | Site Size (sf) | x | Unit Value | = | Market Value | Rounded |
|---|---|---|---|---|---|---|
| Land | 3,000 | x | $ 200.00 | = | $ 600,000 | **$ 600,000** |

**Entitled Land of 3,000 sf for Multiple-Family Residential Development**

| Valuation Premise | Interest Appraised | Effective Date of Value | FINAL Value Conclusion |
|---|---|---|---|
| **Fair Market Value** | **Fee Simple** | **10/13/2025** | **$600,000** |

CR CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

# CERTIFICATION

We certify that to the best of our knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- We have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

- We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice*.

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- As of the date of this report, **David Rosenthal, MAI, FRICS** has completed the continuing education program for designated members of the Appraisal Institute.

- As of the date of this report, **Randall Blaesi, ASA, SR/WA** has completed the continuing education program for associate members of the Appraisal Institute.

- We have ample experience with the subject property type and marketplace, and we possess the requisite knowledge to perform this appraisal assignment competently.

- **Randall Blaesi, ASA, SR/WA** has made a personal inspection of the property that is the subject of this report. **David Rosenthal, MAI, FRICS** has not made a personal inspection of the property that is the subject of this report.

- **Randall Blaesi, ASA, SR/WA** have performed the selection of comparable properties, collection and verification of data and analysis. **David Rosenthal, MAI, FRICS** has reviewed and concurs with the final selection of comparable properties, final analysis and conclusion of value.  Other than those mentioned, no one provided significant real property appraisal assistance to the person(s) signing this certification.

- We have not performed a prior appraisal service, as appraisers regarding the property that is the subject of this report, within three years preceding acceptance of this assignment.

**CURTIS-ROSENTHAL, INC.**

Randall Blaesi, ASA, SR/WA
CA #AG008581

David M. Rosenthal, MAI, FRICS
CA #AG001641

# ADDENDA

**DEFINITIONS**

**GENERAL ASSUMPTIONS AND LIMITING CONDITIONS**

**APPRAISER QUALIFICATIONS AND LICENSES**

**PARTIAL LIST OF CLIENTS**

**Definitions**

Definitions are cited from *The Dictionary of Real Estate Appraisal, 5th ed. (Chicago: Appraisal Institute),* published by the Appraisal Institute, unless otherwise noted)

**Appraisal** – "*1. The act or process of developing an opinion of value. 2. An opinion of value.*"

**"As Is" Market Value** - "*The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date.*"

**Extraordinary Assumption –** "*An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. Comment: Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis.*" (USPAP)

**Fee Simple Estate** - "*Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.*"

**Ground Lease** – "*A lease that grants the right to use and occupy land. Improvements made by the ground lessee typically revert to the ground lessor at the end of the lease term.*"

**Hypothetical Condition –** "*A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but is used for the purpose of analysis. Comment: Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.*" (USPAP)

**Leased Fee Estate** – "*A freehold (ownership interest) where the possessory interest has been granted to another party by* creation *of a contractual landlord-tenant relationship (i.e., a lease).*"

**Leasehold Estate** – "*The tenant's possessory interest created by a lease.*"

**Market Rent** - "*The most probable rent that a property should bring in a competitive and open market reflecting all conditions and restrictions of the lease agreement, including permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs).*"

**Fair Market Value** - The following definition of Fair Market Value is from the American Bankruptcy Institute:

*" Fair market value is often defined as the amount at which assets would change hands between a willing buyer and a willing seller, each having reasonable knowledge of the relevant facts and neither being under any compulsion to act. The exchange of assets is considered to be an arm's-length transaction between a hypothetical buyer and a hypothetical seller."*

**Prospective Opinion of Value** – *"A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not yet achieved sellout or a stabilized level of long-term occupancy."*

**Retrospective Value Opinion** – *"A value opinion effective as of a specified historical date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion."*

**Sandwich Leasehold Estate** – *"The interest held by the original lessee when the property is subleased to another party; a type of leasehold estate."*

**Stabilized Occupancy** – *"An expression of the expected occupancy of a property in its particular market considering current and forecasted supply and demand, assuming it is priced at market rent."*

## General Assumptions and Limiting Conditions

This appraisal report has been made with the following **General Assumptions**:

1. No responsibility is assumed for the legal description or for matters including legal or title considerations. Title to the property is assumed to be good and marketable unless otherwise stated.

2. The property is appraised free and clear of any or all liens or encumbrances unless otherwise stated.

3. Responsible ownership and competent property management are assumed.

4. The information furnished by others is believed to be reliable. However, no warranty is given for its accuracy.

5. All engineering is assumed to be correct. The plot plans and illustrative material in this report are included only to assist the reader in visualizing the property.

6. It is assumed that there are no hidden or apparent conditions of the property, subsoil, or structures that render it more or less valuable. No responsibility is assumed for such conditions or for arranging for engineering studies that may be required to discover them.

7. It is assumed that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless noncompliance is stated, defined, and considered in the appraisal report.

8. It is assumed that there is compliance with all applicable zoning and land use regulations and restrictions unless nonconformity has been stated, defined, and considered in the appraisal report.

9. It is assumed that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

10. It is assumed that the utilization of the land and improvements is within the boundaries or property lines of the property described and that there is no encroachment or trespass unless noted in the report.

This appraisal report has been made with the following **General Limiting Conditions**:

1. The distribution, if any, of the total valuation in this report between land and improvements, applies only under the stated program of utilization. The separate allocations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

2. Possession of this report, or a copy thereof, does not carry with it the right of publication.

3. The appraisers, by reason of this appraisal, are not required to give further consultation, testimony, or be in attendance in court with reference to the property in question, unless arrangements have been previously made.

4. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraisers, or the firm with which the appraisers are connected) shall be disseminated to the public through advertising, public relations, news, sales, or other media without the prior written consent and approval of the appraiser.

5. Any value estimates provided in the report apply to the entire property, and any proration or division of the total into fractional interests will invalidate the value estimate unless such proration or division of interests has been set forth in the report.

6. The appraisers assume that the reader or user of this report has been provided with copies of available building plans and all leases and amendments, if any, encumbering the property.

7. No survey was furnished so the appraisers relied on the assessor's plat map to ascertain the physical dimensions and acreage of the subject property. Should a survey prove these characteristics inaccurate, it may be necessary for this appraisal to be adjusted.

8. The forecasts, projections, or operating estimates contained herein are based upon current market conditions, anticipated short-term supply and demand factors, and a continued stable economy. These forecasts are, therefore, subject to changes in future conditions.

9. Complete building plans and specifications were not available for use in the preparation of this appraisal. The analysis, therefore, is subject to review of the final plans and specifications when available.

10. Any proposed improvements are assumed to have been completed unless otherwise stipulated. Any construction is assumed to conform to the building plans referenced in the report.

11. Since earthquakes are not uncommon in the area, no responsibility is assumed due to their possible effect on individual properties, unless detailed geologic reports are made available.

12. No termite inspection report was available. The appraisers personally inspected the subject property and found no significant evidence of termite damage or infestation. No guarantee that none exists, however, should be construed.

13. No consideration has been given in this appraisal to the value of property considered by the appraisers to be personal, located on the premises, or the cost of moving/relocating such personal property. Only the real estate has been considered.

14. In this appraisal assignment, the existence of potentially hazardous materials used in the construction or maintenance of the building, such as the presence of asbestos or urea formaldehyde foam insulation, and/or the existence of toxic waste, which may or may not be present on the property, has not been considered. The appraisers are not qualified to detect such substances. We urge the client to retain an expert in the field if desired.

