**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Scripps Two, LLC,<br>            Debtor. | ) Case No. 25-26371 – A – 11<br>) Docket Control No. CAE-1<br>) Document No. 1<br>) Date: 02/23/2026<br>) Time: 9:00 AM<br>) Dept: A |

**Order**

IT IS ORDERED that the Status Conference is continued to March 17, 2026, at 9:30 a.m., to coincide with the hearing on the motion to approve the disclosure statement, before the Honorable Rene Lastreto II, in Courtroom 13, Fifth Floor, 2500 Tulare Street, Fresno, California.

Dated: February 24, 2026

_____
Fredrick E. Clement
United States Bankruptcy Judge

Continued Status Conference Re: Voluntary Petition - [1] - Chapter 11 Voluntary Petition Non-Individual filed. (Fee Paid $0.00) (Gabriel E. Liberman) (eFilingID: 7565851) [1] - Statement Regarding Ownership of Corporate Debtor/Party See page #49 of Voluntary Petition (hlus)