

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3800     TRN           S         Y      ST01

000638118441339 P   2

ESTATE OF SCRIPPS TWO LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-26371
2443 FAIR OAKS BLVD # 368
SACRAMENTO CA 95825-7684

**Business Statement**

Account Number:

███████ 9681

Statement Period:

Jan 2, 2026
through
Jan 30, 2026

Page 1 of 4



☎                    ***To Contact U.S. Bank***

***24-Hour Business
Solutions:***                *800-673-3555*

***U.S. Bank accepts Relay Calls***

***Internet:***                     *usbank.com*

## INFORMATION YOU SHOULD KNOW

Effective January 2, 2026, we're informing you of upcoming changes to the *Business Pricing Information* document that may have an impact on your account. To obtain a current copy of the *Business Pricing Information* document, you can view it online at **usbank.com/bpi** or by visiting your local branch.

**Primary pricing updates in your revised *Business Pricing Information* document**

All business checking and savings account types
- Account Balance and Research (1-hour minimum) - $80.00/hour (increased from $75.00/hour)
- Bill Pay
  - Adding Personal Online Banking as a title for Standard Delivery and Express Delivery
  - Adding Business Online Banking
    - Standard Plan - No Charge
    - Pro Plan Monthly Subscription (up to 3 users) - $15.00
      - Additional Pro Plan users (per user, per month) - $15.00
    - Standard Delivery - No Charge
- Cash and Coin Services, Coin and Currency Orders
  - Currency Ordered (per strap) - $1.00 (increased from $0.85)
  - Loose Currency Ordered (per $100) - $0.28 (increased from $0.25)
  - Loose Coin Ordered (per bag) - $15.00 (increased from $14.00)
  - Rolled Coin Ordered (per roll) - $0.28 (increased from $0.25)
  - Rolled Coin Ordered (per box) - $8.25 (increased from $8.00)
- Cash Deposits
  - Coin Deposited (per roll) - $0.28 (increased from $0.25)
  - Fed Ready Coin Deposit (per bag) - $4.50 (increased from $4.00)
- Returned Deposited Items
  - Returned Check (per item) - $17.00 (increased from $16.00)
- Return Deposited Item Special Instructions Maintenance Per Month
  - First Account - $15.00 (increased from $12.00)
  - Each Additional Account - $8.00 (increased from $7.00)
- ACH Transfer
  - Adding, Outgoing Digital ACH Domestic - Same Day - $3.00
- Wire Transfers, International Wires
  - Incoming Wires - $20.00 (increased from $16.00)
- Adding new section, Enhanced Payments
  - Enhanced Payment Monthly Maintenance - $25.00
    - Standard ACH - $0.50
    - Same-day ACH - $1.70
    - Domestic Wire - $16.00
    - International Wire - U.S. Dollars - $35.00
    - Instant Payments - $0.75
- SinglePoint® Essentials Online Banking
  - ACH Transactions (per item) - $0.50 (increased from $0.45)

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

### Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

### Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER

U.S. Bank NA, Member FDIC

Account Number:
█████9681
Statement Period:
Jan 2, 2026
through
Jan 30, 2026

Page 2 of 4

ESTATE OF SCRIPPS TWO LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-26371
2443 FAIR OAKS BLVD # 368
SACRAMENTO CA 95825-7684

## INFORMATION YOU SHOULD KNOW                                    (CONTINUED)

- Deposit Express
  - Monthly Maintenance - $45.00 (increased from $42.00)
  - Scanner Workstation Monthly Maintenance per Station
    - Each additional workstation - $27.50 (increased from $25.00)
- Checks Deposited (per item)
  - Mobile Check Deposits (per item) - $0.40 (increased from $0.35)
- Check Scanner
  - Check Scanner - $400.00 (increased from $375.00)
- Deposit Express - Mobile (only)
  - Monthly Maintenance - $10.00 (increased from $5.00)
  - Mobile check deposited (per item) - $0.50 (increased from $0.40)
- Foreign Check Collection (incoming/outgoing)
  - Courier Fee (per check) - $55.00 (increased from $45.00)
  - Initiation Fee (per check) - $55.00 (increased from $40.00)
  - Returned Check Fee - $35.00 (increased from $30.00)
  - Canadian Check Deposited (each) - $6.00 (increased from $4.00)
  - Foreign Currency Check Deposit - Select Countries - $12.00 (increased from $8.00)

