**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Scripps Two, LLC,<br>                Debtor. | ) Case No. 25-26371 - B - 11<br>) Docket Control No. GEL-3<br>) Document No. 59<br>) Date: 03/17/2026<br>) Time: 9:30 AM<br>) Dept: B |

**Order**

For the reasons stated on the record,

IT IS ORDERED that the motion to approve disclosure statement filed by debtor, Scripps Two, LLC, is DENIED.

Dated: Mar 17, 2026           By the Court

René Lastreto II, Judge
United States Bankruptcy Court

[59] - Motion/Application to Approve Disclosure Statement [GEL-3] Filed by Debtor Scripps Two, LLC (hlus)