2

DEBRA A. RILEY (BAR NO. 151925)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: driley@allenmatkins.com

MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mpham@allenmatkins.com

Attorneys for Creditor
CALIFORNIA STATEWIDE COMMUNITIES
DEVELOPMENT AUTHORITY

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 25-26371-B-11 |
| SCRIPPS TWO, LLC, | Chapter 11 |
| Debtor. | DCN: ROC-2 |
| | **CREDITOR CALIFORNIA STATEWIDE COMMUNITIES DEVELOPMENT AUTHORITY'S JOINDER IN ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | Date: May 14, 2026<br>Time: 9:30 a.m.<br>Dept: B |

/ / /

/ / /

/ / /

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4927-3142-6468.2

California Statewide Communities Development Authority ("CSCDA"), a creditor in the above-captioned chapter 11 case, hereby submits its joinder in secured creditor ROIOF Series, a series of Red Oak Capital Fund Series, LLC's ("Red Oak") *Motion for Relief from the Automatic Stay* (the "Motion"), ECF No. 94.

As mentioned by CSCDA in its previously filed *Status Conference Statement Dated April 7, 2026*, ECF No. 88, and now established by Red Oak in the Motion, relief from the automatic stay as to the Property (as that term is defined in the Motion) is proper in this case under 11 U.S.C. § 362(d)(3) due to the debtor and debtor in possession Scripps Two, LLC's (the "Debtor") failure to file "a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time" (or otherwise commence making monthly interest payments to secured creditors). Notably, the Debtor has withdrawn its previously proposed plan of reorganization, conceding that the plan was unconfirmable, and seemingly does not intend to file another plan of reorganization. Accordingly, relief under § 362(d)(3) should be granted.

WHEREFORE, if the Court grants Red Oak's Motion and lifts the automatic stay with respect to the Property, CSCDA respectfully requests that the Court's granting of relief from stay not only apply to Red Oak, but also extend to CSCDA, who holds a senior, statutory lien against the same Property.

Dated: April 28, 2026

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DEBRA A. RILEY
MATTHEW D. PHAM


By:      */s/ Matthew D. Pham*
MATTHEW D. PHAM
Attorneys for Creditor
CALIFORNIA STATEWIDE
COMMUNITIES DEVELOPMENT
AUTHORITY

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen (18) and am not a party to this action.  My business address is 865 South Figueroa Street, Suite 2800, Los Angeles, California 90017-2543.

On April 28, 2026, I caused to be served the within document(s) described as:

**CREDITOR CALIFORNIA STATEWIDE COMMUNITIES DEVELOPMENT AUTHORITY'S JOINDER IN ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

on the interested parties in this action as stated below:

☐     **U.S. POSTAL SERVICE:**  by placing a true and correct copy of the aforementioned document (s) in a sealed envelope and placing it in the mail depository at my place of business, with postage prepaid, addressed as listed above or on the attached service list.

☒     **E-FILING:**  by causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2026, at Los Angeles, California.


|  |  |
|---|---|
| Martha Diaz | _Martha Diaz_ |
| (Type or print name) | (Signature of Declarant) |

4933-6608-2195.2