**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Scripps Two, LLC,<br>            Debtor. | ) Case No. 25-26371 - B - 11<br>) Docket Control No. ROC-2<br>) Document No. 94<br>) Date: 05/14/2026<br>) Time: 9:30 AM<br>) Dept: B |

**Order**

For the reasons set forth in the court's minutes, docket number 123,

IT IS ORDERED that the motion for relief from automatic stay is CONTINUED to June 2, 2026, at 9:30 a.m., in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that Mr. Easley shall file and serve a status report on or before May 26, 2026.  Mr. Liberman may file a status report but is not required.

**Dated**: May 14, 2026

**By the Court**

*René Lastreto II*

**René Lastreto II, Judge**
**United States Bankruptcy Court**

[94] - Motion for Relief from Automatic Stay [ROC-2] Filed by Creditor ROIOF Series (Fee Paid $0.00) (eFilingID: 7627795) (hlus)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Scripps Two, LLC
2443 Fair Oaks Blvd., No. 368
Sacramento CA 95825

Office of the U.S. Trustee
Robert T Matsui United States
Courthouse
501 I Street, Room 7-500
Sacramento CA 95814

Debra A. Riley
One America Plaza, 600 West
Broadway, 27th Floor
San Diego CA 92101

Gabriel E. Liberman
1545 River Park Drive, Ste 530
Sacramento CA 95815

William John Easley
1200 Main St.
Ste 3800
Kansas City MO 64105