**5**

**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (SBN: 169446)
sharon.weiss@bclplaw.com
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:     (310) 576-2100
Facsimile:     (310) 576-2200

William J. Easley (Admitted Pro Hac Vice)
*will.easley@bclplaw.com*
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105
Telephone:     (816) 374-3200
Facsimile:     (816) 374-3300

*Attorneys for ROIOF SERIES, a series of*
*RED OAK CAPITAL FUND SERIES, LLC*

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>Scripps Two, LLC,<br><br>                Debtor. | Case No. 25-26371-A-11<br>Chapter 11<br>DCN: ROC-2<br><br>**ORDER APPROVING STIPULATION BETWEEN DEBTOR AND ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC TO RESPOND TO DEBTOR'S OPPOSITION TO MOTION OF ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC FOR RELIEF FROM THE AUTOMATIC STAY (DATED APRIL 13, 2026)**<br><br><u>Hearing</u>:<br>Date:   May 14, 2026<br>Time:   9:30 a.m. PT<br>Place:   2500 Tulare Street, 5th Floor<br>         Courtroom 13, Dept. B<br>         Fresno, CA 93721<br><br>Judge: Honorable René Lastreto II |

BRYAN CAVE LEIGHTON
PAISNER LLP
ATTORNEYS AT LAW
SANTA MONICA

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC TO RESPOND TO DEBTOR'S OPPOSITION TO MOTION OF ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DATED APRIL 13, 2026)

The court having reviewed and considered the *Stipulation Between Debtor And ROIOF Series, a Series of Red Oak Capital Fund Series, LLC To Respond To Debtor's Opposition to Motion of ROIOF Series, a Series of Red Oak Capital Fund Series, LLC for Relief from the Automatic Stay (Dated April 13, 2026)* (the "Stipulation"), and good cause appearing.

Based on the foregoing, and the Court having reviewed the Stipulation and finding good cause therefor, IT IS HEREBY ORDERED THAT:

A.    The Stipulation is approved. ROIOF Series, a Series of Red Oak Capital Fund Series, LLC's ("Red Oak") deadline to file and serve any responses to the *Debtor's Opposition to Motion of ROIOF Series, a Series of Red Oak Capital Fund Series, LLC for Relief from the Automatic Stay* is extended to May 11, 2026.

###

**Dated:** May 15, 2026

**By the Court**

René Lastreto II, Judge
United States Bankruptcy Court

BRYAN CAVE LEIGHTON
PAISNER LLP
ATTORNEYS AT LAW
SANTA MONICA

1

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC TO RESPOND TO DEBTOR'S OPPOSITION TO MOTION OF ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DATED APRIL 13, 2026)

**3**

**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (SBN: 169446)
sharon.weiss@bclplaw.com
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:      (310) 576-2100
Facsimile:      (310) 576-2200

William J. Easley (Admitted Pro Hac Vice)
*will.easley@bclplaw.com*
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105
Telephone:      (816) 374-3200
Facsimile:      (816) 374-3300

*Attorneys for ROIOF SERIES, a series of*
*RED OAK CAPITAL FUND SERIES, LLC*

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 25-26371-A-11 |
| | Chapter 11 |
| Scripps Two, LLC, | DCN: ROC-2 |
| | |
| Debtor. | **STIPULATION BETWEEN DEBTOR AND ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC TO RESPOND TO DEBTOR'S OPPOSITION TO MOTION OF ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC FOR RELIEF FROM THE AUTOMATIC STAY (DATED APRIL 13, 2026)** |
| | |
| | Hearing: |
| | Date:   May 14, 2026 |
| | Time:   9:30 a.m. PT |
| | Place:  2500 Tulare Street, 5th Floor |
| | Courtroom 13, Dept. B |
| | Fresno, CA |
| | |
| | Judge: Honorable René Lastreto II |

BRYAN CAVE LEIGHTON
PAISNER LLP
ATTORNEYS AT LAW
SANTA MONICA

STIPULATION BETWEEN DEBTOR AND ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC TO RESPOND TO DEBTOR'S OPPOSITION TO MOTION OF ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DATED APRIL 13, 2026)

TO: THE HONORABLE RENE LASTRETO II, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES.

**RECITALS**

1. On April 13, 2026 Secured Creditor and party-in-interest ROIOF Series, a Series of Red Oak Capital Fund Series, LLC ("Red Oak") filed its Motion for Relief From the Automatic Stay and Supporting Memorandum of Points and Authorities [Docket No. 94] (the "Motion"), for the purpose of, among other things, proceeding with its non-judicial foreclosure of real property located at 2 Scripps Drive, Sacramento, California 95825.

2. The Debtor submitted its Opposition to Motion of ROIOF Series, a Series of Red Oak Capital Fund Series, LLC for Relief from the Automatic Stay [Docket No. 114] (the "Debtor's Objection"), filed on April 30, 2026. The deadline for filing responses to the Debtor's Objection is May 7, 2026 (the "Response Deadline").

3. Red Oak and Debtor continue to discuss the matters raised in the Motion and Objection and request additional time beyond the Response Deadline to continue such discussions prior to Red Oak submitting any further response in support of the Motion.

4. Red Oak and the Debtor have agreed to extend the Red Oak's deadline to file and serve any reply to the Debtor's Objection from May 7, 2026 to May 11, 2026, on the terms and conditions set forth herein.

BRYAN CAVE LEIGHTON
PAISNER LLP
ATTORNEYS AT LAW
SANTA MONICA

1

STIPULATION BETWEEN DEBTOR AND ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC TO RESPOND TO DEBTOR'S OPPOSITION TO MOTION OF ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DATED APRIL 13, 2026)

## **STIPULATION**

NOW, THEREFORE, in consideration of the foregoing, Red Oak and the Debtor hereby stipulate and agree as follows:

A.    The Response Deadline to file and serve responses to the Debtor's Objection is extended to May 11, 2026.

Respectfully submitted,

Dated: May 7, 2026        BRYAN CAVE LEIGHTON PAISNER LLP

By: *Sharon Z. Weiss*
  Sharon Z. Weiss
  Attorneys for ROIOF Series, a Series of Red Oak
  Capital Fund Series, LLC

Dated: May 7, 2026        LAW OFFICES OF GABRIELE E. LIBERMAN, APC

By: */s/ Gabirel E. Liberman*
  Gabirel E. Liberman
  Attorneys for the Debtor

STIPULATION BETWEEN DEBTOR AND ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC TO RESPOND TO DEBTOR'S OPPOSITION TO MOTION OF ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DATED APRIL 13, 2026)