**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (SBN: 169446)
sharon.weiss@bclplaw.com
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

William J. Easley (Admitted Pro Hac Vice)
*will.easley@bclplaw.com*
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105
Telephone: (816) 374-3200
Facsimile: (816) 374-3300

*Attorneys for ROIOF SERIES, a series of*
*RED OAK CAPITAL FUND SERIES, LLC*

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>Scripps Two, LLC,<br><br>         Debtor. | Case No. 25-26371-A-11<br>Chapter 11<br>DCN: ROC-2<br><br>**STATUS REPORT REGARDING ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DATED APRIL 13, 2026)**<br><br><u>Hearing</u>:<br>Date: June 16, 2026<br>Time: 9:30 a.m. PT<br>Place: 2500 Tulare Street, 5th Floor<br>       Courtroom 13, Dept. B<br>       Fresno, CA<br><br>Judge: Honorable René Lastreto II |

BRYAN CAVE LEIGHTON
PAISNER LLP
ATTORNEYS AT LAW
SANTA MONICA

TO: THE HONORABLE RENE LASTRETO II, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES.

Pursuant to the Court's June 3, 2026 Order [Docket No. 134] continuing the hearing on ROIOF Series, a Series of Red Oak Capital Fund Series, LLC's ("Red Oak") Motion for Relief From the Automatic Stay and Supporting Memorandum of Points and Authorities [Docket No. 94] (the "Motion"), to June 16, 2026 at 9:30 a.m. PT ("Hearing"), Red Oak provides the following Status Report:

1. Debtor Scripps Two, LLC ("Debtor") has engaged in a marketing process for the real property commonly known as 2 Scripps Dr., Sacramento, CA 65825 and has engaged Palmer Capital Inc. as its broker ("Broker").

2. Debtor indicated that Broker provided June 5, 2026 ("Offer Deadline") as the deadline for prospective purchasers to submit formal offers for the Property.

3. Red Oak understands that no formal offers were received by Broker for the Property on the Offer Deadline through its conversations with Debtor's counsel.

4. Debtor has further represented that there remain a number of prospective purchasers interested in purchasing the Property, and that Broker is engaging in continued conversations with these prospective purchasers.

5. At this time, and given Red Oak's understanding that the Offer Deadline has expired and no formal offers for the Property were received by Debtor, Red Oak intends to proceed with the Hearing and seek immediate relief from the automatic stay on the grounds set forth in the Motion.

6. Red Oak will supplement this Status Report to the extent there are any intervening circumstances or offers that change Red Oak's intent to proceed with its request for relief from the automatic stay or if Debtor, Red Oak, and/or California Statewide Communities Development Authority are able to reach a final agreement with respect to the relief requested in the Motion.

7. Red Oak otherwise reserves all rights with respect to the Motion.

BRYAN CAVE LEIGHTON PAISNER LLP
ATTORNEYS AT LAW
SANTA MONICA

1

STATUS REPORT REGARDING ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DATED APRIL 13, 2026)

Respectfully submitted,

Dated: June 9, 2026     BRYAN CAVE LEIGHTON PAISNER LLP

By: _____
William J. Easley
Attorneys for ROIOF Series, a Series of Red Oak
Capital Fund Series, LLC

BRYAN CAVE LEIGHTON
PAISNER LLP
ATTORNEYS AT LAW
SANTA MONICA

- 2 -

STATUS REPORT REGARDING ROIOF SERIES, A SERIES OF RED OAK CAPITAL FUND SERIES, LLC'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY (DATED APRIL 13, 2026)