15. Unless otherwise stated, no responsibility is assumed for any damage sustained in connection with actual or potential deficiencies or hazards such as, but not limited to, inadequacies or defects in the structure, design, mechanical equipment or utility services associated with the improvements, air or water pollution, lead paint, noise, flooding, storms or wind, traffic and other neighborhood hazards, radon gas, asbestos, natural or artificial radiation, or hazardous materials or toxic substances of any description, whether on or off the property appraised. The appraisers are not qualified to detect hazardous waste or materials on, in or under the land or the improvements. Such a determination requires the investigation of a qualified expert in hazardous materials and assessment. In this appraisal assignment, the existence of potentially hazardous material used in the construction or maintenance of the building, such as the presence of asbestos or urea formaldehyde foam insulation, and/or existence of toxic waste, which may or may not be present on the property, has not been considered. The appraisers are not qualified to detect such substances. We urge the client to retain an expert in this field if desired.

16. The Americans with Disabilities Act (ADA) became effective January 26, 1992. We have not made a specific survey or analysis of the subject property to determine whether the physical aspects of the improvements meet the ADA accessibility guidelines. Since compliance matches each owner's financial ability with the cost-to-cure the property's potential physical characteristics, the real estate appraiser cannot comment on compliance with ADA. A brief summary of the subject's physical aspects is included in this report; however, this does not suggest ADA compliance by the current owner. Given that compliance can change with each owner's financial ability to cure non-accessibility, the value of the subject does not consider possible non-compliance. Specific study of both the owner's financial ability and the cost-to-cure any deficiencies would be needed for the Department of Justice to determine compliance.

17. The appraisers made no engineering survey of the subject property. Except as specifically stated, data relative to size and area has been taken from sources considered reliable, but no guarantee of accuracy is expressed or implied. Interested parties should retain a surveyor or other qualified professional for exact measurements of the subject property.

**SPECIAL ASSUMPTIONS AND CONDITIONS**

The applicability of *Extraordinary Assumptions, Hypothetical Conditions* or *Special Limiting Conditions* is addressed in the **Scope of Work** section of this report.

CR CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

Appraiser Qualifications

## Professional Qualifications of　　　　　　**RANDALL H. BLAESI, ASA, SR/WA**

**Curtis Rosenthal, Inc.**
**5901 W. Century Blvd., Suite 1230**
**Los Angeles, CA 90045**
**Phone: 818-617-1088**
**Email: rblaesi@curtisrosenthal.com**

**PROFESSIONAL DESIGNATIONS**

**American Society of Appraisers**

ASA Member, Accredited Senior Appraiser – Real Property (ASA No. 2912)

**Appraisal Institute**

Associate Member, Appraisal Institute (Member No.111508)

Member of the Leadership Development & Advisory Council

**International Right of Way Association**

SR/WA, Senior Right of Way Professional, International Right of Way Association (No. 7106)

**LICENSES**

**State of California, Office of Real Estate Appraisers**

Certified General Real Estate Appraiser (No. AG008581)

**EDUCATION**

**Law School**, 1974

First Year Law School, Mc George School of Law, University of the Pacific,

Sacramento, California

Courses: Contracts, Torts, Criminal Law and Agency

**Bachelor of Arts Degree**, 1971

Santa Clara University, Santa Clara, California

Major in Economics

**EXPERIENCE**

**CURTIS - ROSENTHAL, Inc.**, 2014 to present – Senior Appraiser and Litigation Consultant. Curtis – Rosenthal, Inc., is a regional commercial real estate appraisal and consulting firm. Perform field appraisals and review appraisals for: Commercial Mortgage Lenders (Banks, Life Insurance Companies, CMBS, Pension Funds), Public Agencies (City Governments, Transit Agencies), Law Firms (Real Estate Litigation, Estate and Trust, Eminent Domain, Inverse Condemnation), Corporations (Valuation for Financial Reporting), and Accounting Firms. Properties appraised included retail, office, industrial, apartments, condominiums, mixed-use, special purpose, and vacant land. Areas of experience include southern and northern California, Arizona and Nevada.

## Professional Qualifications of      RANDALL H. BLAESI, ASA, SR/WA

Mr. Blaesi was formerly Commercial Division Manager for the Los Angeles Office of The Property Sciences Group, Inc. Prior to that position, he was a Vice President and Senior Appraiser associated with Grubb & Ellis Landauer, LLC. Prior to that, he was a Senior Consultant in the Los Angeles office of Valuation & Information Group. Mr. Blaesi previously was a Senior Appraiser with Integra Realty Resources, Los Angeles and was a Senior Appraiser in the Pasadena office of First American Commercial Real Estate Services. Mr. Blaesi was an independent fee appraiser with offices in Sacramento and San Diego, California from 1991-2006. Appraisal and Valuation Consulting services regarding various types of real property including commercial, industrial, residential, agricultural, recreational, special purpose, easements, eminent domain, partial and full acquisition, environmental mitigation land, construction defect, fire, flood and earthquake damaged properties. Expert witness testimony in civil litigation, bankruptcy and tax court proceedings. Appraisal review and management. Business Valuation. Arbitration and mediation. Prior to that, he was a Real Estate Appraiser and Valuation Consultant with Frank Blaesi, MAI, SREA, SR/WA from 1972-1991. Appraisal and Valuation Consulting services regarding various types of real property including commercial, industrial, residential, agricultural, recreational, special purpose, easements, eminent domain, partial and full acquisition, environmental mitigation land, construction defect, fire and flood damaged properties. Expert witness testimony in civil litigation proceedings. Arbitration and mediation.

### EXPERT WITNESS

Accepted as an expert witness in the following courts:

Federal Bankruptcy Court - California Northern and Southern Districts.

Superior Court - Los Angeles, San Diego, Sacramento, Stanislaus, San Joaquin, Placer and Nevada Counties, California

United States Tax Court, San Francisco, California.

Accepted as an expert witness in the following venues:

County Assessment Boards of Appeal – Los Angeles, Sacramento and San Diego Counties, California. Arbitration and mediation.

### INSTRUCTOR

California State University, Sacramento, 1985, Introduction to Real Estate Appraisal - Guest Lecturer

### PROFESSIONAL AFFILIATIONS

Society of Real Estate Appraisers, 1972-1991 (merged with the Appraisal Institute in 1991)

Appraisal Institute, 1991-present

American Society of Appraisers, 1982-present

International Right of Way Association, 1972-present

### SPEAKING ENGAGEMENTS

Society of Real Estate Appraisers

Appraisal Institute

International Right of Way Association

American Society of Appraisers

**CURTIS-ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

**Current Appraiser License**



**Professional Qualifications of**       **DAVID M. ROSENTHAL, MAI, FRICS**

## PROFESSIONAL DESIGNATIONS

**Appraisal Institute**
MAI Member, Appraisal Institute (MAI #8024)
Member of the Regional Ethics & Counseling Panel, 1994-1997, 2000-2003

**Royal Institution of Chartered Surveyors**
Fellow of the Royal Institution of Chartered Surveyors, (FRICS #1291058)

**State of California, Bureau of Real Estate Appraisers**
Certified General Real Estate Appraiser (#AG001641)

## EDUCATION

**Master of Management Degree (MBA)**, 1980
J.L. Kellogg Graduate School of Management, Northwestern University, Evanston, Illinois - Concentrations in Finance and Accounting

**Bachelor of Science Degree**, 1978
University of Florida, Gainesville, Florida
Major in Business Administration - concentration in Finance

## EXPERIENCE

**CURTIS - ROSENTHAL, Inc.**, 1983 to present – President & CEO
Founding principal of regional commercial real estate appraisal and consulting firm. Perform field appraisals and review appraisals for: Commercial Mortgage Lenders (Banks, Life Insurance Companies, CMBS, Pension Funds), Public Agencies (City Governments, Transit Agencies), Law Firms (Real Estate Litigation, Estate and Trust, Lease Negotiation), Corporations (Valuation for Financial Reporting), and Accounting Firms. Properties appraised include: retail, office, industrial, apartments, condominiums, mixed-use, special purpose, and vacant land. Areas of experience include southern and northern California, Arizona and Nevada.