Silver, Gold or Platinum Checking
- Check Order Discount - Updating the footnote to state the benefit does not need to be utilized within "the first 90 days of your account opening"

Silver, Gold, Platinum or Non-Profit Checking
- SinglePoint® Essentials Online Banking
  - Previous Day Summary and Detail Monthly Maintenance
    - Silver, Gold, Platinum or Non-Profit Checking - Up to 3 Accounts - $18.95 (increased from $17.95)
- Business Savings Sweep
  - Monthly Maintenance Fee
    - Silver, Gold, Platinum or Non-Profit Checking - $45.00 (increased from $35.00)

Silver Checking
- Cash Deposit Fee - 25 free units per month, then $0.35 per $100 (increased from $0.33 per $100)

Gold Checking
- Cash Deposit Fee - 125 free units per month, then $0.35 per $100 (increased from $0.33 per $100)

Platinum Checking
- Cash Deposit Fee - 250 free units per month, then $0.35 per $100 (increased from $0.33 per $100)

Non-Profit Checking (interest-bearing)
- Cash Deposit Fee - 300 free units per calendar year then $0.35 per $100 (increased from $0.33 per $100)
- Other - Adding unincorporated to, Available to incorporated and unincorporated non-profit organizations

Premium Business Checking
- Monthly Maintenance Fee - $34.00 (increased from $33.00)
- Paper Statement (per statement cycle)
  - Front & Back Check Images - $16.00 plus $0.06 per item over 100 items (increased from $0.045 per item over 100 items)
- Cash Deposits
  - Premium Checking Branch Deposit Processing (per deposit) - $3.25 (increased from $3.00)
  - Premium Checking Night Deposit Processing (per deposit) - $3.25 (increased from $3.00)
  - Premium Checking Cash Deposit Adjustment (per adjustment) - $9.25 (increased from $9.00)
- SinglePoint® Essentials Online Banking
  - Previous Day Summary and Detail Monthly Maintenance
    - Premium Checking - Up to 3 Accounts - $21.95 (increased from $20.95)

Preferred Business Money Market and Platinum Business Money Market
- Monthly Cash Deposit Fee - $0.35 per $100 over 100 units (increased from $0.33 per $100)

Basic Business Savings
- Monthly Cash Deposit Fee - $0.35 per $100 over 25 units (increased from $0.33 per $100)

**us bank.**

ESTATE OF  SCRIPPS TWO LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-26371
2443 FAIR OAKS BLVD # 368
SACRAMENTO CA  95825-7684

**Business Statement**

Account Number:
█████9681

Statement Period:
Jan 2, 2026
through
Jan 30, 2026

Page 3 of 4

## INFORMATION YOU SHOULD KNOW                                    (CONTINUED)

Premium Business Money Market
- Monthly Maintenance Fee - $34.00 (increased from $30.00)
- Paper Statement (per statement cycle)
  - Ο Front & Back Check Images - $16.00 plus $0.06 per item over 100 items (increased from $0.045 per item over 100 items)

Premium Business Checking and Premium Business Money Market
- Adding, Instant Payment (RTP) Incoming Receipt (Premium) - $0.25
- Cash and Coin Services
  - Ο Change Order Fee (Premium) - $10.50 (increased from $10.00)

Beginning January 2, 2026, a copy of the *Business Pricing Information* document will be available at **usbank.com/bpi**, by calling 800-673-3555 or by visiting your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

**New Services Terms and Conditions will be effective for U.S. Bank business clients on March 1, 2026.** You can view current and new Services Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2026". If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

For Business Essentials customers only, we wanted to make you aware that a new version of the U.S. Bank Business Essentials Payment Processing Terms of Service and Operating Agreement (February 2026) is available. You can review it here: https://www.usbank.com/dam/documents/pdf/business-banking/business-pricing-information/business-essentials-terms-of-service.pdf

## PREMIUM BUSINESS CHECKING WITH INTEREST                        *Member FDIC*

U.S. Bank National Association                    **Account Number** █████**9681**

### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jan 2 | | $ | 37,066.74 | Interest Paid this Year | $ 0.18 |
| Customer Deposits | 6 | | 66,451.97 | Number of Days in Statement Period | 31 |
| Other Deposits | 4 | | 9,055.18 | | |
| Other Withdrawals | 7 | | 40,878.91- | | |
| Checks Paid | 5 | | 29,174.00- | | |
| **Ending Balance on  Jan 31, 2026** | | **$** | **42,520.98** | | |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Jan 5 | 8053585143 | 15,695.33 | | Jan 9 | 9251825588 | 1,300.00 |
| | Jan 6 | 8352462898 | 33,457.30 | | Jan 13 | 8353757827 | 7,832.15 |
| | Jan 7 | 8652789587 | 3,375.00 | | Jan 15 | 8952516861 | 4,792.19 |
| | | | | | **Total Customer Deposits** | **$** | **66,451.97** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 8 | Electronic Deposit REF=260080100123280N00SD | From NATERA, INC 5010894487EDI PYMNTS100073347 | | $ 4,400.00 |
| Jan 9 | AE STL REF#0017570471001 Rev Item Posted In Error | An Adjustment Was Posted To On 01/07/2026 | 0000003381 | 3,375.00 |
| Jan 14 | Electronic Deposit REF=260130129239550N00 | From CALIFORNIA PPO L 9200502235ACH Pmt  11203183481 | | 1,280.00 |
| Jan 30 | Interest Paid | | 3000003836 | 0.18 |
| | | **Total Other Deposits** | **$** | **9,055.18** |



**Business Statement**

Account Number:
█████████9681

Statement Period:

Jan 2, 2026

through

Jan 30, 2026

Page 4 of 4

ESTATE OF SCRIPPS TWO LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 25-26371
2443 FAIR OAKS BLVD # 368
SACRAMENTO CA  95825-7684

---

**PREMIUM BUSINESS CHECKING WITH INTEREST** (CONTINUED)

U.S. Bank National Association

**Account Number** █████████-9681

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jan 9 | Electronic Withdrawal REF=260090110614880N00SD | To TURNER BUILDING 9215986202SALE | | $ 9.18- |
| Jan 9 | Wire Debit REF004054 BNF=RED OAK CAPITAL GP, | WELLS SF  260109B01W80 LLC 625 KENMOOR AVE SE | | 30,000.00- |
| Jan 12 | Electronic Withdrawal REF=260090139169070N00 | To ATLAS DISPOSAL I 53309036201748693  916-455-2800 | | 580.80- |
| Jan 12 | Electronic Withdrawal REF=260120077067520N00 | To TRAVELERS 0000408976BUS INSUR 4318686 | | 1,176.15- |
| Jan 12 | Electronic Withdrawal REF=260120067951020N00 | To TURNER BUILDING 9215986202SALE | | 6,750.48- |
| Jan 20 | Electronic Withdrawal REF=260200054532170N00 | To TRAVELERS 0000408976BUS INSUR 6282388 | | 1,176.15- |
| Jan 20 | Electronic Withdrawal REF=260200054532290N00 | To TRAVELERS 0000408976BUS INSUR 6282557 | | 1,186.15- |
| | | **Total Other Withdrawals** | **$** | **40,878.91-** |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 1005 | Jan 6 | 8353050744 | 450.00 | 1011* | Jan 13 | 8354242057 | 1,100.00 |
| 1006 | Jan 7 | 8653200876 | 21,000.00 | 1300* | Jan 7 | 8652789588 | 3,375.00 |
| 1007 | Jan 7 | 8653335094 | 3,249.00 | | | | |

* Gap in check sequence      **Conventional Checks Paid (5)**      **$**      **29,174.00-**

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jan 5 | 52,762.07 | Jan 9 | 40,586.19 | Jan 15 | 44,883.10 |
| Jan 6 | 85,769.37 | Jan 12 | 32,078.76 | Jan 20 | 42,520.80 |
| Jan 7 | 61,520.37 | Jan 13 | 38,810.91 | Jan 30 | 42,520.98 |
| Jan 8 | 65,920.37 | Jan 14 | 40,090.91 | | |

Balances only appear for days reflecting change.

This page intentionally left blank