**Security Pacific National Bank**, 1981-1982 - Corporate Loan Officer
Responsible for portfolio of loans consisting primarily of real estate companies. Projects financed included construction and renovation of income properties and development of new residential tracts.

## EXPERT WITNESS

Accepted as an expert witness in the following courts:
Federal Bankruptcy Court - California Central District
Superior Court - Los Angeles County and Orange County
Municipal Court - Orange County

## INSTRUCTOR

**Loyola Marymount University**, 1987 - 2016
College of Business Administration, Finance Department - Guest Instructor

**Federal Reserve Bank of San Francisco**, 2015
Risk Connection 2015, Risks with Construction Development Lending-Guest Trainer

**University of California at Los Angeles**, 1988
UCLA Extension, Financial Institutions Management Program - Guest Instructor

**CURTIS-ROSENTHAL**, INC.
REAL ESTATE APPRAISAL & CONSULTING

**Professional Qualifications of**       **DAVID M. ROSENTHAL, MAI, FRICS**  (Cont'd)

## PROFESSIONAL AFFILIATIONS

Appraisal Institute, 1989-present
> Strategic Planning Committee, Chairman 2014
> IRS Valuation Summit, Los Angeles, Conference Co-Chair 2013; Washington D.C., Planning Committee 2(

California Bankers Association, Affiliate Member 2009-present

California Mortgage Bankers Association (CMBA), Affiliate Member, 2001-2014, 2017, 2018
> Planning Committee for Commercial Real Estate Finance Conference, 2003–2014

Entrepreneurs Organization (EO, formerly YEO/WEO), 1997 to 2007

International Council of Shopping Centers (ICSC), 2011, 2017

Los Angeles Economic Development Corporation, 2004

Los Angeles Estate Planning Council (LAEPC), 2009-present; Program Chair 2009-2010

Los Angeles Mortgage Association (LAMA), Co-Founder, Co-Chair 2000–present

Royal Institution of Chartered Surveyors, 2010-present

Society of Chief Appraisers (SCA), Planning Committee, 2009-present

Southern California Real Estate Alliance (SCREA), 1987-present; Co-Chair 1995-1996, 2003

Western Independent Bankers, Affiliate Member 2009-2011

## SPEAKING ENGAGEMENTS

Appraisal Institute
> IRS Valuation Summit, Conference Co-Chair 2013; Moderator-Partial Interest Valuation Panel 2013, 2014
> Western Regional Conference, 1996-1999
> SF Bay Area Fall Conference, 1998

California Bankers Association, Chief Credit Officers Symposium, 2008-2010

California Bar Association, Real Property Law Section, 2011

California Mortgage Bankers Association, Commercial Real Estate Finance Conference, 2003-200(

California CPA Education Foundation, 1998

CREFC Capital Markets Conference, 2014

Crittenden National Conference, 2009

ICSC/LAMA Capital Markets Conference, 2011-2012

IMN Troubled Assets Conference, 2010

Institute of Management Accountants, 1997

International Right of Way Association, IRWA/AI Joint Conference, 2002, 2008

Los Angeles Estate Planning Council, 2009

National Council of Real Estate Investment Fiduciaries (NCREIF), National Conference, 2005

Society of Chief Appraisers 2009-2015

Special Assets Management Association, 2010-2012

Western Independent Bankers, Troubled Asset Forum, 2009, 2011

## PUBLICATIONS

California Mortgage Bankers Association Legal News
> *Valuation Clauses in Leases, Ground Leases and Purchase Options*, September 2011

California Mortgage Finance News
> *Silicon Beach, The New Frontier, September 2015*
> *Life Company Risk-Based Capital for Commercial Mortgages, September 2013*
> *Understanding the New Interagency Appraisal and Evaluation Guidelines*, May 2011

California Real Estate Journal
> *Telling the Story – A Solutions Approach to Appraisal*, September 2003

Real Estate News Television (RENTV.com)
> *Economic Update*, Regular Column 2002 to 2015

Real Estate Southern California
> *What Happened to CMBS?* September 2007
> *The ABC's of CDO's*, September 2006
> *The CMBS Market Comes of Age*, March 2006
> *Real Estate Cycles – A Long Term Perspective*, September 2005

Western Independent Bankers – Lending and Credit Digest
> *Evaluations in Compliance with the Interagency Appraisal and Evaluation Guidelines*, June 2012
> *Assessing Collateral Values*, October 2010
> *Commercial Bank Appraisal Administration*, July 2010



**Current Appraiser License**



## Partial List of Clients Served

**COMMERCIAL BANKS**

American Continental Bank
Americas United Bank
Bank of America
Bank of Manhattan
Bank of Hemet
Bank of the Ozarks
Bank of Santa Clarita
Bank of the West
Bank One Arizona
BofI Federal Bank
Borel Private Bank & Trust Co.
Boston Private Bank & Trust Co.
Builders Bank
California Business Bank
Capital One Bank
Cathay Bank
Centennial Bank
Citigroup
Citizens Business Bank
City National Bank
City State Bank
Coast National Bank
Community Bank
CTBC Bank
Eastern International Bank
East West Bank
EverTrust Bank
Far East National Bank
Farmers and Merchants Bank
FDIC
First Commerce Bank
First Foundation Bank
First General Bank
First National Bank of Northern California
First National Bank of Southern California
First Republic Bank
Grandpoint Bank
Greater Bay Bancorp
Habib American Bank
Hanmi Bank
Heritage Oaks Bank
Independence Bank
JP Morgan Chase Bank
Key Bank
Korea Exchange Bank
La Jolla Bank
Luther Burbank Savings Bank
Macquarie Bank
Marshall & Isley Bank
Mellon First Business Bank
Mercantile National Bank

MidFirst Bank
Mission Bank
Mission Valley Bank
NARA Bank
National Bank of California
Northern Trust Bank
Pacific Alliance Bank
Pacific Capital Bancorp
Pacific City Bank
Pacific Commerce Bank
Pacific Mercantile Bank
Pacific Premier Bank
Pacific Western Bank
Philippine National Bank
Popular Community Bank
Preferred Bank
Premier Business Bank
Premier Commercial Bank
Provident Bank
Provident Savings Bank
Rabobank
Regents Bank
Royal Business Bank
Saehan Bank
Security Bank of California
Silvergate Bank
Sunwest Bank
The Private Bank of California
United Business Bank
Universal Bank
US Bancorp
US Metro Bank
Vibra Bank
Wells Fargo Bank
Wilshire Bank
Zions Bank

**CREDIT UNIONS**

Altura Credit Union
American First Credit Union
California Coast Credit Union
California Credit Union
Extensia Financial
Kinecta Federal Credit Union
LA Fireman's Credit Union
Mission Federal Credit Union
NuVision Credit Union
Orange County's Credit Union
Premier America Credit Union
Southland Credit Union

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Partial List of Clients Served (cont'd)

**INSURANCE COMPANIES**

AEGON USA
Allianz Life Insurance Company
Allstate Investments, LLC
American Equity Investment Life Insurance Co.
American National Insurance Company
American United Life Insurance Company
Assurant Inc.
Chubb Group of Insurance Companies
Columbian Mutual Life Insurance Company
Genworth Financial
Golden State Mutual Life
Great West Life Insurance Company
Hartford Insurance Company
Home Life Insurance Company
IDS Life Insurance Company
ING Life Insurance Company
John Hancock Real Estate Finance
Kansas City Life Insurance Company
Lafayette Life Insurance Company
Lincoln National Life Insurance Company
MetLife Capital Financial Corporation
Nationwide Insurance Company
Principal Global Investors
Protective Life Insurance Company
Prudential Mortgage Capital
Riversource
Southern Farm Bureau Life Insurance
Stancorp Mortgage Investors, LLC
State Farm Insurance Company
Sun Life Insurance Company
SunAmerica Insurance Company
Symetra Financial
Thrivent Financial for Lutherans
Union Central Life Insurance Company
Union Labor Life Insurance Company
United Farm Family Life Insurance Company
United Olympic Life Insurance Company
United Security Insurance Company

**MULTI-FAMILY LENDERS**

ABN/AMRO Apartment Lending
Ameriprise Financial
Amerisphere Multi-Family Finance
Arbor National Mortgage
Beech Street Capital
Centerline Capital Group
CW Capital
Deutsche Bank Mortgage Capital
Mark One Capital, Inc.
PNC/ARCS Commercial Mortgage
Prudential Huntoon Paige
Walker & Dunlop

**COMMERCIAL MORTGAGE BANKERS/ BROKERS**

Alison Mortgage Company
Amherst Real Estate Capital
Balboa Financial
Barry S. Slatt Mortgage Company
Berkadia Commercial Mortgage
Bond Street Capital
Buchanan Street Partners
Burnham Capital Markets
Cohen Financial
George Elkins Mortgage Banking Company
George Smith Partners, Inc.
Grandbridge Real Estate Capital
Highland Realty Capital, Inc.
Holiday Fenoglio Fowler, LP
iCap Realty Advisors
Koss Financial Corporation
Love Funding Corporation
Marcus and Millichap Capital Corporation
Mason McDuffie Financial Corporation
Meridian Capital Group, Inc.
Newmark Realty Capital, Inc.
NorthMarq Capital, Inc.
Pacific Southwest Realty Services
Partners Realty Capital, LLC
Pathfinder Mortgage Corporation
Q10 National Mortgage Co.
Sunrise Mortgage & Investment Company
Terrix Financial Corporation
Walker and Dunlop

**PENSION FUNDS / ADVISORS**

Alcatel Lucent Asset Management Corp.
American Realty Advisors
CALPERS
California State Teachers Retirement System
Construction Laborers Pension Trust
Crosson Dannis, Inc.
Emerson International
Equitable Real Estate Investment Mgt., Inc.
Essex Property Trust
Guggenheim Trust Company, LLC
Heitman/JMB Institutional Realty Advisors
J.P. Morgan Investment Management
Olympic Realty Advisors
Principal Real Estate Investors
Standard Management Company



## Partial List of Clients Served (cont'd)

**CMBS SPECIAL SERVICERS**

C-III Asset Management, LLC
Key Bank
LNR Partners, LLC
Midland Loan Services
Helios AMC, LLC
Berkadia Commercial Mortgage
TriMont Real Estate Advisors

**CMBS LENDERS**

Barclays Capital Real Estate, Inc.
Bridger Commercial Funding
CIBC World Markets Corp.
Credit Suisse
CW Capital
Deustchebanc Mortgage Capital
JP Morgan Mortgage Capital
Key Commercial Mortgage
Morgan Stanley
Natixis Real Estate Capital, Inc.
RBS Greenwich Capital
Redwood Trust
UBS Securities, LLC

**CORPORATIONS**

Alta Hospital System
ATT Wireless Services, Inc.
Best California Gas Co.
Bridgestone Retail Operations
Brotman Hospital
California Sports, Inc.
Chevron Oil Company
Getty Oil Company
IMAX Corporation
Los Angeles Orthopedic Hospital Foundation
Mercury Air Cargo, Inc.
Mobil Oil Corporation
Neiman-Marcus Group, Inc.
Pandemic Studios
Rite Aid Corporation
Safeway Corporation
Salvation Army
Santa Monica Home Owners Corporation
Thrifty Oil Company
Wal-Mart Stores, Inc.
Whirlpool Financial Corporation

**PUBLIC AGENCIES**

California Housing Finance Association
Carson Redevelopment Agency
City of Adelanto
City of Chino
City of Colusa
City of Gardena
City of Grand Terrace
City of Inglewood
City of Los Angeles
City of Montebello
City of Norco
City of Palos Verdes
City of Pasadena
City of Rialto
City of Riverside
City of San Louis Obispo, Housing Authority
City of San Mateo
City of Santa Monica
City of Vernon
City of Whittier
City of Yukaipa
Coachella Valley Mountains Conservancy
Compton Unified School District
Consulate General of Poland
County of San Mateo
Inglewood Redevelopment Agency
Inglewood Unified School District
Los Angeles Community College District
Los Angeles Housing Department
Los Angeles Unified School District
Los Angeles World Airports (LAWA)
Metropolitan Transit Authority (MTA)
Mountains Recreation & Conservation Authority
Newport Harbor Nautical Museum
Oakland Community Housing, Inc.
Philippine Consulate
Rosamond Community Services District
San Fernando Valley Economic Development Corp.
Santa Monica College
Santa Monica-Malibu Unified School District
Simi Valley Unified School District
The Port of Long Beach
The Port of Los Angeles
US General Services Administration
US Postal Service

CURTIS-ROSENTHAL, INC.
REAL ESTATE APPRAISAL & CONSULTING

## Partial List of Clients Served (cont'd)

**ATTORNEYS**

Akin Gump Strauss Hauer & Feld, LLP
Allen Matkins Leck Gamble Mallory & Natsis
Arter & Hadden
Barnes & Thornburg LLP
Bird Marella
Booth, Mitchel & Strange, LLP
Brownstein, Hyatt, Farber, Schreck, LLP
Bryan Cave
Burhenn & Gest, LLP
Cadden & Fuller, LLP
Charlston, Revich, & Williams
Chrystie and Berle
Coudert Brothers, LLP
Cox, Castle, & Nicholson
DeCastrow, West, Chodorow, Glickfield & Nass
Engstrom, Lipscomb and Lack
Frandzel Robins Bloom & Csato, LC
Gianelli and Morris
Gibson, Dunn and Crutcher, LLP
Goodson and Wachtel
Greenberg, Glusker, Fields, Claman and Machtinger
Greenberg Traurig
Haight, Brown, & Bonesteel
Hoffman, Saban and Watenmaker
Holt Ney Zatcoff & Wasserman, LLP
Inman, Weisz, & Steinberg
Jeffer, Mangels, Butler, & Mitchell
K&L Gates, LLP
Kane, Ballmer & Berkman
Katten, Muchin, Zavis and Weitzman
King, Holmes, Paterno & Berliner, LLP
Levin & Seligman
Levinson & Lieberman
Loeb and Loeb
Luce, Forward, Hamilton & Scripps LLP
Manatt, Phelps & Phillips, LLP
Marlin and Saltzman
McDermott, Will & Emery
McGuire Woods
McNicholas & McNicholas, LLP
Mindlin and Tigerman
Mitchell, Silberberg, & Knupp, LLP
Morris, Polich and Purdy, LLP
Munger, Tolles, & Olson
Murchison & Cumming
Musick, Peeler & Garrett, LLP
Nixon Peabody, LLP

O'Melvany and Meyers
Orbach Huff Suarez & Henderson, LLP
Parker Milliken
Pillsbury, Madison, and Sutro
Pircher, Nichols, and Meeks
Resch Polster & Berger, LLP
Robinson, Diamant, & Brill
Rodi, Pollock, Pettker, Christian & Pramov
Rucker and Clarkson
Shapiro, Poesell, & Close
Shiotani & Inouye
Sidley and Austin
Smith and Hilbig
Thomashow, Brown and Paiallii, LLP
Tilem and Gole
Troy and Gould
Weinstock Manion
White & Case
Wolf, Rifkin, Shapiro & Shulman
Youngerman and McNutt, LLP

**DEVELOPERS**

Athena Group, LLC
California Landmark Development
Catellus Development Corporation
Champion Real Estate Services
CIM Group
Cloverfield Group
Combined Properties
Daiwa House Corporation
First City
Goldrich and Kest Industries
Haseko, Inc.
HB Drollinger Company
Held Properties, Inc.
Jamison Services, Inc.
Kennedy Wilson
Koar Development Group, LLC
O&S Holdings
Regency Centers
Roberts Companies
Soboroff Partners
Trammel Crowe

**CURTIS-ROSENTHAL, INC.**
REAL ESTATE APPRAISAL & CONSULTING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **Exhibit B**
Rent roll as of February 2026

# 2 SCRIPPS DRIVE

## Rent Roll

## February 2026

| SUITE # | TENANT | Uasble SQ.FT | BOMA | LEASE RENTBL SQ.FT. | MONTHLY RENT | RENT PSF | LEASE START | LEASE ENDS | NOTES: Annual Expense Reimbursement |
|---|---|---|---|---|---|---|---|---|---|
| 100 | Christine Tippett | 551 | 645 | 645 | $ 1,750.00 | $ 2.71 | 12/01/24 | 09/30/27 | $ 1,189.21 |
| 101 | Vacant | 240 | 281 | 281 | 843.00 | 3.00 | | | |
| 102 | A. Scott Grivas DDS | 1,849 | 2,163 | 2,102 | 5,678.10 | 2.70 | 09/01/25 | 10/31/30 | |
| 104 | Natera, Inc | 1,325 | 1,591 | 1,591 | 4,400.00 | 2.77 | 10/01/24 | 09/30/27 | |
| 105 | Dr Hunter Vincent | 338 | 395 | 395 | 1,220.00 | 3.09 | 09/01/24 | 08/31/26 | |
| 108 | Vacant - unrenovated | 3,216 | 3,763 | 3,763 | - | 3.00 | | | |
| 110 | University Capital Management, | 2,369 | 2,772 | 2,772 | - | - | 06/01/26 | 05/31/29 | 7,122.10 |
| 201 | Friz Diaz DDS | 1,574 | 1,842 | 1,673 | 4,652.61 | 2.78 | 11/15/23 | 11/14/28 | 3,084.78 |
| 202 | ActiveLife | 3,147 | 3,682 | 3,643 | 10,293.00 | 2.80 | 04/01/24 | 03/31/29 | 6,717.18 |
| 203 | Rhea DeMesa | 366 | 428 | 428 | 1,300.00 | 3.04 | 10/01/24 | 09/30/26 | |
| 206 | HyperPixel CA | 530 | 620 | 614 | 1,708.00 | 2.75 | 04/01/24 | 03/31/29 | 1,132.13 |
| 208 | River Oaks Medical | 2,741 | 3,207 | 3,110 | 8,649.00 | 2.78 | 03/01/24 | 02/28/29 | 5,734.40 |
| 210 | Patrick Tsai DDS | 1,860 | 2,176 | 2,138 | 5,945.78 | 2.73 | 06/15/24 | 05/31/32 | 3,942.15 |
| 301 | Damon Boyd | 1,734 | 2,029 | 1,978 | 5,241.70 | 2.58 | 10/01/24 | 09/30/29 | 3,647.15 |
| 302 | Anti Aging Clinic | 1,022 | 1,196 | 1,230 | 3,483.98 | 2.91 | 03/13/24 | 06/12/29 | 2,267.95 |
| 304 | Andrew LaFlamme | 1,018 | 1,191 | 1,191 | 3,275.25 | 2.75 | 12/01/24 | 11/30/26 | |
| 308 | Janine Ma Golding DDS | 1,168 | 1,367 | 1,397 | 3,492.50 | 2.55 | 11/01/23 | 04/30/26 | 2,575.87 |
| 310 | NCSRA | 5,746 | 6,723 | 6,638 | 17,922.60 | 2.67 | 09/01/24 | 02/28/32 | |
| | Parking | | | | 3,500.00 | | | | |
| TOTAL | | 30,794 | 36,071 | 35,589 | $ 83,355.52 | | | | $ 37,412.92 |
| | | | | Monthly Expense Reimbursement | 3,117.74 | | | Monthly | $ 3,117.74 |
| | | | | Operating Income | $ 86,473.26 | | | | |

|  |  |  |  |
|---|---|---|---|
| SF Occupied: | | 31,545 | 88.64% |
| SF Vacant: | | 281 | 0.79% |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit C

General Unsecured Creditor Distribution Schedule

# EXHIBIT C
# Class 5 -General Unsecured Distribution Table

| Name | POC Filed | Allowed Claim Amount | Months 1-11 | Month 12 |
|------|-----------|----------------------|-------------|----------|
| Atlas Disposal Industries | | $528.05 | $0.00 | $528.05 |
| City of Sacramento Utilities | | $2,655.20 | $0.00 | $2,655.20 |
| Consolidate Communications | | $97.51 | $0.00 | $97.51 |
| Elevator Technology, Inc. | | $1,338.00 | $0.00 | $1,338.00 |
| Franchise Tax Board | 3 | $68.00 | $0.00 | $68.00 |
| Internal Revenue Service | 1 | $1,758.43 | $0.00 | $1,758.43 |
| Kelly Spicers Facility Solutions | | $238.12 | $0.00 | $238.12 |
| Law Office of Richard P. Bernstein | | $11,352.50 | $0.00 | $11,352.50 |
| Melinda Walker (Insider) | | $0.00 | $0.00 | $0.00 |
| Myers Restaurant Supply | | $750.00 | $0.00 | $750.00 |
| Pest Control Center | | $110.00 | $0.00 | $110.00 |
| Sacramento Control Systems Inc | | $7,064.09 | $0.00 | $7,064.09 |
| Sacramento County Utilities | 2 | $392.86 | $0.00 | $392.86 |
| SMUD | | $5,166.14 | $0.00 | $5,166.14 |
| TechSpace | | $7,359.00 | $0.00 | $7,359.00 |
| Turner Building Maintenence LLC | | $7,050.48 | $0.00 | $7,050.48 |

# Exhibit D

Post-confirmation 12-month budget

# Exhibit D
## Projected Post-Confirmation Budget

| | Month 1 | Month 2 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Revenue** | | | | | | | | | | | |
| Rental Income | $83,355 | $83,355 | $83,355 | $83,355 | $91,671 | $91,671 | $91,671 | $91,671 | $91,671 | $91,671 | $91,671 |
| CAM Reimbursements | $3,118 | $3,118 | $3,118 | $3,118 | $3,118 | $3,118 | $3,118 | $3,118 | $3,118 | $3,118 | $3,118 |
| Rent Concession | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Effective Gross Revenue** | **$86,473** | **$86,473** | **$86,473** | **$86,473** | **$94,789** | **$94,789** | **$94,789** | **$94,789** | **$94,789** | **$94,789** | **$94,789** |
| | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | |
| Elevator Service | $636 | $636 | $655 | $655 | $655 | $655 | $655 | $655 | $655 | $655 | $655 |
| Water & Sewer | $977 | $977 | $1,007 | $1,007 | $1,007 | $1,007 | $1,007 | $1,007 | $1,007 | $1,007 | $1,007 |
| Electric | $3,257 | $3,257 | $3,355 | $3,355 | $3,355 | $3,355 | $3,355 | $3,355 | $3,355 | $3,355 | $3,355 |
| Gas | $105 | $105 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 |
| Waste | $380 | $380 | $391 | $391 | $391 | $391 | $391 | $391 | $391 | $391 | $391 |
| G&A | $438 | $438 | $451 | $451 | $451 | $451 | $451 | $451 | $451 | $451 | $451 |
| Repairs and Maintenance | $583 | $583 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 |
| Landscaping | $1,100 | $1,100 | $1,133 | $1,133 | $1,133 | $1,133 | $1,133 | $1,133 | $1,133 | $1,133 | $1,133 |
| Management Fee 4.0% | $3,459 | $3,459 | $3,459 | $3,459 | $3,792 | $3,792 | $3,792 | $3,792 | $3,792 | $3,792 | $3,792 |
| Pest Control | $201 | $201 | $207 | $207 | $207 | $207 | $207 | $207 | $207 | $207 | $207 |
| Real Estate Taxes | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 | $4,837 |
| Janitorial | $5,862 | $5,862 | $6,038 | $6,038 | $6,038 | $6,038 | $6,038 | $6,038 | $6,038 | $6,038 | $6,038 |
| Insurance | $808 | $808 | $832 | $832 | $832 | $832 | $832 | $832 | $832 | $832 | $832 |
| **Total Operating Expenses** | **$22,643** | **$22,643** | **$23,074** | **$23,074** | **$23,406** | **$23,406** | **$23,406** | **$23,406** | **$23,406** | **$23,406** | **$23,406** |
| | | | | | | | | | | | |
| **Bankruptcy Expenses** | | | | | | | | | | | |
| Red Oak Capital Holdings | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 |
| California Statewide Comm. | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Professional Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Bankruptcy Expenses** | **$30,000** | **$30,000** | **$30,000** | **$30,000** | **$30,000** | **$30,000** | **$30,000** | **$30,000** | **$30,000** | **$30,000** | **$30,000** |
| **Net Operating Income** | **$33,830** | **$33,830** | **$33,399** | **$33,399** | **$41,383** | **$41,383** | **$41,383** | **$41,383** | **$41,383** | **$41,383** | **$41,383** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit E
Debtor's Plan of Reorganization

**13**

**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
Gabe@4851111.com
1545 River Park Drive, Suite 530
Sacramento, California 95815
Telephone:    (916) 485-1111
Facsimile:    (916) 485-1111

Attorney for SCRIPPS TWO, LLC

<div align="center">

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

</div>

| | |
|---|---|
| **In re:** | Case No.: 2025-26371-A-11 |
| | Chapter: 11 |
| SCRIPPS TWO, LLC | DCN: GEL-3 |
| | **SCRIPPS TWO, LLC'S CHAPTER 11 PLAN OF REORGANIZATION DATED FEBRUARY 10, 2026** |
| Debtor. | |
| | Judge: Honorable René Lastreto II |

<div align="center">

**ARTICLE I**
**<u>SUMMARY</u>**

</div>

       This Plan of Reorganization (the "<u>Plan</u>") under Chapter 11 of the Bankruptcy Code (the "Code") pays creditors of SCRIPPS TWO, LLC (the "<u>Debtor</u>") from future income received from operating its medical dental building located at 2 Scripps Drive, Sacramento CA 95825. This Plan provides that general unsecured creditors will receive distributions of 100 cents on the dollar. This Plan also provides for the payment of administrative, secured and priority claims. Any Claims not provided for in this Plan are unimpaired.

**DISCLAIMER**

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

At any time, a party in interest may request information from Debtors' attorney. **Debtors' attorney is Gabriel E. Liberman.  In communicating with Mr. Liberman, you mail email him at** Gabe@4851111.com **or call him at 916-485-1111.** You may also mail correspondence to Mr. Liberman at 1545 River Park Drive, Suite 530, Sacramento CA 95815, or fax correspondence to him at 916-437-4285.

**ARTICLE II**

**TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS,
U.S. TRUSTEES FEES, AND PRIORITY TAX CLAIMS**

Administrative Expense Claims.  Each holder of an administrative expense claim allowed under § 503 of the Code will be paid in full on the Effective Date of this Plan, in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtors, except for the administrative claim related to the post-petition financing agreement with Transportation Alliance Bank, provided for Class 4.

Priority Tax Claims.  Priority Tax Claims are provided for in this Plan and paid consistent with the Bankruptcy Code including interest per 11 USC 511 consistent with 11 U.S.C. 507 Section (a)(8) and 11 U.S.C. 1129 Section (a)(9)(C).

United States Trustees Fees.  All fees required to be paid by 28 U.S.C. §1930(a)(6) (U.S. Trustee Fees) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code.  Any U.S. Trustee Fees owed on or before the Effective Date of this Plan will be paid on the Effective Date, unless the U.S. Trustee agrees otherwise.

# ARTICLE III

## TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN

**A. Unclassified Claims**

      *a. Administrative Claims are listed above; Professional Fees and United States Trustee Fees.*

| Type of Claim | Estimated Amount | Basis for Claim |
|---|---|---|
| Professional Fees and Expenses (subject to final fee applications and court approval)<br><br>Known fees and expenses in this class:<br><br>Fees and expenses incurred in representing the Debtor in Possession owed to the Law Offices of Gabriel E. Liberman, APC | **$25,000**<br>*(Estimated amt.)*<br>*less retainer on file.* | Balance due to professionals of Debtor. Amount is merely a rough estimate as the amount of fees between now and confirmation is a large variable.<br><br>Under this Plan, Administrative Expenses shall be paid in full on the effective date of the Plan or upon such other terms as may be agreed upon by the holder of the claim and the Debtor.<br><br>As of February 9, 2026, counsel for Debtor is holding $24,747.00 in its client-trust account. |
| Other Unpaid Administrative Expenses<br><br>None anticipated | $0 | Any other unpaid administrative priority expenses, other than expenses paid in the ordinary course during the Case. |
| Cure Payments | $0 | There are no projected payments necessary to cure monetary defaults under assumed executor contracts or unexpired leases. |
| Clerk's Office Fees | $0 | There are no projected payments necessary to cure monetary defaults under assumed executor contracts or unexpired leases. |
| U.S. Trustee Fees | $00.00 | Any unpaid UST fees at the time of confirmation shall be paid at the time of confirmation. |
| Total | **$253.00** | |

Claims and interests shall be treated as follows under this Plan:

**B. Classes of Claims and Equity Interests**

      *a. Classes of Secured Claims*

| CLASS | IMPAIRMENT | TREATMENT |
|---|---|---|
| Class 1<br><br>**ROIOF Series, a series of Red Oak Capital Fund Series, LLC** | Impaired | The Class 1 Secured Claim of Red Oak Capital Holdings, LLC is in the estimated amount of $10,961,939.82. Claimant has not filed a proof of claim.<br><br>First payment will commence by the tenth day of the first month after the Effective Date of the confirmed plan and be paid accordingly each month thereafter as follows:<br><br>Months 1-12<br>Monthly Payment: $30,000.00<br><br>**Balloon payment**<br>Debtor shall sell or refinance the Property on or before the 12th month of the Effective Date and pay the entire claim in full.<br><br>Under this plan, the Class 1 claimant's terms of its pre-petition contractual terms of the note shall remain in full force except as modified herein. The Class 1 claimant shall retain its lien(s) encumbering Debtor's assets until the obligation is paid in full. |
| Class 2<br><br>**California Statewide Communities Development Authority** | Impaired | The Class 2 Secured Claim of California Statewide Communities Development Authority is in the estimated amount of $1,858,513.70. Claimant has not filed a proof of claim.<br><br>Months 1-12<br>Monthly Payment: $0.00<br><br>**Balloon payment**<br>Debtor shall sell or refinance the Property on or before the 12th month of the Effective Date and pay the entire claim in full.<br><br>Under this plan, the Class 2 claimant's terms of its pre-petition contractual terms of the note shall remain in full force except as modified herein. The Class 2 claimant shall retain its lien(s) encumbering Debtor's assets until the obligation is paid in full. |

| Class 3<br><br>**Sacramento County Property Tax Collector** | Impaired | The Class 3 Secured Claim of Sacramento County Property Tax Collector is in the estimated amount of $192,286.00. Claimant has not filed a proof of claim.<br><br><u>Months 1-12</u><br>Monthly Payment: $0.00<br><br>**<u>Balloon payment</u>**<br>Debtor shall sell or refinance the Property on or before the 12th month of the Effective Date and pay the entire claim in full.<br><br>Under this plan, the Class 3 claimant's terms of its pre-petition contractual terms shall remain in full force except as modified herein. The Class 3 claimant shall retain its lien(s) encumbering Debtor's assets until the obligation is paid in full. |

    *b.　Classes of Priority Unsecured Claims (11 U.S.C. § 507(a)(8))*

| **CLASS** | **DATE OF ASSESSMENT** | **TREATMENT** |
|---|---|---|
| Class 4<br><br>**Franchise Tax Board** | 2025 (Partnership Liability) | The Class 4 unsecured priority claim of the Franchise Tax Board is in the amount of $834.77. Claimant has filed a proof of claim no. 3-1.<br><br>Claim Amount: $834.77<br>Months 1-12: $72.23<br>Interest Rate: 7.00%<br><br>Interest shall accrue at the normal rate of interest charged by the Claimant under non-bankruptcy law; however, no penalties shall accrue in addition to the interest for taxes paid within this Plan.<br><br>Debtor may pay entire claim in full by lump sum prior to the 12-month period. |

    *c.　Classes of General Unsecured Claims*

| CLASS | IMPAIRMENT | TREATMENT |
|---|---|---|
| Class 5<br><br>**General unsecured claims**<br><br>Unsecured Portion of Franchise Tax Board Class 3: <u>$68.00</u><br><br>Schedule F Creditors: Non-insiders: $45,860.38 | Impaired | The Debtor estimates that the total amount of general unsecured claims to be approximately $45,928.38<br><br>The Debtor shall pay $45,928.38 or 100% of allowed unsecured in one-lump sum payment on the twelve (12) month from the Effective Date of the Plan. See Distribution Table, **Exhibit "A"**. |
| Class 6<br><br>**General unsecured insider claims** | Impaired | The Debtor estimates that the total amount of general unsecured insider claims to be approximately $635,969.76.<br><br>Debtor shall make no disbursements to insider claims until all claimants in classes 1-5 are paid in full and satisfied. |

    *d.  Classes of Equity Interests*

| CLASS | IMPAIRMENT | TREATMENT |
|---|---|---|
| Class 7<br><br>**Equity Holders:**<br><br>1.  Jeffrey Berger<br>2.  Melinda Walker<br>3.  Ken Kamolinkski | Impaired | Equity Security Holders shall not receive a dividend until the payments contemplated by this Plan are completed. However, Equity Security Holders may receive payment for their services to the Debtor. In the event that an Equity Security Holder forgoes post-confirmation pay that pay shall accrue to the Equity Security Holder as a post-confirmation liability payable when cash flow permits or upon the sale or transfer of the Debtor. |

## ARTICLE IV

## ALLOWANCE AND DISALLOWANCE OF CLAIMS

<u>Disputed Claim</u>. A disputed claim is a claim that has not been allowed or disallowed, and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or (ii) no proof of claim has been filed,

and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.  There are no disputed claims in this case.

        <u>Delay of Distribution on a Disputed Claim.</u> No distribution will be made on account of a Disputed Claim unless such claim is allowed by a final order.

        <u>Settlement of Disputed Claims.</u> Debtors will have the power and authority to settle and compromise a Disputed Claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

        <u>Administrative Claim</u>**.**  The deadline to file an application to approve an Administrative Claim is **45 days** from the Effective Date.

        If a motion for an Administrative Claim is filed within the deadline but the motion is denied then the deadline of that Administrative Claim shall be extended 14 days after the Order denying the Application.

        <u>The Deadline to file an objection to a claim</u> **is 45 days** from the Effective Date.  If the Effective Date of the Plan lands before the deadline to file a claim, then the deadline to file an objection to the claim shall be the later of 30 days after the deadline to file claims or 45 days after the Effective Date.

## ARTICLE V

## PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES

        Debtor is not aware of any other unexpired leases or executory contracts that it will be rejecting.  If any are not disclosed here, it is rejected.  A Proof of Claim for damages resulting from a rejection shall be filed within thirty (30) days after the entry or an order of the Court approving the rejection.  Such claim shall be deemed allowed unless, thirty (30) days of service a copy of the Proof of Claim upon the Reorganized Debtor and its Counsel, an objection is filed. Each objection shall be determined by the Court as a contested matter under ("FRBP"), 9014. Any such Claim shall be added to the general unsecured class in the Plan.

(a) The Debtor assumes the following executory contracts and unexpired leases:

| Name | Address | Description | Action |
|---|---|---|---|
| A. Scott Grivas, III DDS | 2 Scripps Drive, Suite 102 | Commercial Lease | Assume |
| Active Life Healthcare, LLC | 2 Scripps Drive, Suite 202 | Commercial Lease | Assume |
| Anti-Aging Medical Solutions | 2 Scripps Drive, Suite 302 | Commercial Lease | Assume |
| Christine Tippett | 2 Scripps Drive, Suite 306 | Commercial Lease | Assume |
| Damon Boyd D.D.S. | 2 Scripps Drive, Suite 301 | Commercial Lease | Assume |
| Dr. Andrew LaFlamme | 2 Scripps Drive, Suite 304 | Commercial Lease | Assume |
| Friz Diaz DDS | 2 Scripps Drive, Suite 201 | Commercial Lease | Assume |
| Hunter Vincent, DBA Nexus Medical Legal | 2 Scripps Drive, Suite 105 | Commercial Lease | Assume |
| Hyper Pixel CA | 2 Scripps Drive, Suite 205 | Commercial Lease | Assume |
| Janine Ma-Golding | 2 Scripps Drive, Suite 308 | Commercial Lease | Assume |
| Natera Inc. | 2 Scripps Drive, Suite 104 | Commercial Lease | Assume |
| NCSRA Medical Corporation | 2 Scripps Drive, Suite 310 | Commercial Lease | Assume |
| Patrick Tsai D.D.S. | 2 Scripps Drive, Suite 210 | Commercial Lease | Assume |
| Rhea DeMesa | 2 Scripps Drive, Suite 203 | Commercial Lease | Assume |
| River Oaks Medical Group | 2 Scripps Drive, Suite 208 | Commercial Lease | Assume |
| University Capital Management | N/A | Property management agreement | Assume |

## ARTICLE VI

## MEANS FOR IMPLEMENTATION OF THE PLAN

Pursuant to §1123(a)(5) of the Code. The Debtors will, upon the confirmation of this Plan, complete the following steps:

1.  Provide for payment to secured creditors under the plan from rental income generated from the Property.
2.  Within the next 12 months, Debtor will complete the renovations to the remaining first floor suites.
3.  Within 12 months of the Effective Date, Debtor will sell or refinance the Property and pay all secured and unsecured claims in full.
4.  Under this Plan, Debtor retains all property of the estate.

8

5. Administrative claims, including attorney fees, and trustee fees, that shall be paid upon confirmation of Debtors' plan

6. Post-Confirmation Management: Debtor is a California limited liability corporation and owned and managed by Jeffrey Berger and will continue to manage its own affairs.

7. Under this Plan, Debtor's equity holders will retain all property of the estate.

## ARTICLE VII

### EFFECT OF CONFIRMATION AND GENERAL PROVISIONS

<u>Definitions and Rules of Construction.</u> The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan.

<u>Effective Date of Plan</u>. The Effective Date of this Plan is the fifteenth day following the date of the entry of the final order of confirmation. But if a stay of the confirmation order is in effect on that date, the Effective Date will be the first business day after that date on which no stay of the confirmation order is in effect, provided that the confirmation order has not been vacated.

<u>Severability.</u> If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

<u>Binding Effect</u>. The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

<u>Vesting of Property</u>. On the Effective Date, all property of the estate will vest in Debtors.

<u>Plan Creates New Obligations</u>. Except as otherwise stated in the Plan, the payments promised in the Plan constitute new contractual obligations that replace those obligations to creditors that existed prior to the Effective Date.

Creditor Action Restrained.  Creditors may not take any action to enforce either preconfirmation obligations or obligations due under the Plan, so long as the Debtors are not in material default under the Plan.  If the Debtors are in material default under the Plan, affected creditors may: (i) take any action permitted under nonbankruptcy law to enforce the terms of the Plan; or (ii) move to dismiss this case or to convert this case to a chapter 7 bankruptcy case.

Material Default Defined.  If Debtors fail to make any payment, or to perform any other obligation required under the Plan, for more than 15 days after the time specified in the Plan for such payment or other performance, any member of a class affected by the default may serve upon Debtors and Debtors' attorney a written notice of Debtors' default.  If Debtors fail within 30 days after the date of service of the notice of default either: (i) to cure the default; (ii) to obtain from the court an extension of time to cure the default; or (iii) to obtain from the court a determination that no default occurred, then Debtors are in Material Default under the Plan to all the members of the affected class.

Remedies Upon Material Default.  Upon Material Default, any member of a class affected by the default: (i) may file and serve a motion to dismiss the case or to convert the case to Chapter 7; or (ii) without further order of the court has relief from stay to the extent necessary, and may pursue its lawful remedies to enforce and collect Debtors' pre-confirmation obligations.

Post-confirmation United States Trustee Quarterly Fees.  A quarterly fee shall be paid by Debtors to the United States Trustee, for deposit into the Treasury, for each quarter (including any fraction thereof) until the case is converted, dismissed, or closed by the entry of a final decree pursuant to 28 U.S.C. § 1930(a)(6).

Chapter 11 Post-confirmation Reports and Final Decree.  At the end of each calendar quarter, Debtors shall file with the Court a post-confirmation status report, the purpose of which is to explain the progress made toward full administration of the confirmed plan of reorganization. The first Report shall be filed for the portion of the calendar quarter from the date of confirmation to the end of the quarter. Subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion, or entry of a final decree closing the

case. Reports shall be filed with the Court and served upon the United States Trustee not later than twenty (20) days after the expiration of the reported quarter.

The Report shall include a statement of receipts and disbursements, with the ending cash balance, for the entire 90-day period. The report shall also include information sufficiently comprehensive to enable the court to determine:

(a) whether the order confirming the plan has become final; (2) whether deposits, if any, required by the plan have been distributed; (3) whether any property proposed by the plan to be transferred has been transferred; (4) whether Debtor under the plan has assumed the business or the management of the property dealt with by the plan; (5) whether payments under the plan have commenced; (6) whether accrued fees due to the United States Trustee under 28 U.S.C. §1930(a)(6) have been paid; and (7) whether all motions, contested matters and adversary proceedings have been finally resolved.

(b) Service of Reports: A copy of each report shall be served upon the United States Trustee and other persons or entities as have requested service of such reports in writing with the Court, no later than the day upon which it is filed with the Court.

(c) Final Decree: After the estate is fully administered, Debtors shall file an application for final decree, and shall serve the application on the United States Trustee, together with a proposed final decree. The United States Trustee shall have twenty (20) days within which to object or otherwise comment upon the Court's entry of the final decree.

<u>Discharge</u>. Except as specifically provided in the Plan and/or the Confirmation Order, as of the Effective Date, Confirmation shall discharge the Debtor pursuant to section 1141(d)(1)(A) of the Bankruptcy Code from any and all Claims of any nature whatsoever, including any Claims and liabilities that arose prior to Confirmation, and all debts of the kind specified in sections 502(g), 502(h) or 502(i) of the Bankruptcy Code, whether or not (a) a Proof of Claim based on such Claim was filed or deemed filed under section 501 of the Bankruptcy Code, or such Claim was listed on the Schedules of the Debtors, (b) such Claim is or was Allowed under section 502 of the Bankruptcy Code, or (c) the holder of such Claim has voted on or accepted the Plan. Except as provided for in the Plan and/or the Confirmation Order, the rights that are provided in the Plan as of the Effective Date shall be in exchange for and in complete satisfaction,

settlement and discharge of all Claims against, liens on, and interests in the Debtor or any Estate Property.

Respectfully submitted,

LAW OFFICES OF GABRIEL LIBERMAN, APC

Dated: February 10, 2026

By:     /s/    Gabriel E. Liberman
                 Gabriel E. Liberman
                 Attorney for Debtor
                 1545 River Park Drive, Suite 530
                 Sacramento, CA  95815
                 Gabe@4851111.com

# Exhibit A
## General Unsecured Creditor Distribution Schedule

| Name | POC Filed | Allowed Claim Amount | Months 1-11 | Month 12 |
|---|---|---|---|---|
| Atlas Disposal Industries | | $528.05 | $0.00 | $528.05 |
| City of Sacramento Utilities | | $2,655.20 | $0.00 | $2,655.20 |
| Consolidate Communications | | $97.51 | $0.00 | $97.51 |
| Elevator Technology, Inc. | | $1,338.00 | $0.00 | $1,338.00 |
| Franchise Tax Board | 3 | $68.00 | $0.00 | $68.00 |
| Internal Revenue Service | 1 | $1,758.43 | $0.00 | $1,758.43 |
| Kelly Spicers Facility Solutions | | $238.12 | $0.00 | $238.12 |
| Law Office of Richard P. Bernstein | | $11,352.50 | $0.00 | $11,352.50 |
| Melinda Walker (Insider) | | $0.00 | $0.00 | $0.00 |
| Myers Restaurant Supply | | $750.00 | $0.00 | $750.00 |
| Pest Control Center | | $110.00 | $0.00 | $110.00 |
| Sacramento Control Systems Inc | | $7,064.09 | $0.00 | $7,064.09 |
| Sacramento County Utilities | 2 | $392.86 | $0.00 | $392.86 |
| SMUD | | $5,166.14 | $0.00 | $5,166.14 |
| TechSpace | | $7,359.00 | $0.00 | $7,359.00 |
| Turner Building Maintenance LLC | | $7,050.48 | $0.00 | $7,050.48 |

$45,928.38